**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

HARRO MOEN,

                Plaintiff,

        v.

SOCIALCHAIN INC., PI COMMUNITY
COMPANY, NICOLAS KOKKALIS, and
CHENGDIAO FAN,

                Defendants.

Case No. 5:25-cv-09145-NC

THIRD AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

# EXHIBIT E-1

*Exchange Evidence*

## HTX Official Announcement

HTX official announcement, "HTX to Open Trading for Pi (Pi Network)," December 29, 2022, linked directly to minepi.com.

*Filed in Support of Third Amended Complaint*



01:36    ●ıl 🛜 87

btcc.com

×   **BTCC APP**
Trade anytime, anywhere ⬇

# Pi Coin Listed on Huobi: Everything You Need to Know

By: C, Fiona       2023/01/04

The completely environmentally friendly cryptocurrency Pi Coin was just added to the Huobi exchange. The social cryptocurrency exchange XT.com has also decided to include the PI/USDT trading pair in the innovation area of the exchange.

However, neither market has disclosed information about how deposits and withdrawals are handled. But I still don't understand Pi Coin. When did it first appear, and what has been the general price movement for it? Okay, so let's break this down into its component parts.


**Deposit to earn rewards**
Sign up and deposit to receive up to **10,055 USDT** in bonuses.
Exclusive for new users only.
Get it now




Home > Announcement > > HTX to Open Trading for Pi (Pi Network) at 09:00 (UTC) on December 29

**Important Announcements**    Latest Activities    General    Spot & Margin User Guide    Buy/Sell Crypto with Fiat    HTX Futures    HTX Ea

# HTX to Open Trading for Pi (Pi Network) at 09:00 (UTC) on December 29

2022/12/29 01:28    Latest News    New Coin Listing    Translate

| PI/USDT | 39.084617 | +0.05% |

Dear HTX Users,

HTX will be opening Pi (Pi Network) spot trading (PI/USDT ) at 09:00 (UTC) on December 29.

HTX will follow up closely with Pi Network's updates regarding the upcoming mainnet launch. Once the main network is upgraded successfully, HTX will open Pi for deposit and withdrawals.

About Pi Network:

Pi Network is a novel cryptocurrency and developer platform that allows mobile users to mine Pi tokens without draining the device's battery. Pi's blockchain secures not only economic transactions via a mobile meritocracy system but also a full Web 3.0 experience where community developers can build decentralized applications (dApps) for millions of users.

Website：https://minepi.com

### Articles

HTX's "Earn with Pending Orders" Debuts: Post BTC Orders and Split 25.7...

Super Wednesdays #12: A Weeklong Summer Referral Carnival! Refer Friend...

Trade to share 4,000 USDT! HTX to Launch BLAST Trading Contest on Jun...

[New Listings on HTX Earn] Subscribe to Flexible Products for NADA、IO、BEE...

HTX to Support MTL(METAL) Rebranding to MTLOLD(METAL)

15:24

🔒 huobi.com

Token listing & application

To improve project teams' communication efficiency for listing and mitigate intervention factors, Huobi has launched a self-help listing platform on which project teams can get information on review progress, supplement listing documents and accelerate the listing process.

Huobi Self-help Listing Platform is available for both Huobi Main Board and Huobi NEXT projects. Huobi Main Board is more suitable for mature projects and Huobi Next for budding projects that have not yet started financing. Project teams can choose to be listed on Huobi Main Board or Huobi Next according to their development progress.

Application Requirement of Huobi Main：
In order to protect the interests of investors, Huobi Main will evaluate the assets and all listed coins must meet the following conditions – including but not limited to:

·Submitted documents are complete and accurate.
·Fulfill the professionalism and compliance requirements with no policy risks.
·Meet the standards in SMARTChain Blockchain Asset Evaluation.
·Strong team or community maintenance.
·Projects have actual technical support or practical application.
·Disclose project information, including white papers, periodic development and progress reports in a truthful and timely manner.
·Other specified requirements for being listed on Huobi.

Application Requirements of Huobi NEXT：
In order to protect the interests of investors, all listed coins of Huobi Next must meet the following conditions – including but not limited to:

·Submitted documents are complete and accurate.
·Fulfill the professionalism and compliance requirements with no policy risks.
·Recommended by professional investment institutions.
·Strong team or community maintenance.
·Projects have actual technical support or practical application.
·Provide not less than 10% of the total tokens, or 20% of the tokens in circulation to enter the voting.
·Disclose project information, including white papers, periodic development and progress reports in a truthful and timely manner.
·Other sperified requirements for being listed on Huobi Next.

Delisting Policy：
In order to protect the interests of investors, Huobi Main and Huobi Next reserve the right to keep or remove any tokens from our exchange and notify the delisting via announcement, if project teams trigger the following conditions – including but not limited to:

·Project teams fail to submit a weekly report and have not submitted a weekly report for more than eight times.
·Project teams intentionally conceal any major events that may seriously affect the price of tokens.
·Projects are suspected of illegal and criminal activities such as money laundering, fraud or pyramid scheme.
·There are other major risks in the projects, such as theft of coins by hackers, concealment of additional issuance and so on, which are sufficient to make the projects have risk events.
·The daily average transaction volume of tokens is less than 100,000 USD or other equivalent tokens for more than 30 days.
·Project teams are suspected of operating the market, and the circumstances are serious.
·The publicity or marketing conduct of project teams damage the interest of Huobi Next or the community, and the circumstances are serious.
·Dissolution or change of project team members.
·Other circumstances that are sufficient for delisting.

Huobi and Huobi Next will issue a delisting announcement for projects that trigger the delisting condition 5 days in advance. Within 30 days from the date of the announcement, users shall transfer the currencies to their crypto wallets or other trading platform accounts.

Apply to List

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

HARRO MOEN,

Plaintiff,

v.

SOCIALCHAIN INC., PI COMMUNITY
COMPANY, NICOLAS KOKKALIS, and
CHENGDIAO FAN,

Defendants.

Case No. 5:25-cv-09145-NC

THIRD AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

# EXHIBIT E-2

*Exchange Evidence*

## Huobi Customer Service Email (WBH-Arthur)

Huobi customer service email from representative WBH-Arthur, July 10, 2023, confirming
that token listings are "determined by the project party after contacting us and undergoing
evaluation and review."

*Filed in Support of Third Amended Complaint*



# [Request received] This is a follow-up to your previous request #2022447920 "Pi Listing: Hello. I had a ..." Hello. Thank you for your response. The information was ...

3 messages

**Support** <support@huobigroup.com>                                          Mon, Jul 10, 2023 at 1:13 AM
Reply-To: Support <support@huobigroup.com>
To: H M ▮▮▮▮▮▮▮▮▮▮▮▮▮

##- Please type your reply above this line -##

Dear Customer,

Your request (2022453724) has been received and is being reviewed by our support staff. If there is any additional comments, please reply to this email.

Note:
1. Huobi shall never ask you for your password or verification code of your Huobi account in any case.
2. If you have any other questions, please send an email to support@huobigroup.com or submit a ticket in Huobi website.

This email is a service from Huobi. Delivered by Zendesk

[PY357K-3V57N]

**Support** <support@huobigroup.com>                                          Mon, Jul 10, 2023 at 1:20 AM
Reply-To: Support <support@huobigroup.com>
To: H M ▮▮▮▮▮▮▮▮▮▮▮▮▮

##- Please type your reply above this line -##

Dear Customer,

Your request (2022453724) has been updated. You can reply this email for any additional comments, thank you!

Note: Huobi shall never ask you for your password or verification code of your Huobi account in any case.

**WBHC-Aimi** (Huobi)
10 July 2023, 16:20 GMT+8

Dear Customer,

Thank you for contacting Huobi Customer Service Center.

Sorry for the inconvenience caused to you. We have escalated your problem to the relevant support team and will reply to you if there is any new feedback.

If you have any questions or supplements, please send an email to support@huobigroup.com,    You can also reply

based on this conversation, and we will answer your questions within 24 hours. Thank you for your understanding and cooperation!

Best Regards,

Huobi Customer Service Center

---

**H M**

10 July 2023, 16:13 GMT+8

This is a follow-up to your previous request #2022447920 "Pi Listing: Hello. I had a ..."
Hello. Thank you for your response. The information was helpful but left a couple questions unanswered. When you list a token, does it have to be authorized by someone from that tokens development team or do exchanges usually list tokens on their own discretion? Also, the Pi listing on your exchange, is that active? I notice fluctuations in price, does that mean Pi can be traded still or no? Thank you for your time.

[Quoted text hidden]

**Support** <support@huobigroup.com>                                    Mon, Jul 10, 2023 at 2:31 AM
Reply-To: Support <support@huobigroup.com>
To: H M ██████████████████████

##- Please type your reply above this line -##

Dear Customer,

Your request (2022453724) has been updated. You can reply this email for any additional comments, thank you!

Note: Huobi shall never ask you for your password or verification code of your Huobi account in any case.

---

**WBH-Arthur** (Huobi)

10 July 2023, 17:31 GMT+8

Dear Customer,

Thank you for contacting Huobi Customer Service Center.

This e-mail is in response to your below questions:

Hello, regarding the question you inquired about; The currency of a project is determined by the project party after contacting us and undergoing evaluation and review; Currently, pi supports spot trading; But the recharge and withdrawal of coins have been suspended. Please refer to the announcement for the specific resumption time. Thank you for your understanding and support!

If there is any other questions, please feel free to reply us, or mail to support@huobigroup.com, we will reply you within 24 hours. There will be a Customer Satisfaction Survey sent to you later for my service, I would highly appreciate it if you could take a few minutes to complete it, thank you!

*Huobi Flexible:Subscribe to BETH Flexible   Earn up to 10.0％ APY*   Subscribe now

Best Regards,

Huobi Customer Service Center

---

**WBHC-Aimi** (Huobi)

10 July 2023, 16:20 GMT+8

Dear Customer,

Thank you for contacting Huobi Customer Service Center.

Sorry for the inconvenience caused to you. We have escalated your problem to the relevant support team and will reply to you if there is any new feedback.

If you have any questions or supplements, please send an email to support@huobigroup.com，  You can also reply based on this conversation, and we will answer your questions within 24 hours. Thank you for your understanding and cooperation!

Best Regards,

Huobi Customer Service Center

---

**H M**

10 July 2023, 16:13 GMT+8

This is a follow-up to your previous request #2022447920 "Pi Listing: Hello. I had a ..."
Hello. Thank you for your response. The information was helpful but left a couple questions unanswered. When you list a token, does it have to be authorized by someone from that tokens development team or do exchanges usually list tokens on their own discretion? Also, the Pi listing on your exchange, is that active? I notice fluctuations in price, does that mean Pi can be traded still or no? Thank you for your time.

[Quoted text hidden]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

HARRO MOEN,

                Plaintiff,

      v.

SOCIALCHAIN INC., PI COMMUNITY
COMPANY, NICOLAS KOKKALIS, and
CHENGDIAO FAN,

                Defendants.

Case No. 5:25-cv-09145-NC

THIRD AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

# EXHIBIT E-3

*Exchange Evidence*

## BitMart Customer Service Email (rebecca.lam)

BitMart customer service email from representative rebecca.lam, October 6-7, 2024, confirming that "PI token only support with PI network" and that BitMart conducts "complicated and serious audit before the listing of coin."

*Filed in Support of Third Amended Complaint*

 Gmail

## [BitMart] Re: Pi Network token
6 messages

**rebecca.lam@bitmart.com (BitMart)** <support@bitmart.zendesk.com>    Sun, Oct 6, 2024 at 12:04 PM
Reply-To: BitMart <support+id1041690@bitmart.zendesk.com>
To: Harromoen ████████████████

##- Please type your reply above this line -##

Your request (#1041690) has been updated. To add additional comments, reply to this email or click the link below:

https://support.bitmart.com/hc/requests/1041690

 **rebecca.lam@bitmart.com** (BitMart)
Oct 7, 2024, 03:04 GMT+8

Dear user,

Thank you for reaching out to BitMart.

BitMart, at its discretion, will go through complicated and serious audit before the listing of coin.

Please note that the trading feature of Pi Network is available.

We have yet to receive any updates of when the Pi Network deposit feature will be available.

We kindly ask you to stay tuned to our announcement space for the latest news on this matter.

Announcement space:
https://support.bitmart.com/hc/en-us
https://support.bitmart.com/hc/en-us/categories/7922665245339-Important-Announcement

Additionally, kindly note that BitMart will stop accepting new account registrations from users in United States.

United States is part of the restricted areas on BitMart.

We understand your interest in using BitMart and sincerely appreciate your support.

We apologise for any inconvenience caused.



 | BitMart Support

*Connect with us*



### Harromoen
Oct 7, 2024, 02:59 GMT+8

Hello. There has been a lot of rumors about this token since it's been listed and I wanted to verify that these are real Pi tokens, not some IOU or fake crypto like people are saying. Also, can I ask you this, in order to get listed on Bitmart, someone from the development team has to submit an application correct? Bitmart doesn't just go list tokens without the development team knowing about it? I am trying to dispell the rumors and put confidence back into the project and exchange platforms so when Pi does its official launch, people aren't apprehensive about buying Pi on Bitmart and other platforms.

This email is a service from BitMart. Delivered by Zendesk

[0X1VZL-42MX0]

**Harro** ▬▬▬▬▬▬                                    Sun, Oct 6, 2024 at 12:15 PM
To: BitMart <support+id1041690@bitmart.zendesk.com>

Thank you Rebecca. So they are real Pi tokens then? I have friends overseas that want to buy but are concerned the tokens aren't the tokens from Pi Network. I can tell them they're authentic like the rest of the tokens listed on Bitmart?
[Quoted text hidden]

**BitMart** <support@bitmart.zendesk.com>                    Sun, Oct 6, 2024 at 12:15 PM
Reply-To: BitMart <support+id1041690@bitmart.zendesk.com>
To: Harromoen ▬▬▬▬▬▬▬▬▬

##- Please type your reply above this line -##

Your request (#1041690) has been updated. To add additional comments, reply to this email or click the link below:
https://support.bitmart.com/hc/requests/1041690

### Harromoen
Oct 7, 2024, 03:15 GMT+8

Thank you Rebecca. So they are real Pi tokens then? I have friends overseas that want to buy but are concerned the tokens aren't the tokens from Pi Network. I can tell them they're authentic like the rest of the tokens listed on Bitmart?

[Quoted text hidden]

[Quoted text hidden]

---

**jingwen.chong@bitmart.com (BitMart)** <support@bitmart.zendesk.com>    Sun, Oct 6, 2024 at 12:30 PM
Reply-To: BitMart <support+id1041690@bitmart.zendesk.com>
To: Harromoen ███████████

##- Please type your reply above this line -##

Your request (#1041690) has been updated. To add additional comments, reply to this email or click the link below:
https://support.bitmart.com/hc/requests/1041690

 **jingwen.chong@bitmart.com** (BitMart)
Oct 7, 2024, 03:30 GMT+8

Dear user,

Thank you for contacting Bitmart.

Regarding your concerns, PI token only support with PI network. Our platform is still listed for PI token.

However, since the deposit feature of PI token was currently suspended. If you wish to deposit to our platform, you will need to wait for the deposit feature of PI token list again and you may deposit.

As of now, we have yet to receive any updates of when the Pi Network deposit feature will be available. We kindly ask you to stay tuned to our announcement space for the latest news on this matter.

Announcement space:
https://support.bitmart.com/hc/en-us
https://support.bitmart.com/hc/en-us/categories/7922665245339-Important-Announcement

Thank you.



| Best Regards
| BitMart Support

      

[Quoted text hidden]

[Quoted text hidden]

---

**Harro** ███████████████                                         Sun, Oct 6, 2024 at 8:47 PM
To: BitMart <support+id1041690@bitmart.zendesk.com>

Okay thank you
[Quoted text hidden]

---

**BitMart** <support@bitmart.zendesk.com>                         Sun, Oct 6, 2024 at 8:46 PM
Reply-To: BitMart <support+id1041690@bitmart.zendesk.com>
To: Harromoen ███████████████████

##- Please type your reply above this line -##

Your request (#1041690) has been updated. To add additional comments, reply to this email or click the link below:

https://support.bitmart.com/hc/requests/1041690

 **Harromoen**
Oct 7, 2024, 11:46 GMT+8

Okay thank you

[Quoted text hidden]

[Quoted text hidden]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

HARRO MOEN,

                              Plaintiff,

              v.

SOCIALCHAIN INC., PI COMMUNITY
COMPANY, NICOLAS KOKKALIS, and
CHENGDIAO FAN,

                              Defendants.

Case No. 5:25-cv-09145-NC

THIRD AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

# EXHIBIT E-4

*Exchange Evidence*

## BitMart Customer Service Email (jingwen.chong)

BitMart customer service email from representative jingwen.chong, January 28, 2026, confirming that Pi Network (PI) was listed on December 29, 2022, and that "trading was enabled at that time in accordance with the project team's information and support."

*Filed in Support of Third Amended Complaint*

 Gmail

## Fwd: [BitMart] Re: Pi Network

1 message

Wed, Jan 28, 2026 at 10:45 AM

---------- Forwarded message ---------
From: **jingwen.chong@bitmart.com** (**BitMart**) <support@bitmart.zendesk.com>
Date: Wed, Jan 28, 2026, 00:06
Subject: [BitMart] Re: Pi Network
To: Harromoen

##- Please type your reply above this line -##

Your request (#1369520) has been updated. To add additional comments, reply to this email or click the link below:
https://bitmart.zendesk.com/hc/requests/1369520

 **jingwen.chong@bitmart.com** (BitMart)
Jan 28, 2026, 15:06 GMT+8

Dear User,

Thank you for your message.

Pi Network (PI) was listed on BitMart on December 29, 2022, and trading was enabled at that time in accordance with the project team's information and support. Trading was available for a period and was later suspended and resumed based on official announcements.

BitMart lists and supports tokens based on the project team's official disclosures and technical arrangements at the time. Any updates related to PI, including listing status, deposits, withdrawals, suspension, or resumption, were communicated through BitMart's official announcements.

Please note that BitMart is unable to verify or comment on the token details or listing activities of other platforms, as we do not have access to their information.
For questions regarding the PI token's technical structure, mainnet status, or project-related matters, we recommend contacting the Pi Network project team directly.

Thank you for your understanding.

 BitMart

Best Regards
BitMart Support

     

 **Harromoen**
Jan 28, 2026, 14:46 GMT+8

Hello. I am wondering if someone there can help me out in regards to some information I am trying to gather about the Pi Network listing on Bitmart on December 29, 2022. When you first listed Pi, those were real tokens sent to Bitmart by the core team correct? And they needed to be swapped out for other Pi tokens when mainnet launched because those tokens weren't connected to a blockchain? I'm just curious to know if they were legit tokens because I am taking Pi Network to court over these exchange listings and need to know if the tokens that were listed on Bitmart, Huobi and XT.COM were real Pi tokens at the time and were supplied to the exchange. There was live trading on the day it opened up until the listing was frozen correct? Is there someone I can speak to about the listing details. I just want to know what kind of listing it was and how it was traded because the price reached over $300 and I don't see that happening for an IOU token or derivative. I really need help with this because I was told they were legitimate assets a while back and then I saw the announcement to swap the old tokens for the new ones. Thank you for your time.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

HARRO MOEN,

                Plaintiff,

      v.

SOCIALCHAIN INC., PI COMMUNITY
COMPANY, NICOLAS KOKKALIS, and
CHENGDIAO FAN,

                Defendants.

Case No. 5:25-cv-09145-NC

THIRD AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

# EXHIBIT E-5

*Exchange Evidence*

## HTX Press Release via PRNewswire

HTX press release via PRNewswire, January 18, 2024, stating HTX was acting "in collaboration with Pi Network."

*Filed in Support of Third Amended Complaint*

 **Help Center**

# How can we help?

Search help articles 🔍

# BitMart will list Pi Network (PI)

Follow

Dear BitMart Users,

BitMart will list Pi Network(PI) on our digital assets platform December 31, 2022. The following trading pair will be available: PI/USDT. Please note the important dates for key features below:

- Deposit feature: TBD
- Trade feature: 12/31/2022 10:00 AM (UTC)
- Withdrawal feature: TBD





# PI

## Pi network
## Listing on BitMart

 12/31/2022  10:00 AM (UTC)
Trading Available

- Fees
- About PI

Attention:  Use of BitMart services is entirely at your own risk. The value of digital currencies can go up or down and there can be a substantial risk in buying, selling, holding, or trading digital currencies. You should carefully consider whether trading or holding digital currencies is suitable for you based on your personal investment objectives, financial circumstances, and risk tolerance.

**Please note: United States users are not supported for trading PI.**

BitMart Team

Dec 30, 2022

Download BitMart App to trade anytime, anywhere: https://www.bitmart.com/app/en

Join us and get updated on:

- Twitter: https://twitter.com/BitMartExchange
- BitMart Research: https://twitter.com/BitMartResearch
- Facebook: https://www.facebook.com/bitmartexchange/
- Telegram (24/7 customer service): https://t.me/BitMartExchange
- Telegram - Asia: https://t.me/BitMartExchange_Asia
- Instagram:https://www.instagram.com/bitmart_exchange_support_/?hl=en
- Discord: https://discord.gg/bitmart



## Was this article helpful?



275 out of 331 found this helpful

Have more questions? Submit a request

---

Related articles

How to Deposit?

How to Withdraw?

[Primary Listing] BitMart Will List IO.NET (IO)

3 Things You Must Know About 100x Leverage

BitMart Will List DADDY TATE (DADDY)

Recently viewed articles

BitMart Will Support PI Network (PI) Mainnet Migration

Pi Network (PI)

## Comments

0 comments

Article is closed for comments.

Articles in this section

[BM Discovery] BitMart Will List 龙虾 (龙虾) - 2026-3-9

[Primary Listing]BitMart Will List BlockDAG (BDAG) - 2026-03-06

[Primary Listing] BitMart Will List HNO Coin (HNO) - 2026-3-5

[Primary Listing] BitMart Will List idOS (IDOS) - 2026-3-5

[BM Discovery] BitMart Will List Pigeon Doctor (PIGEON) - 2026-3-5

[Primary Listing] BitMart Will List Smart AI (SAIT) - 2026-3-16

[Primary Listing] BitMart Will List Opinion (OPN) - 2026-3-5

[Primary Listing] BitMart Will List Bitway (BTW) - 2026-3-2

[BM Discovery] BitMart Will List Freedom of Money (FOM) - 2026-2-28

BitMart Will List Stocks MP Materials Ondo Tokenized (MPON), MercadoLibre Ondo Tokenized (MELION), Vertiv Ondo Tokenized (VRTON), Intuitive Surgical Ondo Tokenized (ISRGON) and iShares Core MSCI Emerging Markets ETF Ondo Tokenized (IEMGON) - 2026-2-28

See all 4605 articles

 XT

Help Center  >  Important Announcements  >  Tokens and Trading Pairs Listing

 Search

## Articles in this section

XT Announcement on the Launching Longxdd (Longxdd)

XT Announcement on the Launching NEXI (NEXIRA DAEP)

XT Announcement on the Launching 龙虾 (龙虾)

XT Announcement on the Launching BOTCOINNEW (BOTCOINNEW)

XT Announcement on the Launching LAUKI (Lauki Antonson)

XT Announcement on the Launching 我的刀盾 (我的刀盾)

XT Announcement on the Launching HODL (HODL)

XT Announcement on the Launching MCU616 (Marvel Coin Universe 616)

XT Pre-Market Trading

# XT.COM Announcement on the Upcoming Listing of PI(Pi Network)

 **XT-Service**
3 years ago · Updated

Dear XTers,

We are honored to announce that PI(Pi Network) will be listed on XT.COM. PI/USDT trading pair will be opened in Innovation Zone. Please stay tuned for the schedule of deposit, withdrawal, and trading.

**[Token PI]**

Pi — Cryptocurrency for everyday people fueling the world's most inclusive peer-to-peer economy. Download our app to start mining Pi today.

Website: https://minepi.com/

Blockchain Browser: https://minepi.com/blockexplorer/

Whitepaper Link: https://pinetwork-official.medium.com/pi-whitepaper-chapters-mainnet-token-model-mining-and-roadmap-19f4a6774e71

Risk warning: Cryptocurrency trading is subject to high market risk. Please make your trades cautiously. XT will make best efforts to choose high-quality coins, but will not be responsible for your trading losses.

Medium    🔍 Search    ✎ Write    Sign up    Sign in    👤

# XT.COM Announcement on Launching PI(Pi Network)

 XT Exchange    Follow    2 min read · Dec 28, 2022

👏 3    💬    🔖    ▶    ⬆



PI gets listed on XT.com

Dear XTers,

We are honored to announce that PI(Pi Network) will be listed on <u>XT.COM</u>. PI/USDT trading pair will be opened in Innovation Zone(Hot Coin). Please take note of the following go-live schedule:

- **Deposit:** To Be Determined

- **Trading:** 03:00 on December 29, 2022 (UTC)

- **Withdrawal:** To Be Determined

[Token PI]

Pi — Cryptocurrency for everyday people fueling the world's most inclusive peer-to-peer economy. Download our app to start mining Pi today.

Website:https://minepi.com/

Blockchain Browser:https://minepi.com/blockexplorer/

Get XT Exchange's stories in your inbox

Join Medium for free to get updates from this writer.

Enter your email                    Subscribe

Whitepaper Link:https://pinetwork-official.medium.com/pi-whitepaper-chapters-mainnet-token-model-mining-and-roadmap-19f4a6774e71

**Risk warning:**

1. PI is a newly-listed token and its initial price may suffer huge fluctuations, causing partial or total losses. Before trading, please have a full understanding of all the risks in investing in digital assets and be prudent in your own decisions.

2. All information displayed on XT.COM does not constitute investment advice. XT.COM does not take responsibility for any direct or indirect losses resulted. XT.COM does not assume responsibility for guarantees or compensation for depositing or locking positions.

Thank you for your support!
XT.COM Team
December 28, 2022

Trade on the go with XT.COM 's mobile crypto trading app:

https://www.xt.com/app

Find us on

Telegram: https://t.me/XTsupport_EN

Twitter: https://twitter.com/XTexchange

Facebook: https://www.facebook.com/XT.comexchange

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

HARRO MOEN,

                                    Plaintiff,

            v.

SOCIALCHAIN INC., PI COMMUNITY
COMPANY, NICOLAS KOKKALIS, and
CHENGDIAO FAN,

                                    Defendants.

Case No. 5:25-cv-09145-NC

THIRD AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

# EXHIBIT E-6

*Exchange Evidence*

## Pi Network Founders' PRNewswire Press Release

Pi Network founders' PRNewswire press release, January 6, 2023, publicly denying involvement in exchange listings and claiming tokens traded were "NOT real Pi."

*Filed in Support of Third Amended Complaint*



breaking news:





 **Pi** Network

Pi Blockchain ⌄   Ecosystem ⌄   About Us   Community ⌄      𝕏  f  ▶  ⊙   Q

*Published December 29, 2022*

Pi Network is aware of reports that several unauthorized third party exchanges, and potential unknown third parties, are seeking to list Pi or tokens purporting to be Pi, or some purported derivative of Pi, without the consent, authority or involvement of Pi Network.

It is important to reiterate that **Pi is currently in the Enclosed Network and is not approved by Pi Network for listing on any exchange or for trading, and Pi Network was not involved with any of these purported postings or listings.**

Currently, Pi Network recommends to all Pioneers and potential Pi users not to engage with any of these exchanges or third party actors as their actions are not affiliated with Pi Network, and could result in substantial loss or damage to Pi users. Pi Network is also requesting these posts and exchange listings removed, and evaluating additional actions with respect to the third parties and exchanges. In the interim, it is important to reiterate that the transaction of Pi through an exchange is explicitly prohibited during the Enclosed Mainnet period, and doing so would be a violation of Pi's policies.

The unique innovative design of Pi's Enclosed Network period is a strategic choice to build a network of true substance and utilities with the best interest of the network, the community and individual Pioneers in mind. The current Enclosed Network period of Mainnet allows Pi Network to focus on two priorities: mass KYC/migration and ecosystem utilities-building. Both are essential steps towards our ultimate objective of building a viable ecosystem to get ready for Open Mainnet.

 

## Pi Core Team - ...

Friday morning the updated Android release that is fixing the recent issue is fully released on the Google Play store (accessible by 100% of Android users). The stats from Google indicate the release is fully fixing the issue. If anyone is still experiencing this issue please let us know. Just make sure you are running the latest update first - marked as 65 (1.34.2).

Reply

**PiCoreTeam** Ⓜ 1 year ago

Pi is in Enclosed Mainnet with no external connectivity permitted. Pi Network isn't affiliated with and hasn't authorized any exchange listing. Such listings may not operate on real Pi. Participation may result in loss. Trust only official Pi channels: https://minepi.com/safety

Reply

10:17

  **Pi Core Team - ...**

The stats from Google indicate the release is fully fixing the issue. If anyone is still experiencing this issue please let us know. Just make sure you are running the latest update first - marked as 65 (1.34.2).

Reply

**PiCoreTeam**  1 year ago

Pi is in Enclosed Mainnet with no external connectivity permitted. Pi Network isn't affiliated with and hasn't authorized any exchange listing. Such listings may not operate on real Pi. Participation may result in loss. Trust only official Pi channels: https://minepi.com/safety

Reply

**nicolas**  1 year ago

While we are excited to see the Hackathon midpoint submissions, the deadline has been extended to February 14, 2023 due to delays incurred by system maintenance and platform inaccessibility. Developers

Only Mods and Core Team can post here


My Channels

My Chats


Settings

01:35

google.com

that coin. The price tag represents the IOU, not the coin. The Pi Core team has said that the listings are independent of the team and are not approved or in line with the network's policies. ^

| ⊗ btcc.com ⋮ | 🔲 BitDegree |
|---|---|
| Is Pi Network Legit Or Scam: Pi Cryptocurrency Real Or... | How to Buy & S 2024: An In-De |
| Sep 15, 2023 — Though several exchanges such as Huobi have liste... | Mar 4, 2024 — So, on Huobi and othe |

Show more ∨

**Pi is not listed on the Huobi exchange** and there is no official method to transfer Pi to any exchange. Pi is currently only available on the Pi wallet and is not intended to be traded. I would advise against trying to transfer Pi coin to Huobi or any other exchange, as this could result in the loss of your Pi. Jun 10, 2023

Ⓠ https://www.quora.com › Can-we-...  ⋮

Can we deposit a Pi coin in Huobi to sell? - Quora

❓ About featured snippets   ⚠Feedback

People also ask

10:17

  **Pi Core Team - …**

The stats from Google indicate the release is fully fixing the issue. If anyone is still experiencing this issue please let us know. Just make sure you are running the latest update first - marked as 65 (1.34.2).

Reply

**PiCoreTeam** Ⓜ 1 year ago

Pi is in Enclosed Mainnet with no external connectivity permitted. Pi Network isn't affiliated with and hasn't authorized any exchange listing. Such listings may not operate on real Pi. Participation may result in loss. Trust only official Pi channels: https://minepi.com/safety

Reply

**nicolas** π 1 year ago

While we are excited to see the Hackathon midpoint submissions, the deadline has been extended to February 14, 2023 due to delays incurred by system maintenance and platform inaccessibility. Developers

Only Mods and Core Team can post here

My Channels         My Chats         Settings

 **Pi** Network

Pi Blockchain ⌄    Ecosystem ⌄    About Us    Community ⌄    𝕏 f ▶ ⊡    Q

*Published December 29, 2022*

Pi Network is aware of reports that several unauthorized third party exchanges, and potential unknown third parties, are seeking to list Pi or tokens purporting to be Pi, or some purported derivative of Pi, without the consent, authority or involvement of Pi Network.

It is important to reiterate that **Pi is currently in the Enclosed Network and is not approved by Pi Network for listing on any exchange or for trading, and Pi Network was not involved with any of these purported postings or listings.**

Currently, Pi Network recommends to all Pioneers and potential Pi users not to engage with any of these exchanges or third party actors as their actions are not affiliated with Pi Network, and could result in substantial loss or damage to Pi users. Pi Network is also requesting these posts and exchange listings removed, and evaluating additional actions with respect to the third parties and exchanges. In the interim, it is important to reiterate that the transaction of Pi through an exchange is explicitly prohibited during the Enclosed Mainnet period, and doing so would be a violation of Pi's policies.

The unique innovative design of Pi's Enclosed Network period is a strategic choice to build a network of true substance and utilities with the best interest of the network, the community and individual Pioneers in mind. The current Enclosed Network period of Mainnet allows Pi Network to focus on two priorities: mass KYC/migration and ecosystem utilities-building. Both are essential steps towards our ultimate objective of building a viable ecosystem to get ready for Open Mainnet.





# Post



December 29, 2022

Pi Network is aware of reports that several unauthorized third party exchanges, and potential unknown third parties, are seeking to list Pi or tokens purporting to be Pi, or some purported derivative of Pi, without the consent, authority or involvement of Pi Network.

It is important to reiterate that **Pi is currently in the Enclosed Network and is not approved by Pi Network for listing on any exchange or for trading**, and Pi Network was **not involved** with any of these purported postings or listings.

Currently, Pi Network recommends to all Pioneers and potential Pi users not to engage with any of these exchanges or third party actors as their actions are not affiliated with Pi Network, and could result in substantial loss or damage to Pi users. **Pi Network is also requesting these posts and exchange listings removed,** and evaluating additional actions with respect to the third parties and exchanges. In the interim, it is important to reiterate that the transaction of Pi through an exchange is explicitly prohibited during the Enclosed Mainnet period, and doing so would be a violation of Pi's policies.

The unique innovative design of Pi's Enclosed Network period is a strategic choice to build a network of true substance and utilities with the best interest of the network, the community and individual Pioneers in mind. The current Enclosed Network period of Mainnet allows Pi Network to focus on two priorities: mass KYC/migration and ecosystem utilities-building. Both are essential steps towards our ultimate objective of building a viable ecosystem to get ready for Open Mainnet.

---



Home

Explore


Notifications

Messages

Grok

Premium

Bookmarks

Communities

Articles

Profile

More

Post


TheCrazySchnauz
@TheCrzySchnauzr

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

HARRO MOEN,

                            Plaintiff,

            v.

SOCIALCHAIN INC., PI COMMUNITY
COMPANY, NICOLAS KOKKALIS, and
CHENGDIAO FAN,

                            Defendants.

Case No. 5:25-cv-09145-NC

THIRD AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

# EXHIBIT W-1

*Wallet and Blockchain Evidence*

## KYC Confirmation - ZEAT Wallet

KYC confirmation showing Plaintiff's authorized ZEAT wallet, December 22, 2022.

*Filed in Support of Third Amended Complaint*

07:36

← 6490.$^{14562}$ π    EN

action, suits, orders, obligations, contracts, agreements,

**For the network's legal compliance, you need to accept this Acknowledgement to Receive Pi Tokens before you can migrate to the Mainnet.**

Releasees arising from or related to the Tokens, including the Company's provision thereof to Recipient.

BY CLICKING ON THE "I ACCEPT" BUTTON BELOW YOU (A) ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTAND THIS ACKNOWLEDGEMENT; (B) REPRESENT AND WARRANT THAT YOU HAVE THE RIGHT, POWER, AND AUTHORITY TO ACCEPT THIS ACKNOWLEDGEMENT; AND (C) ACCEPT THIS ACKNOWLEDGEMENT AND AGREE THAT YOU ARE LEGALLY BOUND BY ITS TERMS.

IF YOU DO NOT AGREE TO THESE TERMS, PLEASE SELECT THE "I DECLINE" BUTTON BELOW. IF YOU DO NOT ACCEPT THESE TERMS, YOU MAY NOT RECEIVE PI ON PI MAINNET BLOCKCHAIN.

DATE: 2022-12-22 21:23 (UTC)

**The wallet address used to sign:** GDJCI6GIKG DUBP3HOKEPVY2O3THA2BWVZBVRVZYNS 5YXFLUXDRNIZEAT

**Digital signature:** KkDjjzM5JI4NOzeObZu74nli 5+s2De1sGd0ao6/Mfaj9FE7nbeADJHo605Txj PL2xgzznALcX7hYsWxzqa63CQ==

20:59

← **6488.**34064 π    EN 🌐 ▼

**Create a Pi Wallet**        **Completed**

**2** The Pi Wallet is where you receive and store your Pi on the Pi Blockchain. Find the wallet app in the Pi Browser.

---

**3**

### Confirm your Pi Wallet        Completed

You confirmed that your Mainnet balance will be transferred to the address below.

**Your confirmed wallet address:**
GDJCI6GIKGDUBP3HOKEPVY2O3THA2BWVZBVRVZ
YNS5YXFLUXDRNIZEAT

---

**4**

### Commit to Lockup configuration        Completed

You can voluntarily commit to lock up a portion of your Transferable Balance for a boosted mining rate, effective March 14, 2022. The Lockup configuration is binding upon commitment, so the amount and duration of the Lockup cannot be changed before your first Mainnet transfer.

*Note:* Pioneers must commit to a Lockup setting to be eligible for Mainnet Migration, even if they decide not to lock up any Pi.

---

**5**

### Secure Your Account        Completed

Secure your account for KYC and Mainnet Migration.

---

**6**

### Submit your KYC Application        Completed

KYC (Identity Verification) is a prerequisite to transfer your Mobile Balance to the Mainnet blockchain.



←     6488.<sup>34067</sup> π     EN  ▾

**6** KYC (Identity Verification) is a prerequisite to transfer your Mobile Balance to the Mainnet blockchain.

**Wait for KYC Results**      **Completed**

**7** KYC results will depend on identity verification, your name matching with your Pi account, screening against government AML and anti-terrorism sanction list, and if the account has scripting or policy-violation history.

**Sign Acknowledgement to Receive Completed Tokens**

**8** Congratulations, you have been added to the automatic migration queue!

Your transferable balance will be migrated into your wallet on the Mainnet blockchain. After the transfer to the Mainnet, there will be a 14-day pending period. The unlocked portion will be free to use immediately after the 14-day pending period, while the locked portion will be transferable only after the expiration of your selected Lockup duration.

**Migrate to Mainnet**

**9** You will be automatically added to the Migration Queue if you have finished steps 1-8

**Status: Complete**

Your initial Migration to Mainnet is complete. 5137.3972571π was sent to the wallet GDQ4X5TMGO JQJULMEHU4RDMPITX2LDK5ZZ3JT24K43ZAB73JI6LE KIDS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

HARRO MOEN,

                        Plaintiff,

            v.

SOCIALCHAIN INC., PI COMMUNITY
COMPANY, NICOLAS KOKKALIS, and
CHENGDIAO FAN,

                        Defendants.

Case No. 5:25-cv-09145-NC

THIRD AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

# EXHIBIT W-2

*Wallet and Blockchain Evidence*

## Mainnet Checklist - ZEAT Wallet Assignment

Mainnet checklist confirming ZEAT wallet assignment.

*Filed in Support of Third Amended Complaint*

20:59

6488.<sup>34064</sup> π    EN ⊕ ▼

~~Create a Pi Wallet~~    ~~Completed~~

**2** The Pi Wallet is where you receive and store your Pi on the Pi Blockchain. Find the wallet app in the Pi Browser.

**3** **Confirm your Pi Wallet**    **Completed**

You confirmed that your Mainnet balance will be transferred to the address below.

Your confirmed wallet address:
GDJCI6GIKGDUBP3HOKEPVY2O3THA2BWVZBVRVZ
YNS5YXFLUXDRNIZEAT

**4** **Commit to Lockup configuration**    **Completed**

You can voluntarily commit to lock up a portion of your Transferable Balance for a boosted mining rate, effective March 14, 2022. The Lockup configuration is binding upon commitment, so the amount and duration of the Lockup cannot be changed before your first Mainnet transfer.

*Note:* Pioneers must commit to a Lockup setting to be eligible for Mainnet Migration, even if they decide not to lock up any Pi.

**5** **Secure Your Account**    **Completed**

Secure your account for KYC and Mainnet Migration.

**6** **Submit your KYC Application**    **Completed**

KYC (Identity Verification) is a prerequisite to transfer your Mobile Balance to the Mainnet blockchain.

20:59

← 6488.<sup>34067</sup> π    EN 🌐 ▾

6 KYC (Identity Verification) is a prerequisite to transfer your Mobile Balance to the Mainnet blockchain.

**Wait for KYC Results**                    **Completed**

7 KYC results will depend on identity verification, your name matching with your Pi account, screening against government AML and anti-terrorism sanction list, and if the account has scripting or policy-violation history.

**Sign Acknowledgement to Receive Completed Tokens**

Congratulations, you have been added to the automatic migration queue!

8 Your transferable balance will be migrated into your wallet on the Mainnet blockchain. After the transfer to the Mainnet, there will be a 14-day pending period. The unlocked portion will be free to use immediately after the 14-day pending period, while the locked portion will be transferable only after the expiration of your selected Lockup duration.

**Migrate to Mainnet**

You will be automatically added to the Migration Queue if you have finished steps 1-8

**Status: Complete**

9 Your initial Migration to Mainnet is complete. 5137.3972571π was sent to the wallet GDQ4X5TMGO JQJULMEHU4RDMPITX2LDK5ZZ3JT24K43ZAB73JI6LE KIDS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

HARRO MOEN,

                              Plaintiff,

        v.

SOCIALCHAIN INC., PI COMMUNITY
COMPANY, NICOLAS KOKKALIS, and
CHENGDIAO FAN,

                              Defendants.

Case No. 5:25-cv-09145-NC

THIRD AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

# EXHIBIT W-3

*Wallet and Blockchain Evidence*

## KIDS Wallet Creation Date

KIDS wallet creation date on Pi Network block explorer, showing creation by Pi Foundation Wallet 2 (W7TEAM/GC5G) on February 16, 2024.

*Filed in Support of Third Amended Complaint*





## TRANSACTION  1e2de7609dfa25f72116060cea98c0b216308a4ef6431d36dcf5ff0cc78f715c

JSON

| | |
|---|---|
| Time | 2/16/2024 00:15 |
| Fee | 0.01 Test-π |
| Block | 15322100 |
| Memo(None) | |

## OPERATIONS (1)

| Account | Operation | Time | Json File |
|---|---|---|---|
| GCOR...TEAM | Created Account GDQ4...KIDS with balance 100 | 1 year ago | JSON |

 **Pi blockexplorer**     OPERATIONS     PAYMENTS     TRANSACTIONS     BLOCKS

TESTNET     TESTNET2     MAINNET

Search by Account / Transaction / Ledger(Block)

## TRANSACTION  1153ee3436363636897a411652355fb127f1b7fe3ee8ed7adcb45cd2e74ea562      JSON

| | |
|---|---|
| Time | 12/10/2021 01:27 |
| Fee | 0.01 Test-π |
| Block | 5039538 |
| Memo(None) | |

## OPERATIONS (1)

| Account | Operation | Time | Json File |
|---|---|---|---|
| GCOR...TEAM | Created Account  GDJC...ZEAT  with balance 100 | 3 years ago | JSON |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

HARRO MOEN,

Plaintiff,

v.

SOCIALCHAIN INC., PI COMMUNITY
COMPANY, NICOLAS KOKKALIS, and
CHENGDIAO FAN,

Defendants.

Case No. 5:25-cv-09145-NC

THIRD AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

# EXHIBIT W-4

*Wallet and Blockchain Evidence*

## Claimable Balance Blockchain Data

Claimable balance blockchain data from Pi Network API showing Pi Foundation Wallet 11 (3BNJ) as first claimant with 14-day priority window.

*Filed in Support of Third Amended Complaint*

```
                href. neep.//upizrmarnneermanepiecom/errecesrorder-ase(uoozecarsor-oosososissssssou
        }
    },
    "id": "60589009155395668",
    "paging_token": "60589009155395668",
    "transaction_successful": true,
    "source_account": "GABT7EMPGNCQSZM22DIYC4FNKHUVJTXITUF6Y5HNIWPU4GA7BHT4GC5G",
    "type": "create_claimable_balance",
    "type_i": 14,
    "created_at": "2024-04-08T22:32:40Z",
    "transaction_hash": "a4034f0a4d1a0fac15a746c66001ff95a641c761b8ec4a21bd33d2c370d6b730",
    "sponsor": "GABT7EMPGNCQSZM22DIYC4FNKHUVJTXITUF6Y5HNIWPU4GA7BHT4GC5G",
    "asset": "native",
    "amount": "2567.6986285",
    "claimants": [
      {
        "destination": "GC5RNDCRO6DDM7NZDEMW3RIN5K6AHN6GMWSZ5SAH2TRJLVGQMB2I3BNJ",
        "predicate": {
          "rel_before": "1209600"
        }
      },
      {
        "destination": "GDQ4X5TMGOJQJULMEHU4RDMPITX2LDK5ZZ3JT24K43ZAB73JI6LEKIDS",
        "predicate": {
          "not": {
            "rel_before": "1209600"
          }
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

HARRO MOEN,

Plaintiff,

v.

SOCIALCHAIN INC., PI COMMUNITY
COMPANY, NICOLAS KOKKALIS, and
CHENGDIAO FAN,

Defendants.

Case No. 5:25-cv-09145-NC

THIRD AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

# EXHIBIT W-5

*Wallet and Blockchain Evidence*

## V5FF Wallet Transaction Records

V5FF wallet transaction records showing 70 payments received April 29, 2024 between 05:37 and 08:21, totaling 40,866 Pi tokens.

*Filed in Support of Third Amended Complaint*

## OPERATIONS

Next Page

| Account | Operation | Transaction | Type | Time |
|---|---|---|---|---|
| GBBX...V5FF | Pay 20866 π to GDAI...FZ7P | abb20e5344da07e02... | payment | 2 years ago |
| GBBX...V5FF | Pay 20000 π to GDAI...FZ7P | 6854541d8d4b7ab8b... | payment | 2 years ago |
| GBUD...IMIH | Pay 433 π to GBBX...V5FF | d211664f2d34c3258... | payment | 2 years ago |
| GCZP...G7IF | Pay 527 π to GBBX...V5FF | 72f230a894669580b... | payment | 2 years ago |
| GALU...KXYP | Pay 479.99 π to GBBX...V5FF | 7eb043d9b0916b393... | payment | 2 years ago |
| GBGI...TC7H | Pay 655 π to GBBX...V5FF | c08126032a7dc9020... | payment | 2 years ago |
| GDM5...EKW3 | Pay 1229 π to GBBX...V5FF | a813b76f129c374a3... | payment | 2 years ago |
| GBAK...LST5 | Pay 857 π to GBBX...V5FF | 5ea5c0b8a9985784a... | payment | 2 years ago |
| GDPW...RYXK | Pay 2579 π to GBBX...V5FF | e72549b23ec36c0b2... | payment | 2 years ago |
| GA7O...4IKP | Pay 1540 π to GBBX...V5FF | 8b0fe93c50bdcf20f... | payment | 2 years ago |

Export data as CSV

## OPERATIONS

Previous Page                                                                 Next Page

| Account | Operation | Transaction | Type | Time |
|---------|-----------|-------------|------|------|
| GAHF...GJPU | Pay 1425 π to GBBX...V5FF | 6f66691ddc746fc97... | payment | 2 years ago |
| GAWS...4V7G | Pay 1074 π to GBBX...V5FF | 50fc8012cc83c3c1a... | payment | 2 years ago |
| GBE3...KA5F | Pay 285 π to GBBX...V5FF | 72c8d864e81447b6b... | payment | 2 years ago |
| GAE3...P2QP | Pay 507 π to GBBX...V5FF | 86b1e9a66f4c3ecd9... | payment | 2 years ago |
| GDMK...KMGB | Pay 798 π to GBBX...V5FF | dc626cb7952c6f1e4... | payment | 2 years ago |
| GAZX...5BLX | Pay 444 π to GBBX...V5FF | 7b86c3eb7da4795ce... | payment | 2 years ago |
| GDLC...CAAD | Pay 223 π to GBBX...V5FF | bd961a492d2f85639... | payment | 2 years ago |
| GA7A...ODOK | Pay 197 π to GBBX...V5FF | 0249b38f28cc2e71f... | payment | 2 years ago |
| GCZ3...4QR2 | Pay 530 π to GBBX...V5FF | 4353297fd16af2f9f... | payment | 2 years ago |
| GB6D...GP2Z | Pay 979 π to GBBX...V5FF | 8d238dd1ca2eec4aa... | payment | 2 years ago |

Export data as CSV

## OPERATIONS

Previous Page

Next Page

| Account | Operation | Transaction | Type | Time |
|---|---|---|---|---|
| GAYK...6OLP | Pay 465 π to GBBX...V5FF | 295657e5a994df660... | payment | 2 years ago |
| GC3L...3RSR | Pay 270 π to GBBX...V5FF | c62cecfe1e1af3e88... | payment | 2 years ago |
| GDQ4...KIDS | Pay 2567 π to GBBX...V5FF | 6d9b979603e7d3658... | payment | 2 years ago |
| GD6K...BVQL | Pay 414 π to GBBX...V5FF | 2b1502224ea73fbb1... | payment | 2 years ago |
| GBBA...WVOJ | Pay 109 π to GBBX...V5FF | b50b72038a42aa0cd... | payment | 2 years ago |
| GDQ7...XQ4H | Pay 880 π to GBBX...V5FF | 4daada3606d2b4bbf... | payment | 2 years ago |
| GAA4...IZI3 | Pay 2009 π to GBBX...V5FF | 2b8d501b9f98c71c8... | payment | 2 years ago |
| GB3Z...L5JT | Pay 1197 π to GBBX...V5FF | 032d726831b3cd042... | payment | 2 years ago |
| GCXX...KD3Z | Pay 1109 π to GBBX...V5FF | 9ff4f4eb77d34a885... | payment | 2 years ago |
| GDFM...MPJV | Pay 512 π to GBBX...V5FF | 0e301b75d97897b2d... | payment | 2 years ago |

Export data as CSV

## OPERATIONS

Previous Page                                                      Next Page

| Account | Operation | Transaction | Type | Time |
|---|---|---|---|---|
| GAZA...LRH4 | Pay 494 π to GBBX...V5FF | 0db60d823793bcf09... | payment | 2 years ago |
| GC4I...IZ2K | Pay 1054 π to GBBX...V5FF | fb7705452030030ae... | payment | 2 years ago |
| GDUS...2FKM | Pay 2986 π to GBBX...V5FF | be9b3294c0ffb6b15... | payment | 2 years ago |
| GCIM...BZX2 | Pay 254 π to GBBX...V5FF | abd3dc15d20ee54b1... | payment | 2 years ago |
| GAJG...PNHS | Pay 83 π to GBBX...V5FF | 1ca83386936f97415... | payment | 2 years ago |
| GCKZ...FJHH | Pay 30 π to GBBX...V5FF | af59b3d567b10158d... | payment | 2 years ago |
| GD5H...TYEE | Pay 103 π to GBBX...V5FF | 5ca033cb5440146d1... | payment | 2 years ago |
| GAZP...PBK7 | Pay 571 π to GBBX...V5FF | d657ccd3c2d986062... | payment | 2 years ago |
| GDYN...73R3 | Pay 77 π to GBBX...V5FF | 2a5fe081187e858dc... | payment | 2 years ago |
| GAGV...GK23 | Pay 35 π to GBBX...V5FF | a5966287109a7e1d3... | payment | 2 years ago |

Export data as CSV

## OPERATIONS

Previous Page

Next Page

| Account | Operation | Transaction | Type | Time |
|---|---|---|---|---|
| GB6R...E3ZZ | Pay 264 π to GBBX...V5FF | df382025ad142bd65... | payment | 2 years ago |
| GBKX...ZMFF | Pay 47 π to GBBX...V5FF | 648778d4951e8f06e... | payment | 2 years ago |
| GDQD...WEBB | Pay 23 π to GBBX...V5FF | 2f303bbb8d56b70b0... | payment | 2 years ago |
| GBWF...D255 | Pay 43 π to GBBX...V5FF | 77f33c97a229f21a6... | payment | 2 years ago |
| GAWN...2553 | Pay 29 π to GBBX...V5FF | 2499acc5a6689d05f... | payment | 2 years ago |
| GBFI...QZUU | Pay 50 π to GBBX...V5FF | a40f891d5d66016ef... | payment | 2 years ago |
| GA37...UYTT | Pay 135 π to GBBX...V5FF | a253292ed83cc9e61... | payment | 2 years ago |
| GAWV...EEYY | Pay 32 π to GBBX...V5FF | ba23d9c785bc93ca2... | payment | 2 years ago |
| GAKN...2A66 | Pay 100 π to GBBX...V5FF | 6932f4f24aa14ed7d... | payment | 2 years ago |
| GDSG...AI4A | Pay 306 π to GBBX...V5FF | 9cc54814f9a17a2d0... | payment | 2 years ago |

Export data as CSV

## OPERATIONS

Previous Page                                                                                          Next Page

| Account | Operation | Transaction | Type | Time |
|---|---|---|---|---|
| GB3F...BEOQ | Pay 275 π to GBBX...V5FF | 269f4138958c1d9af... | payment | 2 years ago |
| GBXS...AST4 | Pay 647 π to GBBX...V5FF | d5b193e619bff53a1... | payment | 2 years ago |
| GCWN...AJS5 | Pay 237 π to GBBX...V5FF | a0cc1c8b4c53ea27b... | payment | 2 years ago |
| GA2J...KW3Q | Pay 115 π to GBBX...V5FF | d2d8382d21d31ca5c... | payment | 2 years ago |
| GBPO...ZNFW | Pay 102 π to GBBX...V5FF | 40d27a03dbf14e93d... | payment | 2 years ago |
| GDUR...XLQZ | Pay 124 π to GBBX...V5FF | 448561d3200dede64... | payment | 2 years ago |
| GBZG...FWMO | Pay 111 π to GBBX...V5FF | 1697f4f1570dc68e7... | payment | 2 years ago |
| GDQZ...B2FS | Pay 125 π to GBBX...V5FF | f7c233caf33dbdf4c... | payment | 2 years ago |
| GDN5...VKD3 | Pay 145 π to GBBX...V5FF | 834e43ad518f83b04... | payment | 2 years ago |
| GAUV...JILY | Pay 136 π to GBBX...V5FF | abab5f8902ad38568... | payment | 2 years ago |

Export data as CSV

## OPERATIONS

Previous Page                                        Next Page

| Account | Operation | Transaction | Type | Time |
|---|---|---|---|---|
| GAD7...ZVC3 | Pay 140 π to GBBX...V5FF | 6d33bba68e8805cd8... | payment | 2 years ago |
| GDOR...SVBA | Pay 136 π to GBBX...V5FF | 4e0eb6741f74b62c6... | payment | 2 years ago |
| GABC...WDCE | Pay 1138 π to GBBX...V5FF | cb73c6992b63f956c... | payment | 2 years ago |
| GC43...YUQ4 | Pay 190 π to GBBX...V5FF | ddb4f53b8e678b7bb... | payment | 2 years ago |
| GBVH...T5GI | Pay 970 π to GBBX...V5FF | b7bdedb7c86b65de8... | payment | 2 years ago |
| GBJ2...TWI2 | Pay 132 π to GBBX...V5FF | 1df156dd7e71a8e9b... | payment | 2 years ago |
| GCS6...QFJD | Pay 684 π to GBBX...V5FF | 8e834fbafb24306ff... | payment | 2 years ago |
| GBOA...7HYX | Pay 202 π to GBBX...V5FF | d9a5f44febb20a14d... | payment | 2 years ago |
| GAZN...C3RD | Pay 1108 π to GBBX...V5FF | 4e2fcc424b7100e74... | payment | 2 years ago |
| GD3O...7BJJ | Pay 898 π to GBBX...V5FF | 3aaa5dc25ead12d67... | payment | 2 years ago |

Export data as CSV

Balances    Payments    Offers    Trades    Effects    **Operations**    Transactions    Signing    Flags    Data

## OPERATIONS

( Previous Page )

| Account | Operation | Transaction | Type | Time |
|---|---|---|---|---|
| GA5Q...V5UN | Pay 260 π to **GBBX...V5FF** | d67bf2cc4dd56dd4c... | payment | 2 years ago |
| **GBBX...V5FF** | Operation claim_claimable_balance | ec60b9bf24c7b7e32... | claim_claimable_balance | 2 years ago |
| **GBBX...V5FF** | Operation claim_claimable_balance | 9766fb1a251a069a3... | claim_claimable_balance | 2 years ago |
| GABT...GC5G | Operation create_claimable_balance | 20f842e661b54f36c... | create_claimable_balance | 2 years ago |
| GABT...GC5G | Operation create_claimable_balance | 20f842e661b54f36c... | create_claimable_balance | 2 years ago |
| GABT...GC5G | Created Account **GBBX...V5FF** with balance 1 | 20f842e661b54f36c... | create_account | 2 years ago |

( Export data as CSV )

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

HARRO MOEN,

Plaintiff,

v.

SOCIALCHAIN INC., PI COMMUNITY
COMPANY, NICOLAS KOKKALIS, and
CHENGDIAO FAN,

Defendants.

Case No. 5:25-cv-09145-NC

THIRD AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

# EXHIBIT W-6

*Wallet and Blockchain Evidence*

## FZ7P Wallet Transaction Records

FZ7P wallet transaction records showing 73 transactions totaling 388,300 tokens sent to HWKY wallet between April 25 and May 15, 2024.

*Filed in Support of Third Amended Complaint*

 **Pi** blockexplorer     OPERATIONS     PAYMENTS     TRANSACTIONS     BLOCKS     NODES     ( TESTNET )  ( TESTNET2 )  ( MAINNET

## ACCOUNT                                                                                                    JSON

| | |
|---|---|
| Public Key | GDQ4X5TMGOJQJULMEHU4RDMPITX2LDK5ZZ3JT24K43ZAB73JI6LEKIDS |
| Home Domain | |
| Subentry Count | 0 |

Balances     Payments     Offers     Trades     Effects     **Operations**     Transactions     Signing     Flags     Data

## OPERATIONS

| Account | Operation | Transaction | Type | Time |
|---|---|---|---|---|
| GDQ4...KIDS | Pay 2569.36 π to GAMC...AGCS | 8a48b5981b6d92c43... | payment | 10 months ago |
| GDQ4...KIDS | Operation claim_claimable_balance | fb1ba555c49429da8... | claim_claimable_balance | 10 months ago |
| GAOV...AVQS | Pay 0.0000314 π to GDQ4...KIDS | 8e63d57effdfabaa6... | payment | 2 years ago |
| GDQ4...KIDS | Pay 2567 π to GBBX...V5FF | 6d9b979603e7d3658... | payment | 2 years ago |
| GDQ4...KIDS | Operation claim_claimable_balance | de3441d77a4749042... | claim_claimable_balance | 2 years ago |
| GABT...GC5G | Operation create_claimable_balance | a4034f0a4d1a0fac1... | create_claimable_balance | 2 years ago |
| GABT...GC5G | Operation create_claimable_balance | a4034f0a4d1a0fac1... | create_claimable_balance | 2 years ago |
| GABT...GC5G | Created Account GDQ4...KIDS with balance 1 | a4034f0a4d1a0fac1... | create_account | 2 years ago |

Export data as CSV



Search by Account / Transaction / Ledger(Block)

**TRANSACTION**     de3441d77a4749042fbcd060261a479f3eda3204bcca6e6a8281b5cad53b6895     JSON

| | |
|---|---|
| Time | 4/29/2024 06:49 |
| Fee | 0.01 π |
| Block | 14446227 |
| Memo(None) | |

## OPERATIONS (1)

| Account | Operation | Time | Json File |
|---|---|---|---|
| GDQ4...KIDS | Operation claim_claimable_balance | 2 years ago | JSON |



OPERATIONS     PAYMENTS     TRANSACTIONS     BLOCKS     NODES     TESTNET     TESTNET2     MAINNET

Search by Account / Transaction / Ledger(Block)

**TRANSACTION**     6d9b979603e7d365835ab9455d954c91053120d9452af4d5272c2153e6b901b2     JSON

| | |
|---|---|
| Time | 4/29/2024 06:50 |
| Fee | 0.01 π |
| Block | 14446235 |
| Memo(None) | |

## OPERATIONS (1)

| Account | Operation | Time | Json File |
|---|---|---|---|
| GDQ4...KIDS | Pay 2567 π to  GBBX...V5FF | 2 years ago | JSON |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

HARRO MOEN,

                Plaintiff,

       v.

SOCIALCHAIN INC., PI COMMUNITY
COMPANY, NICOLAS KOKKALIS, and
CHENGDIAO FAN,

                Defendants.

Case No. 5:25-cv-09145-NC

THIRD AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

# EXHIBIT W-7

*Wallet and Blockchain Evidence*

## Pi Network Reverse Migration Acknowledgment

Pi Network March 2025 public acknowledgment of reverse migration capability.

*Filed in Support of Third Amended Complaint*





## Pi Network's Post

**Decorator Hamed**
Why should I mine Pi for years while others can easily buy it from exchanges or CEX? Why go through the hassle of KYC when others can just purchase Pi with money? Has the Pioneer lost their value in front of the PCT?

47w · Like · Reply · 7

View all 8 replies

**BT Pika**
Congratulations to the entire Pi Network community. A significant historical milestone. We are very excited about the upcoming 100 dapps. The future of Pi is bright and the journey is long, with the pinnacle of Web3 ahead. Let's ignore the noise from the outside. Exchanges are just a form of gambling and serve to purify the true Pioneer community.

47w · Like · Reply · 63

View all 4 replies

**Lucas Puzzle**
I have completed the KYC since 2022 and until now I haven't received my migrated Pi in my wallet. I only created one Pi wallet, saved the passphrase in my phone since 2022. But when I checked the mainnet checklist today, I noticed that it was sent to a different wallet address. How to solve this?

47w · Like · Reply

View all 3 replies

**Migmar Dorji**
I believe pi will pump soon which surprise whole world

47w · Like · Reply · 14

View all 11 replies

💎 Top fan
**Kon Georgas**
Sooo, now what. What exchanges and why is most of my coins locked as I have been mining for a very long time, like 5 years.

47w · Like · Reply

Write a comment...





## Pi Network's Post

thing going to have any value going forward........Please someone enlighten me......

47w   Like   Reply   Edited                                4 👍

View all 3 replies

**Mohammad Sardari**
When will I become rich? When can I sell my pi?   ...

47w   Like   Reply

View all 3 replies

◈ Top fan
**HakanGamze Çapraz**
This may be due to the inadequacy of the PI network administrators, I did not share the reminder series with anyone, I did not enter any links, one day I entered the wallet and my account was reset.   ...

47w   Like   Reply                                        3 👍

View all 4 replies

**Ubaidullah Samejo**
Dear pi team please help my wallet address showe different and check list showe different please help Wallet not open old wallet adress my pi in old wallet ?   ...

47w   Like   Reply                                        👍

**Chinyere Ezeofor Raphaelpaul**
Pls for over a month now if not more than, I've been finding it difficult to access my pi wallet either with my pass phrase or my fingerprint. This fingerprint opens other apps in my phone except for Pi. Pls I've explored all within my reach yet it has remained inaccessible. Note I've successfully completed my KYC verification. And I have been accessing the wallet before now. Pls I need help. Thanks in anticipation of your help.   ...

44w   Like   Reply

**Harri Subiantara**
Special thanks for Nicolas Kokkalis n C. Fan with core team all moderator and all Pioneer Pi network...good job barakallah   ...

47w   Like   Reply                                        2 👍

Write a comment...

**Pi Network's Post** ✕

47w  Like  Reply  Edited                                        33 👍

View all 19 replies

**Mark Spitz**
my original pi account was accidently replaced by a new reset one. please advise how to recover my account using phrase password or public key wallet address. thx      •••

47w  Like  Reply                                               👍

View all 2 replies

**Funmilayo Rasaq**
I lost my passphrase and decide to create new wallet before the migration of pi and KYC but I noticed the wallet on my KYC is different from the wallet I do see after unlocking my wallet with my fingerprint...how did pi programme their system in such a way      •••

47w  Like  Reply                                               👍

View 1 reply

**Võ Hiền Phi**
I have been temporarily kyc (orange) for 2 years for nearly 3 years and has been green and has been converted to a state that needs to be added how to supplement my kyc information.      •••

47w  Like  Reply                                               10 👍😢

View all 18 replies

**Sampath H Dewage**
Why cant we see Pi coin in Binance, yet?      •••

47w  Like  Reply

View all 2 replies

**Mwangi Muthinja**
Congratulations to all Pioneers who never faded. We did it!      •••

47w  Like  Reply                                               47 👍❤️

View all 14 replies

Write a comment...

## Pi Network's Post ✕

Please help me resolve this issue so I can migrate to Mainnet. Thank you!

46w   Like   Reply   👍

**Ramesh Giri**
Dear Pi Network Support Team,
I hope this message finds you well. I am reaching out regarding a recent transaction on my Pi Wallet that I am concerned about. Below are the details of the situation:
* My Pi Wallet address:
GAAZ4BMVKUCWG63GKVC4BJ65RW6R5RID7VCPIYIAMTPVHLBJTL3F357E
* The recipient wallet address:
GBIR2JQKOKFQXZIDECLZBLMCFJRKT6I7JYDY7T352SUAOEAQ2DHCD6JH
* Transaction Amount: 2245 Pi
* Transaction Timestamp: July 29, 2024, 22:37 (UTC)
I recently transferred my Pi balance to the Mainnet, and I had also applied a lockup period for some of my Pi. However, I noticed that the balance in my Pi Wallet seems to be lower than expected, and I am unable to find my 2245 Pi in my wallet. Upon further investigation, I discovered that the transaction details show that the 2245 Pi was sent to the above-mentioned recipient address.
I am uncertain if this transaction was intentional or if I mistakenly transferred my Pi to the wrong address. Unfortunately, I do not recognize the recipient address and have no prior transactions with this wallet.
I kindly request your assistance in verifying the following:
1. If there was any error or issue with the transaction or migration process that might have caused my Pi to be sent to the wrong address.
2. Guidance on what steps I can take to investigate further or potentially recover the transferred Pi.
I understand that blockchain transactions are irreversible, but I would appreciate any insights or assistance you can provide regarding this situation.
Thank you for your time and support. I look forward to hearing from you.
Best regards,�Ramesh Giri

46w   Like   Reply   2 👍

حمزه علي
We have a problem with KYC. Please clarify the solutions to problems and errors so that days of effort are not wasted I have a problem with the name and I cannot change it. I want a solution to my problem

Write a comment...

😀 ☺ 📷 GIF 🙂



## Pi Network's Post

If gcv is fake why not condem to them. But may be all public is fools now. We see every day with more strees. What will happen.

47w · Like · Reply

View 1 reply

**Hansoo Kim**
Korea's ecosystem is beginning to collapse But I think it's the first ordeal of pi I express my gratitude and respect to the pi team for paving the way for everyone to smile in the distant future.

47w · Like · Reply

◈ Top fan
**Êban Livea**
there are so many accounts that haven't migrated yet. but have completed kyc.....why are we losing our pi when the people in our mining pool haven't migrated yet?

46w · Like · Reply

◈ Top fan
**Jenya Malona**
Please tell me, the tokens were just unlocked and sent to some address from my wallet that I didn't specify.

47w · Like · Reply

**Lelit Cataquez Tautoan**
I can't access my pi account even I try recovery log in using my Facebook...my pi account is completed including kyc ...but I lost my phone and numbers and I try to retrieve right now but sad to say...I can't access it

46w · Like · Reply

**Muhammad Asif**
plz guide me about phone number verify issue

47w · Like · Reply

**Youssef Elsayed**
What will be the situation after the open network is completely confusing and there is no clear information yet!!

Write a comment...

## Pi Network's Post

46w   Like   Reply

View all 2 replies

**Hamed Moghaddaszadehardabili** — Top fan
Pi is the token of the future. Pi should expand humanity. We support Pi. I thank those involved in Pi, especially Mr. Nicholas and Ms. Doctor. The Pi community is expanding and progressing, and smart people are buying Pi. Because Pi is the token of the future and a more ethical brother of Bitcoin.

44w   Like   Reply

**Flora-J Diary** — Top fan
The pi address on my mainnet checklist is different from the pi address on my pi wallet... Pls how do I correct it... Cos I haven't seen my migrated PI coin... Pls help out

45w   Like   Reply

**Seb Nasser** — Top fan
Wallet adress in step 3 is not the same in step 9

47w   Like   Reply   2

View 1 reply

**David Hakhnazarian** — Top fan
My referral team have passed KYC but I get a message from my circle that they have not registered with profile app, I've been asking about this for three four months now and no one has got back to me and no one can answer me why if kyc has been passed why are they getting a message that have not registered we profile app and also how do they do it if they've already completed kyc, I bet there's no one out there that can help me with this problem

45w   Like   Reply

**Fidelis Anya** — Top fan
I noticed anomaly in my wallet. I noticed a new wallet which I didn't create assigned to me with none of the pis I have mined which were already migrated to the old wallet I created when I completed the mainnet checklist in 2023. And it's difficult to raise a

Write a comment...



## Pi Network's Post

45w   Like   Reply

💎 Top fan
**Fidelis Anya**
I noticed anomaly in my wallet. I noticed a new wallet which I didn't create assigned to me with none of the pis I have mined which were already migrated to the old wallet I created when I completed the mainnet checklist in 2023. And it's difficult to raise a ticket to the third party taking care of the support services. Please, how can I resolve this problem.

47w   Like   Reply

— View all 3 replies

💎 Top fan
**Mohamad B Hafez**
There must be updates from the cortime and an announcement of the new. As for the security circle, the status of those who have been added must be determined. How can the leader ensure that the documentation has reached them?

47w   Like   Reply

**Dhanachandra Oinam**
I have submitted KYC but pi is not migrate to my wallet still yet what should i do? Someone help me🙏

47w   Like   Reply

— View all 4 replies

💎 Top fan
**Ahmed Hussain Khan**
My kyc and 8 steps complete but step 9 is still pending and tentative approval please advise me what can I do for kyc approval and migration my pi coins

Write a comment...





**Pi Network's Post**

I can't open my Pi app in Nepal. It is because of illegal crypto ?

47w    Like    Reply

**Carlyns Jean François**
**Pi Network** Hello, my User is Carlyns96. I have a serious problem. You transferred my pi to a wallet that is not mine. The address of my wallet is different from the one you made the transfer to, so I can't find my pi. If you compare the address of the wallet which is the 3rd step you will see that it is different from the one you indicate in the last step.

47w    Like    Reply                                    2

View all 2 replies

**Hidayat Ullah**
Plz add an option of password to transfer pi to other wallet
Or pin option
Because most of the people pi passphrase is stolen someone

46w    Like    Reply

**Jude Tsega-ab**
My pi coin is locked until 2027, What should i do? 🙏

47w    Like    Reply

View all 7 replies

🔷 Top fan
**Ahmad Saleem**
How any one can login my wallet from other phone number pi has any answer my all pi hacked towiced

46w    Like    Reply

🔷 Top fan
**Raja Masood Ahmad Khan**
I forgot my pi account password and I sent SMS from my pi network associated mobile number many times to update password from profile setting but no response from other side, how can i recover or update my password?

47w    Like    Reply

Write a comment...



**Pi Network's Post**

View all 3 replies

**Sanjeev Bamniya**
Thank you and congratulations pi core team

47w    Like    Reply

View 1 reply

**Karl Be**
Why is my wallet address different to my migrated in step 9 , my PI I stuck in mining and can not transfer over to my wallet

47w    Like    Reply    2

View all 3 replies

◆ Top fan
**Khillat Hareem**
Very disappointed with the current price 👎👎👎👎👎👎

47w    Like    Reply    2

**Waka Kan Bai**
So much excited for this great news. We have been on this for years. Congratulations to all pioneer members 🎊🎊🎊🎊🎊

47w    Like    Reply

View all 2 replies

**Thomas Boniface**
Done all the necessary verifications, and made all the updates yet. still no migrated, no notification on what to do. I felt total unfair

47w    Like    Reply

**Solomon Solomon**
Dear PiCoreTeam, congratulations for the new successful launch of pifest. Please kindly open my KYC for me to resubmit my national ID card 🪪. If you allow me, I am very confident my KYC will pass. Thank you so much pi.
From
Odav

Write a comment...



**Pi Network's Post**    ✕

my coins were transferred to my wallet, but some are still pending. However, my KYC status is now marked as "tentative," and the deadline is February 28. In my checklist, all items from 1 to 9 are green.

What will happen to my remaining coins? Will I be able to access them, or will they be lost forever? Do you have any advice?

46w    Like    Reply

**Zakaria Abdul Gafaru**
Please how can you help me to recover my Pi it migrated to different wallet address I don't know.but pls the one I use to confirm it not migrate to that wallet address please please ho can I do

46w    Like    Reply

**Eugene Asiamah**
Over 60 million pioneers only 10 million were migrated to main network why most people mined for the past 6yrs

47w    Like    Reply

View 1 reply

**Zakaria Abdul Gafaru**
Please can I get my Pi migrate to different wallet how can I get back please please

46w    Like    Reply

**Ahmad A Magami**
You ashamed me, because I predicted that it would have been priced not less than 3141$ per 1pi

47w    Like    Reply

**Darwin Joe Buca Jose**
Don't complain about the price yet, 3 days ago pi has no real value unlike today. And pi isn't listed in the crypto number 1 platform which is BINANCE so don't be disappointed. BINANCE will make a difference when pi is listed there.

47w    Like    Reply

View all 2 replies

**William Cuderes**

Write a comment...







## Pi Network's Post

46w  Like  Reply

**John Ituah**
It's funny how you guys just throw closed ears about people who got their pi coins wiped out of their account.

83+ pi coin was transferred from my wallet to another wallet which I nothing about.

I have complained several times but you guys just act like nothing happened.

This is Bad of you.

45w  Like  Reply

**Aman Golu Sharma**
Hi pi network team My KYC not completed 8no

45w  Like  Reply

**Fazal Pardesi**
Please my KYC is different Account name please help me

46w  Like  Reply

**Elmar Jakma**
a great coin

46w  Like  Reply

**Romaric Djossou**
How do I recover my account ? I tried to do everything but in vain. Please, help me

46w  Like  Reply

🏆 Top fan
**Awadhesh Singh Parmar**
My pi migrate to another wallets addres but I have another wallets address and my kyc is done so I have any option

47w  Like  Reply

View all 3 replies

🏆 Top fan
**Irapy Garba**
Need some help please

Write a comment...

**Pi Network's Post**    ✕

Ka Lanj
I'm still waiting for my KYC approval!

47w   Like   Reply

View 1 reply

Wazeer Arshi
Best wishes ma'am for you and your pi community 🙏

47w   Like   Reply

Ramzi Almaamari
Why didn't you make sure to verify my identity?Identity verification. Why all the delay?

47w   Like   Reply

💎 Top fan
David Donatien
Y wallet addresare totally different.

I keep receiving emails that changed my wallet address.

No one can change wallet addresses except from the inside.

46w   Like   Reply

Sughter Aondo
Well-done guys. It's not easy. The crypto world is not for babies

47w   Like   Reply

Usama Abdullahi
This is my issue



Write a comment...





**Pi Network's Post**

**Saviour Dela**
Why would you bring someone who migrate to a tentative approval

47w    Like    Reply                                    2

View 1 reply

**Haley Handson**
Wow- is it really all worth nothing now?! 😭

46w    Like    Reply                                    4

View all 2 replies

🔷 Top fan
**Bruno El**
I lost my wallet with pi and it was already migrated, but I created a new one but the old one never changed from the section 9
And I'm still waiting for migration to the new wallet. Can someone explain to me about this, because I expect to receive some pi from someone but appears the address of the wallet doesn't exist.
SOS . thanks 👍

46w    Like    Reply

**Zee Shan**
my kyc was done in 2023 but i cannot transfer of transferable balance how much time required plz guide us

46w    Like    Reply                                    2

🔷 Top fan
**Êban Livea**
there are so many accounts that haven't migrated yet. but have completed kyc.....why are we losing our pi when the people in our mining pool haven't migrated yet?

46w    Like    Reply

**Stan Triumph**
All my pi haven't migrated to my wallet yet, please what should I do?

47w    Like    Reply

Write a comment...





## Pi Network's Post

47w  Like  Reply

**Riki Maru**
Thank you Sir Nikolas and **Pi Network**

47w  Like  Reply

💎 Top fan
**Rebel Salman Saifi**
Congratulations

47w  Like  Reply

**Võ Thiện Hưng**
Happy happy

47w  Like  Reply

**Chris Orrell**
Hmm don't think so..

47w  Like  Reply

💎 Top fan
**Eduard Georgescu**
Love Pi❤️ code @Georgescu2025🤝

47w  Like  Reply

View 1 reply

**Rashema Elboshy**
Unfortunately, the biggest scam is Pinetwork. They stole my coins, and I regret that I was one of the first miners.

45w  Like  Reply

**Ingrid Aquino's**
Gostaria de saber eventualmente, o pi ficando bem valorizado como transformar ele em uma moeda real?
Trocar por dinheiro vivo no caso

47w  Like  Reply  See translation

**Anissa**
Six years 2$ 👏

47w  Like  Reply

**Curt McCullough**
World Wide Sham! Congrats Pi you did it!

Write a comment...



**Pi Network's Post**    ✕

42w   Like   Reply   👍

View all 2 replies

**Daniel XI Johnson**
I haven't checked my wallet in a while only to check today to see that my coins as been transferred to another account... I don't have my passphrase written because it's right inside my big head... I have zero contacts with possible scammers, just me and my phone mining everyday and my phone is always 2cm far from me... so pi should tell me HOW my wallet was wiped clean... 🤷‍♂️🤷‍♂️🤷‍♂️

43w   Like   Reply                                    2 👍

**Md Naimullah**
Binance listing __???                  ...

43w   Like   Reply   👍

**John Qurzz**
Hoping for added security on pi wallet like turning on or off 2fa and otp in sending Pi to    ...
wallets thanks

43w   Like   Reply                                    👍

💎 Top fan
**Kemajou David**
we trust the process. **Pi Network** 😊🙂     ...

43w   Like   Reply                2 👍

**SeaCanoe A. Dulay**                                                      ...
Its a lot easier to buy Pi coin, it's free yet all the difficult strategy they use...

43w   Like   Reply                                    👍

**SeaCanoe A. Dulay**
That's what I have in my Pi KYC superb strategy indeed.... They wanted to lock    ...
everything

43w   Like   Reply                                    👍

💎 Top fan
**Mohamed Karam**                            ...
Second migration please we cannot buy domains

43w   Like   Reply                3 👍

Write a comment...                                🙂  😊  📷  GIF  🏷️





## Pi Network's Post

43w    Like    Reply

**Selsi Julianus**
Congratulation PI CT
···

43w    Like    Reply

**Mohammad Alrjoub**
Go ahead
···

43w    Like    Reply

**Ashraf**
To the Pi Network Team,

My Pi coins were transferred to an unknown wallet after unlocking. I know 7 others with
the same issue. Hackers may have accessed my wallet! This could affect all users. Please
investigate urgently. Add an option to change the passphrase to secure wallets!

Wallet: GBXH63PH6FPSAADF7LZQ5VSSHDBN2HETOE3YDDI67YRQOC6FIBMEDEF

43w    Like    Reply

**Henry O Odezi**
I have been tantactive for long please migrate me please 🙏
···

43w    Like    Reply

**Yvonne Cotier Carney**
Whining and begging. We are all waiting in line. Relax
···

43w    Like    Reply

**Ahsan Ali**
How to step 5 complete secure your account iam sending to sms but not complete this
step please tell me
···

43w    Like    Reply

**Katherine-Bette Honan**
BINANCE
···

43w    Like    Reply

**Jadson Chagas**
Galera alguém sabe se ainda dá pra fazer KYC?
···

43w    Like    Reply    See translation

⊕ Top fan
Nourreddlne Aagoun
···

Write a comment...

Skip to main content

🔍   🥧 r/PiNetwork ✕    tokens sent to different wallet          ✕    Log In    ⋯

Posts      Comments      Media

Relevance ⌄      All time ⌄

Show results from all of Reddit →

🥧 **r/PiNetwork** · 7mo ago

**Issue with wallet**

30 votes · 33 comments

🥧 **r/PiNetwork** · 1y ago

**Pi Transferred to Unknown Wallet Right After Unlocking Automatically..!!!!!!!!!!**

51 votes · 238 comments

🥧 **r/PiNetwork** · 1y ago

**My Pi coins were transferred to a wallet without my knowledge !**

8 votes · 47 comments

🥧 **r/PiNetwork** · 2y ago

**Pi migrated to a different wallet than the wallet for which I received the secret phrase**

1 vote · 4 comments

🥧 **r/PiNetwork** · 2y ago

**Unauthorised transfer of Pi coins from Pi Wallet to unknown address**

5 votes · 37 comments

🥧 **r/PiNetwork** · 1y ago

**What kinda scam is this Pi ? 🫠 Pi didn't migrate the tokens in my confirmed wallet address and instead send it to some random a*s address 😂 🚨**

0 votes · 14 comments

🥧 **r/PiNetwork** · 1y ago

**Pi migration to different wallet?**

1 vote · 13 comments

🥧 **r/PiNetwork** · 1y ago



**Pi units migrated to a different wallet**

16 votes · 52 comments

Skip to main content

Log In

PI was sent to a different wallet adress after I completed KYC. Balance shows 0 in my current wallet. Was this a scam all along? What can I do about this. I'm freaking out!!!

0 votes · 26 comments

 **r/PiNetwork** · 1y ago

My Pi coins have been trasferred to a different wallet, not mine

0 votes · 6 comments

 **r/PiNetwork** · 1y ago

Who is this person? I had a suspicious transfer a long time Ago after validation. It seems this wallet is being sent pi all day every day from different people. What's...



9 votes · 10 comments

 **r/PiNetwork** · 8mo ago

[BUG?] My Pi migrated to a different wallet address than the one I created and verified – no access to that address

8 votes · 15 comments

 **r/PiNetwork** · 1y ago

Moving coins question

5 votes · 2 comments

 **r/PiNetwork** · 10mo ago

How can already migrated coins technically get sent back?

30 votes · 49 comments

 **r/PiNetwork** · 1y ago

Anyone else have their PI sent back?!

186 votes · 473 comments



 **r/PiNetwork** · 2y ago

Can I move these 54 coins to a seperate crypto wallet???

7 votes · 30 comments



 **r/PiNetwork** · 1y ago

Please Help

3 votes · 9 comments



Skip to main content



Log In

Is my wallet compromised?

0 votes · 12 comments

 r/PiNetwork · 1y ago

Lost my initial wallet and created a new one but can't migrate tokens to new wallet

0 votes · 12 comments

 r/PiNetwork · 1y ago

I'm almost certain I got scammed and sent my PI to the wrong wallet, now what?

3 votes · 22 comments

 r/PiNetwork · 1y ago

I have a quick question and I didn't seem to find the answer anywhere regarding completing migration and KYC

0 votes · 2 comments



 r/PiNetwork · 1y ago

Can you create a 2nd wallet with all different seed phrase and move what you have currently locked up?

2 votes · 23 comments

 r/PiNetwork · 2y ago

Migrated Pi moved to unknown wallet …

0 votes · 9 comments



 r/PiNetwork · 1y ago

Just sold a couple tokens and now I'm stuck....

2 votes · 5 comments

 r/PiNetwork · 1y ago

Please help i never made this transaction, is there any way i can get my coins back?

0 votes · 18 comments



 r/PiNetwork · 1y ago

My Pi Was Sent to the Wrong Wallet During Mainnet Migration – Need Help!

4 votes · 19 comments

Skip to main content

Log In

Confirmed wallet different from KYC'd one.

0 votes · 15 comments

 r/PiNetwork · 1y ago

Is it normal or is my Pi doomed , My pi has been migrated yet my wallet shows 0 Pi

28 votes · 216 comments



 r/PiNetwork · 1y ago

Anybody elses wallet like this?

41 votes · 44 comments



 r/PiNetwork · 1y ago

Pi sent to incorrect wallet in the final step.

0 votes · 10 comments

**PiNetwork**

This is the Reddit community-run sub for the Pi Network cryptocurrency project started by the team of Computer scientist Dr. Nicolas Kokkalis and his wife, Dr. Chengdiao Fan. Their aim is to produce a cryptocurrency called Pi and an ecosystem in which to use it. Please read the sub wiki for more information.
https://twitter.com/PiNetworkUpdate
https://minepi.com/MercuryOne

 r/PiNetwork · 10mo ago

Just got asked to reconfirm my Pi wallet

33 votes · 90 comments

🗓 Created Apr 24, 2019

🌐 Public

Reddit Rules  Privacy Policy  User Agreement

Your Privacy Choices  Accessibility

Reddit, Inc. © 2026. All rights reserved.

 r/PiNetwork · 1y ago

Migrated coins to an un recognized wallet.

0 votes · 5 comments



 r/PiNetwork · 1y ago

Pi delivered to wrong wallet?

6 votes · 35 comments

 r/PiNetwork · 1y ago

Pi Migrated to another Wallet

0 votes · 6 comments

 r/PiNetwork · 1y ago

Migration of initial mined Pi sent to different wallet than the one I verified during mainnet checklist.

1 vote · 13 comments

 r/PiNetwork · 10mo ago

Has anyone received the PI that was returned ?

47 votes · 95 comments

Log In

Do you think PI will ever have a wallet that's easy to generate like other tokens as everyday users?

2 votes · 1 comment

 r/PiNetwork · 1y ago

Anything I can do?

1 vote · 14 comments



 r/PiNetwork · 1y ago

My unlocked available balance is transferred to some random wallet automatically.

1 vote · 18 comments



 r/PiNetwork · 1y ago

Transfer from wallet bug

1 vote · 9 comments

 r/PiNetwork · 1y ago

Friend sold PI coins from India, got inr. Steps here .

11 votes · 19 comments

 r/PiNetwork · 1y ago

Can someone help me understand what's going on with my wallet?

3 votes · 5 comments



## $PI PRICE EXPLOSION?! 🤯 100M COINS VANISH! Is PI NETWORK Going PARABOLIC?!

**GoldRush Crypto Daily**
10.8K subscribers

Join    Subscribe

 288        Share    Ask    Save    ...

8K views  11 months ago  #pinetworktoday #pinetworknewupdate #bitcoin
#pinetworktoday  #pinetworknewupdate  #bitcoin
🚀 PI NETWORK BULL RUN?! 🚀 HUGE news for Pi Coin! Pioneers are pulling MASSIVE amounts of $PI OFF exchanges - over ONE HUNDRED MILLION! We're analyzing this CRAZY data, the impact of Zypto's partnership, and if this could trigger a MONSTER PRICE SURGE! Is Pi Network finally going parabolic? WATCH NOW to find out & SUBSCRIBE for daily crypto gold! 🔔 #PiNetwork #PriceExplosion #CryptoBullRun #100MillionCoins #Altcoi ...more

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

HARRO MOEN,

Plaintiff,

v.

SOCIALCHAIN INC., PI COMMUNITY
COMPANY, NICOLAS KOKKALIS, and
CHENGDIAO FAN,

Defendants.

Case No. 5:25-cv-09145-NC

THIRD AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

# EXHIBIT F-1

*Financial Distress Evidence*

## Notice of Returned Check - Kokkalis

Superior Court of California, County of Santa Clara, Notice of Returned Check No. 1130 for $86.00, nonsufficient funds, November 15, 2022 (Case No. 20CV368601).

*Filed in Support of Third Amended Complaint*



# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SANTA CLARA
DOWNTOWN COURTHOUSE
191 NORTH FIRST STREET
SAN JOSÉ, CALIFORNIA 95113
CIVIL DIVISION

**Nicolas Kokkalis**
**No Known Address**

RE:       **Vincent McPhillip vs Nicolas Kokkalis et al**
Case Number:   **20CV368601**

## NOTICE OF RETURNED CHECK

**Check #**
**1130**       Amount: **$86.00**

Your check as identified above has been returned to this office by the bank for the following reason: non-sufficient funds.

In accordance with section 71386 of the Government Code, an additional administrative cost of $50.00 has been added to your case.    Please submit a **Cashier's Check or Money Order or Bring Cash** in the amount of $136.00.

If your payment is not received by December 05, 2022, the filing may be voided pursuant to section 411.20 C.C.P., and/or forwarded to our collection unit who will further pursue collection procedures and charge you in accordance with Section 1719 of the Civil Code, which allows collection of damages treble (three times) the amount of your returned check, but not less than $100.00 and not more than $1,500.00

Please Note: A returned check will automatically put your name on a returned check list for the Superior Court.  Court facilities will not take any checks from you or your firms for one year from the date of your check return.  If you have any questions, please contact the Clerk's Office, Accounting Unit, where the document was filed.

---

**DECLARATION OF SERVICE BY MAIL.**    I declare under penalty of perjury that I served this notice by enclosing a true copy in a sealed envelope, addressed to each person whose name is shown below, and by depositing the envelope with postage fully prepaid, in the U.S. Mail at San Jose, CA on November 15, 2022.  CLERK OF THE COURT, by Trinhthi Tran, Deputy

CW-9025 REV 08/18/16

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

HARRO MOEN,

Plaintiff,

v.

SOCIALCHAIN INC., PI COMMUNITY
COMPANY, NICOLAS KOKKALIS, and
CHENGDIAO FAN,

Defendants.

Case No. 5:25-cv-09145-NC

THIRD AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

# EXHIBIT F-2

*Financial Distress Evidence*

## Fan Sworn Declaration - Near-Insolvency

Defendant Fan's sworn declaration, Case No. 21CV391680, testifying to near-insolvency, "two months of runway left," and ad revenue of "less than $5,000" per month.

*Filed in Support of Third Amended Complaint*

Drs. Fan and Kokkalis went directly to Plaintiff to clear up the issue with Birch. Specifically, Pi needed Birch to assign all rights to Pi. Plaintiff insisted that he maintain all avenues of communication and control of the relationship with Birch. (Fan Decl. ¶ 11.)

In January 2020, Plaintiff sent Birch the IP assignment documents for her to sign. Birch refused, writing that she would only consider such assignments after coming to terms on some separate, irrelevant "advisor agreement." (Fan Decl. ¶ 12 & Ex. A.) Thus, Plaintiff allowed a third-party consultant, with whom he has a familial connection, to hold Pi's IP hostage as leverage for an "adviser agreement," whereby she intended to secure, for herself, shares of Pi. (Id.)

Plaintiff then disclosed to Drs. Fan and Kokkalis that he had never paid Birch for her services, and instead deliberately delayed paying her to get the IP transferred to Pi in order to provide Birch the opportunity to negotiate with Pi for shares of its stock. Plaintiff admitted, with no equivocation, that he was prioritizing the interests of Birch over the interests of Pi. (Fan Decl. ¶ 13.)

Drs. Fan and Kokkalis alerted Plaintiff that his behavior constituted a breach of fiduciary duty as an executive and director of Pi. (Fan Decl. ¶ 14.)

III.    **Short On Cash, As The COVID-19 Pandemic Begins, Plaintiff's Attempts To Fundraise For Pi Come Up Empty.**

In early 2020, Plaintiff's own calculations suggested that Pi would run out of money no later than August 2020. Plaintiff began trying to fundraise for Pi starting again in February 2020. But the COVID-19 pandemic interrupted those efforts. By mid-March, the entire country and economy were shutting down. (Fan Decl. ¶ 15.)

Plaintiff understandably became concerned that Pi would be unable to survive the coming storm. In mid-March 2020, following a conversation with an investor representing a major venture capital fund, Plaintiff became panicked. Plaintiff's notes from that meeting, shared with Kokkalis and Fan, reflected the dire state of affairs. The investor told Plaintiff that they would not be investing, that they had been going through their own portfolio to tell companies to "stop hiring, don't expect to get any more money and cut if you can," and that they expected investments would stop for "at least three months." (Fan Decl. ¶ 16 & Ex. B.)

8    Case No. 21CV391680

**MP&A IN SUPPORT OF DEFENDANTS' MOTION REQUIRING BOND AND/OR UNDERTAKING**

The economic downturn only accelerated. In mid-April, Plaintiff had no prospects for additional funding, and added to his concerns that market conditions would limit ad revenue for some time. (Fan Decl. ¶ 17 & Ex. C.)

IV.    **Seeing No Prospects For Pi's Future, Plaintiff Abandons The Company.**

On Friday, April 24, 2020, Drs. Fan and Kokkalis demanded an update concerning the outstanding IP assignments from Birch to Pi. Plaintiff told Drs. Fan and Kokkalis that Birch **"said she would sign as a personal favor to me, if I insisted. I'm not there yet."** This was yet another express recognition that Plaintiff treated Birch's interests above those of the Pi. Plaintiff also discouraged Drs. Fan and Kokkalis from communicating with Birch. Plaintiff informed the team that he would not be online due to a "house emergency." (Fan Decl. ¶ 18 & Ex. D.)

On Sunday, April 26, 2020, after refusing contact over the weekend, Plaintiff re-connected with Drs. Fan and Kokkalis, explaining that he had been "pondering the Christine situation over the weekend." Plaintiff's solution was no solution at all—he stated he would *take another week off* to think more, writing:

> Given the importance and implications of the issue, **I am going to take this week off to get some space and carefully consider all the options**. I will inform the team of my absence (probably best to say it's a personal issue for now) and take care of any critical tasks tomorrow.

(Fan Decl. ¶ 19 & Ex. E (Emphasis added).) The timing of Plaintiff's vacation could not have come at a worse time for Pi. While Plaintiff ignored his obligations, Defendants were required to complete not only their work but also that which Plaintiff abandoned. The following Sunday, May 3, Plaintiff informed Drs. Fan and Kokkalis that he would be taking a medical leave of absence beginning the following day, May 4. (Fan Decl. ¶ 20.)

Drs. Fan and Kokkalis engaged Birch directly. Without Plaintiff's involvement, Drs. Fan and Kokkalis were able to secure the IP assignments on June 1, 2020. (Fan Decl. ¶ 21.)

V.    **Desperate For Cash, And Eager To Confirm The Founders' Commitment To Potential Investors, The Founders Fund Pi During Another Founder Round.**

Although Pi had a growing community, the lack of available investment raised an existential threat to its continued operation. As of May 2020, Pi forecasted approximately two

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

**MP&A IN SUPPORT OF DEFENDANTS' MOTION REQUIRING BOND AND/OR UNDERTAKING**

months of runway left. But then, that same month, Pi received an unexpectedly high bill from Amazon AWS due to deployment of Pi's desktop software. The May AWS cost was approximately the same as an entire month of expenses, with yet another comparable bill projected for June 2020. Pi's only revenue or income (as distinct from investment in Pi) came from limited ad revenue. At that time, Pi's ad revenue was less than $5,000 for May 2020; that amount was pending confirmation, and the majority of that was due to be paid on July 31, 2020. (Fan Decl. ¶ 22.)

The reality was unavoidable: there was a serious possibility that Pi would be insolvent by July. In the wake of these conditions, any investment in Pi was an investment in its *founders* and its *potential*, not an ongoing revenue stream. But Defendants refused to lose the progress they had made, and were willing to put their money where their mouth is to get Pi through the difficult times. (Fan Decl. ¶ 23.)

Other than the initial founder round in 2019, Pi had *never sold shares* to anyone else. And, at the time, Pi did not have the time or resources to initiate that burdensome process (e.g., to pay for a formal valuation, and so forth, which would be tens of thousands of dollars that Pi did not have at its disposal). (Fan Decl. ¶ 24.) Pi could not find any investors to help fund its operations, and bills to maintain its operations were coming due. (Fan Decl. ¶ 25.)

The founders' sweat equity was not enough—Pi needed cash. Defendants did everything they could to cut costs, including entering into a risky negotiation to substantially cut the starting salary of a new employee slated to start July 1, 2020 (the negotiation was successful). (Fan Decl. ¶ 26.) The Co-Founders agreed that the best, and only, course of action was to re-visit fundraising efforts among the founders. During a meeting of the Pi Board of Directors, the Co-Founders discussed a resolution to make equal offers to each of the Co-Founders to purchase more shares. The offering was virtually identical to that which all three accepted in 2019, with a few exceptions. First, the Co-Founders increased the price per share from $0.00001 to $0.00005—a five-fold increase from the sale within the last year. Second, the number of shares was increased to 500 million shares each, for a total contribution amount of $25,000 per Co-Founder. Defendants voted in favor, but Plaintiff abstained. (Fan Decl. ¶ 27.)

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

**MP&A IN SUPPORT OF DEFENDANTS' MOTION REQUIRING BOND AND/OR UNDERTAKING**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

HARRO MOEN,

                    Plaintiff,

        v.

SOCIALCHAIN INC., PI COMMUNITY
COMPANY, NICOLAS KOKKALIS, and
CHENGDIAO FAN,

                    Defendants.

Case No. 5:25-cv-09145-NC

THIRD AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

# EXHIBIT F-3

*Financial Distress Evidence*

## WIPO Case D2022-3538 (Vietnam Domain)

WIPO Case D2022-3538, filed September 26, 2022 (Vietnam domain transfer).

*Filed in Support of Third Amended Complaint*



**WIPO**
WORLD
INTELLECTUAL PROPERTY
ORGANIZATION

**ARBITRATION
AND
MEDIATION CENTER**

# ADMINISTRATIVE PANEL DECISION
Pi Community Company v. Nguyen Van Vuong
Case No. D2022-3538

## 1. The Parties

The Complainant is Pi Community Company, United Kingdom, represented by Coblentz, Patch, Duffy & Bass, LLP, United States of America.

The Respondent is Nguyen Van Vuong, Viet Nam.

## 2. The Domain Name and Registrar

The disputed domain name <babypinetwork.com> is registered with GoDaddy.com, LLC (the "Registrar").

## 3. Procedural History

The Complaint was filed with the WIPO Arbitration and Mediation Center (the "Center") on September 26, 2022.  On September 26, 2022, the Center transmitted by email to the Registrar a request for registrar verification in connection with the disputed domain name.  On September 26, 2022, the Registrar transmitted by email to the Center its verification response disclosing registrant and contact information for the disputed domain name which differed from the named Respondent (Domains by Proxy LLC) and contact information in the Complaint.  The Center sent an email communication to the Complainant on September 28, 2022, providing the registrant and contact information disclosed by the Registrar, and inviting the Complainant to submit an amendment to the Complaint.  The Complainant filed an amended Complaint on September 30, 2022.

The Center verified that the Complaint together with the amended Complaint satisfied the formal requirements of the Uniform Domain Name Dispute Resolution Policy (the "Policy" or "UDRP"), the Rules for Uniform Domain Name Dispute Resolution Policy (the "Rules"), and the WIPO Supplemental Rules for Uniform Domain Name Dispute Resolution Policy (the "Supplemental Rules").

In accordance with the Rules, paragraphs 2 and 4, the Center formally notified the Respondent of the Complaint, and the proceedings commenced on October 10, 2022.  In accordance with the Rules, paragraph 5, the due date for Response was October 30, 2022.  The Respondent did not submit any response.  Accordingly, the Center notified the Respondent's default on October 31, 2022.

The Center appointed John Swinson as the sole panelist in this matter on November 3, 2022. The Panel finds that it was properly constituted. The Panel has submitted the Statement of Acceptance and Declaration of Impartiality and Independence, as required by the Center to ensure compliance with the Rules, paragraph 7.

## 4. Factual Background

The Complainant launched a cryptocurrency project on March 14, 2019 under the name PI NETWORK. The Complainant's digital currency is called "PI" and "Pi Network" is the community of members that engage with the PI cryptocurrency. Consumers can mine the PI cryptocurrency on their mobile phones.

The Complainant uses the domain name <minepi.com> for website where the Complainant offers its cryptocurrency services.

The Complainant uses a logo which includes the Greek letter pi ($\Pi$) designed to look like two people waiving.

The disputed domain name was registered on July 12, 2022.

The Respondent did not file a Response, so little is known of the Respondent. The Registrar's records give an address for the Respondent in Viet Nam.

The disputed domain name currently resolves to a website titled "Baby Pi Network". This website includes the Complainant's PI logo in several places, with the words "Baby Pi POW Network" located near this logo. The website includes the following text: "Baby Pi POW Network is a token built by blockchain technology and created in the vast ecosystem of Binance Smart Chain Network. Baby Pi POW Network is a meme token that only rewards investors for holding, the number of rewards received will increase over time if investors hold them longer. We are the safest place for long and short term investors in the meme category. Safemoon x10000 shiba x10000 babydoge x10000 so the next x10000 memecoin will be Baby Pi POW Network."

The website at the disputed domain name does not include any postal address or contact details. The website displays a "Contract Address", and a button "buy token". It has links to a Twitter account that does not exist and to a YouTube channel that includes the Complainant's PI logo and that has four videos (each with less than 50 views) and five subscribers.

## 5. Parties' Contentions

### A. Complainant

In summary, the Complainant makes the following submissions:

The Complainant's trademark and trade name is PI NETWORK, and the Complainant's digital currency trademark is PI.

Based on the Complainant's substantial and widespread use of the PI NETWORK, the Complainant has established trademark rights in this trademark in connection with cryptocurrency services. For the purposes of the Policy, common law rights are sufficient and a complainant thus need not hold a registered trademark to establish rights in a trademark.

The disputed domain name wholly incorporates the Complainant's distinctive trademarks. UDRP panels routinely find such direct incorporation of a trademark as confusingly similar.

The Respondent is not using the disputed domain name in connection with a *bona fide* offering of goods or

services and is not making any legitimate noncommercial or fair use of the disputed domain name without intent for commercial gain to misleadingly divert consumers or to tarnish the PI NETWORK trademark. It is well established that rights and legitimate interests cannot be created where the user of the domain name at issue would not choose such a name unless he was seeking to create an impression of association with the Complainant.  There can be no dispute – the Respondent is attempting to create just such an impression here.  The disputed domain name and the corresponding website is custom-made to prey on confusion by using all of the Complainant's PI Network trademarks, including the identical PI logo.  The Respondent can have no rights or legitimate interests in the disputed domain name because it is using it to falsely and fraudulently suggest an association with PI NETWORK.

Bad faith is established because the disputed domain name was registered with the goal of intentionally attracting users for commercial gain by creating a likelihood of confusion with the Complainant.  Panel decisions have found bad faith when a respondent misdirects traffic to "mousetrap" consumers to websites that advertise services that are not sponsored or endorsed by, or affiliated with, the Complainant.

The Respondent's willful misconduct is apparent from its use of the PI NETWORK trademark, wholly incorporating the Pi Network name and adding "Baby" to suggest an affiliation with the Complainant that does not exist, together with its use of an identical logo to the PI NETWORK logo.  Furthermore, the Respondent uses the disputed domain name to promote a cryptocurrency, services that are identical to the Complainant's cryptocurrency services.

## B. Respondent

The Respondent did not reply to the Complainant's contentions.

## 6. Discussion and Findings

To succeed, the Complainant must demonstrate that all of the elements enumerated in paragraph 4(a) of the Policy have been satisfied, namely:

(i) the disputed domain name is identical or confusingly similar to a trademark or service mark in which the Complainant has rights;  and
(ii) the Respondent has no rights or legitimate interests in respect of the disputed domain name;  and
(iii) the disputed domain name has been registered and is being used in bad faith.

The *onus* of proving these elements is on the Complainant even though the Respondent failed to submit a Response.

Paragraph 15(a) of the Rules directs the Panel to decide the complaint on the basis of the statements and documents submitted and in accordance with the Policy, these Rules and any rules and principles of law that it deems applicable.

## A. Identical or Confusingly Similar

Paragraph 4(a)(i) of the Policy provides that the Complainant must establish that the disputed domain name is identical or confusingly similar to a trademark or service mark in which the Complainant has rights.

The Complainant does not own any registered trademarks.  The Complainant relies upon common law trademark rights and the Complainant is entitled to so under the Policy.  The Complainant has provided evidence that the Complainant has been using PI NETWORK as a trademark since at least 2019 and that this trademark is well known in the cryptocurrency community.  For example, according to the Complainant, the Complainant's App has been downloaded over 50 million times, and the Complainant has over one million Twitter and Facebook followers.  The Panel finds that the Complainant established common law trademark rights for purposes of the UDRP.

The disputed domain name includes the Complainant's PI NETWORK trademark in its entirety.

The Panel accordingly concludes that the disputed domain name is confusingly similar to the Complainant's PI NETWORKS trademark, disregarding the Top-Level Domain ".com".

The fact that the Respondent is targeting the Complainant's trademark (as discussed below) supports the Complainant's position, in that this assists in demonstrating that its trademark has achieved significance as a source identifier.

The Complainant succeeds on the first element of the Policy in relation to the disputed domain name.

**B. Rights or Legitimate Interests**

The second requirement the Complainant must prove is that the Respondent has no rights or legitimate interests in the disputed domain name.

Paragraph 4(c) of the Policy provides that the following circumstances can be situations in which the Respondent has rights or legitimate interests in the disputed domain name:

(i) before any notice to [the Respondent] of the dispute, [the Respondent's] use of, or demonstrable preparations to use, the [disputed] domain name or a name corresponding to the [disputed] domain name in connection with a *bona fide* offering of goods or services;  or
(ii) [the Respondent] (as an individual, business, or other organization) has been commonly known by the [disputed] domain name, even if [the Respondent] has acquired no trademark or service mark rights;  or
(iii) [the Respondent] is making a legitimate noncommercial or fair use of the [disputed] domain name, without intent for commercial gain to misleadingly divert consumers or to tarnish the trademark or service mark at issue.

These are illustrative only and are not an exhaustive listing of the situations in which a respondent can show rights or legitimate interests in a domain name.

The *onus* of proving this requirement, like each element, falls on the Complainant.  Previous UDRP panels have recognized the difficulties inherent in proving a negative, however, especially in circumstances where much of the relevant information is in, or likely to be in, the possession of the respondent.  Accordingly, it is sufficient for a complainant to raise a *prima facie* case against the respondent under this head and an evidential burden of production will shift to the respondent to rebut that prima *facie case*.

The Complainant asserts that the Complainant does not know the Respondent, has no legal or business relationship with the Respondent, and has not given any license, permission or authorization to the Respondent to use the PI NETWORK trademark or the disputed domain name.

The Complainant also asserts, for the reasons discussed below in relation to bad faith, that the Respondent's use of the disputed domain name is not *bona fide* or a legitimate use, and that the Respondent is using the disputed domain name to create a false impression that the Respondent is associated with the Complainant.

The Complainant has established a *prima facie* case that the Respondent does not have any rights or legitimate interests in the disputed domain name and thereby the burden of production shifts to the Respondent to produce evidence demonstrating rights or legitimate interests in respect of the disputed domain name.

The Respondent has failed to produce any evidence to establish his rights or legitimate interests in the disputed domain name.  Accordingly, the Panel finds that none of the circumstances listed in paragraph 4(c) of the Policy apply in the present circumstances, and that the Respondent has no rights or any legitimate interests in the disputed domain name.

The Complainant succeeds on the second element of the Policy in relation to the disputed domain name.

**C. Registered and Used in Bad Faith**

Paragraph 4(a)(iii) of the Policy provides that the Complainant must establish that the Respondent registered and subsequently used the disputed domain name in bad faith.

The Respondent's conduct demonstrates the Respondent's knowledge of the Complainant and its trademark.  The Respondent is using the Complainant's PI logo and PI NETWORK trademark to promote a cryptocurrency in competition with the Complainant's PI cryptocurrency.  The Respondent's proposed cryptocurrency network appears to be called "Baby PI POW Network", in a probable attempt to create a likelihood of confusion with the Complainant.

The Panel concludes that the Respondent specifically knew of and targeted the Complainant and that the Respondent is attempting to trick the public into believing that the Respondent is associated with the Complainant.  In short, the Panel concludes that the Respondent registered and is using the disputed domain name to take advantage of the Complainant's PI NETWORK trademark.  *Block.one v. See PrivacyGuardian.org / Burstein-Applebee, Jerry K. Chasteen*, WIPO Case No. D2021-1516.

Accordingly, the Panel finds that paragraph 4(b)(iv) of the Policy applies in the present case.

The Complainant succeeds on the third element of the Policy in relation to the disputed domain name.

**7. Decision**

For the foregoing reasons, in accordance with paragraphs 4(i) of the Policy and 15 of the Rules, the Panel orders that the disputed domain name <babypinetwork.com> be transferred to the Complainant.

*/John Swinson/*
**John Swinson**
Sole Panelist
Date:  November 16, 2022

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

HARRO MOEN,

                            Plaintiff,

             v.

SOCIALCHAIN INC., PI COMMUNITY
COMPANY, NICOLAS KOKKALIS, and
CHENGDIAO FAN,

                            Defendants.

Case No. 5:25-cv-09145-NC

THIRD AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

# EXHIBIT F-4

*Financial Distress Evidence*

## WIPO Case D2023-2191 (Nigeria Domain)

WIPO Case D2023-2191, filed May 19, 2023 (Nigeria domain transfer).

*Filed in Support of Third Amended Complaint*



**ARBITRATION
AND
MEDIATION CENTER**

# ADMINISTRATIVE PANEL DECISION
Pi Community Company v. olivia lee
Case No. D2023-2191

## 1. The Parties

The Complainant is Pi Community Company, Cayman Islands, represented by Coblentz Patch Duffy & Bass LLP, United States of America ("U.S.").

The Respondent is olivia lee, Nigeria.

## 2. The Domain Name and Registrar

The disputed domain name <pinetworkblockchain.com> is registered with NameCheap, Inc. (the "Registrar").

## 3. Procedural History

The Complaint was filed with the WIPO Arbitration and Mediation Center (the "Center") on May 19, 2023. On May 19, 2023, the Center transmitted by email to the Registrar a request for registrar verification in connection with the disputed domain name. On the same date, the Registrar transmitted by email to the Center its verification response, disclosing registrant and contact information for the disputed domain name which differed from the named Respondent (Privacy service provided by Withheld for Privacy ehf) and contact information in the Complaint. The Center sent an email communication to the Complainant on May 24, 2023, providing the registrant and contact information disclosed by the Registrar, and inviting the Complainant to submit an amendment to the Complaint. The Complainant filed an amended Complaint on May 26, 2023.

The Center verified that the Complaint together with the amended Complaint satisfied the formal requirements of the Uniform Domain Name Dispute Resolution Policy (the "Policy" or "UDRP"), the Rules for Uniform Domain Name Dispute Resolution Policy (the "Rules"), and the WIPO Supplemental Rules for Uniform Domain Name Dispute Resolution Policy (the "Supplemental Rules").

In accordance with the Rules, paragraphs 2 and 4, the Center formally notified the Respondent of the Complaint, and the proceedings commenced on June 6, 2023. In accordance with the Rules, paragraph 5, the due date for Response was June 26, 2023. The Respondent did not submit any response. Accordingly, the Center notified the Respondent's default on July 4, 2023.

The Center appointed Knud Wallberg as the sole panelist in this matter on July 20, 2023.  The Panel finds that it was properly constituted.  The Panel has submitted the Statement of Acceptance and Declaration of Impartiality and Independence, as required by the Center to ensure compliance with the Rules, paragraph 7.

## 4. Factual Background

The Complainant launched a cryptocurrency project on March 14, 2019, under the name PI NETWORK. The Complainant's digital currency is called "PI", and "PI Network" is the community of members that engage with the PI cryptocurrency.  Consumers can mine the PI cryptocurrency on their mobile phones.

The Complainant owns U.S. Trademark Applications No. 97886955 for the mark PI, filed on April 13, 2023; No. 97762884 for the PI Logo in color, filed on January 20, 2023;  and No. 97762898 for the PI Logo in black and white, filed on January 20, 2023, all for goods and services in classes 9, 36, and 42.

The Complainant uses the domain name <minepi.com> for a website where the Complainant offers its cryptocurrency services since December 3, 2018.

The disputed domain name <pinetworkblockchain.com> was registered on February 14, 2023, and resolves to a website which offered cryptocurrency services that are identical to the Complainant's offerings, and which contains material from a prior version of the Complainant's website, including an image with the Pi Network Logo.

## 5. Parties' Contentions

### A. Complainant

The Complainant contends that it has satisfied each of the elements required under the Policy for a transfer of the disputed domain name.

Notably, the Complainant contends that the disputed domain name is confusingly similar to the Complainant's PI NETWORK and PI marks since it contains these marks in their entirety.

The Complainant claims it has rights for PI NETWORK and PI marks since at least as early as 2018, and that the Complainant has established trademark rights in these marks in connection with cryptocurrency services.

The Complainant further contends that it is equally clear that the Respondent has no rights or legitimate interests in the disputed domain name.  The Respondent is not using the disputed domain name in connection with a *bona fide* offering of goods or services and is not making any legitimate noncommercial or fair use of the disputed domain name without intent for commercial gain to misleadingly divert consumers or to tarnish the PI NETWORK and PI marks.

The Complainant finally contends that the disputed domain name was registered and is being used in bad faith.  The Respondent uses the disputed domain name to promote cryptocurrency services that are identical to the Complainant's cryptocurrency services, which is an attempt to capitalize on the Complainant's well-known PI NETWORK Mark and to profit from the likelihood of confusion created by use of the disputed domain name.

### B. Respondent

The Respondent did not reply to the Complainant's contentions.

**6. Discussion and Findings**

**A. Identical or Confusingly Similar**

It is well accepted that the first element functions primarily as a standing requirement. The standing (or threshold) test for confusing similarity involves a reasoned but relatively straightforward comparison between the Complainant's trademark and the disputed domain name. WIPO Overview of WIPO Panel Views on Selected UDRP Questions, Third Edition ("WIPO Overview 3.0"), section 1.7.

The Complainant has applied for registration of PI and PI logo marks, but none of these marks are registered at this point in time. However, based on the available record, the Panel finds the Complainant has established unregistered trademark and service mark rights to PI and PI NETWORK for the purposes of the Policy. See *Pi Community Company v. Nguyen Van Vuong*, WIPO Case No. D2022-3538 and the WIPO Overview 3.0, section 1.3.

The Panel finds the marks PI and PI NETWORK are recognizable within the disputed domain name. Accordingly, the disputed domain name is confusingly similar to the mark for the purposes of the Policy. WIPO Overview 3.0, section 1.7.

While the addition of other terms here, "blockchain", may bear on assessment of the second and third elements, the Panel finds the addition of such term does not prevent a finding of confusing similarity between the disputed domain name and the marks for the purposes of the Policy. WIPO Overview 3.0, section 1.8.

Based on the available record, the Panel finds the first element of the Policy has been established.

**B. Rights or Legitimate Interests**

Paragraph 4(c) of the Policy provides a list of circumstances in which the Respondent may demonstrate rights or legitimate interests in a disputed domain name.

While the overall burden of proof in UDRP proceedings is on the complainant, panels have recognized that proving a respondent lacks rights or legitimate interests in a domain name may result in the often impossible task of "proving a negative", requiring information that is often primarily within the knowledge or control of the respondent. As such, where a complainant makes out a *prima facie* case that the respondent lacks rights or legitimate interests, the burden of production on this element shifts to the respondent to come forward with relevant evidence demonstrating rights or legitimate interests in the domain name. If the respondent fails to come forward with such relevant evidence, the complainant is deemed to have satisfied the second element. WIPO Overview 3.0, section 2.1.

Having reviewed the record, the Panel finds the Complainant has established a *prima facie* case that the Respondent lacks rights or legitimate interests in the disputed domain name. The Respondent has not rebutted the Complainant's *prima facie* showing and has not come forward with any evidence demonstrating rights or legitimate interests in the disputed domain name. Rather on the contrary, the Respondent uses the disputed domain name to direct Internet users to its website where it displays the Complainant's logo and purports to offer cryptocurrency services that are identical to the Complainant's cryptocurrency services.

UDRP panels have held that the use of a domain name for activities such as impersonation, or other types of fraud can never confer rights or legitimate interests on a respondent. WIPO Overview 3.0, section 2.13.1.

Based on the available record, the Panel finds the second element of the Policy has been established.

**C. Registered and Used in Bad Faith**

The Panel notes that for the purposes of paragraph 4(a)(iii) of the Policy, paragraph 4(b) of the Policy

establishes circumstances, in particular but without limitation, that if found by the Panel to be present, shall be evidence of the registration and use of a domain name in bad faith.

Given the circumstances of the case, in particular the Complainant's well established and well-known trademarks PI and PI NETWORK in the field of cryptocurrency and their exact replication in the disputed domain name, the Panel finds that the Respondent registered the disputed domain name with prior knowledge of the Complainant and the Complainant's trademarks.

The Panel therefore finds that the disputed domain name was registered in bad faith.

The disputed domain name is used for a website that purports to offer cryptocurrency services that are identical to the Complainant's cryptocurrency services, and on which the Complainant's logo is displayed. The website also contains textual elements that are copied form earlier versions of the Complainant's website.

The Panel therefore finds that the Respondent intentionally attempts to attract, for commercial gain, Internet users to the Respondent's website by creating a likelihood of confusion with the Complainant's trademarks as to the source, sponsorship, affiliation, or endorsement of the Respondent's website (see WIPO Overview 3.0, section 3.1.4)

Based on the available record, the Panel thus finds that also the third element of the Policy has been established.

## 7. Decision

For the foregoing reasons, in accordance with paragraphs 4(i) of the Policy and 15 of the Rules, the Panel orders that the disputed domain name <pinetworkblockchain.com> be transferred to the Complainant.

*/Knud Wallberg/*
**Knud Wallberg**
Sole Panelist
Date:  August 21, 2023

- [Search legal jobs](#)
- [Learn more about Law360](#)
- [Read testimonials](#)
- [Contact Law360](#)
- [Sign up for our newsletters](#)
- [Law360 Company](#)
- [About Law360 Authority](#)
- [Resource Library](#)
- [Site Map](#)
- [Help](#)

Intellectual Property Securities Bankruptcy Competition Employment White Collar Legal Industry Access To Justice Law360 UK Pulse || See all sections
|| TAKE A FREE TRIAL

# Pi Community Company v Gene Simmons Company

[Track this case](#)

**Case Number:**

[97291825](#)

**Case Type:**

Extension of Time

**Plaintiff:**

Pi Community Company

**Defendant:**

Gene Simmons Company

**Status:**

Terminated

**Visit TTAB Case Website:**

https://ttabvue.uspto.gov/ttabvue/v?pno=97291825

**Law Firms**

- [Coblentz Patch](#)
- [Gordon Herlands](#)

1. **Filed: November 02, 2023 00:00**

   **Stay ahead of the curve**

   In the legal profession, information is the key to success. You have to know what's happening with clients, competitors, practice areas, and industries. Law360 provides the intelligence you need to remain an expert and beat the competition.

   - Search TTAB cases and full-text documents.
   - Download filings with the U.S. Patent & Trademark Office's Patent Trial & Appeal Board.
   - Set up alerts on new cases, follow ongoing cases, track new decisions and [so much more!](#)

   TRY LAW360 **FREE** FOR SEVEN DAYS

   [View the TTAB case documents](#)

   Already a subscriber? [Click here to login](#)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

HARRO MOEN,

                                    Plaintiff,

            v.

SOCIALCHAIN INC., PI COMMUNITY
COMPANY, NICOLAS KOKKALIS, and
CHENGDIAO FAN,

                                    Defendants.

Case No. 5:25-cv-09145-NC

THIRD AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

# EXHIBIT F-5

*Financial Distress Evidence*

## Attorney Fee Documentation

Attorney fee documentation showing $50,000+ in outstanding legal debt as of November 2022.

*Filed in Support of Third Amended Complaint*

 **Gmail**

Chengdiao Fan <span style="background:black">▮▮▮▮▮▮▮▮</span> >

## IP Assignment documents

5 messages

**Vince McPhillip** < ▮▮▮▮▮▮▮▮ >                                    Mon, Jan 6, 2020 at 2:24 PM
To: christine birch < ▮▮▮▮▮▮▮ >
Cc: Chengdiao Fan < ▮▮▮▮▮▮▮▮ >, Nicolas Kokkalis < ▮▮▮▮▮▮▮ >

Hi Christine,

Hope you are well! I'm attaching the two IP assignment documents for you to sign.

1. Technology Assignment Agreement (TAA). The TAA covers previous IP that you have developed in the past related to Pi and the IP of the founding team. It includes a $2,308 payment that covers the cost of product of the logo as well as the work you covered for Hazar.

2. Confidentiality and Inventions Assignment Agreement (CIAA). The CIAA covers IP that you develop related to Pi and the IP of the founding team going forward.

Please let me know if you have any questions!

Vince

---

**2 attachments**

📄 **Pi Community Company- Technology Assignment Agreement - Christine Birch.pdf**
112K

📄 **Pi Community Company - Confidentiality and Inventions Assignment Agreement - Christine Birch.pdf**
175K

---

**Vincent McPhillip** < ▮▮▮▮▮▮▮ >                                Wed, Jan 8, 2020 at 11:36 AM
Reply-To: ▮▮▮▮
To: ▮▮▮▮▮▮ , ▮▮▮▮▮ , ▮▮▮▮▮

---------- Forwarded message ---------
From: **christine birch** < ▮▮▮▮▮▮▮ >
Date: Wed, Jan 8, 2020 at 10:59 AM
Subject: Re: IP Assignment documents
To: Vincent McPhillip < ▮▮▮▮▮▮ >, Chengdiao Fan < ▮▮▮▮▮▮▮ >, Nicolas Kokkalis < ▮▮▮ >

Dear Vincent, Nicolas, & Chengdiao,

I have reviewed the documents and cannot sign them at this time. Upon reflection, I have to say I am disappointed by how Pi's leadership team is handling this process. I have extended enormous professional courtesies over the course of our work together, in the form of both creative contributions which I STILL have not been paid for, and CAPITAL when you were running out of cash.

Now, I am only asking for a quote that speaks to my work with Pi Network and I am met with delay, a seeming questioning of my contributions and integrity, and a demand to sign legal documents that are being spontaneously thrown at me.

This is not how you treat an adviser, investor, or frankly even an acquaintance. While I'm happy to eventually sign these documents, I'd prefer to do so after we discuss our work together and in particular our adviser agreement.

Because I don't want to delay my press release, I will move ahead with a self-representation of my contributions. But quite frankly, I think I deserve better than that from you. I would prefer that you reciprocated my efforts by providing a quote, thus extending at least a modicum of professional courtesy as I have extended to you in the past. I have done nothing but support this project from day one. I hope you can return that support as I take the next step on my own venture.

Best,

Christine

Sent from my iPad

> On Jan 6, 2020, at 2:24 PM, Vince McPhillip <​█████████████​> wrote:

> [Quoted text hidden]
> <Pi Community Company- Technology Assignment Agreement - Christine Birch.pdf>
> <Pi Community Company - Confidentiality and Inventions Assignment Agreement - Christine Birch.pdf>

---

**Vince McPhillip** <​███████████​>                    Wed, Jan 8, 2020 at 11:41 AM
To: christine birch <​████████████​>
Cc: Chengdiao Fan <​██████████​>, Nicolas Kokkalis <​███████████████​>

Hi Christine,

So sorry to hear that you feel this way. Do you have time to talk today at 3PM? This sounds like a conversation that would be best had by phone.

Vince
[Quoted text hidden]

---

**christine birch** <​███████████████​>                    Wed, Jan 8, 2020 at 11:42 AM
To: Vince McPhillip <​████████████​>
Cc: Chengdiao Fan <​██████████████​>, Nicolas Kokkalis <​██████████████​>

A conversation would be appreciated. 3pm works for me.


Christine Birch
The ROYGBIV
████████████

[Quoted text hidden]

---

**Vince McPhillip** <​███████████​>                    Wed, Jan 8, 2020 at 12:41 PM
To: christine birch <​████████████​>
Cc: Chengdiao Fan <​███████████████​>, Nicolas Kokkalis <​███████████████​>

Hi Christine, thanks for taking the time to speak with us. We will call you at 3PM.

Vince
[Quoted text hidden]



March 18, 2:28 PM

100%

Total: 3 edits

**Pitchbook**Notes from convo w/ Alex

Vince McPhillip
- Alex starts the conversation with them having to tell a company that they wouldn't be investing
- What are the impacts on VC?
  - May not have a limited
  - Going through portfolio, calling companies, stop hiring, don't expect to get any more money and cut cut if you can
  - Last week there was a hope that it would blow over - as markets both crypto and public have gotten worse and volatile
  - Reaction in general has been sharp - it seems like the signal is stronger that it's going to be a bit deeper of a recession
  - Practical consequence > word out to CEOs / founders and ready to weather a storm
  - It may clear
- How long are you forecasting it may last?
  - Firm opinion >
  - Go off of the bio team > at least three months
    - Immediate impact of people being restricted in some shape or form is probably going to last for the next three months
    - Look at the number of people infected and you can tell it has runway left
  - Another part of it is the psychology around what's happening > venture is a little insulated from from this
    - LPs in venture funds have positions in public markets and are getting destroyed
    - The problem is that many public companies are really levered up in terms of buybacks and it's unwinding
    - LIke the previous > virus just by nature it will be around for the next three months
    - The economy is not ready to weather > it will really depend on
  - U.S. gov't is going to start spraying money all over the place

Version history

Only show named versions

MARCH

▶ **March 18, 2:28 PM**
*Current version*
● Vince McPhillip

March 2, 7:48 PM
● Vince McPhillip

FEBRUARY

▶ February 27, 9:36 PM
● Vince McPhillip

▶ February 27, 5:17 PM
● Vince McPhillip

▶ February 26, 11:49 AM
● Vince McPhillip

▶ February 20, 4:11 PM
● Vince McPhillip

▶ February 18, 11:25 AM
● Vince McPhillip
● Nicolas Kokkalis

▶ February 17, 8:26 PM
● Vince McPhillip

☑ Show changes

**Nicolas Kokkalis, Vince** ☆

👥 2

☎  |  ⓘ Details

~~wait to see the leadership update on french payroll. More costs to give us heart attacks.~~



**Vince** 4:47 PM                    [ Thursday, April 9th ˅ ]

Also we have to keep in mind that the current market conditions may limit ad revenue for sometime: https://www.theinformation.com/articles/former-aol-ceo-armstrong-predicts-ad-slump-will-be-worse-than-in-2008?utm_term=popular-articles&utm_campaign=%5Brtsu%5D+Automated+RTS&utm_content=1002083&utm_medium=email&utm_source=cio&utm_term=1000266

🔴 **The Information**

**Former AOL CEO Armstrong Predicts Ad Slump Will Be Worse Than in 2008**

Former AOL CEO Tim Armstrong, a veteran digital ad executive, predicts the coronavirus will devastate ad spending more severely than either the 2008 financial crisis or the recession that followed Sept. 11.And that is despite the fact that people are spending far more time watching TV and ... (37 kB) ▾



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

HARRO MOEN,

Plaintiff,

v.

SOCIALCHAIN INC., PI COMMUNITY
COMPANY, NICOLAS KOKKALIS, and
CHENGDIAO FAN,

Defendants.

Case No. 5:25-cv-09145-NC

THIRD AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

# EXHIBIT P-1

*Pi Ventures Evidence*

## Pi Ventures Fund Documentation

Pi Ventures fund documentation showing $200 million reported balance.

*Filed in Support of Third Amended Complaint*

Pi also raised money for its operations from third parties through the use of a Simple Agreements for Future Equity ("SAFE Instruments"). Pi's SAFE Instruments were not a sale of shares. Rather, the SAFE Instruments are prepaid warrants to purchase shares of stock later. By the express terms of the SAFE Instrument, both the *price* of the individual shares and thereby the *amount* of shares would be determined at a later date. (Fan Decl. ¶ 6.)

The SAFE Instruments also include an incentive for the investment, given the uncertainty concerning the future value of the company, through the use of a valuation "cap." The valuation cap is <u>not</u> a valuation of the company. Instead, it is the <u>maximum</u> valuation price that will be used to calculate the amount of and price for shares to be purchased at a later date, should a subsequent sale of securities value the Company at a value above that amount. In other words, the SAFE Instrument "cap" does not suggest (expressly or impliedly) that Pi is <u>worth</u> $5,000, or $5 million, or $100 million (whatever the cap may be), but instead says that the SAFE Instrument holder will be able to purchase shares at either the amount of a subsequent valuation or offering price (if under the cap), <u>or</u> at a "discount" from the subsequent valuation or offering price (should the actual value exceed that amount). (Fan Decl. ¶ 7.)

II.    Plaintiff Mishandles The Relationship With Consultant Birch.