UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRO MOEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOCIALCHAIN INC., and others,<br><br>　　　　　Defendants. | Case No. 25-cv-09145-NC<br><br>**ORDER TO SHOW CAUSE REGARDING SECOND AND THIRD AMENDED COMPLAINTS**<br><br>Re: ECF 32, 36 |

On January 15, 2026, the Court granted Defendants' Motion to Dismiss and gave Plaintiff leave to file an amended complaint. ECF 29. On February 5, 2026, Plaintiff filed an amended complaint. ECF 31. On February 11, 2026, Plaintiff filed a first amended complaint. ECF 32. On February 25, 2026, Defendants' filed a Motion to Dismiss the second amended complaint. ECF 33. On March 11, 2026, Plaintiff filed a third amended complaint. ECF 36.

Federal Rule of Civil Procedure 15 states that a party may amend a pleading once as a matter of course, then, "only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2).

The Court granted Plaintiff leave to file a first amended complaint, but not a second or third. Plaintiff has not stated whether Defendants provided written consent to amend the complaint. Plaintiff must show cause in writing by March 17, 2026, why the Court

should not strike the second and third amended complaints as improper.  Defendants may respond by March 24, 2026.

**IT IS SO ORDERED.**

Dated:  March 12, 2026

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California

2