FOLSOM JACKSON O'MALLEY LLP
KENNETH P. NABITY (Bar No. 287927)
ESMERALDA MENDOZA (Bar No. 362617)
EMILY MCATEE (Bar No. 359005)
500 Capitol Mall, Suite 1550
Sacramento, CA  95814
Telephone:      (916) 661-5700
Facsimile:      (916) 661-5701
knabity@folsomjackson.com
emendoza@folsomjackson.com
emcatee@folsomjackson.com

Attorneys for Defendants
SOCIALCHAIN INC., PI COMMUNITY COMPANY, NICOLAS KOKKALIS, and
CHENGDIAO FAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| HARRO MOEN, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOCIALCHAIN INC., PI COMMUNITY COMPANY, NICOLAS KOKKALIS, CHENGDIAO FAN, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:25-cv-09145-NC<br><br>Assigned for all purposes to Magistrate Judge Nathanael M. Cousins<br><br>Complaint Filed: October 24, 2025<br>Trial Date: None Yet Set<br><br>**NOTICE OF CHANGE OF FIRM NAME AND CONTACT INFORMATION** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Delfino Madden O'Malley Coyle & Koewler LLP is now Folsom Jackson O'Malley LLP. Kenneth P. Nabity's new email address is knabity@folsomjackson.com. Esmeralda Mendoza's new email address is emendoza@folsomjackson.com. Emily McAtee's new email address emcatee@folsomjackson.com. Folsom Jackson O'Malley LLP's phone number, fax number and address will remain the same. Please update your records accordingly.

DATED: March 16, 2026                     FOLSOM JACKSON O'MALLEY LLP


By: */s/* Kenneth P. Nabity
        KENNETH P. NABITY
        ESMERALDA MENDOZA
        EMILY MCATEE
        Attorneys for Defendants
        SOCIALCHAIN INC., PI COMMUNITY
        COMPANY, NICOLAS KOKKALIS, and
        CHENGDIAO FAN

1

NOTICE OF CHANGE OF FIRM NAME AND CONTACT INFORMATION