# EXHIBIT E

| | |
|---|---|
| **From:** | Mario Tafur <mario@thebulldog.law> |
| **Sent:** | Wednesday, March 11, 2026 5:12 PM |
| **To:** | Kenneth P. Nabity; Jennifer Munguia |
| **Cc:** | Yesica Lopez; Esmeralda Mendoza; Emily McAtee; Tallulah Bajar; Jennifer Munguia |
| **Subject:** | Re: Moen v. Pi Community Company, et al.: First Amended Complaint Issues |

**[EXTERNAL]**

> Some people who received this message don't often get email from mario@thebulldog.law. Learn why this is important

Good afternoon,

I have been traveling and in and of court today.  My staff has clearly acted in error here.  I will clarify everything in the morning.  My apologies for the confusion.

Best regards,

Mario P. Tafur | Attorney

OFFICE: (855) 216-3990 | FAX: (323) 967-7155
EMAIL: mario@thebulldog.law | WEBSITE: www.thebulldog.law  | YOUTUBE CHANNEL I
https://www.youtube.com/@TheBulldogLaw

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, please be advised that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used or relied upon, and cannot be used or relied upon, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Kenneth P. Nabity <knabity@delfinomadden.com>
**Sent:** Wednesday, March 11, 2026 4:48 PM
**To:** Mario Tafur <mario@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>
**Cc:** Yesica Lopez <ylopez@delfinomadden.com>; Esmeralda Mendoza <emendoza@delfinomadden.com>; Emily McAtee <emcatee@delfinomadden.com>; Tallulah Bajar <tbajar@delfinomadden.com>
**Subject:** RE: Moen v. Pi Community Company, et al.: First Amended Complaint Issues

Mario,

It appears that you filed both an opposition to our motion to dismiss the second amended complaint and a third amended complaint today on behalf of Mr. Moen.  First, your opposition notes that it was "prior counsel's failure" to incorporate evidence that rendered the SAC deficient.  I am confused – are you referring to yourself as "prior counsel?"  Second, you filed the third amended complaint without written agreement or leave from the Court, in

1

violation of FRCP 15(a)(2).  Are you going to move for leave to amend, will you file a notice of withdrawal, or will we need to file a motion to strike (assuming the Court does not act on its own)?

Ken

**Kenneth P. Nabity** | Partner
**Delfino Madden O'Malley Coyle & Koewler LLP**
knabity@delfinomadden.com | d. 916.661.5704
500 Capitol Mall, Suite 1550 | Sacramento, CA 95814