# EXHIBIT F

| | |
|---|---|
| **From:** | Mario Tafur <mario@thebulldog.law> |
| **Sent:** | Friday, March 13, 2026 12:33 PM |
| **To:** | Kenneth P. Nabity; Jennifer Munguia |
| **Cc:** | Emily McAtee; Yesica Lopez; Esmeralda Mendoza; Tallulah Bajar |
| **Subject:** | Re: Activity in Case 5:25-cv-09145-NC Moen -v- SOCIALCHAIN INC., et al Reply to Opposition/Response |

**[EXTERNAL]**

Some people who received this message don't often get email from mario@thebulldog.law. Learn why this is important

Good afternoon

I sincerely apologize for the confusion and I don't expect you to reply to anything at the moment. The opposition was filed with the correction that made no substantive change to any of the arguments and was filed in good faith to correct an error because it was the wrong draft that was filed. The filing of the third amendment complaint was an error by my office due to a miscommunication. As I have indicated before I was traveling quite a bit this week, and it unintentiomal mistakes were made. Again, my apologies for the confusion. I am starting trial next week and this was just a particularly hectic week. I will be sure to get back to you early next week with our plan going forward.

I hope you have a nice weekend.

Best regards,

Mario P. Tafur | Attorney

OFFICE: (855) 216-3990 | FAX: (323) 967-7155

EMAIL: mario@thebulldog.law |  WEBSITE: www.thebulldog.law  |  YOUTUBE CHANNEL I
https://www.youtube.com/@TheBulldogLaw


This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, please be advised that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used or relied upon, and cannot be used or relied upon, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Kenneth P. Nabity <knabity@delfinomadden.com>
**Sent:** Friday, March 13, 2026 12:18:40 PM
**To:** Mario Tafur <mario@thebulldog.law>; Jennifer Munguia <jenniferm@thebulldog.law>
**Cc:** Emily McAtee <emcatee@delfinomadden.com>; Yesica Lopez <ylopez@delfinomadden.com>; Esmeralda Mendoza <emendoza@delfinomadden.com>; Tallulah Bajar <tbajar@delfinomadden.com>
**Subject:** RE: Activity in Case 5:25-cv-09145-NC Moen -v- SOCIALCHAIN INC., et al Reply to Opposition/Response

Mario:

Following up on this – I do not know if you expect us to Reply to this new Opposition, whether it's different in any meaningful way (or just removes reference to hallucinated prior counsel), or why you are entitled to even file it.  I also note that you appear to have filed it as a "Reply," which is problematic for reasons that should be obvious.  Much like the Order to Show Cause issued yesterday, I expect that your incoherent actions have and will continue to frustrate the Court.

Any explanation to make any of this make sense would be much appreciated.

Ken

**Kenneth P. Nabity** | Partner
**Delfino Madden O'Malley Coyle & Koewler LLP**
knabity@delfinomadden.com | d. 916.661.5704
500 Capitol Mall, Suite 1550 | Sacramento, CA 95814