UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<table>
<tr><td>HARRO MOEN,<br><br>   Plaintiff,<br><br> v.<br><br>SOCIALCHAIN INC., and others,<br><br>   Defendants.</td><td>Case No. 25-cv-09145-NC<br><br>**ORDER ALLOWING TAC TO PROCEED; ADMONISHING PLAINTIFF TO ADHERE TO COURT ORDERS**<br><br>Re: ECF 41, 43</td></tr>
</table>

The Court issued an Order to Show Cause why Plaintiff's second and third amended complaints should not be stricken because they were filed without leave of the Court or Defendants. ECF 38. Plaintiff replied. ECF 41. Defendants opposed. ECF 43.

Because the Court finds that Defendant will be minimally prejudiced and Federal Rule of Civil Procedure 15 employs a liberal standard, the Court allows Plaintiff's TAC to proceed.

However, the Court strongly admonishes Plaintiff to strictly follow this Court's Orders and not make any false statements in his briefings. For example, Plaintiff's OSC reply twice erroneously states that the TAC was "filed concurrently with the original motion to leave" and "while the motion for leave was pending" which is untrue—no such motion was filed. ECF 41 at 3, 4. Defendants noted other similar issues. ECF 43. Should Plaintiff continue to violate court orders and proffer fabricated statements, the Court will

consider whether sanctions are appropriate.

**IT IS SO ORDERED.**

Dated:  March 26, 2026

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California

2