Mario Tafur, Esq. (SBN: 329899)
mario@thebulldog.law
**BULLDOG LAW, P.C.**
500 N. Central Avenue, Ste. 610
Glendale, CA 91203
Telephone: (949) 649-3007
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARRO MOEN | ) Case No.: 5:25-cv-09145-NC |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) **MOTION TO WITHDRAW AS COUNSEL** |
| | ) **NOTICE OF MOTION AND MOTION TO** |
| SOCIALCHAIN INC., PI COMMUNITY | ) **WITHDRAW AS COUNSEL** |
| COMPANY, NICOLAS KOKKALIS, | ) |
| CHENGDIAO FAN, and DOES 1-50, | ) |
| Defendant(s). | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Mario Tafur of Bulldog Law, P.C., counsel for Plaintiff Harro Moen, hereby moves this Court for an order (1) granting leave to withdraw as counsel of record pursuant to Civil Local Rule 11-5, and (2) substituting Plaintiff Harro Moen in propria persona (pro se) as counsel of record.

This Motion is based upon this Notice, the Memorandum of Points and Authorities, the Declarations of Mario Tafur and Harro Moen filed concurrently herewith, the complete files and records in this action, and such other matters as may be presented to the Court.

- 1 -

DATED: June 11, 2026

_/s/ Mario Tafur_
Mario Tafur
Attorney for Plaintiff