Mario Tafur, Esq. (SBN: 329899)
mario@thebulldog.law
**BULLDOG LAW, P.C.**
500 N. Central Avenue, Ste. 610
Glendale, CA 91203
Telephone: (949) 649-3007
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARRO MOEN<br><br>    Plaintiff(s),<br><br>    vs.<br><br>SOCIALCHAIN INC., PI COMMUNITY COMPANY, NICOLAS KOKKALIS, CHENGDIAO FAN, and DOES 1-50,<br><br>    Defendant(s). | Case No.: 5:25-cv-09145-NC<br><br>**MOTION TO WITHDRAW AS COUNSEL NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL** |

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    INTRODUCTION

Mario Tafur of Bulldog Law, P.C. respectfully moves for (1) leave to withdraw as counsel for Plaintiff Harro Moen pursuant to Civil Local Rule 11-5, and (2) an order substituting Plaintiff Harro Moen in propria persona. The case is closed following entry of judgment in favor of Defendants on May 13, 2026 (ECF 53). Good cause exists for withdrawal, Plaintiff consents, and no party will be prejudiced.

### II.    FACTUAL BACKGROUND

- 1 -

Judgment was entered in favor of Defendants SocialChain Inc., Nicolas Kokkalis, Chengdiao Fan, and Pi Community Company, and against Plaintiff (ECF 53). The Clerk was directed to close the file.

Counsel and Plaintiff have mutually agreed that Plaintiff will proceed pro se. Plaintiff has been advised of the implications of self-representation, including any remaining deadlines (e.g., appeal).

**III.    LEGAL STANDARD**

Civil Local Rule 11-5 governs withdrawal of counsel. Courts routinely grant withdrawal where good cause is shown and the client will not be prejudiced. Substitution of counsel, including to pro se status, is liberally permitted where it does not delay proceedings or prejudice other parties.

**IV.    ARGUMENT**

Good cause exists for withdrawal and substitution. The attorney-client relationship has reached a point where continued representation is no longer appropriate. Plaintiff consents to counsel's withdrawal and to proceeding pro se.

Because judgment has been entered and the case is closed, withdrawal and substitution will cause no delay or prejudice to any party.

**V.    CONCLUSION**

Counsel respectfully requests that the Court grant the Motion, relieve Bulldog Law, P.C. and Mario Tafur as counsel of record, and substitute Plaintiff Harro Moen in propria persona.

DATED: June 10, 2026

*/s/ Mario Tafur*
Mario Tafur, Esq. (SBN 329899)
Attorney for Plaintiff Harro Moen