Mario Tafur, Esq. (SBN: 329899)
mario@thebulldog.law
**BULLDOG LAW, P.C.**
500 N. Central Avenue, Ste. 610
Glendale, CA 91203
Telephone: (949) 649-3007
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARRO MOEN<br><br>　　　　　　　Plaintiff(s),<br><br>　vs.<br><br>SOCIALCHAIN INC., PI COMMUNITY COMPANY, NICOLAS KOKKALIS, CHENGDIAO FAN, and DOES 1-50,<br><br>　　　　　　　Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 5:25-cv-09145-NC<br><br>**MOTION TO WITHDRAW AS COUNSEL**<br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL** |

**<u>DECLARATION OF MARIO TAFUR</u>**

I, Mario Tafur, declare:

1.  I am counsel of record for Plaintiff Harro Moen in this action.

2.  Final judgment was entered against Plaintiff on May 13, 2026 (ECF 53), and the case has been closed.

3.  Irreconcilable differences have arisen, and Plaintiff and I have agreed that I should withdraw and that Plaintiff will proceed pro se.

- 1 -

4. On June 10, 2026, I notified Plaintiff in writing of my intent to withdraw and advised him of the need to consider any post-judgment remedies (such as appeal) and the responsibilities of self-representation.

5. Plaintiff has consented to this withdrawal and substitution.

6. Granting this motion will not prejudice any party.

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Glendale, CA June 10, 2026

　　　　　　　　　　　　　　　　　　　　　　 /s/ Mario Tafur
　　　　　　　　　　　　　　　　　　　　　　Mario Tafur,