Mario Tafur, Esq. (SBN: 329899)
mario@thebulldog.law
**BULLDOG LAW, P.C.**
500 N. Central Avenue, Ste. 610
Glendale, CA 91203
Telephone: (949) 649-3007
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARRO MOEN | ) Case No.: 5:25-cv-09145-NC |
| Plaintiff(s), | ) |
| vs. | ) **MOTION TO WITHDRAW AS COUNSEL** |
| SOCIALCHAIN INC., PI COMMUNITY COMPANY, NICOLAS KOKKALIS, CHENGDIAO FAN, and DOES 1-50, | ) **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL** |
| Defendant(s). | ) |

### DECLARATION OF HARRO MOEN (CONSENT TO WITHDRAWAL AND SUBSTITUTION PRO SE)

I, Harro Moen, declare:

1. I am the Plaintiff in the above-entitled action.

2. When judgment was entered on May 13, 2026, my counsel explained to me my options, including the right to appeal and the responsibilities and risks associated with proceeding without an attorney. I was aware of the 30-day deadline to file a notice of appeal.

3. Today, June 10, 2026, I informed my counsel that I want to proceed pro se.

- 1 -

4. I consent to the withdrawal of Mario Tafur and Bulldog Law, P.C. as my counsel of record.

5. I elect to proceed in propria persona (pro se) and understand the responsibilities and risks associated with self-representation.

6. My current address and contact information for service of all future documents is:

Harro Moen
+1 (520) 213-7503
harromoen@gmail.com
22603 N Gibson Dr Maricopa, AZ 85139

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed June 10, 2026 Executed at Maricopa, Arizona

/s/ Harro Moen_____
Harro Moen

- 2 -