# EXHIBIT A



Bulldog Law, PC.
Mario P. Tafur
500 N. Central Ave. Suite 610
Glendale, CA. 91203

April 14, 2025

To: Dr. Nicolas Kokkalis, Dr. Chengdiao Fan, SocialChain Inc., Pi Community Company,
and Unidentified Does 1 through 50

**Re: Demand for Payment of $10,000,000 and Additional Remedies in Connection with
Pi Network Misconduct**

  I am Mario Tafur, Esq., of Bulldog Law, PC, representing Harro Moen, individually
and as the proposed representative of a class exceeding 60 million users of the Pi Network
cryptocurrency platform, operated by your clients, SocialChain Inc., Pi Community
Company, Nicolas Kokkalis, Chengdiao Fan, and unidentified Does 1 through 50
(collectively, "Defendants"). On behalf of my client and the proposed class, Bulldog Law,
PC demands payment of $10,000,000 and additional remedies to address the severe
financial, equitable, and emotional harm inflicted by your clients' alleged violations of
federal securities laws, California common law, and fiduciary duties. This letter serves as
formal notice of our claims and offers your clients an opportunity to resolve these matters
before escalating to full litigation, which would expose them to potential liability exceeding
tens of billions of dollars, significant regulatory scrutiny, and irreparable reputational
damage.

  On March 7, 2025, my client filed a draft class action complaint in the United States
District Court for the Northern District of California (Harro Moen v. SocialChain Inc., et al.,
Case No. To Be Assigned). This complaint is not yet finalized; it represents an initial
framework of our legal position, and we intend to amend it with additional plaintiffs,
defendants, claims, and evidence as our investigation and discovery process advances.
Mr. Moen joined Pi Network in April 2020 and, over five years, mined 6,541 Pi tokens,
maintained a blockchain node, and assisted over 100 users with Know Your Customer
(KYC) verifications, all without compensation, only to suffer the unauthorized transfer of
5,137.397257 tokens to an unknown wallet on April 10, 2024, resulting in a loss valued at
$2,012,000 at the peak price of $307.49 per token on December 29, 2022. This incident
exemplifies a broader pattern of misconduct affecting millions of users, involving



misrepresentations of decentralization, secret token sales on exchanges, and widespread misallocation of user mined assets. We seek payment exclusively for Mr. Moen, restitution for both Mr. Moen and the class, the right to advertise this lawsuit to locate other affected users, transparency measures, and cessation of ongoing misconduct to remedy this harm, as detailed below.

## Factual Summary of the Dispute

Your clients launched Pi Network on March 14, 2019, a date chosen as "Pi Day" to symbolize its mathematical and technological innovation. They marketed Pi Network as a groundbreaking cryptocurrency that could be mined using mobile devices, eliminating the need for energy intensive hardware like that required by Bitcoin or Ethereum, and built it on the Stellar Consensus Protocol (SCP), a federated Byzantine agreement mechanism designed to achieve consensus efficiently through trusted nodes rather than computational competition. The Pi Network whitepaper, available on their official website (minepi.com/whitepaper), promised a decentralized, user driven ecosystem where individuals could mine Pi tokens via a mobile app, participate in a community owned network, and eventually trade these tokens on exchanges to realize economic value. This vision was reinforced by Nicolas Kokkalis in a public statement in 2020, where he predicted a future value of $25 per token, a projection intended to entice participation from users like Mr. Moen, who joined in April 2020 with the expectation of contributing to and benefiting from this pioneering platform.

Mr. Moen, residing at 22603 N Gibson Dr., Maricopa, AZ 85139, engaged with Pi Network by downloading the mobile app from the Apple App Store or Google Play and registering with an invitation code from an existing user, as required by your clients' referral-based onboarding system. Over the subsequent five years, from April 2020 to April 2025, he mined 6,541 Pi tokens through daily interactions with the app, tapping a button to accrue tokens at rates that varied over time, initially up to 20 $\pi$ per day in the platform's early phase, declining to fractions of a $\pi$ as the user base grew and halving mechanisms took effect to control token issuance. Beyond mining, Mr. Moen maintained a blockchain node, a task requiring him to install the Pi Node software on a personal computer (for example, a desktop with at least 4GB RAM and a dual core CPU), configure it to connect to the Pi Network via a stable internet connection, and ensure constant uptime, keeping the system powered on 24/7 to participate in SCP consensus and earn additional rewards. This effort demanded hundreds of hours of technical management, monitoring software



updates, and troubleshooting connectivity issues, all without financial compensation from your clients. Additionally, he performed over 100 KYC verifications during the Grace Period (July 1 to December 31, 2024), reviewing other users' identity documents (such as passports, driver's licenses) via the Pi app to assist in their Mainnet migration, further contributing to your clients' platform without remuneration.

On December 22, 2022, at 21:23 UTC, Mr. Moen completed the KYC process, a mandatory step your clients imposed for token migration to the Pi Network Mainnet. He digitally signed an acknowledgment authorizing wallet GDJCI6GIKGDUBP3HOKEPVY2O3THA2BWVZBVRVZYNS5YXFLUXDRNIZEAT (hereafter "ZEAT") to receive his 6,541 π, using a digital signature (KkDjjzM5J14NOzeOb…) that confirmed his ownership and intent. This step aligned with your clients' legal requirements to verify user identities and facilitate the transition from pre Mainnet to Mainnet tokens. However, on April 10, 2024, at 15:32 UTC, 5,137.397257 of his tokens were transferred to an unauthorized wallet, GDQ4…KIDS, which had been created on the testnet, a sandbox version of the Pi blockchain for testing features, on February 16, 2024, at 00:15 UTC with an initial balance of 100 Test π. Subsequent transfers occurred on April 29, 2024, at 06:49 UTC, moving 2,567 of these tokens to wallet V5FF (created February 27, 2024, at 15:03 UTC), and then in two transactions to FZ7P, where they have remained dormant for five months, as of September 2024. At the peak market price of $307.49 per token on December 29, 2022, established during unauthorized exchange trading on XT.COM, Huobi, and Bitmart, this misallocation resulted in a loss to Mr. Moen of $2,012,000 (5,137.397257 π x $307.49, adjusted for rounding). At the estimated value of $1.67 per token as of the Mainnet launch on February 20, 2025, the remaining economic harm is still substantial, compounded by lost opportunities from his five-year commitment, including over 1,800 days of daily mining, hundreds of hours maintaining a node, and significant effort verifying over 100 KYC applications.

Mr. Moen's efforts to recover his tokens spanned ten months, from April 13, 2024, to February 15, 2025, during which he spent over 15 hours across multiple attempts to contact your clients' support portal and engage in the in-app chat. On April 13, 2024, he submitted a support ticket detailing the transfer to GDQ4…KIDS, requesting investigation and restoration, only to receive a generic response directing him to FAQs, Community Wiki, and the Support Portal without substantive resolution. Between April 16 and 20,



2024, he raised the issue in the in-app chat, citing blockchain evidence of the transfers to V5FF and FZ7P, but moderators dismissed his claims, asserting he must have entered the "wrong wallet address" despite his KYC locking ZEAT as his designated wallet. During the Grace Period (July 1 to December 31, 2024), he made repeated attempts to secure migration of his remaining 1,403.602743 π, contacting support weekly in July and August 2024, yet received no resolution beyond automated replies. His final pre litigation inquiries in January and February 2025, threatening legal action and requesting KYC data on GDQ4...KIDS, V5FF, and FZ7P owners, were similarly ignored, with moderators refusing to escalate his concerns. These interactions reflect a systemic failure by your clients to address user grievances, a pattern echoed in community chat excerpts where moderators like Grunchking muted users (for example, AKE1974, BRENNN1) for raising similar issues. This individual harm is not an isolated incident but part of a pervasive pattern affecting the proposed class, defined as all individuals who mined Pi tokens since March 14, 2019, and suffered unauthorized token migrations, exclusion from trading profits, or delayed/no migration due to your clients' actions. Your clients have claimed over 60 million engaged users, a figure they've leveraged to enhance Pi Network's perceived scale and appeal to external stakeholders, such as cryptocurrency exchanges. However, by February 20, 2025, only 10 million users have successfully migrated their tokens to the Mainnet, leaving 50 million with tokens either stalled in pre Mainnet limbo or diverted to unknown addresses. Blockchain statistics compiled by pi mods.de reveal wallet growth from 5,133,916 on April 22, 2024, to 5,880,088 by July 10, 2024 (a 14.5% increase), locked Pi from 2,860,699,540.37683 to 3,174,338,240.99756 π (an 11% rise), and circulating Pi from 565,921,681.86810 to 684,271,809.52334 π (a 20.9% increase), yet the vast majority, 50 million, remain unmigrated, suggesting either inflated user counts or a deliberate failure to fulfill migration promises. The significant increase in claimback operations, from 9,664 to 47,683 (a 393% jump) over the same period, indicates efforts to reclaim or redistribute Pi, yet without transparency or user notification, further evidencing mismanagement.

PiScan data provides additional insight into this pattern, showing a highly skewed token holder distribution: 23 "whale" accounts hold over 10 million π each (0.0002% of total accounts), 9,997 "shark" accounts hold between 1 million and 10 million π (0.0799%), and 10,398,798 "microbe" accounts hold 0 to 10 π (83.1407%). Notably, over 8,000 wallets contain precisely 2,000,001 π (for example, accounts ranked #26 to 100), a uniformity that

500 N. Central Ave. Suite 610, Glendale, CA 91203
San Francisco | Sacramento | Irvine | San Bernardino | Riverside | Beverly Hills | San Diego
Long Beach | Pasadena | Fresno | Visalia Modesto | San Jose | Bakersfield | Santa Barbara
Phone: 855-216-3990  |  Fax: 323-967-7155  |  www.bulldoglaw.com



defies the variable mining rates experienced by users; early miners earned up to 20 π per day, while later rates dropped to fractions of a π due to halving mechanisms designed to slow token issuance as the user base grew. This suggests an automated, systematic allocation process not disclosed in your clients' whitepaper or public statements, potentially intended to obscure the true distribution of tokens or inflate the platform's perceived scale for external stakeholders. Your clients' token supply details claim an 80% community supply (80 billion π of a 100 billion total), with 65% (52 billion π) allocated for mining rewards, 10% (8 billion π) for the Pi Foundation, and 5% (4 billion π) for a liquidity pool, yet the lack of transparency on how these tokens were distributed, especially the alleged 2 billion π sold in 2021, casts doubt on their commitment to this community centric vision.

Your clients' involvement in unauthorized exchange listings in 2022 further exacerbates this harm and provides compelling evidence of their misconduct. On December 29, 2022, at 03:00 UTC, XT.COM listed the PI/USDT trading pair, with deposits and withdrawals marked as "To Be Determined" (TBD), suggesting the use of futures or IOUs rather than native tokens, a practice inconsistent with your clients' "Enclosed Mainnet" policy prohibiting external connectivity, as reiterated in their X post on December 29, 2022 (@PiCoreTeam). In late 2022, Huobi listed Pi tokens, with prices peaking at $13 to $14 per token, a valuation disconnected from any ecosystem utility, as no goods or services within Pi Network cost significant amounts of π (for example, nothing costs 500 π). Bitmart followed on December 31, 2022, at 10:00 AM UTC, announcing the PI/USDT pair with similar trading activity. These listings facilitated the trading of millions of π, yet your clients dismissed them as "fake" and unauthorized in an X post on December 28, 2022 (@PiNewsMedia), warning users of potential losses. This denial is implausible given the scale and coordination of these listings, each requiring significant token liquidity and typically founder consent or access to reserves, such as the 2 billion π allegedly sold by your clients in 2021. The financial windfall that followed, evidenced by your clients' hiring of 35 employees at an annual salary of $125,000 each (totaling $4,375,000 per year), settlement of prior lawsuits such as Santa Clara Case No. 21CV391680, filing of trademarks costing over $2,000 each, and pursuit of logo disputes in Nigeria, suggests profits derived from these sales, contradicting their public stance and indicating a deliberate effort to mislead users while capitalizing on their exclusion from these gains.

500 N. Central Ave. Suite 610, Glendale, CA 91203
San Francisco | Sacramento | Irvine | San Bernardino | Riverside | Beverly Hills | San Diego
Long Beach | Pasadena | Fresno | Visalia Modesto | San Jose | Bakersfield | Santa Barbara
Phone: 855-216-3990  |  Fax: 323-967-7155  |  www.bulldoglaw.com



Community interactions and user complaints underscore the breadth and depth of this misconduct. In Pi Network's in app chat, users like AKE1974, BRENNN1, and sorimmurar challenged moderators over wallet migration issues, KYC delays, and the platform's ecosystem vision, only to be muted or dismissed by moderators such as Grunchking, who defended Pi as an ecosystem rather than a tradable currency, a stance clashing with user expectations set by your clients' earlier promises of exchange trading and economic value. User DaCovid reported Pi being sent to an unfamiliar wallet and sought a clawback yet received no resolution beyond generic support responses directing him to FAQs. Public forum complaints amplify this narrative: a Reddit post on September 3, 2024 ("Pi Stolen," 179 comments) reported a loss of 1,500 π due to an unknown breach, with users calling for core team intervention; another on September 16, 2024 ("This is why so many got their Pi stolen," 92 comments) claimed tokens were stolen despite secure wallets; and X posts from Ahmed Garba (@Meegiyooh, March 3, 2025) and MuttTime (@MuttTime, February 25, 2025) noted tokens vanishing to recurring addresses like GDCJ6PNY..., with accusations of fraud leveled against your clients. Crypto news articles, such as CoinChapter's August 8, 2023, report ("Pi Network Users Lose PI Coins from Wallets") and CCN's January 14, 2025, analysis ("Pi Network: Why Your Coins May Be Worthless"), document similar incidents, attributing losses to post migration security flaws or intentional misallocation by your clients, reinforcing the class wide scope of this misconduct.

**Legal Grounding for the Claim**

 Our claims against your clients are grounded in a robust foundation of federal and state laws, each supported by specific instances of misconduct and evidence demonstrating their liability:

1. **Securities Act of 1933 (15 U.S.C. §§ 77e, 77l)**
   Your clients offered and sold unregistered Pi tokens, which we assert constitute securities under the Howey test (SEC v. W.J. Howey Co., 328 U.S. 293, 1946), without filing with the Securities and Exchange Commission (SEC) or providing requisite risk disclosures. The Howey test defines a security as an investment of money (here, users' time and effort in mining, recognized as a form of investment in SEC v. Shavers, 2013 WL 4028182, E.D. Tex. 2013), in a common enterprise (Pi Network's centralized token pools and validator system), with an expectation of



profits (your clients' promise of future trading value, for example, Kokkalis' $25 per token prediction in 2020), derived from the efforts of others (your clients' control over token distribution, validator operations, and exchange listings). In 2020, your clients marketed Simple Agreements for Future Equity (SAFEs) to early investors, promising future token value, as evidenced by Kokkalis' public statement predicting a $25 per token valuation, a statement that enticed Mr. Moen to join that year expecting economic returns. By December 2022, Pi tokens appeared on multiple exchanges: XT.COM listed the PI/USDT trading pair on December 29, 2022, at 03:00 UTC, with deposits and withdrawals marked as "TBD," suggesting futures or IOUs; Huobi listed Pi in late 2022, with prices peaking at $13 to $14 per token; and Bitmart announced the PI/USDT pair on December 31, 2022, at 10:00 AM UTC. These listings facilitated the trading of millions of π, yet your clients dismissed them as "fake" in an X post on December 28, 2022 (@PiNewsMedia), warning users of potential losses. This denial is inconsistent with the scale and coordination of these listings, requiring significant token liquidity and typically founder consent or access to reserves, such as the 2 billion π allegedly sold in 2021. The absence of SEC registration violates 15 U.S.C. § 77e, and the lack of risk disclosures deprives investors of protections under § 77l.

2. **Securities Exchange Act of 1934 (15 U.S.C. § 78j(b), Rule 10b-5)**
   Your clients engaged in deceptive practices violating Rule 10b-5, including dismissing exchange listings as "fake" on December 28, 2022 (@PiNewsMedia) while controlling reserves (for example, 2 billion π allegedly sold in 2021) and profiting from trades on XT.COM, Huobi, and Bitmart. Their post 2022 windfall, hiring 35 employees at $125,000 per year ($4,375,000 annually), settling Santa Clara Case No. 21CV391680, and filing trademarks, suggests profits contradicting their denial. The misallocation of Mr. Moen's 5,137 π to GDQ4…KIDS on April 10, 2024, and subsequent transfers to V5FF and FZ7P misled him about asset security. Similar losses reported by users (for example, 1,500 π stolen, Reddit, September 3, 2024) and uniform 2,000,001 π wallets (over 8,000 accounts) indicate systemic manipulation, violating Rule 10b-5's prohibition on fraud and deceit.

500 N. Central Ave. Suite 610, Glendale, CA 91203
San Francisco | Sacramento | Irvine | San Bernardino | Riverside | Beverly Hills | San Diego
Long Beach | Pasadena | Fresno | Visalia Modesto | San Jose | Bakersfield | Santa Barbara
Phone: 855-216-3990  |  Fax: 323-967-7155  |  www.bulldoglaw.com



3. **Sarbanes-Oxley Act (18 U.S.C. § 1514A)**
   Your clients' misleading statements (for example, "fake" listings, X, December 28, 2022) and retaliation against users like Mr. Moen, who faced dismissal during his 10 month recovery effort (April 13, 2024 to February 15, 2025), violate Section 806. Moderators' suppression of dissent (for example, muting AKE1974) in chats reflects a policy chilling whistleblowing, breaching corporate accountability standards.

4. **California Common Law Fraud**
   Your clients misrepresented Pi as decentralized in the whitepaper, inducing Mr. Moen's five year participation, yet maintained three validators for 189,000 nodes and over 8,000 uniform 2M π wallets, contradicting organic mining. Their intent is inferred from profits (for example, 2021 sale, 2022 listings), satisfying Lazar v. Superior Court, 12 Cal. 4th 631 (1996).

5. **California Common Law Breach of Fiduciary Duty**
   As blockchain operators, your clients owed a duty to safeguard tokens (Wolf v. Superior Court, 107 Cal. App. 4th 25, 2003), breached by misallocating Mr. Moen's 5,137 π and class assets, prioritizing gain (for example, $4,375,000 payroll) over user welfare.

6. **California Common Law Unjust Enrichment**
   Your clients retained benefits from Mr. Moen's 6,541 π and class tokens without compensation (Ghirardo v. Antonioli, 14 Cal. 4th 39, 1996), evidenced by their 2022 windfall while users suffered losses.

**Clear, Specific Demand**
We demand the following by May 15, 2025:

1. **Primary Remedy: Payment of $10,000,000:**
   We demand a lump sum payment of $10,000,000 to be disbursed to Mr. Moen within 30 days of this letter's receipt, by May 15, 2025. This amount is allocated entirely to Mr. Moen as follows:

500 N. Central Ave. Suite 610, Glendale, CA 91203
San Francisco | Sacramento | Irvine | San Bernardino | Riverside | Beverly Hills | San Diego
Long Beach | Pasadena | Fresno | Visalia Modesto | San Jose | Bakersfield | Santa Barbara
Phone: 855-216-3990  |  Fax: 323-967-7155  |  www.bulldoglaw.com



2. **$2,012,000 for Economic Loss**: This represents the peak value of 5,137.397257 π misallocated from Mr. Moen's authorized wallet GDJCI6GIKGDUBP3HOKEPVY2O3THA2BWVZBVRVZYNS5YXFLUXDRNIZEAT ("ZEAT") to GDQ4…KIDS on April 10, 2024, calculated at $307.49 per token as of December 29, 2022 (5,137.397257 π x $307.49, adjusted for rounding). This valuation reflects the market price established during unauthorized exchange listings on XT.COM, Huobi, and Bitmart, a price Mr. Moen could have realized had his tokens not been diverted to unauthorized wallets V5FF and FZ7P, where they remain dormant as of September 2024. Blockchain transaction logs and his KYC acknowledgment on December 22, 2022 confirm this loss, evidencing your clients' failure to safeguard his assets despite his compliance with their migration protocols.

3. **$1,500,000 for Lost Opportunities**: This compensates Mr. Moen for the economic potential squandered over his five year commitment to Pi Network, spanning April 2020 to April 2025. His efforts included over 1,800 days of daily app engagement to mine 6,541 π, hundreds of hours maintaining a node with constant uptime, requiring a dedicated computer, stable internet, and technical management, and performing over 100 KYC verifications to assist other users in migrating their tokens, all without compensation from your clients. These contributions supported your clients' platform growth and token supply, yet he was denied the trading profits or other economic benefits promised by your clients' representations of future exchange value (for example, Kokkalis' $25 per token prediction in 2020) and realized on exchanges in 2022, from which he was excluded due to your clients' misallocation and misleading denials of involvement (X, @PiNewsMedia, December 28, 2022). This amount reflects the reasonable value of his lost opportunities, considering the time, effort, and reliance he placed on your clients' assurances.

4. **$6,488,000 in Punitive Damages**: This substantial punitive award is warranted to punish and deter your clients' willful, egregious, and systemic misconduct over more than five years, from the platform's inception on March 14, 2019, to the



present. Your clients misrepresented Pi Network as a decentralized ecosystem in their whitepaper and public statements (minepi.com/whitepaper), yet maintained centralized control through only three core team validators processing transactions across 189,000 nodes, a fact undisclosed to users who trusted their vision. They secretly sold an alleged 2 billion π in 2021, as inferred from their post 2022 financial windfall (for example, $4,375,000 annual payroll for 35 employees), without notifying users like Mr. Moen who contributed to that token supply. In 2022, they facilitated or allowed exchange listings on XT.COM, Huobi, and Bitmart, trading millions of π while publicly denying involvement (X, @PiNewsMedia, December 28, 2022), reaping profits evidenced by their hiring spree, settlement of Santa Clara Case No. 21CV391680, and trademark filings costing over $2,000 each, all while users were misled into undervaluing their assets (for example, trading 11 π for rice worth $49). The systematic misallocation of Mr. Moen's 5,137 π to GDQ4…KIDS, V5FF, and FZ7P, alongside over 8,000 wallets with uniform 2,000,001 π balances, reflects a deliberate pattern of asset diversion affecting millions, as corroborated by community complaints (for example, Reddit, September 3, 2024; X, March 3, 2025). This misconduct, compounded by your clients' failure to address Mr. Moen's 10 month retrieval efforts (April 13, 2024 to February 15, 2025) and their suppression of user dissent in community chats (for example, Grunchking muting users), justifies a punitive award under California law to deter such pervasive harm, as recognized in Simon v. San Paolo U.S. Holding Co., Inc., 35 Cal. 4th 1159 (2005), where punitive damages serve to punish intentional wrongdoing and protect public interest.

**Payment must be made either in cryptocurrency, 40% Ethereum (ETH) and 60% Pi Network (PI) tokens, or via wire transfer, as follows:**

**Cryptocurrency Payment Option**:

5. **40% in Ethereum (ETH)**: Equivalent to $4,000,000 USD, calculated at the Ethereum market price on the date of transfer, as determined by the average closing price across major exchanges (for example, Coinbase, Binance, Kraken) at 12:00 UTC on May 15, 2025, or the closest business day prior if May 15 falls on a weekend or holiday. Bulldog Law, PC will create a dedicated Ethereum wallet address for this settlement, to be provided to your clients upon their written confirmation of intent



to pay via cryptocurrency or upon request prior to the payment deadline. The sender is responsible for ensuring sufficient gas fees to complete the transaction, and confirmation of receipt will be provided within 24 hours via email to mariotafur@thebulldog.law.

6. **60% in Pi Network (PI) Tokens**: Equivalent to $6,000,000 USD, calculated at the Pi Network token market price on the date of transfer, as determined by the average closing price on recognized exchanges listing PI (for example, XT.COM, Huobi, Bitmart) at 12:00 UTC on May 15, 2025, or, if unavailable, the most recent verifiable market price from a reputable source (for example, CoinMarketCap, CoinGecko). Bulldog Law, PC will create a dedicated Pi Network wallet address for this settlement, to be provided to your clients upon their written confirmation of intent to pay via cryptocurrency or upon request prior to the payment deadline. The sender must ensure the transfer complies with Pi Network's Mainnet protocols, and confirmation of receipt will be provided within 24 hours via email to mariotafur@thebulldog.law. If PI tokens are not yet fully tradable on the Mainnet as of May 15, 2025, your clients must escrow the equivalent amount in a verifiable reserve and complete the transfer within 30 days of PI achieving full Mainnet liquidity.

7. **Wire Transfer Option**:
Payment may alternatively be made via wire transfer to:
**Name of Account**: Bulldog Law PC
**Address**: 500 North Central Ave #610, Glendale, CA 91203
**Name of Bank**: City National Bank
**Bank Location**: 550 North Brand Blvd, Glendale, CA 91203
**Account**: 430682326
**Wire Routing**: 122 016 066



This $10,000,000 demand reflects Mr. Moen's individual damage and serves as a standalone remedy for his harm, with class wide relief addressed through separate restitution and injunctive demands below. Payment, whether in cryptocurrency or wire transfer, must be completed by May 15, 2025, within 30 days of this letter's receipt. For cryptocurrency payments, the total USD value must equal $10,000,000 based on the specified valuation date, and any shortfall due to price fluctuations or transfer fees will require immediate supplementation by your clients. Bulldog Law, PC will create and provide the necessary wallet addresses upon your clients' confirmation of intent to pay via cryptocurrency, ensuring a secure and transparent transaction process. Confirmation of payment receipt will be acknowledged by Bulldog Law, PC to your clients' designated representative within 24 hours of transfer completion, via email to facilitate prompt resolution.

9. **Right to Advertise the Lawsuit:**
   We demand your clients' immediate consent to advertise this lawsuit across various platforms to locate other Pi Network users harmed by unauthorized token migrations, exclusion from trading profits, or delayed/no migration since March 14, 2019. This right includes placing advertisements in media outlets (for example, The Arizona Republic, The New York Times, television stations like ABC and CNN, and radio broadcasts), online platforms (for example, Reddit communities like r/PiNetwork, X posts with hashtags #PiNetwork and #PiFraud, Pi Network forums, and cryptocurrency news sites such as CoinDesk and CoinTelegraph), and via direct mail or email campaigns targeting known Pi users identified through public records or community outreach. This demand is grounded in Federal Rule of Civil Procedure 23, which governs class actions and encourages identifying similarly situated individuals to ensure comprehensive relief, and equitable principles aimed at locating victims of widespread harm, as recognized in Oppenheimer Fund, Inc. v. Sanders, 437 U.S. 340 (1978). Bulldog Law, PC seeks to build a robust class action or multi plaintiff case to hold your clients accountable for their systemic misconduct, which has affected millions, with 50 million users unmigrated and thousands reporting losses. Affected users are invited to contact us at (888) 928 1609 or mariotafur@thebulldog.law to participate.



This right is non negotiable and will be exercised upon your clients' failure to comply by the deadline, ensuring all victims receive notice and an opportunity to seek redress before we file an amended complaint.

10. **Additional Actions: Token Restitution:**
We demand the restoration of Mr. Moen's full complement of 6,541 π to his authorized wallet ZEAT, reversing the misallocation of 5,137.397257 π to GDQ4…KIDS, V5FF, and FZ7P, and migrating the remaining 1,403.602743 π not transferred as of February 20, 2025. Blockchain records confirm his KYC authorization of ZEAT on December 22, 2022, and the unauthorized transfers on April 10, 2024, and April 29, 2024. For the proposed class, we seek the identification and restoration of all misallocated tokens to their rightful owners, based on KYC verified wallet addresses, addressing the 50 million unmigrated users and thousands reporting similar losses (for example, Reddit posts, September 3 and 16, 2024; X posts, February 25 and March 3, 2025).

11. **Additional Actions: Transparency Measures:**
We demand immediate disclosure of all token allocations since March 14, 2019, including the 2 billion π allegedly sold in 2021, validator identities (currently three core team members for 189,000 nodes), and exchange transactions (for example, XT.COM, Huobi, Bitmart, 2022), with an independent audit by May 15, 2025, to verify distribution and ownership, addressing the opacity of over 8,000 uniform 2M π wallets and claimback surges (9,664 to 47,683).

12. **Additional Actions: Cessation of Misconduct:**
We demand an injunction halting token misallocations and ensuring securities law compliance by May 15, 2025, stopping transfers to unauthorized wallets and mandating SEC registration or cessation of sales, aligning operations with legal obligations.

500 N. Central Ave. Suite 610, Glendale, CA 91203
San Francisco | Sacramento | Irvine | San Bernardino | Riverside | Beverly Hills | San Diego
Long Beach | Pasadena | Fresno | Visalia Modesto | San Jose | Bakersfield | Santa Barbara
Phone: 855-216-3990  |  Fax: 323-967-7155  |  www.bulldoglaw.com



**Deadline**: Respond in writing and comply by May 15, 2025, a 30 day period from this letter.

**Consequences of Non-Compliance**

Failure to comply by May 15, 2025, will result in:

1. **Expanded Litigation**: Finalizing March 7, 2025, complaint with RICO claims, additional plaintiffs, and evidence from discovery (for example, internal records, blockchain forensics).

2. **Enhanced Damages**: Seeking over $10,000,000 for Mr. Moen (treble damages under 15 U.S.C. § 78r, punitive damages), and billions for the class ($83.5M to $15.37B).

3. **Injunctive Relief**: Court orders dismantling blockchain control and mandating transparency, with potential SEC/CFTC investigations.

4. **Advertising**: Publicizing the lawsuit to expand the class.

Evidence includes blockchain records showing GDQ4…KIDS receiving Mr. Moen's 5,137 π (April 10, 2024), PiScan data of 8,000+ 2M π wallets, XT.COM/Huobi/Bitmart listings (December 2022), user complaints (Reddit, September 2024; X, March 2025), crypto news (CoinChapter, August 2023; CCN, January 2025), corporate filings (SocialChain Inc., 2019; Pi Community Company, 2019), and chat excerpts of moderator suppression.

Your clients' actions have caused severe harm to Mr. Moen and millions, with his $2,012,000 loss reflecting five years of effort. Respond by May 15, 2025, to avoid litigation escalating their exposure. Contact me at Bulldog Law, PC, 500 North Central Ave #610, Glendale, CA 91203, mariotafur@thebulldog.law

Sincerely,

/s/ Mario Tafur
Mario Tafur, Esq.
Bulldog Law, PC