# EXHIBIT B

**From:** Mario Tafur <mariotafur@thebulldog.law>
**Sent:** Tuesday, April 29, 2025 1:23 PM
**To:** Kenneth P. Nabity <knabity@delfinomadden.com>
**Cc:** Emily McAtee <emcatee@delfinomadden.com>; Tallulah Bajar <tbajar@delfinomadden.com>; Violeta Alcaraz <violeta@thebulldog.law>; David Precilla <David@thebulldog.law>; Joshua Goldenstein <joshuag@thebulldog.law>
**Subject:** RE: Moen v. Pi Community Company

**[EXTERNAL]**

Thank you for your email dated April 24, 2025, on behalf of your clients, Pi Community Company, SocialChain Inc., Dr. Chengdiao Fan, and Dr. Nicolas Kokkalis (collectively, "Defendants"). I represent Harro Moen, individually and as the proposed representative of a class exceeding 60 million users of the Pi Network cryptocurrency platform, in connection with claims arising from your clients' alleged violations of federal securities laws, California common law, and fiduciary duties, as detailed in the demand letter dated April 14, 2025.

To clarify, no class action complaint has been formally filed in the United States District Court for the Northern District of California or any other court as of this date. The reference in the demand letter to a "draft class action complaint" reflects a prepared pleading, which my client intends to file should your clients fail to comply with the demands by the specified deadline of May 15, 2025. As a courtesy and in the interest of resolving this matter without litigation, the demand letter was sent to provide your clients an opportunity to address the substantial harm caused to Mr. Moen. Accordingly, no case number exists, and no documents are available on the Court's PACER system at this time.

The factual and legal bases for these claims, including your clients' alleged misrepresentations of decentralization, unauthorized token transfers, and secret token sales, are comprehensively outlined in the demand letter, supported by evidence such as blockchain transaction logs, PiScan data, and user complaints. Furthermore, consistent with the demand letter and equitable principles recognized in **Oppenheimer Fund, Inc. v. Sanders, 437 U.S. 340 (1978)**, my client intends to exercise his right to advertise this prospective lawsuit to identify additional Pi Network users harmed by your clients' actions since March 14, 2019. Such advertisement may include media outlets (for example, The Arizona Republic, The New York Times), online platforms (for example, Reddit communities like r/PiNetwork, X with hashtags #PiNetwork and #PiFraud), and direct outreach to build a robust class action or multi plaintiff case. Affected users are invited to contact Bulldog Law, PC at (888) 928 1609 or mariotafur@thebulldog.law to participate. I urge your clients to respond substantively to the demand letter by May 15, 2025. Should you wish to discuss resolution, further correspondence should be directed to my attention to ensure timely consideration.

**Mario Tafur I Attorney**
**BULLDOG, PC.**
**T R I A L   C O U N S E L**
San Francisco | Beverly Hills | Denver | Sacramento | Fresno | Bakersfield | New York | Santa Barbara | Long Beach | Chicago | Riverside | Orange County | Glendale
DIRECT: (888) 928-1609 | FAX: (323) 967-7155
EMAIL: Mariotafur@thebulldog.law | WEBSITE: www.thebulldog.law | YOUTUBE CHANNEL
I https://www.youtube.com/@TheBulldogLaw

**From:** Kenneth P. Nabity <knabity@delfinomadden.com>
**Sent:** Thursday, April 24, 2025 3:54 PM
**To:** Mario Tafur <mariotafur@thebulldog.law>
**Cc:** Emily McAtee <emcatee@delfinomadden.com>; Tallulah Bajar <tbajar@delfinomadden.com>
**Subject:** Moen v. Pi Community Company

Mr. Tafur,

My office represents Pi Community Company, SocialChain Inc., Dr. Chengdiao Fan, and Dr. Nicolas Kokkalis. We are in receipt of your demand letter dated April 14, 2025. In that letter, you state that your client "filed a draft class action complaint in the United States District Court for the Northern District of California (Harro Moen v. SocialChain Inc., et al., Cast No. To Be Assigned) ," while noting that you intend to amend is unless my clients pay $10,000,000. We have not been served with that complaint, and have not located it on the Court's PACER. Can you please let me know the case number and send the complaint to me?

Thank you,
Ken

**Kenneth P. Nabity** | Partner
**Delfino Madden O'Malley Coyle & Koewler LLP**
knabity@delfinomadden.com | d. 916.661.5704
500 Capitol Mall, Suite 1550 | Sacramento, CA 95814

**CONFIDENTIALITY NOTICE**: This electronic communication and any accompanying document(s) may be confidential and privileged. If you received this transmission in error, please immediately notify the sender by return e-mail or by calling 916-661-5700 and delete it from your system. Thank you.

2