Harro Moen
22603 N. Gibson Dr.
Maricopa, AZ 85139
Telephone: (520) 213-7503
Email: harromoen@gmail.com
Plaintiff in Pro Per

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **HARRO MOEN,** on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SOCIALCHAIN INC., PI COMMUNITY COMPANY, NICOLAS KOKKALIS, and CHENGDIAO FAN,**<br><br>Defendants. | Case No. 5:25-cv-09145-NC<br><br>**DECLARATION OF HARRO MOEN IN SUPPORT OF PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING RULE 11(b) SANCTIONS**<br><br>Assigned to: Magistrate Judge Nathanael M. Cousins |

I, Harro Moen, declare as follows:

1. I am the Plaintiff in this action, now representing myself. I have personal knowledge of the facts stated below and, if called as a witness, could and would testify competently to them. As to matters concerning documents filed by my former counsel, I testify to what I personally did and personally knew at the time.

## My investigation

2. I did not bring this case lightly. Beginning in late 2022 and continuing through the filing of my pleadings, I investigated the matter myself. I reviewed public records of the Superior Court of California, County of Santa Clara, and I queried Pi Network's own public blockchain ledger directly through its Horizon application programming interface (api.mainnet.minepi.com). Some of the information I gathered also came from a widely used third-party block explorer known as **PiScan**. I have since observed that certain of that information — specifically data I relied upon and cited in my pleadings — is **no longer accessible to ordinary users of that site**, while other information there remains available. I **preserved screenshots** of that information before it became inaccessible. (Ex. 7.)

3. Among other things, my review of the public ledger showed that, at the blockchain's early blocks in **December 2020** — more than four years before the network opened its Mainnet to the public in 2025 — a Pi Foundation wallet distributed approximately **20 billion Pi** into about **ten thousand wallets, each holding approximately 2,000,000 Pi (in many cases exactly 2,000,001 Pi)**, as immediately spendable balances. This matters to my claims for several reasons. The allocation occurred when, by the network's own design, only the Core Team could transact on the chain, and its size corresponds to the Core Team's 20% share of the total supply — inconsistent with Defendants' public representations that Pi is decentralized and community-owned. It also gave those in control of the Foundation wallets **immediate, unlocked access** to a very large quantity of Pi at a time when ordinary users' migrated balances were subject to lockups and, in many cases, years of delay (some users are still waiting). And because these balances were immediately spendable and **spread across roughly ten thousand separate wallets**, they could be moved or sold without ready

attribution to Defendants; in my own review of the ledger I identified several such wallets whose balances have since been transferred out and left dormant. A holder of this share of the supply also has the ability to **influence Pi's market price**. And in my review of the highest-balance wallets, a large share of the top wallets on the ledger trace back to that **December 2020 Foundation distribution** rather than to community mining — a concentration inconsistent with Defendants' representation, in the Whitepaper's token-distribution section, that the Core Team's share is limited to **20% of the supply at any given time**. (Exs. 8–9.)

This concentration is difficult to reconcile with the economic model Defendants published. The Pi Network Whitepaper's "Pi Economic Model" section states that Pi "**seeks to avoid extreme concentrations of wealth**." Separately, Defendants' Whitepaper represents that the Core Team's 20% allocation is subject to a "**lockup through a self-imposed mandate**," such that "**only the proportional amount in [the] Core Team's allocation … can get unlocked at most**" as the community's allocation enters circulation. (Ex. 11.) Those representations are difficult to reconcile with what the public ledger shows — that a Core-Team-sized allocation had already been distributed, unlocked and spendable, before those representations. I relied on these discrepancies — among other records — as a basis for alleging that Defendants **controlled and retained** large token allocations and made representations at odds with what they told users. These records are drawn from Pi's public ledger and are reproducible by anyone.

4. To conduct and organize this analysis, I developed my own software to query and interpret Pi Network's public ledger. The software retrieves transaction records from the ledger and traces token transfers between wallets, identifies recurring patterns and anomalies, groups related transactions by date and time, and records the amount, timing, and direction of each

transfer. It relies solely on data that is publicly available on Pi's ledger, and its results can be reproduced by anyone who runs the same queries against that same public data. I **designed and built this blockchain-forensics software myself**, and I tested it through **several trials** before relying on it.

## What my investigation found

5. **The transfer of my own tokens.** I confirmed my authorized wallet (address ending "ZEAT") during KYC in December 2022. During the migration, **5,137.39 of my Pi tokens were transferred to a different wallet** (address ending "KIDS") that I did not create, control, or enter. According to Pi's public ledger, that recipient wallet was **created on April 8, 2024 — more than fifteen months after I completed my KYC on December 22, 2022 — by a Pi Foundation wallet** (address ending "GC5G"). It therefore could not have been a wallet I entered at KYC, because it did not yet exist. From the "KIDS" wallet, those tokens were then routed onward to a **collection wallet (address ending "V5FF")**, as shown by the transaction records I obtained from Pi's public ledger. (Ex. 10.) The creation of the "KIDS" wallet on **April 8, 2024 by the Pi Foundation wallet ending "GC5G"** is recorded in the operations I exported from Pi's public **Horizon** ledger, which is the record I rely on for that date. I also located and preserved **numerous threads containing hundreds of posts** from users claiming to have experienced the same thing — migrated tokens routed to a wallet different from the one they had confirmed at KYC. (Exs. 14–15.)

6. **The financial-condition records I reviewed.** In the public records of the Santa Clara Superior Court I located a **Notice of Returned Check** (Case No. 20CV368601) addressed to Nicolas Kokkalis (check #1130, $86.00, returned by the bank for **non-sufficient funds**), served **November 15, 2022** — which, per the clerk's notice, added a $50 statutory penalty

and stated that the returned check would place the payor's name on the court's returned-check list so that "**[c]ourt facilities will not take any checks from you or your firms for one year**." That notice was served **forty-four days before the December 29, 2022 exchange listings**. (Ex. 1.) I also located a **small-claims action** filed against Mr. Kokkalis (**Case No. 22SC088493, filed December 8, 2022**); and a declaration by Defendants' counsel — filed in **Case No. 21CV391680** — identifying **more than $50,000** in fees and costs Defendants had incurred. I cited that related-case number (21CV391680) correctly. I also reviewed the **McPhillip pleadings** (Case Nos. 20CV368601 and 21CV391680, related to one another) (Ex. 2), in which a co-founder swore that the founders, unable to attract outside capital, issued themselves shares at a discount to the price paid by investors — a **self-dealing** transaction he called a "**bad faith ruse**" — which prompted a derivative action. (Ex. 4.) In that derivative action, the Santa Clara Superior Court (Hon. Socrates P. Manoukian) held an **Informal Discovery Conference** on May 25, 2023 at which it identified **June 1, 2019 through June 1, 2021** as a relevant time period, and the parties addressed production of the company's **profit-and-loss statements, reports to investors, and tax filings**, subject to an **"Attorneys' Eyes Only" protective order**. (Ex. 5.) That period spans the SAFE sales, the self-dealing share issuance, and the governance disputes described above — confirming that these financial records were squarely at issue in a court-supervised proceeding, not matters I invented. In the same litigation, a Pi principal (Chengdiao Fan) filed **sworn declarations** (dated February 2022 and September 2022) attesting to the company's precarious finances: that the **COVID-19 pandemic interrupted its fundraising** beginning in early 2020; that investors would not commit; that Pi had roughly **two months of operating runway**; that its **ad revenue was less than $5,000** per

month; that it was near-**insolvent by July 2020**; and that it "**could not find any investors to help fund its operations.**" (Ex. 3.) These same Defendants had been in litigation since **July 2020**, with the derivative action commencing in **November 2021**. In alleging Defendants' financial motive, I relied on **Defendants' own sworn testimony**, not speculation.

These same McPhillip records further show that, in **June 2020**, Kokkalis and Fan — who are **married** and together comprised Pi's **entire board of directors** — used their board majority to **issue themselves approximately one billion shares for $50,000**, raising their ownership **from roughly 66% to 97%** of the company. The co-founder's filings describe the result as "**97% of the company … owned by a married couple who acquired nearly total ownership of the company through wrongful self-dealing**," done **without disclosing the transaction to Pi's investors or community**. I relied on these records as a basis for alleging that Defendants' public representations that Pi is decentralized and community-owned were inconsistent with their actual, near-total control of the company. (Ex. 6.)

I do not assert personal knowledge that the McPhillip allegations are true; I state only that I reviewed these court records and that they contain the statements described.

7. **My correspondence with the exchanges.** After the December 29, 2022 listings, I corresponded with exchanges on which Pi was listed. In writing, a representative of **BitMart** stated that trading was enabled "in accordance with the project team's information and support." A second exchange — **XT.com** — linked to Pi Network's own website (minepi.com) in connection with the listing. I received and reviewed these communications, and the copies attached are true and correct. (Ex. 12.) I also reviewed published reference material on centralized-exchange listing costs indicating that listings on exchanges of the

type where Pi appeared ordinarily involve listing fees, market-maker deposits, and marketing expenditures.

8. **The circumstances of the December 29, 2022 listings.** Based on my own review of publicly available information at the time, I observed the following: multiple well-known, independently operated exchanges listed PI on December 29, 2022; the listings used the same logo and stock ticker as the project; at least one exchange advertised the listing days beforehand and linked to Pi Network's own website; the platforms quoted the same trading pair (PI/USDT) at comparable prices; after Defendants publicly disclaimed the listings later that same day, trading on those platforms was suspended at about the same time; and when Pi Network later opened its mainnet, those listings continued without any change of blockchain, trading pair, logo, or ticker. On one exchange, **Huobi**, the launch-day trading records I preserved reflect approximately **$46 million** in PI trading volume over the first 24 hours of trading.

9. **Defendants' conduct after the listings.** In the weeks after December 29, 2022, based on public records and my own review: the small-claims action against Mr. Kokkalis was dismissed; trademark registrations and vendors associated with the project's logo were paid (Ex. 16); the project conducted a hiring campaign to expand its team; and, in the period following the listings, community-channel moderators removed posts and restricted users — including me — from discussing the listings or the token's price. I personally experienced and documented this suppression of discussion. I also documented Defendants' later Open Mainnet conditions and public user-number representations. (Ex. 17.)

10. **Price records.** I reviewed public exchange price records showing PI trading above $3 across multiple exchanges and time periods, including launch-period trading at prices

ranging up to approximately **$330.65 per PI** — while my own tokens remained locked and unsellable. (Ex. 13.)

## The basis for my allegations

11. Based on the totality of the records described above, I had — at the time each complaint was filed — an objectively reasonable basis to believe, and to allege, the following: **(a)** that 5,137.39 of my Pi tokens were transferred, without my authorization, to a wallet I did not create, control, or enter, and which Pi's public ledger shows was created by a Pi Foundation wallet more than fifteen months after I completed my KYC; **(b)** that Defendants' public representations that Pi is decentralized and community-owned were inconsistent with the on-chain concentration of tokens and Defendants' control of the validator nodes; **(c)** that Defendants were involved in, or benefited from, the December 2022 exchange listings they publicly disclaimed — as reflected in BitMart's written confirmation and the identical logo and ticker; and **(d)** that Defendants' documented financial condition supplied a motive to do so. I did not allege these matters to harass anyone or to gain leverage. I alleged them because the records I had gathered supported them. Whether they are ultimately proven is a question for the merits; what I attest to here is that I had a reasonable basis to allege them after a reasonable inquiry.

## Authentication of exhibits

12. Attached hereto are true and correct copies of the following records:

- **Exhibit 1** — Superior Court of California, County of Santa Clara, Notice of Returned Check, Case No. 20CV368601 (check #1130, $86.00, non-sufficient funds), served November 15, 2022.

- **Exhibit 2** — Notice of Related Case relating Case No. 20CV368601 and Case No. 21CV391680.
- **Exhibit 3** — Chengdiao Fan sworn declaration (McPhillip matter) attesting to Pi's finances: COVID-interrupted fundraising, ~two months' runway, ad revenue "less than $5,000," near-insolvency by July 2020, "could not find any investors."
- **Exhibit 4** — Vincent McPhillip sworn declaration (McPhillip matter): the "bad faith ruse" self-dealing share issuance and the workplace-conflict facts (the March 6, 2020 recorded altercation; morale and inability to attract/retain employees; physician-sanctioned medical leave).
- **Exhibit 5** — Santa Clara Superior Court, Order Concerning Informal Discovery Conference, Case No. 21CV391680 (May 25, 2023): relevant period June 1, 2019–June 1, 2021; production of profit-and-loss statements, investor reports, and tax filings under an "Attorneys' Eyes Only" protective order.
- **Exhibit 6** — Santa Clara Superior Court, Order on Demurrer and Motion to Strike the First Amended Complaint, *McPhillip v. Pi Community Company*, Case No. 21CV391680 (May 14, 2023).
- **Exhibit 7** — Screenshots I preserved of the PiScan third-party block-explorer data I relied upon and cited, which later became unavailable to ordinary users of that site.
- **Exhibit 8** — Records I obtained from Pi Network's public Horizon ledger, and the summary/map I prepared from them, depicting the token transfers described in my allegations.

- **Exhibit 9** — Records I compiled of the highest-balance (“Top”) wallets on the Pi ledger, showing the concentration of top wallets traceable to the Foundation distribution described in ¶3.
- **Exhibit 10** — Ledger transaction records tracing 5,137.39 Pi from my authorized wallet, through the “KIDS” wallet, to the collection wallet ending “V5FF,” together with the Horizon export showing the KIDS wallet’s April 8, 2024 creation by Foundation wallet “GC5G.”
- **Exhibit 11** — Pi Network Whitepaper, “Token Model and Mining” section (80% Community / 20% Core Team; the Core Team “lockup through a self-imposed mandate”) and “Pi Economic Model” section (“seeks to avoid extreme concentrations of wealth”).
- **Exhibit 12** — My correspondence with, and public announcements from, the exchanges: BitMart’s written confirmation that trading was enabled “in accordance with the project team’s information and support,” and XT.com’s listing announcement linking to Pi Network’s website (minepi.com); together with Defendants’ public statement denying the listings.
- **Exhibit 13** — Public exchange price records showing PI trading well above $3, including the all-time trading chart and launch-period records, and a screenshot of my total Pi accumulated and its value after the December 29, 2022 token listings.
- **Exhibit 14** — A small sample of online posts from Pi users reporting that their tokens were migrated to the wrong wallet, as I describe.
- **Exhibit 15** — My KYC acknowledgment, dated December 22, 2022, associated with my authorized (“ZEAT”) wallet.

- **Exhibit 16** — Trademark filing receipts reflecting registrations paid after the December 29, 2022 exchange listings.
- **Exhibit 17** — Pi Network's published Open Mainnet conditions and public user-number representations (December 2024).

13. Each document identified above is a true and correct copy of the record it purports to be, obtained by me from the source stated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 6, 2026, at Maricopa, Arizona.

**Harro Moen**, Plaintiff, Pro Se

# EXHIBIT 1

Notice of Returned Check ($86 NSF) — Kokkalis, Case No. 20CV368601

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SANTA CLARA

DOWNTOWN COURTHOUSE
191 NORTH FIRST STREET
SAN JOSÉ, CALIFORNIA 95113
CIVIL DIVISION

**Nicolas Kokkalis**
**No Known Address**

RE: **Vincent McPhillip vs Nicolas Kokkalis et al**
Case Number: **20CV368601**

## NOTICE OF RETURNED CHECK

**Check #**
**1130** Amount: **$86.00**

Your check as identified above has been returned to this office by the bank for the following reason: non-sufficient funds.

In accordance with section 71386 of the Government Code, an additional administrative cost of $50.00 has been added to your case. Please submit a **Cashier's Check or Money Order or Bring Cash** in the amount of $136.00.

If your payment is not received by December 05, 2022, the filing may be voided pursuant to section 411.20 C.C.P., and/or forwarded to our collection unit who will further pursue collection procedures and charge you in accordance with Section 1719 of the Civil Code, which allows collection of damages treble (three times) the amount of your returned check, but not less than $100.00 and not more than $1,500.00

Please Note: A returned check will automatically put your name on a returned check list for the Superior Court. Court facilities will not take any checks from you or your firms for one year from the date of your check return. If you have any questions, please contact the Clerk's Office, Accounting Unit, where the document was filed.

---

**DECLARATION OF SERVICE BY MAIL.** I declare under penalty of perjury that I served this notice by enclosing a true copy in a sealed envelope, addressed to each person whose name is shown below, and by depositing the envelope with postage fully prepaid, in the U.S. Mail at San Jose, CA on November 15, 2022. CLERK OF THE COURT, by Trinhthi Tran, Deputy

# EXHIBIT 2

Notice of Related Case (20CV368601 / 21CV391680)

CM-015

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Brown Neri Smith & Khan LLP
Ethan J. Brown (SBN 218814); Sara C. Colon (SBN 281514)
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
TELEPHONE NO.: 310-593-9890 FAX NO. *(Optional):* 310-593-9980
E-MAIL ADDRESS *(Optional):* ethan@bnsklaw.com; sara@bnsklaw.com
ATTORNEY FOR *(Name):* Plaintiff Vincent McPhillip

*FOR COURT USE ONLY*

E-FILED
4/1/2022 12:00 AM
Clerk of Court
Superior Court of CA,
County of Santa Clara
21CV391680
Reviewed By: R. Burciaga

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS: 191 North First Street
CITY AND ZIP CODE: San Jose 95113
BRANCH NAME: Downtown Superior Court

PLAINTIFF/PETITIONER: Vincent McPhillip
DEFENDANT/RESPONDENT: Dr. Nicolas Kokkalis, et al.

CASE NUMBER: 21CV391680
JUDICIAL OFFICER: Hon. Socrates P. Manoukian
DEPT.: 20

**NOTICE OF RELATED CASE**

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1. a. Title: Vincent McPhillip v. Dr. Nicolas Kokkalis, et al.
   b. Case number: 20CV368601
   c. Court: [✓] same as above
   [ ] other state or federal court *(name and address):*
   d. Department: 7
   e. Case type: [ ] limited civil [✓] unlimited civil [ ] probate [ ] family law [ ] other *(specify):*
   f. Filing date: July 22, 2020
   g. Has this case been designated or determined as "complex?" [ ] Yes [✓] No
   h. Relationship of this case to the case referenced above *(check all that apply):*
   [✓] involves the same parties and is based on the same or similar claims.
   [ ] arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
   [ ] involves claims against, title to, possession of, or damages to the same property.
   [ ] is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
   [ ] Additional explanation is attached in attachment 1h
   i. Status of case:
   [ ] pending
   [ ] dismissed [ ] with [ ] without prejudice
   [ ] disposed of by judgment

2. a. Title:
   b. Case number:
   c. Court: [ ] same as above
   [ ] other state or federal court *(name and address):*
   d. Department:

**CM-015**

| PLAINTIFF/PETITIONER: Vincent McPhillip<br>DEFENDANT/RESPONDENT: Dr. Nicolas Kokkalis, et al. | CASE NUMBER:<br>21CV391680 |
|---|---|

2. *(continued)*

e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*

f. Filing date:

g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

h. Relationship of this case to the case referenced above *(check all that apply):*

☐ involves the same parties and is based on the same or similar claims.

☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

☐ involves claims against, title to, possession of, or damages to the same property.

☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

☐ Additional explanation is attached in attachment 2h

i. Status of case:

☐ pending

☐ dismissed ☐ with ☐ without prejudice

☐ disposed of by judgment

3. a. Title:

b. Case number:

c. Court: ☐ same as above

☐ other state or federal court *(name and address):*

d. Department:

e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*

f. Filing date:

g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

h. Relationship of this case to the case referenced above *(check all that apply):*

☐ involves the same parties and is based on the same or similar claims.

☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

☐ involves claims against, title to, possession of, or damages to the same property.

☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

☐ Additional explanation is attached in attachment 3h

i. Status of case:

☐ pending

☐ dismissed ☐ with ☐ without prejudice

☐ disposed of by judgment

4. ☐ Additional related cases are described in Attachment 4. Number of pages attached: ______

Date: March 31, 2022

Sara C. Colon
(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)

▶ [signature]
(SIGNATURE OF PARTY OR ATTORNEY)

| | |
|---|---|
| PLAINTIFF/PETITIONER: Vincent McPhillip<br>DEFENDANT/RESPONDENT: Dr. Nicolas Kokkalis, et al. | CASE NUMBER:<br>21CV391680 |

## PROOF OF SERVICE BY FIRST-CLASS MAIL

### NOTICE OF RELATED CASE

***(NOTE: You cannot serve the* Notice of Related Case *if you are a party in the action. The person who served the notice must complete this proof of service. The notice must be served on all known parties in each related action or proceeding.)***

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify):*

2. I served a copy of the *Notice of Related Case* by enclosing it in a sealed envelope with first-class postage fully prepaid and *(check one):*
   a. ☐ deposited the sealed envelope with the United States Postal Service.
   b. ☐ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The *Notice of Related Case* was mailed:
   a. on *(date):*
   b. from *(city and state):*

4. The envelope was addressed and mailed as follows:
   a. Name of person served:
      Street address:
      City:
      State and zip code:
   b. Name of person served:
      Street address:
      City:
      State and zip code:
   c. Name of person served:
      Street address:
      City:
      State and zip code:
   d. Name of person served:
      Street address:
      City:
      State and zip code:

☐ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

(TYPE OR PRINT NAME OF DECLARANT) ▶ (SIGNATURE OF DECLARANT)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in Los Angeles County, California. I am over the age of 18 and not a party to this action; my business address is 11601 Wilshire Blvd., Suite 2080, Los Angeles, California 90025. On March 31, 2022, I caused the following,

- **NOTICE OF RELATED CASE, CASE NO. 20CV368601**
- **NOTICE OF RELATED CASE, CASE NO. 21CV391680**

to be served to the address(es) below:

| | |
|---|---|
| Troy A. Valdez; Kenneth P. Nabity<br>William Abramovitz<br>Coblentz Patch Duffy & Bass LLP<br>One Montgomery Street, Suite 3000<br>San Francisco, CA 94104-5500<br>ef-tav@cpdb.com<br>ef-kpn@cpdb.com<br>ef-wia@coblentzlaw.com<br><br>**Attorneys for Defendants** | Michael W. Prozan<br>My General Counsel Group<br>851 North San Mateo Drive, Suite C<br>San Mateo, CA 94401-2283<br>mike@mgcgroup.com<br><br>**Attorneys for Plaintiff** |

**X** **(VIA E-MAIL)** The document was served via e-mail upon the parties listed using their e-mail addresses as shown in the service list. I/we did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 31, 2022, at Los Angeles, California.

Donna Brittenham

Donna Brittenham

# EXHIBIT 3

Chengdiao Fan Declaration re Pi's Finances (McPhillip matter)

TROY A. VALDEZ (State Bar No. 191478)
KENNETH P. NABITY (State Bar No. 287927)
WILLIAM ABRAMOVITZ (State Bar No. 319385)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-tav@cpdb.com
ef-kpn@cpdb.com
ef-wia@coblentzlaw.com

Attorneys for Defendants
DR. NICOLAS KOKKALIS and
DR. CHENGDIAO FAN, and Nominal
Defendant PI COMMUNITY COMPANY

**Electronically Filed by Superior Court of CA, County of Santa Clara, on 2/7/2022 11:25 PM Reviewed By: R. Tien Case #21CV391680 Envelope: 8237287**

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SANTA CLARA**

| | |
|---|---|
| VINCENT McPHILLIP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DR. NICOLAS KOKKALIS, an individual; and DR. CHENGDIAO FAN, an individual,<br><br>Defendants.<br><br>PI COMMUNITY COMPANY, a Cayman Islands entity,<br><br>Nominal Defendant. | Case No. 21CV391680<br><br>**DECLARATION OF CHENGDIAO FAN IN SUPPORT OF DEFENDANTS' MOTION FOR AN ORDER REQUIRING PLAINTIFF TO FURNISH A BOND UNDER CORPORATIONS CODE § 800 AND/OR AN UNDERTAKING PURSUANT TO CODE OF CIVIL PROCEDURE § 1030**<br><br>*[Filed concurrently with (1) Notice of Motion; (2) Supporting Memorandum; (3) Nabity Declaration; and (4) [Proposed] Order]*<br><br>Judge:<br>Date:<br>Time:<br>Dept.:<br><br>Action Filed: November 23, 2021<br>Trial Date: None Set |

I, Chengdiao Fan, declare:

1. I am a member of Pi Community Company's ("Pi") Board of Directors and a Pi shareholder. I also have served as President and Chief Product Officer for SocialChain Inc. ("SocialChain"), a subsidiary of Pi. I am a Defendant in the above-captioned matter along with Dr. Nicolas Kokkalis and Nominal Defendant Pi. I have personal knowledge of the facts set forth

herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Dr. Nicolas Kokkalis and I, along with our first engineer, came up with the idea to create a large-scale distributed cryptocurrency named Pi. In the early days, we worked tirelessly to develop the foundation and platform for a widely-distributed network that would later produce a decentralized digital currency mined primarily with users' mobile devices. The Pi Network allows everyday users access to mine their own cryptocurrency without the large-scale user imbalance and electrical waste inherent in other, less equitable and less efficient systems.

3. In 2018, Dr. Kokkalis and I recruited Plaintiff Vincent McPhillip, a recent Stanford Business School graduate, as the fourth member of the team to help develop the project. Despite his late joining, we considered him a "co-founder" at the time. In this context, the three of us are referred as Pi's "Co-Founders."

4. After additional development, Plaintiff incorporated Pi in the Cayman Islands. Plaintiff prepared the initial incorporation documents, which provide that Pi has trillions of shares that may be distributed. The choice of the number of available shares for issuance was defined and set up by Plaintiff.

5. Pi's Board of Directors was originally comprised of the three Co-Founders. In 2019, Pi's Board of Directors unanimously approved a resolution to sell shares to each of the Co-Founders pursuant to individual Stock Purchase Agreements. By the terms of that Stock Purchase Agreement, each Co-Founder purchased over 33 million shares of stock at $0.00001 per share, for a total contribution of $333.33.

6. Pi also raised money for its operations from third parties through the use of a Simple Agreements for Future Equity ("SAFE Instruments"). Pi's SAFE Instruments were not a sale of shares. Rather, the SAFE Instruments are prepaid warrants to purchase shares of stock later. By the express terms of the SAFE Instrument, both the *price* of the individual shares and thereby the *amount* of shares would be determined at a later date.

/ / /

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

7. The SAFE Instruments also include an incentive for the investment, given the uncertainty concerning the future value of the company, through the use of a valuation "cap." The valuation cap is not a valuation of the company. Instead, it is the maximum valuation price that will be used to calculate the amount of and price for shares to be purchased at a later date, should a subsequent sale of securities value the Company at a value above that amount. In other words, the SAFE Instrument "cap" does not suggest (expressly or impliedly) that Pi is worth $5,000, or $5 million, or $100 million (whatever the cap may be), but instead says that the SAFE Instrument holder will be able to purchase shares at either the amount of a subsequent valuation or offering price (if under the cap), or at a "discount" from the subsequent valuation or offering price (should the actual value exceed that amount).

8. During 2019, Plaintiff was tasked with creating the company logo for Pi and certain landing page materials. Rather than engage a neutral third-party, Plaintiff took the opportunity directly to a consultant, Christine Birch, who just so happened to have a familial connection to him. Plaintiff failed to enter into necessary contracts and protection on behalf of Pi and its subsidiary when dealing with Birch.

9. Specifically, Plaintiff failed to require Birch to enter into any sort of agreement with Pi or its subsidiary governing the relationship, or any agreement to protect the companies' property, including its IP. Birch registered all property in ways that granted her exclusive control, despite having no right to possess or control the designs she was helping to create.

10. After Pi began using the IP Birch helped develop, Dr. Kokkalis and I discovered that Pi had no control of its logo and other intellectual property. Because Pi could not establish control over its own IP, it was unable to protect its IP rights domestically and abroad.

11. Dr. Kokkalis and I went directly to Plaintiff to clear up the issue with Birch. Specifically, Pi needed Birch to assign all rights to Pi. Plaintiff insisted that he maintain all avenues of communication and control of the relationship with Birch.

12. In January 2020, Plaintiff sent Birch the IP assignment documents for her to sign. Birch refused, writing that she would only consider such assignments after coming to terms on some separate, irrelevant "advisor agreement." A true and correct copy of the email exchange

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

between the Co-Founders and Birch during January 2020 is attached hereto as **Exhibit A**. Thus, Plaintiff failed to prevent a third-party consultant, with whom he has a familial connection, from holding Pi's IP hostage as leverage for an "adviser agreement," whereby she intended to secure, for herself, shares of Pi.

13. Plaintiff then disclosed to Dr. Kokkalis and I that he had never paid Birch for her services, and instead deliberately delayed paying her to get the IP transferred back to Pi in order to provide Birch the opportunity to negotiate for shares of its stock. Plaintiff admitted, with no equivocation, that he was prioritizing the interests of Birch over Pi's interests.

14. Dr. Kokkalis and I alerted Plaintiff that his behavior constituted a breach of fiduciary duty as an executive and director of Pi.

15. In early 2020, Plaintiff's own calculations suggested that Pi would run out of money no later than August 2020. Plaintiff began trying to fundraise for Pi starting again in February 2020. But the COVID-19 pandemic interrupted those efforts. By mid-March, the entire country and economy were shutting down.

16. Plaintiff understandably became concerned that Pi would be unable to survive the coming storm. In mid-March 2020, following a conversation with an investor representing a major venture capital fund, Plaintiff became panicked. Plaintiff shared notes with me and Dr. Kokkalis from that meeting, which reflected the dire state of affairs. A true and correct copy of excerpts of the notes Plaintiff shared with us is attached as **Exhibit B**. The investor told Plaintiff that they would not be investing, that they had been going through their own portfolio to tell companies to "stop hiring, don't expect to get any more money and cut cut if you can," and that they expected investments would stop for "at least three months." Plaintiff also spoke with us about this conversation, and his comments were even more negative than those reflected in Exhibit B.

17. The economic downturn only accelerated. In mid-April, Plaintiff had no prospects for additional funding, and added to his concerns that market conditions would limit ad revenue for some time. A true and correct copy of a message and article Plaintiff shared with Dr. Kokkais and I is attached hereto as **Exhibit C**.

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

18. On Friday, April 24, 2020, Dr. Kokkalis and I demanded an update concerning the outstanding IP assignments from Birch to Pi. Plaintiff told us that Birch "**said she would sign as a personal favor to me, if I insisted. I'm not there yet.**" A true and correct copy of messages among the Co-Founders on April 24, 2020 is attached hereto as **Exhibit D**. This was yet another express recognition that Plaintiff treated Birch's interests above those of Pi. Plaintiff also discouraged us from communicating with Birch. Plaintiff informed the team that he would not be online due to a "house emergency."

19. On Sunday, April 26, 2020, after refusing contact over the weekend, Plaintiff explained that he had been "pondering the Christine situation over the weekend." Plaintiff's solution was no solution at all—he stated he would *take another week off* to think more. A true and correct screenshot of the message from Plaintiff to Dr. Kokkalis and me dated April 26, 2020 is attached hereto as **Exhibit E**.

20. The timing of Plaintiff's vacation could not have come at a worse time for Pi. While Plaintiff ignored his obligations, Dr. Kokkalis and I were required to complete not only our work, but also that which Plaintiff abandoned. The following Sunday, May 3, Plaintiff informed us that he would be taking a medical leave of absence beginning the following day, May 4.

21. With Plaintiff stepping aside, Dr. Kokkalis and I engaged Birch directly. We were able to secure the IP assignments on June 1, 2020.

22. Although Pi had a growing community, the lack of available investment raised an existential threat to its continued operation at the time. As of May 2020, Pi forecasted approximately two months of runway left. But then, that same month, Pi received an unexpectedly high bill from Amazon AWS due to deployment of Pi's desktop software. The May AWS cost was approximately the same as an entire month of expenses, with yet another comparable bill projected for June 2020. Pi's only revenue or income (as distinct from investment in Pi) came from limited ad revenue. At that time, Pi's ad revenue was less than $5,000 for May 2020; that amount was pending confirmation, and the majority of that was due to be paid on July 31, 2020.

/ / /



Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

23. The reality was unavoidable: there was a serious possibility that Pi would be insolvent by July. In the wake of these conditions, any investment in Pi was an investment in its *founders* and its *potential*, not an ongoing revenue stream. But Dr. Kokkalis and I refused to lose the progress we had made, and were willing to invest to get Pi through the difficult times. We had assumed that Plaintiff would want to do the same.

24. Other than the initial founder round in 2019, Pi had *never sold shares* to anyone else. And, at the time, Pi did not have the time or resources to initiate that burdensome process (e.g., to pay for a formal valuation, and so forth, which would be tens of thousands of dollars that Pi did not have at its disposal).

25. Pi could not find any investors to help fund its operations, and bills to maintain its operations were coming due.

26. We did everything we could to cut costs. For example, Pi had hired a new employee who was set to begin July 1, 2020. In advance of that employee's start, Dr. Kokkalis and I made a risky overture to see if the employee would agree to a substantial cut of their starting salary. That negotiation was successful, thankfully, although we knew we might lose the employee by being so forthcoming about the current situation.

27. After many discussions, Dr. Kokkalis and I agreed that the best, and only, course of action was to re-visit fundraising efforts among the Co-Founders. During a meeting of the Pi Board of Directors, the Co-Founders discussed a resolution to make equal offers to each of the Co-Founders to purchase more shares. The offering would be virtually identical to that which all three accepted in 2019, with a few exceptions. First, as relevant here, the Co-Founders increased the price per share from $0.00001 to $0.00005—a five-fold increase from the sale price within less than a year. Second, the number of shares was increased to 500 million shares each, for a total contribution amount of $25,000 per Co-Founder. Defendants voted in favor, but Plaintiff abstained.

28. On June 15, 2020, the Pi Board of Directors voted to approve the offer of additional shares to the Co-Founders, who were the *only shareholders at the time* and members of the Board of Directors. A true and correct copy of the proposed resolution, as described in the Notice of a

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

Meeting of the directors of the Company, is attached hereto as **Exhibit F**. As Exhibit F makes clear, Plaintiff was made the same offer as Dr. Kokkalis and me. Plaintiff did not attend the meeting, and did not vote on the resolution of the Board of Directors. Nonetheless, the offer remained open for him to accept until June 30, 2020; he did not accept and the offer expired.

29. Plaintiff has performed no work for Pi or any of its affiliates since April 26, 2020, and ceased communicating entirely with Defendants. To put it another way, Plaintiff has not seen any of the internal management dynamic or decisions for *nearly two years*, and has no facts to support any criticism of Pi's ongoing operations.

30. Dr. Kokkalis and I have expanded Pi's footprint to 30 employees and consultants. When Plaintiff abandoned Pi, it had 5 employees and 1 intern. We also have launched many major products including developer platform, the Testnet and the Mainnet, and managed the operations entirely. Pi and its community have never been bigger, or stronger.

31. In this lawsuit, which is Plaintiff's second against me, Dr. Kokkalis, and Pi, Plaintiff seems to suggest that Pi should have sold shares at "market value" to make "millions of dollars." If Plaintiff had identified any such investors at any time prior to the June 2020 issuance, he failed to disclose it to me and Dr. Kokkalis. In any event, the June 2020 issuance did not spoil Pi's opportunity to sell shares later in time – Pi still has ample shares available for a subsequent sale, should a commercially reasonable offer present itself.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on February 7, 2022, at Palo Alto, California.

DocuSigned by:
Chengdiao Fan
FE5BB1A1B198455...
CHENGDIAO FAN

# Exhibit A

Gmail **Chengdiao Fan** <[redacted]>

# IP Assignment documents

5 messages

**Vince McPhillip** <[redacted]> Mon, Jan 6, 2020 at 2:24 PM
To: christine birch <[redacted]>
Cc: Chengdiao Fan <[redacted]>, Nicolas Kokkalis <[redacted]>

Hi Christine,

Hope you are well! I'm attaching the two IP assignment documents for you to sign.

1. Technology Assignment Agreement (TAA). The TAA covers previous IP that you have developed in the past related to Pi and the IP of the founding team. It includes a $2,308 payment that covers the cost of product of the logo as well as the work you covered for Hazar.

2. Confidentiality and Inventions Assignment Agreement (CIAA). The CIAA covers IP that you develop related to Pi and the IP of the founding team going forward.

Please let me know if you have any questions!

Vince

**2 attachments**

**Pi Community Company- Technology Assignment Agreement - Christine Birch.pdf**
112K

**Pi Community Company - Confidentiality and Inventions Assignment Agreement - Christine Birch.pdf**
175K

**Vincent McPhillip** <[redacted]> Wed, Jan 8, 2020 at 11:36 AM
Reply-To: [redacted]
To: [redacted], [redacted], [redacted]

---------- Forwarded message ---------
From: **christine birch** <[redacted]>
Date: Wed, Jan 8, 2020 at 10:59 AM
Subject: Re: IP Assignment documents
To: Vincent McPhillip <[redacted]>, Chengdiao Fan <[redacted]>, Nicolas Kokkalis <[redacted]>

Dear Vincent, Nicolas, & Chengdiao,

I have reviewed the documents and cannot sign them at this time. Upon reflection, I have to say I am disappointed by how Pi's leadership team is handling this process. I have extended enormous professional courtesies over the course of our work together, in the form of both creative contributions which I STILL have not been paid for, and CAPITAL when you were running out of cash.

Now, I am only asking for a quote that speaks to my work with Pi Network and I am met with delay, a seeming questioning of my contributions and integrity, and a demand to sign legal documents that are being spontaneously thrown at me.

This is not how you treat an adviser, investor, or frankly even an acquaintance. While I'm happy to eventually sign these documents, I'd prefer to do so after we discuss our work together and in particular our adviser agreement.

Because I don't want to delay my press release, I will move ahead with a self-representation of my contributions. But quite frankly, I think I deserve better than that from you. I would prefer that you reciprocated my efforts by providing a quote, thus extending at least a modicum of professional courtesy as I have extended to you in the past. I have done nothing but support this project from day one. I hope you can return that support as I take the next step on my own venture.

Best,

Christine

Sent from my iPad

> On Jan 6, 2020, at 2:24 PM, Vince McPhillip <[redacted]> wrote:
>
> [Quoted text hidden]
> <Pi Community Company- Technology Assignment Agreement - Christine Birch.pdf>
> <Pi Community Company - Confidentiality and Inventions Assignment Agreement - Christine Birch.pdf>

---

**Vince McPhillip** <[redacted]> Wed, Jan 8, 2020 at 11:41 AM
To: christine birch <[redacted]>
Cc: Chengdiao Fan <[redacted]>, Nicolas Kokkalis <[redacted]>

Hi Christine,

So sorry to hear that you feel this way. Do you have time to talk today at 3PM? This sounds like a conversation that would be best had by phone.

Vince
[Quoted text hidden]

---

**christine birch** <[redacted]> Wed, Jan 8, 2020 at 11:42 AM
To: Vince McPhillip <[redacted]>
Cc: Chengdiao Fan <[redacted]>, Nicolas Kokkalis <[redacted]>

A conversation would be appreciated. 3pm works for me.

Christine Birch
The ROYGBIV
[redacted]
[Quoted text hidden]

---

**Vince McPhillip** <[redacted]> Wed, Jan 8, 2020 at 12:41 PM
To: christine birch <[redacted]>
Cc: Chengdiao Fan <[redacted]>, Nicolas Kokkalis <[redacted]>

Hi Christine, thanks for taking the time to speak with us. We will call you at 3PM.

Vince
[Quoted text hidden]

# Exhibit B



March 18, 2:28 PM

100%

Total: 3 edits

~~Pitchbook~~Notes from convo w/ Alex

Vince McPhillip

- Alex starts the conversation with them having to tell a company that they wouldn't be investing
- What are the impacts on VC?
  - May not have a limited
  - Going through portfolio, calling companies, stop hiring, don't expect to get any more money and cut cut if you can
  - Last week there was a hope that it would blow over - as markets both crypto and public have gotten worse and volatile
  - Reaction in general has been sharp - it seems like the signal is stronger that it's going to be a bit deeper of a recession
  - Practical consequence > word out to CEOs / founders and ready to weather a storm
  - It may clear
- How long are you forecasting it may last?
  - Firm opinion >
  - Go off of the bio team > at least three months
    - Immediate impact of people being restricted in some shape or form is probably going to last for the next three months
    - Look at the number of people infected and you can tell it has runway left
  - Another part of it is the psychology around what's happening > venture is a little insulated from from this
    - LPs in venture funds have positions in public markets and are getting destroyed
    - The problem is that many public companies are really levered up in terms of buybacks and it's unwinding
    - LIke the previous > virus just by nature it will be around for the next three months
    - The economy is not ready to weather > it will really depend on
  - U.S. gov't is going to start spraying money all over the place

Version history

Only show named versions

MARCH

March 18, 2:28 PM
*Current version*
Vince McPhillip

March 2, 7:48 PM
Vince McPhillip

FEBRUARY

February 27, 9:36 PM
Vince McPhillip

February 27, 5:17 PM
Vince McPhillip

February 26, 11:49 AM
Vince McPhillip

February 20, 4:11 PM
Vince McPhillip

February 18, 11:25 AM
Vince McPhillip
Nicolas Kokkalis

February 17, 8:26 PM
Vince McPhillip

Show changes

# Exhibit C

**Nicolas Kokkalis, Vince** ☆

2

Details

wait to see the leadership update on french payroll. More costs to give us heart attacks.

Thursday, April 9th

**Vince** 4:47 PM

Also we have to keep in mind that the current market conditions may limit ad revenue for sometime: https://www.theinformation.com/articles/former-aol-ceo-armstrong-predicts-ad-slump-will-be-worse-than-in-2008?utm_term=popular-articles&utm_campaign=%5Brtsu%5D+Automated+RTS&utm_content=1002083&utm_medium=email&utm_source=cio&utm_term=1000266

**The Information**

**Former AOL CEO Armstrong Predicts Ad Slump Will Be Worse Than in 2008**

Former AOL CEO Tim Armstrong, a veteran digital ad executive, predicts the coronavirus will devastate ad spending more severely than either the 2008 financial crisis or the recession that followed Sept. 11.And that is despite the fact that people are spending far more time watching TV and ... (37 kB)



# Exhibit D

**updates-leadership**
Add a topic
2

Friday, April 24th

**Chengdiao** 2:44 PM
@Vince Have you increased the cap for outgoing wires of the Chase account? Has the DigitalOcean been paid?

**Vince** 3:43 PM
@Nicolas Kokkalis @Chengdiao I won't be back online today unfortunately. I've got caught up with some urgent personal issues at home. I will be ok but need some time to address.

A quick update on Christine: I spoke with her her and am considering the best way forward given her response and in light of the interaction I had yesterday with Nicolas. I still think dialogue is the best way forward but you can decide on whether to move ahead without me.

DO has not been paid to my knowledge. Let me know the hard deadline.

**Nicolas Kokkalis** 3:45 PM
What is her response?

@Vince

**Nicolas Kokkalis** 3:48 PM
Please communicate her accurate response to the company today, so that we can decide how to proceed. Are you suggesting that if you are unavailable to deliver her response, we should call her directly?
2 replies Last reply 4 months ago

**Thread**
updates-leadership

**Nicolas Kokkalis** Apr 24th at 3:48 PM
Please communicate her accurate response to the company today, so that we can decide how to proceed. Are you suggesting that if you are unavailable to deliver her response, we should call her directly?

2 replies

**Vince** 4 months ago
She said she would sign as a personal favor to me, if I insisted. I'm not there yet.

**Vince** 4 months ago
I don't think a call will be productive.

Reply...

Aa

Also send to **updates-leadership**

# Exhibit E

**Thread**
updates-leadership

**Vince** Apr 26th at 10:49 PM

Hey @Nicolas Kokkalis @Chengdiao. Hope you both had a good weekend. I've been pondering the Christine situation over the weekend and how best to move forward.

Given the importance and implications of the issue, I am going to take this week off to get some space and carefully consider all the options. I will inform the team of my absence (probably best to say it's a personal issue for now) and take care of any critical tasks tomorrow.

My goal is to move ahead with a level head, minimal disruption, and the utmost respect for the work we're doing together. Let me know if you have any thoughts.

1 reply

**Nicolas Kokkalis** 4 months ago

Hi @Vince, we have a very busy week with multiple deadlines, node, ads, feverIQ. I suggest we talk before you make any announcements to the team. Also let's have a board meeting tomorrow at 1pm. If you just take off without talking with us first, it comes across as abandoning your post. You already abandoned the work abruptly on Friday.

Reply...

Aa

# Exhibit F

**Pi Community Company**

**Registered Company no 354341**

**(Company)**

**Notice of a meeting of the directors of the Company**

Pursuant to article 30.5 of the articles of association of the Company, notice is hereby given by the director below that a meeting of the directors of the Company will be held at [redacted] on June 15, 2020 at PST 6:00pm for the purpose of considering whether to offer the following ordinary shares of par value US$0.00001 per share (each, an **Ordinary Share**) to the following persons on the following terms:

(a) Chengdiao Fan be invited to purchase up to 500,000,000 Ordinary Shares for the purchase price of US$0.00005 per share;

(b) Petros Nicolas Kokkalis be invited to purchase up to 500,000,000 Ordinary Shares for the purchase price of US$0.00005 per share; and

(c) Vincent McPhillip be invited to purchase up to 500,000,000 Ordinary Shares for the purchase price of US$0.00005 per share,

each offer being made on the terms and conditions of a draft share purchase agreement (**SPA**) to be tabled to the meeting, with each SPA to be entered into by the Company as offeror and each person above as offeree, and to consider incidental business thereto.

**Meeting by Telephone**

The participants of the meeting may participate through the medium of conference telephone or equivalent communication tool i.e. Skype. Participants wishing to attend the meeting by telephone or Skype may call the following direct line or Skype account:

Phone number: [redacted]

Skype account: Nicolas Kokkalis

Date: June 11, 2020

.....................................

Petros Nicolas Kokkalis
(Director)



GCM_ADMIN-1894642-3

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**PROOF OF SERVICE**

*Vincent McPhillip vs. Chengdiao Fan., et al.*
Santa Clara County Superior Court Case No. 20CV368601

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over eighteen years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Montgomery Street, Suite 3000, San Francisco, California 94104-5500.

On February 7, 2022, I served true copies of the foregoing document described as

**DECLARATION OF CHENGDIAO FAN IN SUPPORT OF DEFENDANTS' MOTION FOR AN ORDER REQUIRING PLAINTIFF TO FURNISH A BOND UNDER CORPORATIONS CODE § 800 AND/OR AN UNDERTAKING PURSUANT TO CODE OF CIVIL PROCEDURE § 1030**

on the interested parties in this action as follows:

Ethan J. Brown, Esq.
Sara C. Colón, Esq.
BROWN NERI SMITH & KHAN LLP
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980
E-Mail: ethan@bnsklaw.com
sara@bnsklaw.com

Michael W. Prozan, Esq.
MY GENERAL COUNSEL GROUP
851 North San Mateo Drive, Suite C
San Mateo, California 94401-2283
Telephone: (650) 348-1500
Facsimile: (650) 348-1543
E-Mail: mike@mgcgroup.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document to be sent from e-mail address rbrown@coblentzlaw.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 7, 2022, at San Francisco, California.

Robert Brown
Robert Brown

# EXHIBIT 4

Vincent McPhillip Declaration ('bad faith ruse' self-dealing; workplace facts)

21CV391680
Santa Clara – Civil

R. Sandoval

Electronically Filed
by Superior Court of CA,
County of Santa Clara,
on 11/30/2022 7:10 PM
Reviewed By: R. Sandoval
Case #21CV391680
Envelope: 10595650

Ethan J. Brown (SBN 218814)
ethan@bnsklaw.com
Sara C. Colón (SBN 281514)
sara@bnsklaw.com
**BROWN, NERI, SMITH & KHAN LLP**
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
T: (310) 593-9890
F: (310) 593-9980

*Attorneys for Plaintiff,
Vincent McPhillip*

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF SANTA CLARA**

VINCENT MCPHILLIP, an individual

Plaintiff,

v.

DR. NICOLAS KOKKALIS, an individual; and DR. CHENGDIAO FAN, an individual.

Defendants,

PI COMMUNITY COMPANY, a Cayman Island Entity.

Nominal Defendant.

Case No. 21CV391680

[*Assigned for all purposes to the Honorable Socrates P. Manoukian, Department 20*]

**DECLARATION OF VINCENT MCPHILLIP IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR AN ORDER REQUIRING A BOND AND/OR UNDERTAKING**

Action filed: November 23, 2021
Trial date: Not set

Date: December 13, 2021
Time: 9:00 a.m.
Dept: 20

[Filed concurrently: Opposition to Defendants' Renewed Motion for an Order Requiring Plaintiff to Furnish a Bond Under Corporations Code § 800 and/or an Undertaking Pursuant to Code of Civil Procedure § 1030; Declaration of Sara Colón]

# DECLARATION OF VINCENT MCPHILLIP

I, Vincent McPhillip, declare as follows:

1. I am the Plaintiff in this action, and a founding member of Social Chain, Inc. and Pi Community Company. The matters referred to herein are based on my personal knowledge, and if called as a witness, I could and would competently testify thereto. As to those facts set forth on information and belief, I believe them to be true.

**A. Development of Pi**

2. Defendants Kokkalis, Fan and I met at Stanford University in 2018. All three of us shared the common goal of enabling the mass adoption of digital currency.

3. We began experimenting with different digital currency concepts under Social Chain, Inc. ("Social"), which was incorporated in September of 2018. In November 2018, we began "Pi," a digital currency that everyday people could mine and earn using their mobile phones. Since launching the Pi Network mobile application in March of 2019, the Pi Network has grown to over 20 million engaged members, many of which interact with the app daily.

4. I held dual roles at Social and Pi, where I served as CEO of both companies. In these capacities I was responsible for many aspects of both companies, including, but not limited to, fundraising, financing (among other things, budgeting, maintaining financial books and records, and managing the financial needs of the company to available cash), product development, human resources, marketing, sales, and was the face of the company with its users.

5. At all times relevant, Kokkalis and Fan were likewise employed by Social as its Chief Technology Officer and President and Chief Product Officer, respectively. Kokkalis held the responsibility of developing the Company's primary product, a mobile application and managing the infrastructure needed to maintain the mobile application. Kokkalis was also responsible for developing the blockchain technology at the core of the product. Fan was responsible for designing the products, along with managing the team of engineers.

6. Kokkalis, Fan, and I agreed to split the ownership equity equally. Accordingly, Kokkalis, Fan, and I each purchased thirty-three million, three hundred thirty-three thousand, three hundred thirty-two (33,333,332) shares for three hundred thirty-three dollars and thirty-two cents

($333.32) each from Pi (the "Shares"), as well as a promissory note of $70,000 for each founder's contribution of intellectual property to the project. Attached hereto as **Exhibits 1 and 2** are true and correct copies of the Bill of Sale and Promissory Note entered into between me, on the one hand, and Pi, on the other. The purchase of the Shares and the sale of their intellectual property to the company gave Defendants Kokkalis and Fan and me each a 1/3 ownership interest in Pi.

7. At all times relevant, Kokkalis, Fan, and I were shareholders of Pi.

8. Thereafter, Pi began to raise money from third parties through the sale of "SAFE" instruments. SAFE is an acronym for "Simple Agreement for Future Equity." SAFE instruments are a prepaid warrant to purchase stock, meaning the terms of the stock, including its price, are determined at a later date based on a sale to later investors at a price and terms the later investors determine. SAFE instruments are attractive to investors because they contain a maximum valuation, or "cap," which protects the investor against the issue being too successful and selling the next investment for too high a price relative to the early purchase date. For example, if the SAFE instrument has a "cap" of a $10 million valuation and a sale of securities occurs trigging a conversion of the SAFE instrument at a $15 million valuation, the "cap" mandates that despite selling the securities at a $15 million valuation, the holder of the SAFE instrument receives their equity at a $10 million valuation.

9. Pi sold SAFE instruments at a $20 million valuation cap in September of 2019. At the time of Pi's $500,000 sale of SAFE instruments in September 2019, the Pi Network application had roughly 200K daily active users (DAUs). By April 2020, the number of DAUs had surpassed 2M and was approaching 3M. In April and May 2020, Pi began to deploy advertising to its millions of DAUs. Pi raised an additional $300K by selling SAFE instruments at a $20M valuation cap in February 2020.

10. In sum, Pi was growing quickly in user base and in value.

**B. <u>Conflict Between Defendants Hinder Pi's Success</u>**

11. As Pi grew, Defendants Kokkalis and Fan began suffering from marital issues and their conduct posed an existential threat to Pi and Social.

12. A fight that occurred on March 6, 2020, was particularly egregious. After an initial conflict in the morning, which escalated to the point that Fan felt the need to record the altercation with her phone, Kokkalis contacted me by phone demanding I choose to work with either him or Fan. Both Defendants Kokkalis and Fan threatened to break up the team, likely ending Pi.

13. The Defendants' conflict hindered both my ability to conduct business on behalf of the company and for the founders to make reasonable decisions for Pi.

14. The Defendants' conflict jeopardized the morale of the other employees, as well as the ability to attract and retain future employees. Defendants' inability to keep their personal issues out of their work for Pi put its very existence in jeopardy.

15. On April 26, 2020, after more hostilities were directed at me by both Kokkalis and Fan, I decided that I needed to step away from the hostile environment and went on medical leave. While on physician-sanctioned medical leave, Kokkalis and Fan accused me of abandoning my role and fired me as Pi and Social's CEO, leaving the Company without management and expertise in key areas, including generating demand for Pi. Attached hereto as **Exhibit 3** is a true and correct copy of the doctors note from my physician regarding his medical leave.

**C. <u>Defendants' Mismanagement of Pi</u>**

16. In the midst of their marital conflict, Defendants mismanaged vital relationships for the Company.

17. Defendants failed to pay third party vendors responsible for Pi's marketing and design, which are critical ingredients to the success of a start-up and further eroding trust in Pi and its management.

18. In particular, Defendants squandered the relationship with Ms. Christine Birch, a high- powered partner that had a track record of generating demand (i.e., billions in ticket sales for major Hollywood movie studios). Birch made a series of contributions to Pi including, but not limited to, drafting Pi's vision statement, helping to draft Pi's White Paper, funding and leading creative for Pi's logo and website, writing biographies for the leadership team, and creating Pi's first press release. Ms. Birch also invested $25K in Pi's friends and family round when the

Company was struggling to attract capital. Her contribution was important to the company and she could have contributed substantial additional value.

19. Ms. Birch sent Pi a bill after its March 14, 2019, launch to be compensated for the out-of-pocket costs that she had fronted Pi for the logo and website (about $2,000). By September 2019, Defendants took the position that paying back the $2,000 of out-of-pocket costs would cover all of the work Ms. Birch had done for Pi. With their decision made, Kokkalis and Fan asked Ms. Birch to sign over all of her intellectual property to the company in exchange for the $2,000 out-of-pocket costs. Understandably Ms. Birch was disappointed by this behavior and became distrustful of Defendants. Attached hereto as **Exhibit 4** is a true and correct copy of a January 8, 2020, email from Ms. Birch to me and Defendants. Because of Defendants Kokkalis' and Fan's treatment of Ms. Birch, Pi lost a valuable partner and continues to suffer from the distrustful, wrongful, and deceptive business practices Defendants employed with vendors and other partners of Pi that were necessary and critical for the company to grow and succeed.

**D. <u>Defendants Dilute Plaintiff's Equity In A Self-Dealing Transaction</u>**

20. On May 21, 2020, Kokkalis sent me an email regarding potential new investments. Included in the email was an implied threat that Kokkalis and Fan would dilute my equity to enhance their equity interests, a bad faith tactic sometimes attempted in founder disputes. The Defendants implicitly indicated that they would offer shares only to the founders, at a particularly attractive price, with full knowledge that I could not be expected to contribute due to ongoing legal disputes between Kokkalis, Fan, and me. Attached hereto as **Exhibit 5** is a true and correct copy of the May 21, 2020, email from Kokkalis to Mr. McPhillip.

21. Defendants' offer to me was a bad faith ruse. I voiced concerns that Kokkalis and Fan were undervaluing the company's equity and was alarmed at the Defendants' failure to disclose the transaction to the company's investors or community. Kokkalis and Fan understood that I would not participate in the offer because of my stated objections and the ongoing legal dispute between Defendants and myself. In light of my objections, Defendants' objective was to make my equity in Pi near valueless, while creating the mirage of being reasonable.

22. Amidst an investment offer of around $500,000 in June 2020, I raised concerns that my termination and the threat of dilutive financing violated core company contracts. Defendant Fan agreed that the team needed to resolve our issues before proceeding with investments.

23. Counsel for Defendants and myself scheduled a call to discuss the situation to see if the dispute could be resolved prior to instituting litigation on the morning of Friday, June 12, 2020. After the call was scheduled and late in the afternoon/early in the evening of Thursday, June 11, 2020, Kokkalis indicated that he and Fan intended to make good on their implied threat by sending out a notice of meeting to consider an equity issuance to the founders to take place on Monday, June 15, 2020.

24. I ultimately made the decision not to purchase more shares along with the Defendants, because I saw any participation in the sale as self-dealing behavior not in the best interest of Pi, its shareholders, or its community; and because the founders' purchase deviated from founding team principles and betrayed Pi employees, investors, and the Pi community as a whole.

25. In July 2020, Kokkalis and Fan followed through on their threat and each purchased 500,000,000 shares of Pi at a mere $0.00005 per share. The Defendants unilaterally used their majority on the Company's board to issue themselves 1 billion shares, on top of Pi's 100 million previously issued shares, without informing existing investors or with any attempt to determine the Company's fair market value. The transaction increased Kokkalis' and Fan's stake in Pi from 66% to 97% of the company for a mere $50,000. Prior to the transaction, Pi had sold over $800,000 worth of equity instruments to its investors, at a dramatically higher implied price.

26. At the time Kokkalis and Fan infused Pi with $50,000, on information and belief, Pi's monthly burn rate was approximately $30,000 to $50,000. Defendants' cash infusion made no difference to the longevity and success of Pi and was nothing more than a veiled tactic that allowed Defendants to take ownership of 97% of the company for a fraction of the valuation Pi had previously received investments for. Kokkalis and Fan's funding ruse was a self-motivated tool for Defendants to take control Pi for themselves.

27. As stated in Pi's White Paper, the third phase of the project, Mainnet, is "the phase when Pi can be connected to exchanges and traded for other currencies." Although Defendants

Kokkalis and Fan promised the community that they would launch Mainnet at the end of 2021, to date, Pi is still not able to be connected to exchanges or traded for other currencies. In addition to not launching Mainnet, Defendants have failed to build true demand for Pi as a digital asset, with Pi remaining virtually valueless to those mining it. Rather than delivering applications that create demand for Pi, Defendants are offering members yet more Pi in exchange for locking up their current Pi balance to prevent mass selling when the currency is able to be exchanged. The ongoing failure to develop true utility for Pi undermines trust in the project and may lead to a collapse in the price of the currency if and when it can be exchanged.

28. Since the June 2020 share sale, I have had three students from Stanford graduate school of business who were exploring business roles at Pi reach out to me and expressed their concerns with Defendants' owning nearly all outstanding shares. To the best of my knowledge, these students refused offers of employment from Pi.

I declare under penalty of the laws of the State of California that the foregoing is true and correct. Executed this November 30, 2022, at Bronx, New York.

Vincent McPhillip

# EXHIBIT 1

EXHIBIT B-1

# BILL OF SALE

Vincent Paul McPhillip, an individual, (the "Transferor"), in exchange for the promise of Pi Community Company (the "Company") to pay Transferor USD $70,000 plus interest at 1.68% compounded monthly, on or before August 1, 2028 as reflected in the attached promissory note plus other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, hereby sells, transfers, assigns and conveys to the Company and its successors and assigns ("Transferee"), all of his or its right title and interest in the assets listed on Attachment A (the "Assets").

Transferor hereby appoints Transferee the attorney in fact of Transferor, with full power of substitution on behalf of Transferee to demand and receive any of the Assets and to give receipts and releases for the same, to institute and prosecute in the name of Transferor, but for the benefit of Transferee, any legal or equitable proceedings Transferee deems proper in order to enforce any rights in the Assets and to defend or compromise any legal or equitable proceedings relating to the Assets as Transferee shall deem advisable. Transferor hereby declares that the appointment made and powers granted hereby are coupled with an interest and shall be irrevocable by Transferor.

Transferor hereby agrees that Transferor and Transferor's successors and assigns will do, execute, acknowledge and deliver, or will cause to be done, executed, acknowledged and delivered such further acts, documents, or instruments confirming the conveyance of any of the Assets to Transferee as Transferee shall reasonably deem necessary, provided that Transferee shall provide all necessary documentation to Transferor.

This Bill of Sale is executed and delivered in, and shall be construed and enforced in accordance with the laws of the State of California, and shall be binding upon and inure to the benefit of the successors and assigns of the parties hereto.

Transferor has signed this instrument as of August 21st, 2019.

*[Signature page follows]*

EXHIBIT B-1

# BILL OF SALE

**VINCENT PAUL MCPHILLIP**

Address: 119 Webster Street

Palo Alto, CA 94301

EXHIBIT B-2

**BILL OF SALE**

Chengdiao Fan, an individual, (the "Transferor"), in exchange for the promise of Pi Community Company (the "Company") to pay Transferor USD $70,000 plus interest at 1.68% compounded monthly, on or before August 1, 2028 as reflected in the attached promissory note plus other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, hereby sells, transfers, assigns and conveys to the Company and its successors and assigns ("Transferee"), all of his or its right title and interest in the assets listed on Attachment A (the "Assets").

Transferor hereby appoints Transferee the attorney in fact of Transferor, with full power of substitution on behalf of Transferee to demand and receive any of the Assets and to give receipts and releases for the same, to institute and prosecute in the name of Transferor, but for the benefit of Transferee, any legal or equitable proceedings Transferee deems proper in order to enforce any rights in the Assets and to defend or compromise any legal or equitable proceedings relating to the Assets as Transferee shall deem advisable. Transferor hereby declares that the appointment made and powers granted hereby are coupled with an interest and shall be irrevocable by Transferor.

Transferor hereby agrees that Transferor and Transferor's successors and assigns will do, execute, acknowledge and deliver, or will cause to be done, executed, acknowledged and delivered such further acts, documents, or instruments confirming the conveyance of any of the Assets to Transferee as Transferee shall reasonably deem necessary, provided that Transferee shall provide all necessary documentation to Transferor.

This Bill of Sale is executed and delivered in, and shall be construed and enforced in accordance with the laws of the State of California, and shall be binding upon and inure to the benefit of the successors and assigns of the parties hereto.

Transferor has signed this instrument as of August 21st, 2019.

*[Signature page follows]*

EXHIBIT B-2

**BILL OF SALE**

**CHENGDIAO FAN**

Address: 520 Sacramento Street

East Palo Alto, CA 94303

# EXHIBIT 2

**THIS PROMISSORY NOTE HAS NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED (THE "ACT"). NO SALE OR DISPOSITION MAY BE EFFECTED EXCEPT IN COMPLIANCE WITH RULE 144 UNDER THE ACT OR AN EFFECTIVE REGISTRATION STATEMENT RELATED THERETO OR AN OPINION OF COUNSEL FOR THE HOLDER SATISFACTORY TO THE COMPANY THAT SUCH REGISTRATION IS NOT REQUIRED UNDER THE ACT OR RECEIPT OF A NO-ACTION LETTER FROM THE SECURITIES AND EXCHANGE COMMISSION.**

# PROMISSORY NOTE

$70,000

**August 21, 2019**
**San Francisco, CA**

For value received, Pi Community Company, a company formed pursuant to the laws of the Cayman Islands ("***Payor***" or the "***Company***") promises to pay to Vincent McPhillip ("***Holder***") the principal sum of **Seventy Thousand US Dollars (US$70,000.00)** with interest on the outstanding principal amount at the rate of 1.68% per annum, compounded monthly. Interest shall commence with the date hereof and shall continue on the outstanding principal until paid in full or converted. Interest shall be computed on the basis of a year of 365 days for the actual number of days elapsed.

**1. REPAYMENT.**

(a) Final Maturity Date. The entire outstanding principal balance of this Promissory Note (this "***Note***") plus all accrued but unpaid interest thereon, if any, shall be due and payable in full immediately upon the earliest of any of the following (the ***"Final Maturity Date"***): (i) July 31, 2028, (ii) the signing by Company of an agreement, pursuant to which Company shall agree to sell, convey or otherwise dispose of all or substantially all of its assets, capital stock or business or merge with or into or consolidate with any other corporation, limited liability company or other entity (other than a wholly owned subsidiary of Company or Holder), *provided* that Company's shareholders constituted immediately prior to such transaction hold or control less than 50% of the voting power of the surviving or acquiring entity, (iii) the consummation of the first public offering of the Common Stock of Company, Holder or Parent to the general public that is affected pursuant to a registration statement filed with, and declared effective by, the Securities and Exchange Commission under the Securities Act of 1933, as amended and (iv) the date Company ceases to be an employee of Holder.

(b) Periodic Payments. Company shall make annual payments of interest, free of any withholding or other taxes thereon, on the 15th day of January of each year starting on January 15, 2021 and on which this Note is outstanding.

(c) Application of Payments. Any payment on this Note shall be applied first to accrued interest, then to other amounts owing hereunder, and thereafter to the outstanding principal balance hereof. Any payment due hereunder shall be paid to Holder at the address for notices pursuant to Section 6 below or at such other place as Holder may designate. Any amount payable hereunder shall be due and payable without set-off, deduction, or counter-claim.

**2. PREPAYMENT.** Subject to Section 3 above, Company may prepay the outstanding principal balance of this Note in whole or in part, without penalty, at any time.

**3. DEFAULT AND REMEDIES.**

(a) Default. Each of the following events shall be an "***Event of Default***" hereunder: (i) Company fails to pay timely any amounts due under this Note on the date the same becomes due and payable, (ii) Company breaches any covenant, representation, warranty, or agreement under this Note, (iii) Company defaults on any of its obligations under any other agreement with Holder, (iv) Company files a petition or action for relief under any bankruptcy, insolvency or moratorium law or any other law for the relief of, or relating to, debtors, now or hereafter in effect, or makes any assignment for the benefit of creditors or takes any action in furtherance of any of the foregoing, or (v) an involuntary petition is filed against Company (unless such petition is dismissed or discharged within sixty (60) days of filing) under any bankruptcy statute now or hereafter in effect, or a custodian, receiver, trustee, assignee for the benefit of creditors (or other similar official) is appointed to take possession, custody or control of any property of Company.

(b) Remedies. Upon the occurrence of an Event of Default, all outstanding principal, accrued interest and other amounts owing hereunder shall, at the option of Holder be immediately due and payable. Holder shall have all rights and may exercise any remedies available to it under this Note at law or in equity, successively or concurrently.

**4. NOTICE.** All notices or other communications required or given hereunder shall be in writing and shall be deemed effectively given when presented personally or on the date of receipt (or refusal of delivery) if sent by courier service or U.S. Mail (certified or registered, postage prepaid, return receipt requested) to the parties at the addresses given below or such other addresses as the parties may hereafter designate in writing. The date shown on the courier's confirmation of delivery or return receipt shall be conclusive as to the date of receipt.

**Company:**
Pi Community Company
121 South Church Street
George Town, KY1-1104 Cayman Islands

**Holder:**
Vincent McPhillip
684 Page Street
San Francisco, CA 94117

**5. MAXIMUM LEGAL RATE OF INTEREST.** All agreements between Company and Holder, whether now existing or hereafter arising, are hereby limited so that in no event shall the interest charged hereunder or agreed to be paid to Holder exceed the maximum amount permitted under applicable law. Holder shall be entitled to amortize, prorate and spread throughout the full term of this Note all interest paid or payable so that the interest paid does not exceed the maximum amount permitted under applicable law. If Holder ever receives interest or anything deemed interest in excess of the maximum amount permitted under applicable law, an amount equal to such excess shall be applied to the reduction of the principal balance, and to the extent it exceeds the unpaid balance of principal hereof, the remainder shall be refunded to Company. If interest otherwise payable to Holder would exceed the maximum amount permitted under applicable law, the interest payable shall be reduced to the maximum amount permitted under applicable law. This section shall control all agreements between Company and Holder in connection with the indebtedness evidenced hereby.

**6. WAIVER.** Company waives diligence, presentment, protest and demand and also notice of protest, demand, dishonor, acceleration, intent to accelerate, and nonpayment of this Note and agrees to pay all costs of collection when incurred, including, without limitation attorneys' fees, costs and other expenses. The right to plead any and all statutes of limitations as a defense to any demands hereunder is hereby waived to the fullest extent permitted by law.

**7. NON-TRANSFERABLE.** The obligations of Company under this Note, shall not be assignable or otherwise transferable by Company. The Holder shall be entitled to transfer its rights under this Loan.

**8. MISCELLANEOUS.**

(a) This Note may be modified only by a written agreement executed by Company and Holder.

(b) The terms of this Note shall inure to the benefit of and bind Company and Holder and their respective heirs, legal representatives and successors and assigns.

(c) Time is of the essence with respect to all matters set forth in this Note.

(d) If this Note is destroyed, lost or stolen, Company will deliver a new note to Holder on the same terms and conditions as this Note with a notation of the unpaid principal in substitution of the prior Note. Holder shall furnish to Company reasonable evidence that the Note was destroyed, lost or stolen and any security or indemnity that may be reasonably required by Company in connection with the replacement of this Note.

(e) If any provision of this Note shall be held to be invalid or unenforceable, such determination shall not affect the remaining provisions of this Note.

(f) If this Note is now, or hereinafter shall be, signed by more than one party or person, it shall be the joint and several obligation of such parties or persons and shall be binding upon such parties or persons and upon their respective successors and assigns.

(g) Governing Law. This Note shall be governed by, and construed and enforced in accordance with, the laws of the State of Delaware, excluding conflict of laws principles that would cause the application of laws of any other jurisdiction.

[SIGNATURE PAGE FOLLOWS]

**IN WITNESS WHEREOF**, Company has executed this Promissory Note as of the date and year first above written.

**COMPANY:**

By: Chengdiao Fan, Director
Pi Community Company

**"HOLDER"**

Vincent McPhillip

# EXHIBIT 3

Thomas Letourneau, MD
Psychiatric Alternatives and Wellness Center
3609 Sacramento St.
San Francisco, CA 94118
(415) 237-0377

May 4, 2020

Re: Vincent McPhillip

To Whom It May Concern:

Vincent McPhillip is a patient under my care. He is medically unable to work as of 5/4/20. I do not anticipate he will be medically able to resume work before at least 5/18/20.

Sincerely,

Thomas Letourneau, MD

# EXHIBIT 4

Gmail

Vincent McPhillip <vmcphillip@gmail.com>

# Re: IP Assignment documents

**christine birch** <christine@theroygbiv.com> Wed, Jan 8, 2020 at 1:59 PM
To: Vincent McPhillip <vmcphillip@gmail.com>, Chengdiao Fan <chengdiao@gmail.com>, Nicolas Kokkalis <drive-shares-noreply@google.com>

Dear Vincent, Nicolas, & Chengdiao,

I have reviewed the documents and cannot sign them at this time. Upon reflection, I have to say I am disappointed by how Pi's leadership team is handling this process. I have extended enormous professional courtesies over the course of our work together, in the form of both creative contributions which I STILL have not been paid for, and CAPITAL when you were running out of cash.

Now, I am only asking for a quote that speaks to my work with Pi Network and I am met with delay, a seeming questioning of my contributions and integrity, and a demand to sign legal documents that are being spontaneously thrown at me.

This is not how you treat an advisor, investor, or frankly even an acquaintance. While I'm happy to eventually sign these documents, I'd prefer to do so after we discuss our work together and in particular our advisor agreement.

Because I don't want to delay my press release, I will move ahead with a self-representation of my contributions. But quite frankly, I think I deserve better than that from you. I would prefer that you reciprocated my efforts by providing a quote, thus extending at least a modicum of professional courtesy as I have extended to you in the past. I have done nothing but support this project from day one. I hope you can return that support as I take the next step on my own venture.

Best,

Christine

Sent from my iPad

> On Jan 6, 2020, at 2:24 PM, Vince McPhillip <vince@socialchain.app> wrote:
>
> Hi Christine,
>
> Hope you are well! I'm attaching the two IP assignment documents for you to sign.
>
> 1. Technology Assignment Agreement (TAA). The TAA covers previous IP that you have developed in the past related to Pi and the IP of the founding team. It includes a $2,308 payment that covers the cost of product of the logo as well as the work you covered for Hazar.
>
> 2. Confidentiality and Inventions Assignment Agreement (CIAA). The CIAA covers IP that you develop related to Pi and the IP of the founding team going forward.
>
> Please let me know if you have any questions!
>
> Vince
> <Pi Community Company- Technology Assignment Agreement - Christine Birch.pdf>
> <Pi Community Company - Confidentiality and Inventions Assignment Agreement - Christine Birch.pdf>

# EXHIBIT 5

Gmail

Vincent McPhillip <vmcphillip@gmail.com>

# Fwd: Important message

**Nicolas Kokkalis** <nicolas@minepi.com> Thu, May 21, 2020 at 10:24 PM
To: vmcphillip@gmail.com
Cc: Chengdiao Fan <chengdiao@minepi.com>

Hi Vince,

As you mentioned on Slack you're reviewing this important message we sent, so we want to lay out some points to guide your review. All the matters in the "important message" are important and you can take your time reviewing them. However, there is one urgent matter we need to take care right away: The IP situation with Christine, due to its connection with our upcoming potential investment. Our deadline for submitting the SAFE docs to our investors is in a week from now. Before we ask them to sign the SAFE we need to either resolve the Christine situation or disclose the situation. If we disclose the situation, we expect that they will not invest if there is a cloud over our IP (see what happened with John who has concerns continuing to work with us after we disclosed the situation with him as we were finalizing his advisory terms). So the only thing that we urgently need to address is this issue. This is an issue that you caused and also have the power to fix. If we do not fix the situation then the Company will likely suffer material damage to the loss of the $500K offered investment. This will be compounded by further damages to the product and the project due to the fact we are running out of cash.

Given the importance of the investment to the Company, the IP issue with Christine cannot wait. As far as the documents we require from Christine, we can ask the company lawyers to simplify them for her to sign. There is no need to have the heavy docs we presented to her in December. So, we ask you in your role as a Director to help us resolve this issue by next Thursday. Given that you previously said in your message, Christine was ready to sign but it was you who was "not there yet" in resolving the matter, this hopefully should not require much exertion or stress for you. As we are only in this position, because you admittedly delayed paying Christine's invoice for over a year, hopefully you can see your way to assisting in resolving this urgent matter. Please respond or talk with us by this Monday on if you are going to assist in the resolution. If we don't hear from you, we will assume you will not help. You do not have to completely fix the situation by Monday, just to respond to this message or talk with us.

Alternatively, if the funding falls through we will have to consider other immediate actions to assure the viability of the business. This might include the founders having to put in some serious cash from our personal money to fund the business, due to the difficulty in fundraising in the middle of the COVID19 pandemic and the down market. Even though undesirable, it seems like this is a feasible approach, given that the company has billions of shares already authorized and only 100M issued, so theoretically we have much room to grow up to 1000 times if push comes to shove. But, we really want to avoid putting our much needed personal funds into the company right now. In this case, not only the company will have lost its $500k investment but also the founders, including you if you participate, will have lost hundreds of thousands of dollars to self-fund the business.

Just to be clear: The urgent thing right now is that we need to resolve the IP situation with Christine to avoid the loss of the offered $500k next week. We need you to participate as a Director in order to address this issue. Please respond by Monday if you plan to participate. Thanks.

Nicolas and Chengdiao
Pi Community Company

[Quoted text hidden]

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in Los Angeles County, California. I am over the age of 18 and not a party to this action; my business address is 11601 Wilshire Blvd., Suite 2080, Los Angeles, California 90025. On April 20, 2022, I caused the following,

- **DECLARATION OF VINCENT MCPHILLIP IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR AN ORDER REQUIRING A BOND AND/OR UNDERTAKING**

to be served to the address(es) below:

TROY A. VALDEZ
KENNETH P. NABITY
WILLIAM I. ABRAMOVITZ
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
ef-tav@cpdb.com
ef-kpn@cpdb.com
ef-wia@coblentzlaw.com

Attorneys for Defendants

**X** **(VIA E-MAIL)** The document was served via e-mail upon the parties listed using their e-mail addresses as shown in the service list. I/we did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 30, 2022, at Albany, New York.

Kete Barnes

# EXHIBIT 5

Order Concerning Informal Discovery Conference (21CV391680)

SUPERIOR COURT, STATE OF CALIFORNIA
COUNTY OF SANTA CLARA
DEPARTMENT 20

161 North First Street, San Jose, CA 95113
408.882.2320 · 408.882.2296 (fax)
*smanoukian@scscourt.org*
*http://www.scscourt.org*

FILED
JUN 02 2023
Clerk of the Court
Superior Court of CA County of Santa Clara
BY ____________ DEPUTY
*(For Clerk's Use Only)*

CASE NO.: 21CV391680 — Vincent McPhillip v. Pi Community Company
DATE: 25 May 2023 — TIME: 4:00 PM — LINE NUMBER: 04

**FORMAL ORDER AFTER HEARING**

---oooOooo---

**Order Concerning**
**Informal Discovery Conference**

The above-entitled matter was heard in an Informal Discovery Conference on Thursday, 25 May 2023 at 4:00 PM. Appearing on the Zoom virtual platform were Messrs. Barnes and Nabity, Esqs. for the plaintiff and defendants, respectfully.

This Court believes that the discussions were effective.

The Court suggested that pertinent records maintained by defendant for the time. Between 01 June 2019 through 01 June 2021 might be a relevant time period.

The parties agreed to meet and confer concerning what records were pertinent. Records that might be pertinent include profit & loss statements, reports to investors and certain tax filing

The parties further agreed that an "Attorneys Eyes Only" protective order would be appropriate until further notice by this Court.

Finally, the parties agreed to a further Informal Discovery Conference on Thursday, 20 July 2023 at 3:00 PM.

26 May 2023
DATED:

HON. SOCRATES PETER MANOUKIAN
*Judge of the Superior Court*
*County of Santa Clara*

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SANTA CLARA

DOWNTOWN COURTHOUSE
191 NORTH FIRST STREET
SAN JOSÉ, CALIFORNIA 95113
CIVIL DIVISION

FILED
JUN 02 2023
Clerk of the Court
Superior Court of CA County of Santa Clara
BY ______ DEPUTY

RE: **VINCENT MCPHILLIP vs PI COMMUNITY COMPANY et al**
Case Number: **21CV391680**

## PROOF OF SERVICE

**ORDER CONCERNING INFORMAL DISCOVERY CONFERENCE** was delivered to the parties listed below the above entitled case as set forth in the sworn declaration below.

---

If you, a party represented by you, or a witness to be called on behalf of that party need an accommodation under the American with Disabilities Act, please contact the Court Administrator's office at (408) 882-2700, or use the Court's TDD line (408) 882-2690 or the Voice/TDD California Relay Service (800) 735-2922.

**DECLARATION OF SERVICE BY MAIL:** I declare that I served this notice by enclosing a true copy in a sealed envelope, addressed to each person whose name is shown below, and by depositing the envelope with postage fully prepaid, in the United States Mail at San Jose, CA on June 02, 2023. CLERK OF THE COURT, by Hientrang Tranthien, Deputy.

cc: Ethan Joseph Brown 11601 Wilshire Boulevard, Suite 2080 Los Angeles, CA 90025
Kenneth Paul Nabity Coblentz Patch Duffy & Bass LLP One Montgomery Street, Suite 3000 San Francisco, CA 94104-5500

# EXHIBIT 6

Order on Demurrer and Motion to Strike, McPhillip v. Pi Community Company (May 14, 2023)

SUBMITTED MATTER

**SUPERIOR COURT, STATE OF CALIFORNIA**
**COUNTY OF SANTA CLARA**
**DEPARTMENT 20**

161 North First Street, San Jose, CA 95113
408.882.2320 · 408.882.2296 (fax)
*smanoukian@scscourt.org*
*http://www.scscourt.org*

FILED
MAY 15 2023
Clerk of the Court
Superior Court of CA County of Santa Clara
BY ____ (For Clerk's Use Only) ____ DEPUTY

**CASE NO.: 21CV391680** **Vincent McPhillip v. Pi Community Company, et al.**
**DATE: 13 April 2023** **TIME: 9:00 am** **LINE NUMBERS: 2 - 3**

**This matter will be heard by the Honorable Judge Socrates Peter Manoukian in Department 20 in the Old Courthouse, 2nd Floor, 161 North First Street, San Jose. Any party opposing the tentative ruling must call Department 20 at 408.808.6856 and the opposing party no later than 4:00 PM on 12 April 2023. Please specify the issue to be contested when calling the Court and Counsel.**

---oooOooo---

**Order on Demurrer and Motion to Strike**
**Portions of the First Amended Complaint**
**by Defendants Dr. Nicolas Kokkalis and Dr. Chengdiao Fan.**

**I. Statement of Facts.**

This is a shareholder derivative action regarding the sabotage of an innovative blockchain start-up whose entire purpose was to issue a digital currency. (FAC, ¶ 1.) According to the first amend complaint ("FAC"), plaintiff Vincent McPhillip ("Plaintiff") met defendants Dr. Nicolas Kokkalis ("Dr. Kokkalis") and Dr. Chengdiao Fan ("Dr. Fan")(collectively, "Defendants"), a married couple in 2018 at Stanford University. (FAC, ¶ 2.) All three shared the common goal of enabling the mass adoption of digital currency. (FAC, ¶ 16.)

The team of three first started experimenting with different digital currency concepts under Social Chain, Inc. ("Social"), which was incorporated in September of 2018. (FAC, ¶ 17.) In November 2018, the team began experimenting with a new digital currency, "Pi", through which everyday people could mine and earn currency from their phones. (*Ibid.*) Since launching the Pi Network mobile application, in March of 2019, the Pi Network has grown to over 30 million engaged members, millions of whom visit the app daily. (*Ibid.*)

Plaintiff was employed by Social as its Chief Executive Officer ("CEO") and he served as the CEO of Pi ("Pi" or the "Company"). (FAC, ¶ 18.) Kokkalis and Fan were likewise employed by Social as its Chief Technology Officer ("CTO") and President, and Chief Product Officer ("CPO"), respectively. (FAC, ¶ 19.) Plaintiff and Defendants agreed to split the ownership equity equally. (FAC, ¶ 20.)

They each purchased thirty-three million, three hundred thirty-three thousand, three hundred thirty-two (33,333,332) shares for three hundred thirty-three dollars and thirty-two cents ($333.32) from Pi (the "Shares"), as well as a promissory note of $70,000 for each founder's contribution of intellectual property to the project. (*Ibid.*) This gave each party a 1/3 ownership interest in Pi. (*Ibid.*)

At one point, Defendants began suffering from marital issues and their conduct posed an existential threat to Pi and Social. (FAC, ¶ 24.) Defendants' conflict seriously impeded Plaintiff's ability to conduct business on behalf of Pi and for Plaintiff and Defendants to make reasonable decisions for Pi. (FAC, ¶ 26.) Defendants' inability to keep their personal issues out of their work for Pi put its very existence in jeopardy. (FAC, ¶ 28.)

On 26 April 2020, after both Defendants directed more hostilities towards Plaintiff, he determined that he needed to step away from the hostile environment. (FAC, ¶ 29.) While Plaintiff was on medical leave and under

doctor's instructions to have no contact with Defendants, they fired him as CEO of Pi and Social, leaving Pi without management and expertise in key areas, including generating demand for Pi. (*Ibid.*)

In the midst of their marital conflict, Defendants mismanaged vital relationships for the Company. Defendants failed to pay third-party vendors responsible for Pi's marketing and design-critical ingredients to the success of a start-up and further eroded trust in Pi and its management. (FAC, ¶ 31.) They also squandered a relationship with Ms. Christine Birch, a high-powered partner that had a track record of generating demand (i.e., billions in ticket sales for major Hollywood movie studios). (*Ibid.*) As a consequence, Pi lost a valuable partner and continues to suffer from the distrust, wrongful, and deceptive business practices Defendants employed with vendors and other partners that were necessary and critical for the Pi to grow and flourish. (FAC, ¶ 32.)

On 21 May 2020, Kokkalis sent an email to Plaintiff regarding potential new investments. (FAC, ¶ 34.) The email contained an implied threat that Defendants would dilute Plaintiff's equity to enhance their equity interests. (FAC, ¶ 35.) They implicitly indicated that they would offer shares only to the founders, at a particularly attractive price, with full knowledge that as a result of the ongoing legal conflict, Plaintiff could not be expected to contribute and would not be purchasing any additional shares. (*Ibid.*) He ultimately made the decision not to purchase more shares along with Defendants, as he saw any participation in the sale as self-dealing behavior, deviating from founding team principles and betraying Pi employees, investors, and the Pi community as a whole. (FAC, ¶ 39.)

In July 2020, Defendants followed through with their threat and purchased 500,000,000 shares of Pi at a mere $0.00005 per share.[1] (FAC, ¶ 40.) Defendants unilaterally used their majority on the Company's board to issue themselves 1 billion shares, on top of Pi's 100 million previously issued shares, without informing existing investors, without any attempt to determine the Company's fair market value, or without obtaining disinterested board members or shareholder approval. (*Ibid.*) The transaction increased their stake from 66% to 97% of the Company for a mere $50,000. (*Ibid.*)

This insider self-dealing transaction cost the Company millions and jeopardized the Company's relationship with existing and future investors. (FAC, ¶ 42.) By selling themselves shares well below the market value, Defendants defrauded the Company of millions of dollars it could have otherwise raised if it sold its equity at market value. (*Ibid.*) By failing to notify existing investors of the transaction, Defendants betrayed trust in an act of double dealing, selling shares to themselves at a mere fraction of what they had charged existing investors just a few months later. (FAC, ¶ 44.)

Defendants' actions have brought serious harm to the Company to the tune of millions of dollars, impeding the project's development, and thus, damaging the trusted reputation of the project. (FAC, ¶ 50.) Their actions have also undermined the project's ability to attract developer talent and thus create demand for Pi. (*Ibid.*) Further, the Company's lack of capital means that it cannot offer the financial incentives needed to attract the world's best developers. (FAC, ¶ 51.)

On 23 November 2021, Plaintiff filed his Complaint against Defendants, which alleged causes of action for breach of fiduciary duty and appointment of a receiver. On 30 August 2022, Defendants demurred and moved to strike portions of the Complaint. The Court sustained the demurrer with leave to amend on the ground that the business judgment rule applied to the breach of fiduciary duty claim; Plaintiff did not allege sufficient facts to support to appointment of a receiver; and it determined the motion to strike was moot based on the demurrer.

On 7 December 2022, Plaintiff filed the FAC, which alleges causes of action for breach of fiduciary duty and appointment of a receiver.[2]

---

[1] The parties refer to the sale as the "June 2020 Share Sale", thus the Court will refer to it as such.

[2] This Department intends to comply with the time requirements of the Trial Court Delay Reduction Act (***Government Code***, §§ 68600–68620). The California Rules of Court state that the goal of each trial court should be to manage limited and unlimited civil cases from filing so that 100 percent are disposed of within 24 months. (***Ca. St. Civil Rules of Court***, Rule 3.714(b)(1)(C) and (b)(2)(C).

Currently, before the Court is a demurrer to the FAC and a motion to strike portions therein. Plaintiff filed written opposition. Defendants filed reply papers.

## II. Demurrer.

Defendants demur to the FAC and the first cause of action on the ground that they fail to state sufficient facts to constitute a cause of action. (**Code of Civil Procedure,** § 430.10, subdivision (e).)

### A. Legal Standard

A complaint must contain substantive factual allegations sufficiently apprising the defendant of the issues to be addressed. (See ***Williams v. Beechnut Nutrition Corp.*** (1986) 185 Cal.App.3d 135, 139, fn. 2.)

A demurrer tests the legal sufficiency of a complaint. It is properly sustained where the complaint or an individual cause of action fails to "state facts sufficient to constitute a cause of action." (***Code of Civil Procedure***, § 430.10, subdivision (e).) "[C]onclusionary allegations . . . without facts to support them" are insufficient on demurrer. (***Ankeny v. Lockheed Missiles and Space Co.*** (1979) 88 Cal.App.3d 531, 537.) "It is fundamental that a demurrer is an attack against the complaint on its face, it should not be sustained unless the complaint shows that the action may not be pursued." (***Yolo County Dept. of Social Services v. Municipal Court*** (1980) 107 Cal.App.3d 842, 846-847.)

"It is not the ordinary function of a demurrer to test the truth of the plaintiff's allegations or the accuracy with which he describes the defendant's conduct. A demurrer tests only the legal sufficiency of the pleading." (***Committee on Children's Television, Inc. v. General Foods Corp.*** (1983) 35 Cal.3d 197, 213.) "It 'admits the truth of all material factual allegations in the complaint . . .; the question of plaintiff's ability to prove these allegations, or the possible difficulty in making such proof does not concern the reviewing court.' [Citation.]" (***Id.*** at pp. 213-214; see ***Cook v. De La Guerra*** (1864) 24 Cal. 237, 239 ["[I]t is not the office of a demurrer to state facts, but to raise an issue of law upon the facts stated in the pleading demurred to."].)

## IV. Merits of the Motion

### A. FAC

Defendants argue that the FAC fails to allege sufficient facts to establish how the Company or its shareholders suffered any harm. They further argue that the FAC contradicts the prior allegations, thus, they should be considered sham allegations.

#### 1. Sham Pleading

Defendants argue that Plaintiff has added allegations in the FAC, which contradict prior allegations and thus, the Court should disregard the FAC under the sham pleading doctrine.

Generally, after an amended pleading is filed, the original pleading is superseded. (***Vallejo Development Co. v. Beck Development Co.*** (1994) 24 Cal.App.4th 929, 946.) Courts will assume the truth of the factual allegations in the amended pleading for purposes of demurrer. (***Owen v. Kings Supermarket*** (1988) 198 Cal.App.3d 379, 383 (*Owen*).) However, under the sham pleading doctrine, "admissions in an original complaint... remain within the court's cognizance and the alteration of such statements by amendment designed to conceal fundamental vulnerabilities in a plaintiff's case will not be accepted.'" (***Lockton v. O'Rourke*** (2010) 184 Cal.App.4th 1051, 1061.) The purpose of the doctrine is to "enable the courts to prevent an abuse of process. [Citation.]" (***Hanh v. Mirda*** (2007) 147 Cal.App.4th 740, 751.) "[W]here a party files an amended complaint and seeks to avoid the defects of a prior complaint either by omitting the facts that rendered the complaint defective or by pleading facts inconsistent with the allegations of prior pleadings," the court may examine the prior complaint to ascertain whether the amended pleading is merely a sham. (***Owen, supra***, 198 Cal.App.3d at 384.)

"In these circumstances, the policy against sham pleading permits the court to take judicial notice of the prior pleadings and requires that the pleader explain the inconsistency. If he fails to do so, the court may disregard the inconsistent allegations and read into the amended complaint the allegations of the superseded complaint." (*Ibid.*) A pleading cannot be summarily dismissed if the sham pleading doctrine applies as the pleader must be given the opportunity to provide an explanation for the incompatible pleadings. (See ***Owens, supra,*** Cal.App.3d at p. 383 [pleader must be given opportunity to explain inconsistency]; see also ***Deveny v. Entropin, Inc.*** (2006) 139 Cal.App.4th 425-426 [sham pleading doctrine is inapplicable where pleader offers plausible explanation for amendment].)

Defendants argue that Plaintiff previously alleged that Defendants approval of the sale of shares to all current shareholders costs the Company "millions of dollars" but now he alleges that the issuance of the shares was at a price that was "$4,750,000 less than the market price of the most recent sale." (Complaint, § 42; FAC, ¶ 5.) Thus, Plaintiff alleges that Defendants paid nearly $5 million less than the "market price" of the shares. Defendants further argue that Plaintiff admits the following: (1) that Plaintiff and Defendants were the only shareholders at the time; (2) the only other sale of shares was to Plaintiff and Defendants a single time before; (3) Plaintiff has no information as to "property value of the transaction"; and Plaintiff attempts to compare the sale of the actual shares to "SAFE instruments", even though he acknowledges they are not the same as a sale of shares.

Additionally, Defendants argue that three Stanford business students were "dissuaded from joining Pi because of Defendants and Pi lost out on a potential investment due to Defendants' conduct, without alleged any supporting facts. In opposition, Plaintiff argues that Defendants mischaracterize the allegations and the allegations regarding investments that Pi obtained at higher values, such as the SAFE instruments, were to show that Defendants enriched their won holdings with the June 2020 share sale. Plaintiff further argue that Defendants do not understand the math as to the undervaluing of the shares in the June 2020 share sale.

Here, the FAC still alleges that Defendants conduct costs the Company millions of dollars, when they sold the shares below market value. (FAC, ¶ 1, 42, 50.) It appears that Plaintiff calculated the $4,750,000 by using the SAFE instrument sale to determine the market price. Plaintiff does allege further facts regarding the Stanford graduate students.

Moreover, the lack of additional facts in support of that allegation does not give rise to the sham pleading doctrine. Furthermore, in reviewing the remaining portions identified by Defendants, it does not appear to the Court that the allegations of the FAC are inconsistent or contradictory with the Complaint. (***Owen, supra***, 198 Cal.App.3d at 384.) Thus, the sham pleading doctrine is not applicable here.

**B. First Cause of Action: Breach of Fiduciary Duty**

In the first cause of action, Plaintiff alleges that Defendants breached their fiduciary duty to Pi by selling shares of Pi to themselves below the fair value of the shares. Defendants argue that Plaintiff cannot establish that a breach occurred or that any of Defendants' actions harmed the "whole body" of Pi's stock. They further argue that Plaintiff cannot establish any breach of fiduciary duty or exception to the business judgment rule. In opposition, Plaintiff argues that there is a conflict of interest because the June 2020 share sale was only approved by interested shareholders, which precludes the application of the business judgment rule. He further argues that Defendants must demonstrate that the transaction was "just and reasonable", which they cannot do on demurrer.

Fiduciary and confidential have been used synonymously to describe any relation existing between parties to a transaction wherein one of the parties is in duty bound to act with the utmost good faith for the benefit of the other party. (***Richelle L. v. Roman Catholic Archbishop*** (2003) 106 Cal.App.4th 257, 271 (***Richelle L.***).) Such a relation arises where a confidence is reposed by one person in the integrity of another, and in such a relation the party in whom the confidence is reposed, if he or she voluntarily accepts or assumes to accept the confidence, can take no advantage from his or her acts relating to the interest of the other party without the latter's knowledge or consent. (*Ibid.*)

The essence of a fiduciary or confidential relationship is the parties do not deal on equal terms, because the person in whom trust and confidence is reposed and who accepts that trust and confidence is in a superior position to exert unique influence over the dependent party. (***Ibid.***)

California recognizes that one standing in a confidential or fiduciary relation with another is subject to liability to the other for harm resulting from a breach of duty imposed by the relation. (***Richelle L.***, *supra*, 106 Cal.App.4th at p. 273.)

" 'In order to plead a cause of action for breach of fiduciary duty, there must be shown the existence of a fiduciary relationship, its breach, and damage proximately caused by that breach. The absence of any one of these elements is fatal to the cause of action.' [Citation.]" (***Brown v. Cal. Pension Adm'rs & Consultants*** (1996) 45 Cal.App.4th 333, 347-348 (***Brown***).)

**1. Business Judgment Rule.**

"It is a fundamental principle of corporate governance that the role of managing the business of the corporation is vested in its board of directors, not in its shareholders. This responsibility includes the prosecution, defense, and control of corporate litigation. Judicial deference is accorded to directors under the 'business judgment rule,' which recognizes that where decisions are without fraud or breach of trust, 'management of the corporation is best left to those to whom it has been entrusted, not to the courts. [Citation.]' [Citation.] As codified in [Corporations Code] section 309, the business judgment rule obligates a director to perform his or her duties 'in good faith, in a manner such director believes to be in the best interests of the corporation and its shareholders and with such care, including reasonable inquiry, as an ordinarily prudent person in a like position would use under similar circumstances' (§ 309, subdivision (a)); and it insulates a director from liability when he or she performs those obligations in the manner provided in the statute (§ 309, subdivision (c))." (***Bader v. Anderson*** (2009) 179 Cal.App.4th 775, 787-788.)

"The business judgment rule has been justified primarily on two grounds. First, that directors should be given wide latitude in their handling of corporate affairs because the hindsight of the judicial process is an imperfect device for evaluating business decisions. Second, '[t]he rule recognizes that shareholders to a very real degree voluntarily undertake the risk of bad business judgment; investors need not buy stock, for investment markets offer an array of opportunities less vulnerable to mistakes in judgment by corporate officers.' [Citation.]" (***Frances T. v. Village Green Assn.*** (1986) 42 Cal.3d 490, 507, fn. 14.)

Thus, "[t]he [business judgment] rule establishes a presumption that directors' decisions are based on sound business judgment, and it prohibits courts from interfering in business decisions made by the directors in good faith and in the absence of a conflict of interest." (***Berg & Berg Enterprises, LLC v. Boyle*** (2009) 178 Cal.App.4th 1020, 1045 (***Berg & Berg Enterprises***).)

"An exception to the presumption afforded by the business judgment rule accordingly exists in 'circumstances which inherently raise an inference of conflict of interest' and the rule 'does not shield actions taken without reasonable inquiry, with improper motives, or as a result of a conflict of interest.' [Citations.] But a plaintiff must allege sufficient facts to establish these exceptions. To do so, more is needed than 'conclusory allegations of improper motives and conflict of interest. Neither is it sufficient to generally allege the failure to conduct an active investigation, in the absence of (1) allegations of facts which would reasonably call for such an investigation, or (2) allegations of facts which would have been discovered by a reasonable investigation and would have been material to the questioned exercise of business judgment.' [Citation.] In most cases, 'the presumption created by the business judgment rule can be rebutted only by affirmative allegations of facts which, if proven, would establish fraud, bad faith, overreaching or an unreasonable failure to investigate material facts. [Citation.] Interference with the discretion of directors is not warranted in doubtful cases.' [Citation.]" (***Berg & Berg Enterprises***, *supra*, 178 Cal.App.4th at pp. 1045-1046.)

"[T]he failure to sufficiently plead facts to rebut the business judgment rule or establish its exceptions may be raised on demurrer, as whether sufficient facts have been so pleaded is a question of law." (***Berg & Berg Enterprises***, *supra*, 178 Cal.App.4th at p. 1046; see ***Lee v. Interinsurance Exchange*** (1996) 50 Cal.App.4th 694, 711-717 (***Lee***) [judgment of dismissal following sustaining of demurrer affirmed on appeal for complaint's failure to

have pleaded facts establishing exception to business judgment rule]; see also ***Barnes v. State Farm Mut. Auto. Ins. Co.*** (1993) 16 Cal.App.4th 365, 378-379 [judgment of dismissal after sustaining of demurrer affirmed in part due to failure to allege facts rebutting business judgment rule].)

Defendants argue that the conduct alleged in support of the breach of fiduciary duty claim falls under the business judgment rule and Plaintiff cannot allege facts to establish an exception to the rule.

The alleged breaches of fiduciary duty are the following, contained in paragraphs 55-57:

(1) The June 2020 Share Sale, for below the fair market value of the shares, which Plaintiff did not consent to and Defendants carried out in bad faith;

(2) Defendants dissuaded three Stanford graduate students from accepting offers of employment from Pi;

(3) Hampering Pi's business development by diluting and firing its only business person (Plaintiff); and

(4) Delaying the launch of the Pi currency by 1 year presently, and risking the crash of Pi's most valuable asset upon its release.

In opposition, Plaintiff argues that Defendants created a conflict of interest between themselves and Pi by engaging in the June 2020 Share Sale, which was not approved by Plaintiff, who was the only other shareholder and did not participate in the deal. Plaintiff cites to **Corporations Code**, section 310 in support of his argument.

**Corporations Code** section 310 ("Section 310"), subdivision (a), requires directors interested in a transaction to abstain from voting or prove the transaction was just and reasonable to the corporation. (**Corp. Code** § 310, subd. (a)(2) & (3).) Section 310, subdivision (a) sets for the following exemptions: (1) for interested directors where disinterested shareholders approve the transaction; (2) when the board can approve the transaction without counting the votes of the interested director(s); and (3) where the interested directors show that the transaction was just and reasonable to the corporation. (**Corp. Code**, § 310, subd. (a)(1)-(3).)

Here, the only shareholders of Pi were Plaintiff and Defendants. At the time of the June 2020 Share Sale, Defendants were the only directors of Pi. Defendants disclosed the transaction to Plaintiff. However, Plaintiff, as the only other shareholder, did not approve of the transaction, thus the first two exemptions are not applicable here. Therefore, Plaintiff contends that Section 310, subdivision (a)(3) is implicated here and it provides, "...transactions not approved as provided in paragraph (1) or (2) of this subdivision, the person asserting the validity of the contract or transaction sustained the burden of proving that the contract or transaction was just or reasonable as to the corporation at the time it was authorized, approved, or ratified." (**Corp. Code** § 310, subd. (a)(3).) Plaintiff further argues that the transaction cannot be seen as just or reasonable because it is below the fair market value.

The offer was disclosed and open to all shareholders. Plaintiff decided to not purchase the shares. Defendants contend that the transaction was just and reasonable because of the full disclosure and equal opportunity to participate. However, whether the transaction was just and reasonable is a factual matter, which cannot be resolved at this time. Therefore, it appears that Plaintiff has alleged sufficient facts to establish an exception to the business judgment rule. (See ***Lee, supra,*** Cal.App.4th at p. 715.)

**2. Harm to Pi or its Shareholders**

Next, Defendants argue that Plaintiff cannot state any breach of fiduciary duty because Plaintiff cannot establish that Defendants disrupted Pi's business or harm to Pi or its shareholders. In opposition, Plaintiff argues that Defendants turned down an investment of $500,000 in exchange for conducting the June 2020 Share Sale when it could have made more money, which constitutes a breach of fiduciary duty.

Plaintiff alleges that as directors of Pi, Defendants each owed fiduciary duties of loyalty, care, and they were required to discharge their duties consistent with the obligation of good faith and fair dealing. He further alleges that Pi was harmed when Defendants undervalued the shares purchased in the June 2020 Share Sale because they purchased 500,000,000 shares of Pi each at a mere 0.00005 per share. Plaintiff compares the June 2020 Share Sale price to previous rounds of funding and the SAFE instruments, in alleging that Defendants costs the Company millions of dollars.

However, Plaintiff admits there was no determination of the fair market value of the shares at the time of the June 2020 Share Sale. Plaintiff further alleges that the June 2020 Share Sale was done in lieu of accepting a pending offer for $500,000 from an outside investor. This offer was from an investor who had previously invested and expressed interest in investing an additional $500,000 in Pi at a $20 million valuation cap. (FAC, ¶ 43.) The $20 million valuation cap pertains to the sale of SAFE instruments by Pi in September 2019. (FAC, ¶ 22.) Thus, it appears to the Court that the investment of $500,000 would have been for SAFE instruments, rather than present shares. Plaintiff does not cite any authority to support his assertion that the value of the SAFE instruments should be used to determine the fair market value of the shares.

Plaintiff also alleges that Defendants allowed their marital and personal discord to disrupt and threaten the existence of Pi and Social, which was in breach of their fiduciary duties of loyalty, care, and good faith and fair dealing to Pi. Plaintiff further alleges that Defendants' conduct undermined the idea of Pi's blockchain and its founding team's core agreements. Plaintiff also alleges that the June 2020 Share Sale caused three individuals from Stanford graduate business school to express their concern about Defendant's behavior and their ownership of nearly all the outstanding shares and that those individuals refused offers of employment from Pi.

Additionally, Plaintiff alleges that Pi could have raised more money, if Defendants did not engage in self-dealing conduct and the failure to raise more money harmed Pi by denying it further funding. He also alleges that Defendants conduct harmed Pi because it delayed the launch of the Pi currency by 1 year and risked the crash of Pi's most valuable asset upon its release.

Here, Plaintiff alleges a fiduciary relationship between Pi and Defendants, Defendants' breach of their fiduciary duty to Pi, and the damage caused by the breach. Therefore, Plaintiff sufficiently alleges the claim for breach of fiduciary duty. (***Brown, supra,*** 45 Cal.App.4th at pp. 347-348.)

Accordingly, the demurrer to the first cause of action is OVERRULED.

**V. Motions to Strike**

Defendants move to strike the second cause of action for appointment of a receiver and first prayer for relief.

**A. Legal Standard**

A court may strike out any irrelevant, false, or improper matter asserted in a pleading. (**Code of Civil Procedure,** § 436, subdivision (a).) A court may also strike out all or any part of a pleading not filed in conformity with the laws of the State of California. (**Code of Civil Procedure,** § 436, subdivision (b).) The grounds for a motion to strike shall appear on the face of the challenged pleading or from any matter of which the court is required to take judicial notice. (**Code of Civil Procedure,** § 437, subdivision. (a).)

Irrelevant matter includes "immaterial allegations." (**Code of Civil Procedure,** § 431.10, subdivision (c).) "An immaterial allegation in a pleading is any of the following: (1) An allegation that is not essential to the statement of a claim or defense; (2) An allegation that is neither pertinent to nor supported by an otherwise sufficient claim or defense; (3) A demand for judgment requesting relief not supported by the allegations of the complaint or cross-complaint." (**Code of Civil Procedure,** § 431.10, subdivision (b).)

"As with demurrers, the grounds for a motion to strike must appear on the face of the pleading under attack, or from matter which the court may judicially notice." (Weil & Brown, et al., California Practice Guide: **Civil Procedure Before Trial** (The Rutter Group 2022) ¶ 7:168, p. 7(I)-76 citing **Code of Civil Procedure,** § 437.) "Thus, for example, defendant cannot base a motion to strike the complaint on affidavits or declarations containing extrinsic evidence showing that the allegations are 'false' or 'sham.' Such challenges lie only if these defects appear on the face of the complaint, or from matters judicially noticeable." (**Id.** at ¶ 7:169, p. 7(I)-76.)

"In passing on the correctness of a ruling on a motion to strike, judges read allegations of a pleading subject to the motion to strike as a whole, all parts in their context, and assume their truth." (***Clauson v. Super. Ct.*** (1998) 67 Cal.App.4th 1253, 1255.) "In ruling on a motion to strike, courts do not read allegations in isolation." (***Ibid.***)

**B. Merits of the Motion**

Defendants move to strike the second cause of action for appointment of a receiver and the corresponding portion for the prayer for relief because it is a remedy not a cause of action and it is unsupported by the allegations in the FAC. Defendants argue that Plaintiff fails to allege any facts from which the Court can infer that there is any potential action that Defendants could take to hurt the Company or its shareholders. In opposition, Plaintiff argues that the June 2020 Share Sale demonstrates harm to the Company and the necessity to preserve Pi's property and rights.

In the second cause of action, Plaintiff seeks the appointment of a receiver pursuant **to Code of Civil Procedure,** section 564, subdivision (b)(9). He alleges that Defendants have impeded users' trust in the network and thus, the ultimate success and viability of the company. He further alleges that there is substantial grounds for concern that Defendants will engage in further disruption of the Company.

The requirements of **Code of Civil Procedure** section 564 are jurisdictional, and without a showing bringing the receiver within one of the subdivisions of that section the court's order appointing a receiver is void." (***Turner v. Super. Ct.*** (1977) 72 Cal.App.3d 804, 811.) **Code of Civil Procedure** section 564 authorizes a court to appoint a receiver under various circumstances authorized by the statute. (**Code of Civil Procedure**, § 564, subd. (a).)

Plaintiff seeks appointment of a receiver where "necessary to preserve the property or rights of any party." (**Code of Civil Procedure,** § 564, subd. (b)(9).) Plaintiff seeks the appointment of a receiver to protect the assets of Pi for the duration of this litigation. (FAC, ¶ 74.)

There is no separate cause of action for the appointment of a receiver, but such appointment is incidental to the main objects of the complaint. (***Frick v. Calmin Mortgage Corp., Ltd*** (1934) 220 Cal.746, 747-748.) "Receivership is an extraordinary remedy, to be applied with caution and only in cases of apparent necessity, and where other remedies would be inadequate." (***Rogers v. Smith*** (1946) 76 Cal.App.2d 16, 21.)

Defendants argue that Plaintiff fails to allege any conduct from the last two years which would require a receiver. They further argue that he fails to allege what property or other rights require a receiver.

In opposition, Plaintiff argues that their allegations of past injury support the appointment of a receiver. Here, Plaintiff does allege a past injury, however, it does not appear to the Court that there is a threat of injury to the property and assets of Pi that support the appointment of a receiver. (See ***Starbird v. Lane*** (1962) 203 Cal.App.2d 247, 261 ["the power to appoint a receiver for a going corporation should be exercised sparingly. It is a drastic remedy and one which should not be invoked unless there is a threatened injury to a corporation of a serious nature."].)

Accordingly, the motion to strike is GRANTED with 10 days' leave to amend.

**V. Tentative Ruling.**

The tentative ruling was duly posted and contested by both sides. Messrs. Brown and Barnes appeared for plaintiff and Mr. Nabity appeared for the defense. CSR Cara Foster # 11973 transcribed the proceedings.

Mr. Nabity reminded the Court that it considered and rejected the same arguments that plaintiff raised in this opposition to Defendants' demurrer to his first amended complaint. Plaintiff has always conceded that he "ultimately made the decision not to purchase more shares along with the Defendants" when the company offered all shareholders the opportunity to purchase shares commensurate with their ownership interest in June 2020 which in turn negated any claim of self-dealing or conflict of interest. This Court further agrees with the defendants that just because plaintiff refused to buy does not make the events unjust.

Mr. Brown referred to the case of ***Sinclair Oil Corporation v. Levien*** (Delaware 1971) 280 A.2d 717, 721-722 (and this Court took a second look at ***Jones v. H.F. Ahmanson & Co.*** (1969) 1 Cal.3d 93, 108) and agrees that these two cases may not be as applicable as this Court first thought.

This Court will adopt the tentative ruling as the final order.

**VI. Case Management.**

The parties have agreed to appear via Zoom for an Informal Discovery Conference on 25 May 2023 at 2:00 pm. The parties may submit by e-filing briefs not exceeding three pages by 22 May 2023.

**VII. Conclusion and Order.**

The demurrer to the first cause of action is OVERRULED. The motion to strike the second cause of action and the first prayer for relief is GRANTED with 10 days' leave to amend.

14 May 2023

**DATED:**

**HON. SOCRATES PETER MANOUKIAN**
*Judge of the Superior Court*
*County of Santa Clara*

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SANTA CLARA**
DOWNTOWN COURTHOUSE
191 NORTH FIRST STREET
SAN JOSÉ, CALIFORNIA 95113
CIVIL DIVISION

FILED
MAY 15 2023
Clerk of the Court
Superior Court of CA County of Santa Clara
BY ____________ DEPUTY

RE: **VINCENT MCPHILLIP vs PI COMMUNITY COMPANY et al**
Case Number: **21CV391680**

## PROOF OF SERVICE

**ORDER ON DEMURRER AND MOTION TO STRIKE PORTIONS OF THE FIRST AMENDED COMPLAINT BY DEFENDANTS DR. NICOLAS KOKKALIS AND DR. CHENGDIAO FAN** was delivered to the parties listed below the above entitled case as set forth in the sworn declaration below.

---

If you, a party represented by you, or a witness to be called on behalf of that party need an accommodation under the American with Disabilities Act, please contact the Court Administrator's office at (408) 882-2700, or use the Court's TDD line (408) 882-2690 or the Voice/TDD California Relay Service (800) 735-2922.

**DECLARATION OF SERVICE BY MAIL:** I declare that I served this notice by enclosing a true copy in a sealed envelope, addressed to each person whose name is shown below, and by depositing the envelope with postage fully prepaid, in the United States Mail at San Jose, CA on May 15, 2023. CLERK OF THE COURT, by Hientrang Tranthien, Deputy.

**cc:** Ethan Joseph Brown 11601 Wilshire Boulevard Suite 2080 Los Angeles CA 90025
Kenneth Paul Nabity Coblentz Patch Duffy & Bass LLP One Montgomery Street Suite 3000 San Francisco CA 94104-5500

# EXHIBIT 7

PiScan disclaimer — ~10,000 Core-Team wallets holding ~20 billion Pi

**Pi core team wallets**

| # | Note | Wallet Address | Balance (Pi) | Balance (USD) |
|---|---|---|---|---|
| 0 | Pi Foundation 0 | GBQQRIQK...HJI25 | 53,049,900,004.83 | $61,336,294,385.58 |
| 1 | Pi Foundation 1 | GABT7EMP...4GC5G | 15,443,531.86 | $17,855,811.54 |
| 2 | Pi Foundation 2 | GALKEOXX...SW4NM | 4,669,000,128 | $5,398,297,947.99 |
| 3 | Pi Foundation 3 | GAODAYUB...V55VT | 1,922,800.84 | $2,223,142.33 |
| 4 | Pi Foundation 4 | GC5RNDCR...I3BNJ | 444,528,862.84 | $513,964,271.22 |
| 5 | Pi Foundation 5 | GB7HLN74...CUXEV | 4,000,000,246.32 | $4,624,800,284.8 |
| 6 | Pi Foundation 6 | GBMZ7TIQ...4VZD2 | 997,999,999.99 | $1,153,887,599.99 |
| **Total** | *There are approximately 10,000 accounts labeled as belonging to the Pi Core Team that are not listed here due to the large quantity and very few transactions. Each wallet holds around 2,000,000 Pi, totaling approximately 20 billion Pi that has not been accounted for* | | **63,178,795,574.69** | **$73,047,323,443.45** |

© 2025 Piscan. All Rights Reserved.

# EXHIBIT 8

Pi Horizon ledger export — KIDS wallet operations

## Ex 08 - KIDS_operations (Horizon export).csv

```
id | paging_token | transaction_successful | source_account | type | type_i | created_at | transaction_hash | starting
60589009155395667 | 60589009155395667 | True | GABT7EMPGNCQSZM22DIYC4FNKHUVJTXITUF6Y5HNIWPU4GA7BHT4GC5G | create_accou
60589009155395668 | 60589009155395668 | True | GABT7EMPGNCQSZM22DIYC4FNKHUVJTXITUF6Y5HNIWPU4GA7BHT4GC5G | create_claim
60589009155395669 | 60589009155395669 | True | GABT7EMPGNCQSZM22DIYC4FNKHUVJTXITUF6Y5HNIWPU4GA7BHT4GC5G | create_claim
62046072515596289 | 62046072515596289 | True | GDQ4X5TMGOJQJULMEHU4RDMPITX2LDK5ZZ3JT24K43ZAB73JI6LEKIDS | claim_claima
62046106875334657 | 62046106875334657 | True | GDQ4X5TMGOJQJULMEHU4RDMPITX2LDK5ZZ3JT24K43ZAB73JI6LEKIDS | payment | 1
62046124055207937 | 62046124055207937 | True | GAOVATZV46VGMDN44RDWZHQJFX6OR54U56EURBUSBT2QNF7IXPS2AVQS | payment | 1
86733424273932289 | 86733424273932289 | True | GDQ4X5TMGOJQJULMEHU4RDMPITX2LDK5ZZ3JT24K43ZAB73JI6LEKIDS | claim_claima
86733467223633921 | 86733467223633921 | True | GDQ4X5TMGOJQJULMEHU4RDMPITX2LDK5ZZ3JT24K43ZAB73JI6LEKIDS | payment | 1
```

# EXHIBIT 9

Top Wallets on Pi Network (balance distribution / top holders)

PiScan

# Pi Account Statistics - Balance Distribution & Top Accoun ts

GBPHFQE7GFKIRTSXJVQ56TVCXH7LYLVQBCPGE22NJ3JQPBTDBWW2DURB

Explore the distribution of Pi across all accounts and view the top Pi holders.

### Pi Holder Distribution




### Distribution Categories

| Category | Balance Range | USD Value | Accounts | % of Total |
|---|---|---|---|---|
| Whales | 10.0M π+ | $14,812,000+ | 23 | 0.0002% |
| Sharks | 1.0M - 10.0M π | $1,481,200 - $14,812,000 | 9,997 | 0.0799% |
| Dolphins | 100.0K - 1.0M π | $148,120 - $1,481,200 | 300 | 0.0024% |
| Tunas | 10.0K - 100.0K π | $14,812 - $148,120 | 5,705 | 0.0456% |
| Fish | 1.0K - 10.0K π | $1,481 - $14,812 | 155,383 | 1.2423% |
| Shrimps | 100.00 - 1.0K π | $148 - $1,481 | 877,421 | 7.0152% |
| Plankton | 10.00 - 100.00 π | $15 - $148 | 1,059,844 | 8.4737% |
| Microbes | 0.00 - 10.00 π | $0 - $15 | 10,398,798 | 83.1407% |
| Total | | | 12,507,471 | |

**Top Pi Accounts**

| Rank | Account | Balance (π) | Value (USD) | % of Supply |
|---|---|---|---|---|
| #21 | GBAD3G...2ORVTH | **13,236,857** | $19,606,433 | 0.1221% |
| #22 | GAAVOA...NZBCPJ | **10,362,258** | $15,348,577 | 0.0955% |
| #23 | GDGVIL...42WXHF | **10,108,744** | $14,973,072 | 0.0932% |
| #24 | GBF4IG...EMJA74 | **4,507,001** | $6,675,770 | 0.0416% |
| #25 | GCMBUX...22BLLP | **3,496,677** | $5,179,277 | 0.0322% |
| #26 | GD6TOH...OMNQ56 | **2,000,001** | $2,962,401 | 0.0184% |
| #27 | GD6TTX...PPJ5SQ | **2,000,001** | $2,962,401 | 0.0184% |
| #28 | GD6E6O...UNSE4N | **2,000,001** | $2,962,401 | 0.0184% |
| #29 | GD6F6S...RXZVHQ | **2,000,001** | $2,962,401 | 0.0184% |
| #30 | GD6IPR...BOPF4D | **2,000,001** | $2,962,401 | 0.0184% |
| #31 | GD5UOX...YT4W2V | **2,000,001** | $2,962,401 | 0.0184% |
| #32 | GD6WOE...CS5PTC | **2,000,001** | $2,962,401 | 0.0184% |

| Rank | Account | Balance (π) | Value (USD) | % of Supply |
|---|---|---|---|---|
| #33 | GD7MWM...VGT53D | 2,000,001 | $2,962,401 | 0.0184% |
| #34 | GD7O7X...J4IVOL | 2,000,001 | $2,962,401 | 0.0184% |
| #35 | GD7VAJ...WNP4P6 | 2,000,001 | $2,962,401 | 0.0184% |
| #36 | GD7ND4...PIC5IV | 2,000,001 | $2,962,401 | 0.0184% |
| #37 | GD7PO4...CH7OPJ | 2,000,001 | $2,962,401 | 0.0184% |
| #38 | GD63YC...3VYR7N | 2,000,001 | $2,962,401 | 0.0184% |
| #39 | GD56EJ...VPOEEF | 2,000,001 | $2,962,401 | 0.0184% |
| #40 | GD6GLQ...7U2NTV | 2,000,001 | $2,962,401 | 0.0184% |

Previous 1 2 3 4 5 ... 500 Next

© 2025 Piscan. All Rights Reserved.

Terms of Service Privacy Policy Contact Us **Report Scam Wallet** Follow us on X:

| Category | Balance Range | USD Value | Accounts | % of Total |
|---|---|---|---|---|
| Whales | 10.0M π+ | $14,812,000+ | 23 | **0.0002%** |
| Sharks | 1.0M - 10.0M π | $1,481,200 - $14,812,000 | 9,997 | **0.0799%** |
| Dolphins | 100.0K - 1.0M π | $148,120 - $1,481,200 | 300 | **0.0024%** |
| Tunas | 10.0K - 100.0K π | $14,812 - $148,120 | 5,705 | **0.0456%** |
| Fish | 1.0K - 10.0K π | $1,481 - $14,812 | 155,383 | **1.2423%** |
| Shrimps | 100.00 - 1.0K π | $148 - $1,481 | 877,421 | **7.0152%** |
| Plankton | 10.00 - 100.00 π | $15 - $148 | 1,059,844 | **8.4737%** |
| Microbes | 0.00 - 10.00 π | $0 - $15 | 10,398,798 | **83.1407%** |
| [illegible] | | | [illegible] | |

**Top Pi Accounts**

| Rank | Account | Balance (π) | Value (USD) | % of Supply |
|---|---|---|---|---|
| **#41** | GD6HPG...IG6QPC | **2,000,001** | $2,962,401 | **0.0184%** |
| **#42** | GD7BS4...UTRAQ4 | **2,000,001** | $2,962,401 | **0.0184%** |
| **#43** | GD7JR5...CMVQK3 | **2,000,001** | $2,962,401 | **0.0184%** |
| **#44** | GD6XZC...JVRIJ6 | **2,000,001** | $2,962,401 | **0.0184%** |
| **#45** | GD6UQ6...WJL2ZI | **2,000,001** | $2,962,401 | **0.0184%** |
| **#46** | GD6GAI...JFKQ2K | **2,000,001** | $2,962,401 | **0.0184%** |
| **#47** | GD6G5C...W6TGWT | **2,000,001** | $2,962,401 | **0.0184%** |
| **#48** | GD53DX...4GR3RP | **2,000,001** | $2,962,401 | **0.0184%** |
| **#49** | GD6QTV...DCT4Y6 | **2,000,001** | $2,962,401 | **0.0184%** |
| **#50** | GD6KHX...HBT5E3 | **2,000,001** | $2,962,401 | **0.0184%** |
| **#51** | GD4XEZ...6PDPO7 | **2,000,001** | $2,962,401 | **0.0184%** |
| **#52** | GD5AAH...YGTC2A | **2,000,001** | $2,962,401 | **0.0184%** |

| Rank | Account | Balance (π) | Value (USD) | % of Supply |
|---|---|---|---|---|
| #53 | GD5APJ...ELDZMT | **2,000,001** | $2,962,401 | **0.0184%** |
| #54 | GD4JDW...LROD6P | **2,000,001** | $2,962,401 | **0.0184%** |
| #55 | GD5J7J...AWY3D7 | **2,000,001** | $2,962,401 | **0.0184%** |
| #56 | GD4OQ6...YWET3C | **2,000,001** | $2,962,401 | **0.0184%** |
| #57 | GD4TQK...LVM73I | **2,000,001** | $2,962,401 | **0.0184%** |
| #58 | GD5H3W...5CH2ME | **2,000,001** | $2,962,401 | **0.0184%** |
| #59 | GD5M4A...EEFIRN | **2,000,001** | $2,962,401 | **0.0184%** |
| #60 | GD4MLN...TP7B5V | **2,000,001** | $2,962,401 | **0.0184%** |

Previous 1 2 3 4 5 ... 500 Next

© 2025 Piscan. All Rights Reserved.

Terms of Service Privacy Policy Contact Us Report Scam Wallet Follow us on X:

| Category | Balance Range | USD Value | Accounts | % of Total |
|---|---|---|---|---|
| Whales | 10.0M π+ | $14,812,000+ | 23 | **0.0002%** |
| Sharks | 1.0M - 10.0M π | $1,481,200 - $14,812,000 | 9,997 | **0.0799%** |
| Dolphins | 100.0K - 1.0M π | $148,120 - $1,481,200 | 300 | **0.0024%** |
| Tunas | 10.0K - 100.0K π | $14,812 - $148,120 | 5,705 | **0.0456%** |
| Fish | 1.0K - 10.0K π | $1,481 - $14,812 | 155,383 | **1.2423%** |
| Shrimps | 100.00 - 1.0K π | $148 - $1,481 | 877,421 | **7.0152%** |
| Plankton | 10.00 - 100.00 π | $15 - $148 | 1,059,844 | **8.4737%** |
| Microbes | 0.00 - 10.00 π | $0 - $15 | 10,398,798 | **83.1407%** |
| Total | | | 12,507,471 | |

**Top Pi Accounts**

| Rank | Account | Balance (π) | Value (USD) | % of Supply |
|---|---|---|---|---|
| #81 | GDYAED...MLTXYW | **2,000,001** | $2,962,401 | **0.0184%** |
| #82 | GDYZW2...Y6HNSQ | **2,000,001** | $2,962,401 | **0.0184%** |
| #83 | GDZNUL...WLCZVW | **2,000,001** | $2,962,401 | **0.0184%** |
| #84 | GDY5UK...OYIYRE | **2,000,001** | $2,962,401 | **0.0184%** |
| #85 | GDZLCL...KOCLJM | **2,000,001** | $2,962,401 | **0.0184%** |
| #86 | GDYCO5...IEQLAJ | **2,000,001** | $2,962,401 | **0.0184%** |
| #87 | GDYJWH...6HZIFT | **2,000,001** | $2,962,401 | **0.0184%** |
| #88 | GDYADO...GWQRDK | **2,000,001** | $2,962,401 | **0.0184%** |
| #89 | GDY7KS...2AGXUH | **2,000,001** | $2,962,401 | **0.0184%** |
| #90 | GDX2WP...WUQST2 | **2,000,001** | $2,962,401 | **0.0184%** |
| #91 | GDZVEY...7SWPN3 | **2,000,001** | $2,962,401 | **0.0184%** |
| #92 | GDYRHQ...RVZL2C | **2,000,001** | $2,962,401 | **0.0184%** |

| Rank | Account | Balance (π) | Value (USD) | % of Supply |
|---|---|---|---|---|
| #93 | GDX7EU...GWSOF6 | 2,000,001 | $2,962,401 | 0.0184% |
| #94 | GDXTSN...ARK63O | 2,000,001 | $2,962,401 | 0.0184% |
| #95 | GDXLRE...JLV7A5 | 2,000,001 | $2,962,401 | 0.0184% |
| #96 | GDXCCL...7XLOY6 | 2,000,001 | $2,962,401 | 0.0184% |
| #97 | GDWAWT...FF75EP | 2,000,001 | $2,962,401 | 0.0184% |
| #98 | GDXHM2...KHXFMU | 2,000,001 | $2,962,401 | 0.0184% |
| #99 | GDWDJV...HLCAYT | 2,000,001 | $2,962,401 | 0.0184% |
| #100 | GDXZ5J...732UQ5 | 2,000,001 | $2,962,401 | 0.0184% |

Previous 1 ... 3 4 5 6 ... 500 Next

© 2025 Piscan. All Rights Reserved.

Terms of Service Privacy Policy Contact Us **Report Scam Wallet** Follow us on X:

# EXHIBIT 10

Token-theft trace: authorized 'ZEAT' wallet confirmation and the 5,137.39 Pi transfer to 'KIDS', with the onward trace to collection wallet 'V5FF'

Pi blockexplorer OPERATIONS PAYMENTS TRANSACTIONS BLOCKS TESTNET TESTNET2 MAINNET

Search by Account / Transaction / Ledger(Block)

**TRANSACTION** 1153ee3436363636897a411652355fb127f1b7fe3ee8ed7adcb45cd2e74ea562 JSON

| | |
|---|---|
| Time | 12/10/2021 01:27 |
| Fee | 0.01 Test-π |
| Block | 5039538 |
| Memo(None) | |

**OPERATIONS (1)**

| Account | Operation | Time | Json File |
|---|---|---|---|
| GCOR...TEAM | Created Account GDJC...ZEAT with balance 100 | 3 years ago | JSON |


Thu, Dec 9, 2021
Fingerprint:
Show my passphrase:
HIDE
DO NOT share your passphrase with anyone!
And do not lose it as the Pi servers do not have a copy of it and cannot help you recover it.
[redacted]
GDJCI6GIKGDUBP3HOKEPVY2
O3THA2BWVZBVRVZYNS5YXFL
UXDRNIZEAT
COPY
Privacy preferences:
Searchable by username (Recommended)
Others can search for your username @DaCovid and send you cryptocurrency.
Not searchable
Others have to manually type in your wallet address to send you cryptocurrency.
CONTINUE

12:31

← 6492.81146 π EN

**For the network's legal compliance, you need to accept this Acknowledgement to Receive Pi Tokens before you can migrate to the Mainnet.**

AND WARRANT THAT YOU HAVE THE RIGHT, POWER, AND AUTHORITY TO ACCEPT THIS ACKNOWLEDGEMENT; AND (C) ACCEPT THIS ACKNOWLEDGEMENT AND AGREE THAT YOU ARE LEGALLY BOUND BY ITS TERMS.

IF YOU DO NOT AGREE TO THESE TERMS, PLEASE SELECT THE “I DECLINE” BUTTON BELOW. IF YOU DO NOT ACCEPT THESE TERMS, YOU MAY NOT RECEIVE PI ON PI MAINNET BLOCKCHAIN.

DATE: 2022-12-22 21:23 (UTC)

**The wallet address used to sign:** GDJCI6GIKGDUBP3HOKEPVY2O3THA2BWVZBVRVZYNS5YXFLUXDRNIZEAT

**Digital signature:** KkDjjzM5JI4NOzeObZu74nli5+s2De1sGd0ao6/Mfaj9FE7nbeADJHo605TxjPL2xgzznALcX7hYsWxzqa63CQ==

20:59 87

← 6488.34064 π EN

Create a Pi Wallet Completed

2 The Pi Wallet is where you receive and store your Pi on the Pi Blockchain. Find the wallet app in the Pi Browser.

**Confirm your Pi Wallet** Completed

3 You confirmed that your Mainnet balance will be transferred to the address below.

**Your confirmed wallet address:**
GDJCI6GIKGDUBP3HOKEPVY2O3THA2BWVZBVRVZ
YNS5YXFLUXDRNIZEAT

**Commit to Lockup configuration** Completed

4 You can voluntarily commit to lock up a portion of your Transferable Balance for a boosted mining rate, effective March 14, 2022. The Lockup configuration is binding upon commitment, so the amount and duration of the Lockup cannot be changed before your first Mainnet transfer.

*Note:* Pioneers must commit to a Lockup setting to be eligible for Mainnet Migration, even if they decide not to lock up any Pi.

**Secure Your Account** Completed

5 Secure your account for KYC and Mainnet Migration.

**Submit your KYC Application** Completed

6 KYC (Identity Verification) is a prerequisite to transfer your Mobile Balance to the Mainnet blockchain.

Search by Account / Transaction / Ledger(Block)

**TRANSACTION** 1e2de7609dfa25f72116060cea98c0b216308a4ef6431d36dcf5ff0cc78f715c JSON

| | |
|---|---|
| Time | 2/16/2024 00:15 |
| Fee | 0.01 Test-π |
| Block | 15322100 |
| Memo(None) | |

**OPERATIONS (1)**

| Account | Operation | Time | Json File |
|---|---|---|---|
| GCOR...TEAM | Created Account GDQ4...KIDS with balance 100 | 2 years ago | JSON |

## ACCOUNT

JSON

| | |
|---|---|
| Public Key | GDQ4X5TMGOJQJULMEHU4RDMPITX2LDK5ZZ3JT24K43ZAB73JI6LEKIDS |
| Home Domain | |
| Subentry Count | 0 |

Balances Payments Offers Trades Effects Operations Transactions Signing Flags Data

## OPERATIONS

| Account | Operation | Transaction | Type | Time |
|---|---|---|---|---|
| GDQ4...KIDS | Pay 2569.36 π to GAMC...AGCS | 8a48b5981b6d92c43... | payment | 10 months ago |
| GDQ4...KIDS | Operation claim_claimable_balance | fb1ba555c49429da8... | claim_claimable_balance | 10 months ago |
| GAOV...AVQS | Pay 0.0000314 π to GDQ4...KIDS | 8e63d57effdfabaa6... | payment | 2 years ago |
| GDQ4...KIDS | Pay 2567 π to GBBX...V5FF | 6d9b979603e7d3658... | payment | 2 years ago |
| GDQ4...KIDS | Operation claim_claimable_balance | de3441d77a4749042... | claim_claimable_balance | 2 years ago |
| GABT...GC5G | Operation create_claimable_balance | a4034f0a4d1a0fac1... | create_claimable_balance | 2 years ago |
| GABT...GC5G | Operation create_claimable_balance | a4034f0a4d1a0fac1... | create_claimable_balance | 2 years ago |
| GABT...GC5G | Created Account GDQ4...KIDS with balance 1 | a4034f0a4d1a0fac1... | create_account | 2 years ago |

Export data as CSV

Pi blockexplorer OPERATIONS PAYMENTS TRANSACTIONS BLOCKS NODES TESTNET TESTNET2 MAINNET

Search by Account / Transaction / Ledger(Block)

**TRANSACTION** de3441d77a4749042fbcd060261a479f3eda3204bcca6e6a8281b5cad53b6895 JSON

| | |
|---|---|
| Time | 4/29/2024 06:49 |
| Fee | 0.01 π |
| Block | 14446227 |
| Memo(None) | |

**OPERATIONS (1)**

| Account | Operation | Time | Json File |
|---|---|---|---|
| GDQ4...KIDS | Operation claim_claimable_balance | 2 years ago | JSON |

## OPERATIONS

| Account | Operation | Transaction | Type | Time |
|---|---|---|---|---|
| GCIB...FL65 | Pay 0.524354 Test-π to GDQ4...KIDS | 010327a297c0d7d5b... | payment | 2 years ago |
| GCOR...TEAM | Created Account GDQ4...KIDS with balance 100 | 1e2de7609dfa25f72... | create_account | 2 years ago |

Export data as CSV

# PI NETWORK

## ACKNOWLEDGEMENT TO RECEIVE PI TOKENS

TO: Harro Moen (the "Recipient")

Receipt of PI tokens (the "Tokens") by the Recipient is subject to the accuracy of the following representations and warranties, as well as the release.

Recipient hereby represents and warrants as follows:

a. **Use of Tokens.** Recipient is acquiring the Tokens for the exclusive purpose of using the Tokens for Recipient's own account, not as a nominee or agent, and not with a view to resale, speculation, or investment, and Recipient has no present intention of selling, granting any participation in, or otherwise distributing the same and is not otherwise acting as an underwriter, dealer or other person participating in a distribution of Tokens. Recipient has no expectation of profits from acquiring the Tokens. Recipient understands that any liquidity for the Token or ability to resell the Token may be limited and that it should not be acquiring the Tokens with an expectation of reselling at a profit. Recipient understands that the Tokens are designed solely for its intended use on the Pi Network. The Tokens do not represent a right to any income stream, distribution, profit share, or other form of pecuniary reward or interest.

b. **Prohibited Participants.** Recipient is not (i) a citizen or resident of a geographic area in which use of cryptographic tokens is prohibited by applicable law, decree, regulation, treaty, or administrative act, (ii) a citizen or resident of, or located in, a geographic area that is subject to U.S. or other applicable sanctions or embargoes, (iii) an individual, or an individual employed by or associated with an entity, that is identified on the U.S. Department of Commerce's Denied Persons or Entity List, the U.S. Department of Treasury's Specially Designated Nationals or Blocked Persons Lists, the U.S. Department of State's Debarred Parties List or the sanctions lists adopted by the United Nations and the European Union to such extent such sanctions are extended by the UK Government to its Overseas Territories, as such lists may be amended from time to time. Pi Network may, in its sole discretion, reject or approve any Recipient and will, in its sole discretion, determine the jurisdictions where potential acquisitions may be made.

c. **Restrictions on Transfer.** The Tokens are not intended to be securities but there is substantial uncertainty as to the securities classification of digital assets at this time, and no offer, sale or distribution of the Tokens has been registered with the United States Securities and Exchange Commission ("SEC") or any other authority in any state or other country or jurisdiction. If the Tokens are deemed securities, they may be subject to restrictions on resale and other requirements. The Tokens may not be transferred other than in compliance with applicable law. The Recipient earned the Tokens solely through mining contributions and was not offered or sold the Tokens, directly or indirectly, by means of any form of general solicitation or general advertisement, including (i) any advertisement, article, notice or other communication published in any newspaper, magazine or similar medium or broadcast over television or radio or (ii) any seminar or other meeting whose attendees had been invited by general solicitation or general advertising.

d. **Recipient Sophistication and Access to Information.** Recipient has sufficient knowledge and understanding of cryptographic tokens, token storage mechanisms (such as token wallets), blockchain technology, and appropriate security protocols and financial and business matters to understand and appreciate the risks and implications of acquiring the Tokens. Recipient has obtained sufficient information about Pi Network and the Tokens to make an informed decision to acquire the Tokens.

e. **Compliance with Law.** Recipient's receipt and any prospective usage, sale or transfer of the Tokens complies with the applicable law in Recipient's jurisdiction, including, but not limited to, (i) legal capacity and any other threshold requirements in such jurisdiction for the receipt, usage, sale or transfer of the Tokens and entering into contracts with Company, (ii) any foreign exchange or regulatory restrictions applicable to such receipt, usage, sale or transfer and (iii) any governmental or other consents that may need to be obtained.

f. **Tax.** Recipient understands that Recipient bears sole responsibility for any taxes as a result of the matters and transactions pertaining to the Tokens, and any future acquisition, ownership, use, sale or other disposition of Tokens held by Recipient. Recipient will comply with any applicable tax obligations in its jurisdiction arising from Recipient's acquisition or use of the Tokens. Recipient understands that Recipient should consult Recipient's own tax advisor regarding implications of the treatment of the Tokens under applicable tax Law and is relying solely on Recipient's own tax advisor with respect to the tax implications of the acquisition, ownership and disposition of the Tokens.

**Release.** Recipient, on behalf of itself and its successors, assigns and other legal representatives, hereby absolutely, unconditionally and irrevocably, releases and forever discharges Pi Community Company, SocialChain Inc. and the Pi Network (together, the "Company") and each of its past, present and future affiliates, owners, members, directors, managers, officers, employees, consultants, representatives, and each of its and their successors, assigns and representatives (the "Releasees"), from any and all claims, demands, proceedings, actions, causes of action, suits, orders, obligations, contracts, agreements, executions, judgments, duties, debts and liabilities whatsoever, whether known or unknown, suspected or unsuspected, both at law and in equity, which Recipient now has, has ever had, or may hereafter have, against the Releasees arising from or related to the Tokens, including the Company's provision thereof to Recipient.

BY CLICKING ON THE "I ACCEPT" BUTTON BELOW YOU (A) ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTAND THIS ACKNOWLEDGEMENT; (B) REPRESENT AND WARRANT THAT YOU HAVE THE RIGHT, POWER, AND AUTHORITY TO ACCEPT THIS ACKNOWLEDGEMENT; AND (C) ACCEPT THIS ACKNOWLEDGEMENT AND AGREE THAT YOU ARE LEGALLY BOUND BY ITS TERMS.

IF YOU DO NOT AGREE TO THESE TERMS, PLEASE SELECT THE "I DECLINE" BUTTON BELOW. IF YOU DO NOT ACCEPT THESE TERMS, YOU MAY NOT RECEIVE PI ON PI MAINNET BLOCKCHAIN.

DATE: 2022-12-22 21:23 (UTC)

1

# Mods FAQ

⛏️ A check is performed that verifies the Pioneer has confirmed a wallet for migration that is not confirmed (Step 3) by another Pioneer.
If the Pioneer is using a wallet address that is confirmed by another Pioneer, then the transfer is blocked until the Pioneer confirms a wallet only he/she have confirmed.

⛏️ The CT is delaying the automatic migration of large balances and these balances will be transferred manually for safety reasons. There is not a timeline at the moment for when the large balance migrations will occur.

⛏️ There are additional checks prior to the mainnet transfer even after all items on the checklist are checked, including additional sanctions checks and KYC status revaluation.

⛏️ If the account's transferable balance is lower than the minimum balance required by the blockchain, migration is paused.

😬If a pioneer is identified by such checks as needing further review prior to migration, then the CT is reviewing these cases and will update their status to be consistent with the results of these additional checks or release the migrations after the review is completed.

Only Mods and Core Team can post here

My Channels My Chats Settings

1

# Mods FAQ

⛏️ A check is performed that verifies the Pioneer has confirmed a wallet for migration that is not confirmed (Step 3) by another Pioneer.
If the Pioneer is using a wallet address that is confirmed by another Pioneer, then the transfer is blocked until the Pioneer confirms a wallet only he/she have confirmed.

⛏️ The CT is delaying the automatic migration of large balances and these balances will be transferred manually for safety reasons. There is not a timeline at the moment for when the large balance migrations will occur.

⛏️ There are additional checks prior to the mainnet transfer even after all items on the checklist are checked, including additional sanctions checks and KYC status revaluation.

⛏️ If the account's transferable balance is lower than the minimum balance required by the blockchain, migration is paused.

😬If a pioneer is identified by such checks as needing further review prior to migration, then the CT is reviewing these cases and will update their status to be consistent with the results of these additional checks or release the migrations after the review is completed.

Only Mods and Core Team can post here

My Channels My Chats Settings

## OPERATIONS

Next Page

| Account | Operation | Transaction | Type | Time |
| --- | --- | --- | --- | --- |
| GBBX...V5FF | Pay 20866 π to GDAI...FZ7P | abb20e5344da07e02... | payment | 2 years ago |
| GBBX...V5FF | Pay 20000 π to GDAI...FZ7P | 6854541d8d4b7ab8b... | payment | 2 years ago |
| GBUD...IMIH | Pay 433 π to GBBX...V5FF | d211664f2d34c3258... | payment | 2 years ago |
| GCZP...G7IF | Pay 527 π to GBBX...V5FF | 72f230a894669580b... | payment | 2 years ago |
| GALU...KXYP | Pay 479.99 π to GBBX...V5FF | 7eb043d9b0916b393... | payment | 2 years ago |
| GBGI...TC7H | Pay 655 π to GBBX...V5FF | c08126032a7dc9020... | payment | 2 years ago |
| GDM5...EKW3 | Pay 1229 π to GBBX...V5FF | a813b76f129c374a3... | payment | 2 years ago |
| GBAK...LST5 | Pay 857 π to GBBX...V5FF | 5ea5c0b8a9985784a... | payment | 2 years ago |
| GDPW...RYXK | Pay 2579 π to GBBX...V5FF | e72549b23ec36c0b2... | payment | 2 years ago |
| GA7O...4IKP | Pay 1540 π to GBBX...V5FF | 8b0fe93c50bdcf20f... | payment | 2 years ago |

Export data as CSV

## OPERATIONS

Previous Page Next Page

| Account | Operation | Transaction | Type | Time |
|---|---|---|---|---|
| GAHF...GJPU | Pay 1425 π to GBBX...V5FF | 6f66691ddc746fc97... | payment | 2 years ago |
| GAWS...4V7G | Pay 1074 π to GBBX...V5FF | 50fc8012cc83c3c1a... | payment | 2 years ago |
| GBE3...KA5F | Pay 285 π to GBBX...V5FF | 72c8d864e81447b6b... | payment | 2 years ago |
| GAE3...P2QP | Pay 507 π to GBBX...V5FF | 86b1e9a66f4c3ecd9... | payment | 2 years ago |
| GDMK...KMGB | Pay 798 π to GBBX...V5FF | dc626cb7952c6f1e4... | payment | 2 years ago |
| GAZX...5BLX | Pay 444 π to GBBX...V5FF | 7b86c3eb7da4795ce... | payment | 2 years ago |
| GDLC...CAAD | Pay 223 π to GBBX...V5FF | bd961a492d2f85639... | payment | 2 years ago |
| GA7A...ODOK | Pay 197 π to GBBX...V5FF | 0249b38f28cc2e71f... | payment | 2 years ago |
| GCZ3...4QR2 | Pay 530 π to GBBX...V5FF | 4353297fd16af2f9f... | payment | 2 years ago |
| GB6D...GP2Z | Pay 979 π to GBBX...V5FF | 8d238dd1ca2eec4aa... | payment | 2 years ago |

Export data as CSV

**OPERATIONS**

Previous Page Next Page

| Account | Operation | Transaction | Type | Time |
|---|---|---|---|---|
| GAYK...6OLP | Pay 465 π to GBBX...V5FF | 295657e5a994df660... | payment | 2 years ago |
| GC3L...3RSR | Pay 270 π to GBBX...V5FF | c62cecfe1e1af3e88... | payment | 2 years ago |
| GDQ4...KIDS | Pay 2567 π to GBBX...V5FF | 6d9b979603e7d3658... | payment | 2 years ago |
| GD6K...BVQL | Pay 414 π to GBBX...V5FF | 2b1502224ea73fbb1... | payment | 2 years ago |
| GBBA...WVOJ | Pay 109 π to GBBX...V5FF | b50b72038a42aa0cd... | payment | 2 years ago |
| GDQ7...XQ4H | Pay 880 π to GBBX...V5FF | 4daada3606d2b4bbf... | payment | 2 years ago |
| GAA4...IZI3 | Pay 2009 π to GBBX...V5FF | 2b8d501b9f98c71c8... | payment | 2 years ago |
| GB3Z...L5JT | Pay 1197 π to GBBX...V5FF | 032d726831b3cd042... | payment | 2 years ago |
| GCXX...KD3Z | Pay 1109 π to GBBX...V5FF | 9ff4f4eb77d34a885... | payment | 2 years ago |
| GDFM...MPJV | Pay 512 π to GBBX...V5FF | 0e301b75d97897b2d... | payment | 2 years ago |

Export data as CSV

## OPERATIONS

Previous Page

Next Page

| Account | Operation | Transaction | Type | Time |
|---|---|---|---|---|
| GAZA...LRH4 | Pay 494 π to GBBX...V5FF | 0db60d823793bcf09... | payment | 2 years ago |
| GC4I...IZ2K | Pay 1054 π to GBBX...V5FF | fb7705452030030ae... | payment | 2 years ago |
| GDUS...2FKM | Pay 2986 π to GBBX...V5FF | be9b3294c0ffb6b15... | payment | 2 years ago |
| GCIM...BZX2 | Pay 254 π to GBBX...V5FF | abd3dc15d20ee54b1... | payment | 2 years ago |
| GAJG...PNHS | Pay 83 π to GBBX...V5FF | 1ca83386936f97415... | payment | 2 years ago |
| GCKZ...FJHH | Pay 30 π to GBBX...V5FF | af59b3d567b10158d... | payment | 2 years ago |
| GD5H...TYEE | Pay 103 π to GBBX...V5FF | 5ca033cb5440146d1... | payment | 2 years ago |
| GAZP...PBK7 | Pay 571 π to GBBX...V5FF | d657ccd3c2d986062... | payment | 2 years ago |
| GDYN...73R3 | Pay 77 π to GBBX...V5FF | 2a5fe081187e858dc... | payment | 2 years ago |
| GAGV...GK23 | Pay 35 π to GBBX...V5FF | a5966287109a7e1d3... | payment | 2 years ago |

Export data as CSV

OPERATIONS

Previous Page Next Page

| Account | Operation | Transaction | Type | Time |
|---|---|---|---|---|
| GB6R...E3ZZ | Pay 264 π to GBBX...V5FF | df382025ad142bd65... | payment | 2 years ago |
| GBKX...ZMFF | Pay 47 π to GBBX...V5FF | 648778d4951e8f06e... | payment | 2 years ago |
| GDQD...WEBB | Pay 23 π to GBBX...V5FF | 2f303bbb8d56b70b0... | payment | 2 years ago |
| GBWF...D255 | Pay 43 π to GBBX...V5FF | 77f33c97a229f21a6... | payment | 2 years ago |
| GAWN...2553 | Pay 29 π to GBBX...V5FF | 2499acc5a6689d05f... | payment | 2 years ago |
| GBFI...QZUU | Pay 50 π to GBBX...V5FF | a40f891d5d66016ef... | payment | 2 years ago |
| GA37...UYTT | Pay 135 π to GBBX...V5FF | a253292ed83cc9e61... | payment | 2 years ago |
| GAWV...EEYY | Pay 32 π to GBBX...V5FF | ba23d9c785bc93ca2... | payment | 2 years ago |
| GAKN...2A66 | Pay 100 π to GBBX...V5FF | 6932f4f24aa14ed7d... | payment | 2 years ago |
| GDSG...AI4A | Pay 306 π to GBBX...V5FF | 9cc54814f9a17a2d0... | payment | 2 years ago |

Export data as CSV

## OPERATIONS

Previous Page Next Page

| Account | Operation | Transaction | Type | Time |
|---|---|---|---|---|
| GB3F...BEOQ | Pay 275 π to GBBX...V5FF | 269f4138958c1d9af... | payment | 2 years ago |
| GBXS...AST4 | Pay 647 π to GBBX...V5FF | d5b193e619bff53a1... | payment | 2 years ago |
| GCWN...AJS5 | Pay 237 π to GBBX...V5FF | a0cc1c8b4c53ea27b... | payment | 2 years ago |
| GA2J...KW3Q | Pay 115 π to GBBX...V5FF | d2d8382d21d31ca5c... | payment | 2 years ago |
| GBPO...ZNFW | Pay 102 π to GBBX...V5FF | 40d27a03dbf14e93d... | payment | 2 years ago |
| GDUR...XLQZ | Pay 124 π to GBBX...V5FF | 448561d3200dede64... | payment | 2 years ago |
| GBZG...FWMO | Pay 111 π to GBBX...V5FF | 1697f4f1570dc68e7... | payment | 2 years ago |
| GDQZ...B2FS | Pay 125 π to GBBX...V5FF | f7c233caf33dbdf4c... | payment | 2 years ago |
| GDN5...VKD3 | Pay 145 π to GBBX...V5FF | 834e43ad518f83b04... | payment | 2 years ago |
| GAUV...JILY | Pay 136 π to GBBX...V5FF | abab5f8902ad38568... | payment | 2 years ago |

Export data as CSV

## OPERATIONS

Previous Page | Next Page

| Account | Operation | Transaction | Type | Time |
|---|---|---|---|---|
| GAD7...ZVC3 | Pay 140 π to GBBX...V5FF | 6d33bba68e8805cd8... | payment | 2 years ago |
| GDOR...SVBA | Pay 136 π to GBBX...V5FF | 4e0eb6741f74b62c6... | payment | 2 years ago |
| GABC...WDCE | Pay 1138 π to GBBX...V5FF | cb73c6992b63f956c... | payment | 2 years ago |
| GC43...YUQ4 | Pay 190 π to GBBX...V5FF | ddb4f53b8e678b7bb... | payment | 2 years ago |
| GBVH...T5GI | Pay 970 π to GBBX...V5FF | b7bdedb7c86b65de8... | payment | 2 years ago |
| GBJ2...TWI2 | Pay 132 π to GBBX...V5FF | 1df156dd7e71a8e9b... | payment | 2 years ago |
| GCS6...QFJD | Pay 684 π to GBBX...V5FF | 8e834fbafb24306ff... | payment | 2 years ago |
| GBOA...7HYX | Pay 202 π to GBBX...V5FF | d9a5f44febb20a14d... | payment | 2 years ago |
| GAZN...C3RD | Pay 1108 π to GBBX...V5FF | 4e2fcc424b7100e74... | payment | 2 years ago |
| GD3O...7BJJ | Pay 898 π to GBBX...V5FF | 3aaa5dc25ead12d67... | payment | 2 years ago |

Export data as CSV

Balances Payments Offers Trades Effects Operations Transactions Signing Flags Data

## OPERATIONS

Previous Page

| Account | Operation | Transaction | Type | Time |
|---|---|---|---|---|
| GA5Q...V5UN | Pay 260 π to GBBX...V5FF | d67bf2cc4dd56dd4c... | payment | 2 years ago |
| GBBX...V5FF | Operation claim_claimable_balance | ec60b9bf24c7b7e32... | claim_claimable_balance | 2 years ago |
| GBBX...V5FF | Operation claim_claimable_balance | 9766fb1a251a069a3... | claim_claimable_balance | 2 years ago |
| GABT...GC5G | Operation create_claimable_balance | 20f842e661b54f36c... | create_claimable_balance | 2 years ago |
| GABT...GC5G | Operation create_claimable_balance | 20f842e661b54f36c... | create_claimable_balance | 2 years ago |
| GABT...GC5G | Created Account GBBX...V5FF with balance 1 | 20f842e661b54f36c... | create_account | 2 years ago |

Export data as CSV

## Ex 10a - V5FF wallet linked to KIDS.csv

*Representative rows shown (38 of 72 total); complete native file provided separately.*

```
id | transaction_successful | source_account | type | type_i | created_at | transaction_hash | asset_type | from | to
62051595843543041 | TRUE | GBBXCCX4USSVMXYJBGGQGSZJUPKUFWR3ZILRPASSUJRVMRSS7BGWV5FF | payment | 1 | 2024-04-29T15:42:1
62051574368710657 | TRUE | GBBXCCX4USSVMXYJBGGQGSZJUPKUFWR3ZILRPASSUJRVMRSS7BGWV5FF | payment | 1 | 2024-04-29T15:41:5
62050603706097665 | TRUE | GBUDLGH6RSZ45OR5HLL3B4DJ44DMODMZRXLAZMF4S6D6K6QQYU7AIMIH | payment | 1 | 2024-04-29T15:21:5
62050320238252033 | TRUE | GCZPM3GITJARF62MUZHZKJ4VSPA6EDVQIRQAASODBBXBBBFE63EIG7IF | payment | 1 | 2024-04-29T15:16:0
62050225748971521 | TRUE | GALUDPJSNJUOSB4VXELD2HEO47IALSPCXJ25S4IJV5ATM7RXWI32KXYP | payment | 1 | 2024-04-29T15:14:0
62049899331457025 | TRUE | GBGISS6BIBBGXUYY7O4FLWPX4QPUPNWITWPUFZ7KVKHZ5NNRWYKRTC7H | payment | 1 | 2024-04-29T15:07:2
62049564324012033 | TRUE | GDM5NCW5NQTUQOEVLU6QOI3W5I6YAY4QMLLVYTL3L7D2OBN53XLGEKW3 | payment | 1 | 2024-04-29T15:00:3
62049164892049409 | TRUE | GBAKZKVKFV3E5R5BP65FDZKEJX54BSS7HOBNXWMPNEFTHHQ5RL6BLST5 | payment | 1 | 2024-04-29T14:52:3
62048941553750017 | TRUE | GDPWK5AKRIVR2RSWKJKRDBFDXUBLD2I2LMIBPY3IMZFTA7WL7UIMRYXK | payment | 1 | 2024-04-29T14:47:5
62048842769502209 | TRUE | GA7OUZGMWAP6PJFZZWIF4PISIGQMOTV4PL4EMMZWUAJGBRUR7QA34IKP | payment | 1 | 2024-04-29T14:45:5
62048774050029569 | TRUE | GAHF3RHAZVQD4RI3G6G4NPPJJFMHGRHJSSPNSZVQDFNC2DVMOM4QGJPU | payment | 1 | 2024-04-29T14:44:2
62048469107347457 | TRUE | GAWSQ74DYDBNIF26BH6JYSVN4APN4B5IUQTPLRL3J26OVHZNWXPO4V7G | payment | 1 | 2024-04-29T14:38:1
62048284423766017 | TRUE | GBE3DNHAUQ3ZLOM4EWGYFFFQALGLXM3DEIVM7EQYBPPGAABJEKI6KA5F | payment | 1 | 2024-04-29T14:34:2
62048280128786433 | TRUE | GAE3T7JMWJLOY6B2A6B2MQ4ZI4XATNCDYAQCLCOXZGFISLKZ6I5YP2QP | payment | 1 | 2024-04-29T14:34:2
62048194229444609 | TRUE | GDMKC55GNG6ZUQIMKFKBDUEY5MXX2U6LJRYWSQSLPNCQE4MGH7PKKMGB | payment | 1 | 2024-04-29T14:32:4
62047661653499905 | TRUE | GAZX3BR7LJDEQGDNELPNA2MIGN4GJHUMJV2C2DMA3PZJ5ZSEVISS5BLX | payment | 1 | 2024-04-29T14:21:5
62047567164215297 | TRUE | GDLCJGXKZ7E3GZXU3N46ZFJOJA4XX3ANVTNTGDY5E5FI3PL3EKUNCAAD | payment | 1 | 2024-04-29T14:20:0
62047562869252097 | TRUE | GA7ABWT3G767P27J3UM4PLHXMFUQMKIBJLVUPTFRA5NS3DIVXYSJODOK | payment | 1 | 2024-04-29T14:19:5
62047481264869377 | TRUE | GCZ36VNGXOUBPXMZSNJGTG5VLFGDWF3K4XA7XVFNTXJSVGOLM5WU4QR2 | payment | 1 | 2024-04-29T14:18:1
62046424702918657 | TRUE | GB6DL267A5ELZBH27XKD2ZV5WTSKSATE566NIAPXI4C43M5FSUHIGP2Z | payment | 1 | 2024-04-29T13:56:4
62046278674030593 | TRUE | GAYK2LBPYNYY63OPXEWPQ6WOFJZGDMNYVFOQ645FGBH4RPVTN24P6OLP | payment | 1 | 2024-04-29T13:53:4
62046111170306049 | TRUE | GC3L3V27W2JQEUVK27I6SDZZ65SJ3AXULGP565BDZBQZ7SJSSTUN3RSR | payment | 1 | 2024-04-29T13:50:2
62046106875334657 | TRUE | GDQ4X5TMGOJQJULMEHU4RDMPITX2LDK5ZZ3JT24K43ZAB73JI6LEKIDS | payment | 1 | 2024-04-29T13:50:1
62045896421941249 | TRUE | GD6KOLFXT3OHDVJWX76YMMRRHDLZHST7YMU6DDSRJCWDKL5DO6J5BVQL | payment | 1 | 2024-04-29T13:45:5
62045780457828353 | TRUE | GBBA4NXC7Q54KL5VKWWIX373R3ODBSPHC37JOIULFAROS24Z6SL5WVOJ | payment | 1 | 2024-04-29T13:43:3
62045780457824257 | TRUE | GDQ754DV6T52LUFIDMJUNTQO2AAWXCZ4BV3U35MO6HMY3WLSLX5CXQ4H | payment | 1 | 2024-04-29T13:43:3
62045557119524865 | TRUE | GAA4R6P5CNVYQJJIIDXSLOJE4Z37EJY7SCONW34WWPXE7HUVV25IIZI3 | payment | 1 | 2024-04-29T13:39:0
62045346666127361 | TRUE | GB3ZO4MWACJMUJHAW5YASWX4BTSGBEXDTZWO7XV2CKT5XV2I3IDVL5JT | payment | 1 | 2024-04-29T13:34:4
62045308011421697 | TRUE | GCXXDOEN3ROUXAR7E2TXB5PX4O45GG3YBX6ZWMGITRULYMGXHDT6KD3Z | payment | 1 | 2024-04-29T13:34:0
62045179162398721 | TRUE | GDFMGLDGJ2DFJBN76HL7XWMGIT72VOLVXSHZD7VM2EDC2FFTYCWCMPJV | payment | 1 | 2024-04-29T13:31:2
62045144802664449 | TRUE | GAZAYHUALZRMPXLROMVOG7IAQUMY7JVFNAEPK6B35SPE4KJ7JSLBLRH4 | payment | 1 | 2024-04-29T13:30:4
62045140507693057 | TRUE | GC4INZ4T3LZR57A75MDDQKUJOF2GJAYO4OOYYGLKH2B7W5ZKWUJCIZ2K | payment | 1 | 2024-04-29T13:30:3
62045011658674177 | TRUE | GDUSLAEFT42VCOH45IYYDR5WK4L7GAMWFNSEH35GZ4NABXI3GJTR2FKM | payment | 1 | 2024-04-29T13:28:0
62044951529132033 | TRUE | GCIMRUSV42KQAFBPISS5ZVPESLMRU6ILF7LKZOKXNUD6INHNEULJBZX2 | payment | 1 | 2024-04-29T13:26:4
62044904284499969 | TRUE | GAJGE24Q7ANFAMFLD3R6EZPZJMTANP5TP7SNIARMKF7JV7H533HOPNHS | payment | 1 | 2024-04-29T13:25:4
62044904284491777 | TRUE | GCKZA5JOVNL3YJ5NXDCVD5ZQFDKXULS45MSRGLSYVVZQG3U2TYECFJHH | payment | 1 | 2024-04-29T13:25:4
62044865629786113 | TRUE | GD5HH4NGCUB6MBAXDN26TNZWYJO7WYIUZR4JCJWU3JJ45IZOGFLZTYEE | payment | 1 | 2024-04-29T13:25:0
62044784025407489 | TRUE | GAZP2SQTLEO232MOCPG2N2EDEP7VWIH5FHNZTHXYE646SB4LURAHPBK7 | payment | 1 | 2024-04-29T13:23:1
```

# EXHIBIT 11

Pi Network Whitepaper — Token Model and Economic Model excerpts

The supply distribution will honor the original distribution principle in the March 14, 2019 Whitepaper—the Pi community has 80% and the Pi Core Team has 20% of the total circulating supply of Pi, regardless of how much circulating supply there is in the Pi Network at any given point in time. Thus, given a total max supply of 100 billion Pi, the community will eventually receive 80 billion Pi and the Core Team will eventually receive 20 billion Pi. The following pie chart depicts the overall distribution. The Core Team's allocation gets unlocked at the same pace as the community progressively mines more and more Pi and may be subject to additional lockup through a self-imposed mandate. This means that if the community has a portion of its allocation in circulation (for example, 25%), only the proportional amount in Core Team's allocation (in this example, 25%) can get unlocked at most.

The 80% of the community supply is further divided into: 65% allocated for all past and future Pioneer mining rewards, at address GBQQRIQKS7XLMWTTRM2EPMTRLPUGQJDLEKCGNDIFGTBZG4GL5CHHJI25 on the Mainnet, 10% reserved for supporting community organization and ecosystem building that will eventually be managed by a Pi Foundation, a non-profit organization in the future, at address GDPDSLFVGEPX6FJKGZXSTJCPTSKKAI4KBHBAQCCKQDXISW3S5SJ6MGMS, and 5% reserved for the liquidity pool to provide liquidity for Pioneers and developers in the Pi ecosystem at address GB7HLN74IIY6PENSHHBBJJXWV6IZQDELTBZNXXORDGTL75O4KC5CUXEV. The following table depicts the community supply distribution:

| **Community Allocations** | **Pi Community Distribution (Out of Projected 80 Billion Pi Total)** |
|---|---|
| Pre-mainnet Mining Rewards | 20 billion Pi (approx.) |
| Mainnet Mining Rewards | 45 billion Pi (approx.) |
| Liquidity Pool reserve | 5 billion Pi |
| Foundation reserve (Grants, Community events, etc.) | 10 billion Pi |

**D – Developer Reward Supply (Additional Pi minted to support ongoing development)**

Introduction
Problem
Solution
Pi Economic Model
Utility
Governance
Roadmap

Pi will fund its ongoing development with a "Developer Reward" that is minted alongside each Pi coin that is minted for mining and referrals. Traditionally, cryptocurrency protocols have minted a fixed amount of supply that is immediately placed into treasury. Because Pi's total supply is dependent on the number of members in the network, Pi progressively mints its developer reward as the network scales. The progressive minting of Pi's developer reward is meant to align the incentives of Pi's contributors with the overall health of the network.

**f is a logarithmically decreasing function – early members mine more**

While Pi seeks to avoid extreme concentrations of wealth, the network also seeks to reward earlier members and their contributions with a relatively larger share of Pi. When networks such as Pi are in their early days, they tend to provide a lower utility to participants. For example, imagine having the very first telephone in the world. It would be a great technological innovation but not extremely useful. However, as more people acquire telephones, each telephone holder gets more utility out of the network. In order to reward people that come to the network early, Pi's individual mining reward and referral rewards decrease as a function of the number of people in the network. In other words, there is a certain amount of Pi that is reserved for each "slot" in the Pi Network.

# EXHIBIT 12

Exchange listings of Dec. 29, 2022: BitMart written confirmation; exchanges promoting the PI listing; and Defendants' public denial of the listings

Gmail

H M <harromoen@gmail.com>

## Fwd: [BitMart] Re: Pi Network

1 message

**H M** <harromoen@gmail.com> Wed, Jan 28, 2026 at 10:45 AM
To: H M <harromoen@gmail.com>

---------- Forwarded message ---------
From: **jingwen.chong@bitmart.com** **(BitMart)** <support@bitmart.zendesk.com>
Date: Wed, Jan 28, 2026, 00:06
Subject: [BitMart] Re: Pi Network
To: Harromoen <harromoen@gmail.com>

##- Please type your reply above this line -##

Your request (#1369520) has been updated. To add additional comments, reply to this email or click the link below:
https://bitmart.zendesk.com/hc/requests/1369520

**jingwen.chong@bitmart.com** (BitMart)
Jan 28, 2026, 15:06 GMT+8

Dear User,

Thank you for your message.

Pi Network (PI) was listed on BitMart on December 29, 2022, and trading was enabled at that time in accordance with the project team's information and support. Trading was available for a period and was later suspended and resumed based on official announcements.

BitMart lists and supports tokens based on the project team's official disclosures and technical arrangements at the time. Any updates related to PI, including listing status, deposits, withdrawals, suspension, or resumption, were communicated through BitMart's official announcements.

Please note that BitMart is unable to verify or comment on the token details or listing activities of other platforms, as we do not have access to their information.
For questions regarding the PI token's technical structure, mainnet status, or project-related matters, we recommend contacting the Pi Network project team directly.

Thank you for your understanding.

BitMart

> Best Regards
> BitMart Support

**Harromoen**
Jan 28, 2026, 14:46 GMT+8

Hello. I am wondering if someone there can help me out in regards to some information I am trying to gather about the Pi Network listing on Bitmart on December 29, 2022. When you first listed Pi, those were real tokens sent to Bitmart by the core team correct? And they needed to be swapped out for other Pi tokens when mainnet launched because those tokens weren't connected to a blockchain? I'm just curious to know if they were legit tokens because I am taking Pi Network to court over these exchange listings and need to know if the tokens that were listed on Bitmart, Huobi and XT.COM were real Pi tokens at the time and were supplied to the exchange. There was live trading on the day it opened up until the listing was frozen correct? Is there someone I can speak to about the listing details. I just want to know what kind of listing it was and how it was traded because the price reached over $300 and I don't see that happening for an IOU token or derivative. I really need help with this because I was told they were legitimate assets a while back and then I saw the announcement to swap the old tokens for the new ones. Thank you for your time.

Harro

This email is a service from BitMart. Delivered by Zendesk

[05D71L-4LJNK]

Gmail

ThaBombDotCom <harromoen@gmail.com>

# [BitMart] Re: Pi Network token

6 messages

**rebecca.lam@bitmart.com (BitMart)** <support@bitmart.zendesk.com> Sun, Oct 6, 2024 at 12:04 PM
Reply-To: BitMart <support+id1041690@bitmart.zendesk.com>
To: Harromoen <harromoen@gmail.com>

##- Please type your reply above this line -##

Your request (#1041690) has been updated. To add additional comments, reply to this email or click the link below:
https://support.bitmart.com/hc/requests/1041690

**rebecca.lam@bitmart.com** (BitMart)
Oct 7, 2024, 03:04 GMT+8

Dear user,

Thank you for reaching out to BitMart.

BitMart, at its discretion, will go through complicated and serious audit before the listing of coin.

Please note that the trading feature of Pi Network is available.

We have yet to receive any updates of when the Pi Network deposit feature will be available.

We kindly ask you to stay tuned to our announcement space for the latest news on this matter.

Announcement space:
https://support.bitmart.com/hc/en-us
https://support.bitmart.com/hc/en-us/categories/7922665245339-Important-Announcement

Additionally, kindly note that BitMart will stop accepting new account registrations from users in United States.

United States is part of the restricted areas on BitMart.

We understand your interest in using BitMart and sincerely appreciate your support.

We apologise for any inconvenience caused.

BitMart

Rebecca | BitMart Support

*Connect with us*

---

**Harromoen**

Oct 7, 2024, 02:59 GMT+8

Hello. There has been a lot of rumors about this token since it's been listed and I wanted to verify that these are real Pi tokens, not some IOU or fake crypto like people are saying. Also, can I ask you this, in order to get listed on Bitmart, someone from the development team has to submit an application correct? Bitmart doesn't just go list tokens without the development team knowing about it? I am trying to dispell the rumors and put confidence back into the project and exchange platforms so when Pi does its official launch, people aren't apprehensive about buying Pi on Bitmart and other platforms.

---

This email is a service from BitMart. Delivered by Zendesk

[0X1VZL-42MX0]

---

**Harro** <harromoen@gmail.com> Sun, Oct 6, 2024 at 12:15 PM
To: BitMart <support+id1041690@bitmart.zendesk.com>

Thank you Rebecca. So they are real Pi tokens then? I have friends overseas that want to buy but are concerned the tokens aren't the tokens from Pi Network. I can tell them they're authentic like the rest of the tokens listed on Bitmart?
[Quoted text hidden]

---

**BitMart** <support@bitmart.zendesk.com> Sun, Oct 6, 2024 at 12:15 PM
Reply-To: BitMart <support+id1041690@bitmart.zendesk.com>
To: Harromoen <harromoen@gmail.com>

##- Please type your reply above this line -##

Your request (#1041690) has been updated. To add additional comments, reply to this email or click the link below:
https://support.bitmart.com/hc/requests/1041690

---

**Harromoen**

Oct 7, 2024, 03:15 GMT+8

Thank you Rebecca. So they are real Pi tokens then? I have friends overseas that want to buy but are concerned the tokens aren't the tokens from Pi Network. I can tell them they're authentic like the rest of the tokens listed on Bitmart?

[Quoted text hidden]

[Quoted text hidden]

---

**jingwen.chong@bitmart.com (BitMart)** <support@bitmart.zendesk.com> Sun, Oct 6, 2024 at 12:30 PM
Reply-To: BitMart <support+id1041690@bitmart.zendesk.com>
To: Harromoen <harromoen@gmail.com>

##- Please type your reply above this line -##

Your request (#1041690) has been updated. To add additional comments, reply to this email or click the link below:
https://support.bitmart.com/hc/requests/1041690

jingwen.chong@bitmart.com (BitMart)
Oct 7, 2024, 03:30 GMT+8

Dear user,

Thank you for contacting Bitmart.

Regarding your concerns, PI token only support with PI network. Our platform is still listed for PI token.

However, since the deposit feature of PI token was currently suspended. If you wish to deposit to our platform, you will need to wait for the deposit feature of PI token list again and you may deposit.

As of now, we have yet to receive any updates of when the Pi Network deposit feature will be available. We kindly ask you to stay tuned to our announcement space for the latest news on this matter.

Announcement space:
https://support.bitmart.com/hc/en-us
https://support.bitmart.com/hc/en-us/categories/7922665245339-Important-Announcement

Thank you.

BitMart

Best Regards
BitMart Support

[Quoted text hidden]

[Quoted text hidden]

---

**Harro** <harromoen@gmail.com> Sun, Oct 6, 2024 at 8:47 PM
To: BitMart <support+id1041690@bitmart.zendesk.com>

Okay thank you
[Quoted text hidden]

---

**BitMart** <support@bitmart.zendesk.com> Sun, Oct 6, 2024 at 8:46 PM
Reply-To: BitMart <support+id1041690@bitmart.zendesk.com>
To: Harromoen <harromoen@gmail.com>

##- Please type your reply above this line -##

Your request (#1041690) has been updated. To add additional comments, reply to this email or click the link below:
https://support.bitmart.com/hc/requests/1041690

**Harromoen**
Oct 7, 2024, 11:46 GMT+8

Okay thank you

[Quoted text hidden]

[Quoted text hidden]

Gmail ThaBombDotCom <harromoen@gmail.com>

**[Request received] This is a follow-up to your previous request #2022447920 "Pi Listing: Hello. I had a ..." Hello. Thank you for your response. The information was ...**
3 messages

**Support** <support@huobigroup.com> Mon, Jul 10, 2023 at 1:13 AM
Reply-To: Support <support@huobigroup.com>
To: H M <harromoen@gmail.com>

##- Please type your reply above this line -##

Dear Customer,

Your request (2022453724) has been received and is being reviewed by our support staff. If there is any additional comments, please reply to this email.

Note:
1. Huobi shall never ask you for your password or verification code of your Huobi account in any case.
2. If you have any other questions, please send an email to support@huobigroup.com or submit a ticket in Huobi website.

This email is a service from Huobi. Delivered by Zendesk

[PY357K-3V57N]

**Support** <support@huobigroup.com> Mon, Jul 10, 2023 at 1:20 AM
Reply-To: Support <support@huobigroup.com>
To: H M <harromoen@gmail.com>

##- Please type your reply above this line -##

Dear Customer,

Your request (2022453724) has been updated. You can reply this email for any additional comments, thank you!

Note: Huobi shall never ask you for your password or verification code of your Huobi account in any case.

**WBHC-Aimi** (Huobi)
10 July 2023, 16:20 GMT+8

Dear Customer,

Thank you for contacting Huobi Customer Service Center.

Sorry for the inconvenience caused to you. We have escalated your problem to the relevant support team and will reply to you if there is any new feedback.

If you have any questions or supplements, please send an email to support@huobigroup.com， You can also reply

based on this conversation, and we will answer your questions within 24 hours. Thank you for your understanding and cooperation!

Best Regards,

Huobi Customer Service Center

**H M**
10 July 2023, 16:13 GMT+8

This is a follow-up to your previous request #2022447920 "Pi Listing: Hello. I had a ..."
Hello. Thank you for your response. The information was helpful but left a couple questions unanswered. When you list a token, does it have to be authorized by someone from that tokens development team or do exchanges usually list tokens on their own discretion? Also, the Pi listing on your exchange, is that active? I notice fluctuations in price, does that mean Pi can be traded still or no? Thank you for your time.

[Quoted text hidden]

---

**Support** <support@huobigroup.com> Mon, Jul 10, 2023 at 2:31 AM
Reply-To: Support <support@huobigroup.com>
To: H M <harromoen@gmail.com>

##- Please type your reply above this line -##

Dear Customer,

Your request (2022453724) has been updated. You can reply this email for any additional comments, thank you!

Note: Huobi shall never ask you for your password or verification code of your Huobi account in any case.

**WBH-Arthur** (Huobi)
10 July 2023, 17:31 GMT+8

Dear Customer,

Thank you for contacting Huobi Customer Service Center.

This e-mail is in response to your below questions:

Hello, regarding the question you inquired about; The currency of a project is determined by the project party after contacting us and undergoing evaluation and review; Currently, pi supports spot trading; But the recharge and withdrawal of coins have been suspended. Please refer to the announcement for the specific resumption time. Thank you for your understanding and support!

If there is any other questions, please feel free to reply us, or mail to support@huobigroup.com, we will reply you within 24 hours. There will be a Customer Satisfaction Survey sent to you later for my service, I would highly appreciate it if you could take a few minutes to complete it, thank you!

*Huobi Flexible:Subscribe to BETH Flexible   Earn up to 10.0% APY*   *Subscribe now*

Best Regards,

Huobi Customer Service Center

---

**WBHC-Aimi** (Huobi)
10 July 2023, 16:20 GMT+8

Dear Customer,

Thank you for contacting Huobi Customer Service Center.

Sorry for the inconvenience caused to you. We have escalated your problem to the relevant support team and will reply to you if there is any new feedback.

If you have any questions or supplements, please send an email to support@huobigroup.com，You can also reply based on this conversation, and we will answer your questions within 24 hours. Thank you for your understanding and cooperation!

Best Regards,

Huobi Customer Service Center

---

**H M**
10 July 2023, 16:13 GMT+8

This is a follow-up to your previous request #2022447920 "Pi Listing: Hello. I had a ..."
Hello. Thank you for your response. The information was helpful but left a couple questions unanswered. When you list a token, does it have to be authorized by someone from that tokens development team or do exchanges usually list tokens on their own discretion? Also, the Pi listing on your exchange, is that active? I notice fluctuations in price, does that mean Pi can be traded still or no? Thank you for your time.

[Quoted text hidden]

01:36 87

btcc.com

BTCC APP
Trade anytime, anywhere

BTCC NEWS

# Pi Coin Listed on Huobi: Everything You Need to Know

By: C, Fiona 2023/01/04

The completely environmentally friendly cryptocurrency Pi Coin was just added to the Huobi exchange. The social cryptocurrency exchange XT.com has also decided to include the PI/USDT trading pair in the innovation area of the exchange.

However, neither market has disclosed information about how deposits and withdrawals are handled. But I still don't understand Pi Coin. When did it first appear, and what has been the general price movement for it? Okay, so let's break this down into its component parts.

Deposit to earn rewards
Sign up and deposit to receive up to 10,055 USDT in bonuses. Exclusive for new users only.
Get it now

01:36 87

btcc.com

BTCC APP
Trade anytime, anywhere

BTCC NEWS

announced the listing of the Pi Network token and revealed that spot trading for Pi would commence at 09:00 (UTC) on December 29th. According to Huobi's release, the only pair that may be traded is PI/USDT.

XT.com, another social cryptocurrency exchange, has also announced that it will list the PI/USDT trading pair, with trading commencing at 3:00 (UTC) on December 29.

The Pi Network team was not overjoyed by the news of their token being listed on exchanges, despite this usually being positive for the token and the main project. As a matter of fact, three distinct but connected Twitter accounts on the network recently sent messages warning users against trading PI tokens.

And Pi News, the network's news service,

Deposit to earn rewards
Sign up and deposit to receive up to 10,055 USDT in bonuses.
Exclusive for new users only.
Get it now

Announcement

Enter your question here. Search

Home > Announcement > > HTX to Open Trading for Pi (Pi Network) at 09:00 (UTC) on December 29

Important Announcements | Latest Activities | General | Spot & Margin User Guide | Buy/Sell Crypto with Fiat | HTX Futures | HTX Ea

# HTX to Open Trading for Pi (Pi Network) at 09:00 (UTC) on December 29

2022/12/29 01:28 Latest News New Coin Listing Translate

PI/USDT 39.084617 +0.05%

Dear HTX Users,

HTX will be opening Pi (Pi Network) spot trading (PI/USDT ) at 09:00 (UTC) on December 29.

HTX will follow up closely with Pi Network's updates regarding the upcoming mainnet launch. Once the main network is upgraded successfully, HTX will open Pi for deposit and withdrawals.

About Pi Network:

Pi Network is a novel cryptocurrency and developer platform that allows mobile users to mine Pi tokens without draining the device's battery. Pi's blockchain secures not only economic transactions via a mobile meritocracy system but also a full Web 3.0 experience where community developers can build decentralized applications (dApps) for millions of users.

Website: https://minepi.com

Articles

HTX's "Earn with Pending Orders" Debuts: Post BTC Orders and Split 25.7...

Super Wednesdays #12: A Weeklong Summer Referral Carnival! Refer Friend...

Trade to share 4,000 USDT! HTX to Launch BLAST Trading Contest on Jun...

[New Listings on HTX Earn] Subscribe to Flexible Products for NADA、IO、BEE...

HTX to Support MTL(METAL) Rebranding to MTLOLD(METAL)

Help Center

BitMart ▸ Spot & Margin Trading ▸ New Listings

How can we help?

Search help articles

# BitMart will list Pi Network (PI)

Follow

Dear BitMart Users,

BitMart will list Pi Network(PI) on our digital assets platform December 31, 2022. The following trading pair will be available: PI/USDT. Please note the important dates for key features below:

- Deposit feature: TBD
- Trade feature: 12/31/2022 10:00 AM (UTC)
- Withdrawal feature: TBD




- Fees
- About PI

Attention: Use of BitMart services is entirely at your own risk. The value of digital currencies can go up or down and there can be a substantial risk in buying, selling, holding, or trading digital currencies. You should carefully consider whether trading or holding digital currencies is suitable for you based on your personal investment objectives, financial circumstances, and risk tolerance.

**Please note: United States users are not supported for trading PI.**

BitMart Team

Dec 30, 2022

Download BitMart App to trade anytime, anywhere: https://www.bitmart.com/app/en

Join us and get updated on:

- Twitter: https://twitter.com/BitMartExchange
- BitMart Research: https://twitter.com/BitMartResearch
- Facebook: https://www.facebook.com/bitmartexchange/
- Telegram (24/7 customer service): https://t.me/BitMartExchange
- Telegram - Asia: https://t.me/BitMartExchange_Asia
- Instagram:https://www.instagram.com/bitmart_exchange_support_/?hl=en
- Discord: https://discord.gg/bitmart

Was this article helpful?

Yes No

249 out of 291 found this helpful

Have more questions? Submit a request

Related articles

How to Deposit?

How to Withdraw?

[Primary Listing] BitMart Will List IO.NET (IO)

BitMart Will List DADDY TATE (DADDY)

3 Things You Must Know About 100x Leverage

Recently viewed articles

Get Listed on BitMart

Pi Network (PI)

HistoryDAO (HAO)

## Comments

0 comments

Article is closed for comments.

Articles in this section

[Primary Listing] BitMart Will List SPX6900 (SPX) 10-4-2024

BitMart Adds LEVER, MBL, AERGO, FIDA, HARD, CATI on Isolated Margin

BitMart Adds HMSTR on Isolated Margin

[Primary Listing] BitMart Will List Melo (MELO)-10-4-2024

BitMart Will List Covalent X Token (CXT)-2024-10-01

BitMart Will List LUMOS (LUMOS) - 2024/10/08

[Primary Listing] BitMart Will List BIRDSPING (PING) - 2024/10/10

[Primary Listing] BitMart Will List EigenLayer(EIGEN)-2024-10-01

BitMart Will Relist Axelar(AXL)-2024-09-30

[Primary Listing] BitMart Will List Repost Dog(RDOG)-2024-09-30

See all 3084 articles

Back to website

# XT.COM Announcement on Launching PI(Pi Network)

XT-Service

2 years ago · Updated

Dear XTers,

We are honored to announce that PI(Pi Network) will be listed on XT.COM. PI/USDT trading pair will be opened in Innovation Zone(Hot Coin). Please take note of the following go-live schedule:

- **Deposit:** To Be Determined
- **Trading:** 03: 00 on December 29, 2022 (UTC)
- **Withdrawal:** To Be Determined

**[Token PI]**

Pi — Cryptocurrency for everyday people fueling the world's most inclusive peer-to-peer economy. Download our app to start mining Pi today.

Website:https://minepi.com/

Blockchain Browser:https://minepi.com/blockexplorer/

Whitepaper Link:https://pinetwork-official.medium.com/pi-whitepaper-chapters-mainnet-token-model-mining-and-roadmap-19f4a6774e71

**Risk warning:**

1. PI is a newly-listed token and its initial price may suffer huge fluctuations, causing partial or total losses. Before trading, please have a full understanding of all the risks in investing in digital assets and be prudent in your own decisions.
2. All information displayed on XT.COM does not constitute investment advice. XT.COM does not take responsibility for any direct or indirect losses resulted. XT.COM does not assume responsibility for guarantees or compensation for depositing or locking positions.

Thank you for your support!
XT.COM Team
December 28, 2022

Trade on the go with XT.COM 's mobile crypto trading app:

https://www.xt.com/app

Find us on

Telegram: https://t.me/XTsupport_EN

Twitter: https://twitter.com/XTexchange

Facebook: https://www.facebook.com/XT.comexchange

*XT.COM reserves the right, at its discretion, to change, modify, or remove portions of the announcement at any time by posting the amended version on the website.*

---

Was this article helpful?

Yes No

Case 5:25-cv-09145-NC Document 64-1 Filed 08/06/25 Page 138 of 223
PageID #: 1132

236 out of 269 found this helpful

Have more questions? Submit a request

Return to top

## Related articles

XT.COM Announcement on the Upcoming Listing of PI(Pi Network)

XT Exchange Launches ETH 2.0 One Click Stake Function

Reward Distribution of "Will BTC Hit $20,000?" Predication Contest

How to Deposit Cryptos to Your XT Account (WEB & APP)?

XT.COM Announcement on the Completion of Wallet Upgrade and Maintenance

Announcement Center

# HTX Pi Network: The Mobile-First Crypto Revolutionizing Mining and Trading

NEWS PROVIDED BY
**HTX →**
Jan 18, 2024, 09:10 ET

SINGAPORE, Jan. 18, 2024 /PRNewswire/ -- In collaboration with Pi Network, **HTX Exchange** aims to provide our users with unparalleled opportunities in the evolving realm of decentralized finance. As a leading platform committed to empowering our community, we are excited to share how Pi Network is shaping the future of mining and trading, making cryptocurrency accessible to everyone.

**Pi Network** is a mobile-first cryptocurrency that is revolutionizing the way mining and trading are done. With its unique approach, Pi Network is making it easier for anyone to get involved in the world of crypto.

Pi Network stands out as a mobile-first cryptocurrency that is transforming the landscape of mining and trading. With its innovative approach, Pi Network is simplifying the entry for individuals into the realm of crypto, providing an accessible avenue for participation.




The Pi Network is a unique cryptocurrency that allows users to mine Pi Coins with their phones and reach a consensus with other Pi nodes. With a current user base of **35 million**, **Pi Coin'**s mobile-first approach may benefit it in the future.

Pi Network is a mobile-based network that allows anyone to mine cryptocurrency on their phone without sacrificing battery life. The Pi utility token will enable the protocol's goal of creating the most inclusive peer-to-peer marketplace ever created. Meanwhile, users seeking a reliable crypto exchange may explore platforms like **HTX crypto exchange** for seamless transactions.

The Pi project has caught the interest of regular users, with a current user base of around 35 million people. However, Pi coin estimates are difficult, and only time will tell about its potential future value. For those interested in tracking **BTC price**, platforms like HTX crypto exchange offer authoritative information on Bitcoin markets.

As a mobile-oriented digital currency project that enables users to mine Pi Coins on their smartphones without compromising battery performance. Pi network aims to restore people's financial power and create an inclusive P2P marketplace through smart contracts. Pi Coin's future value is uncertain, but it may rise after its listing on cryptocurrency exchanges. Pi's price prediction for 2023-2027 is based on market trends and the potential for hype and adoption by businesses.

Pi Coin, a new digital currency initiative, may follow the same trends as other altcoins with a potential rally shortly after its listing and a rise in price during market booms. The goal of the Pi Network is to democratize cryptocurrency access, making it available to a broad user base and empowering individuals to mine cryptocurrency on their mobile devices without compromising battery life. The Pi coin's future value is uncertain, but it may benefit from general hype for crypto and potential adoption by businesses.

Pi Coin's mobile-first approach may benefit it in the future as the digital world is shifting towards using tablets and smartphones. The Pi utility token, facilitating the protocol's aim of establishing the most inclusive peer-to-peer (P2P) marketplace ever created, positions Pi Network for the potential to emerge as one of **the leading digital coins**.

Summary:

The Pi Network token, launched in 2019, has already gained a user base of 35 million. Users can mine Pi Coins with their phones and sell them once they are released. Its mobile-first approach may benefit it in the future. Meanwhile, for users actively engaged in the crypto market, platforms like **HTX crypto exchange** provide a comprehensive solution for trading and staying updated on BTC prices.

Stay tuned as we unravel the transformative features and unique advantages that Pi Network brings to the table, marking a new era in peer-to-peer transactions and inclusive digital finance. The journey begins now, and HTX Exchange is your gateway to the exciting universe of Pi Network.

SOURCE HTX

21%
more press release views with Amplify™
Request a Demo

X

Home

Explore

20+ Notifications

Messages

Grok

Premium

Bookmarks

Communities

Articles

Profile

More

Post

TheCrazySchnauz
@TheCrzySchnauzr

← **Post**

December 29, 2022

Pi Network is aware of reports that several unauthorized third party exchanges, and potential unknown third parties, are seeking to list Pi or tokens purporting to be Pi, or some purported derivative of Pi, without the consent, authority or involvement of Pi Network.

It is important to reiterate that **Pi is currently in the Enclosed Network and is not approved by Pi Network for listing on any exchange or for trading, and Pi Network was not involved with any of these purported postings or listings.**

Currently, Pi Network recommends to all Pioneers and potential Pi users not to engage with any of these exchanges or third party actors as their actions are not affiliated with Pi Network, and could result in substantial loss or damage to Pi users. **Pi Network is also requesting these posts and exchange listings removed,** and evaluating additional actions with respect to the third parties and exchanges. In the interim, it is important to reiterate that the transaction of Pi through an exchange is explicitly prohibited during the Enclosed Mainnet period, and doing so would be a violation of Pi's policies.

The unique innovative design of Pi's Enclosed Network period is a strategic choice to build a network of true substance and utilities with the best interest of the network, the community and individual Pioneers in mind. The current Enclosed Network period of Mainnet allows Pi Network to focus on two priorities: mass KYC/migration and ecosystem utilities-building. Both are essential steps towards our ultimate objective of building a viable ecosystem to get ready for Open Mainnet.

Search

today.

**Live on X**

**Alex Jones** is hosting
**Watch The Debate LIVE Here! Trump Is Walking Into A Trap! Alex Jones to Expose CNN's Dirty Tricks Before They Happen & LIVE During the ...** +31.8K

**Benny Johnson** is hosting
**Let's Get READY To RUMBLE! Trump to Take On Drugged-Up Joe LIVE, DNC PANIC at LANDSLIDE Trump Poll 🚨** +20K

**NEWSMAX** is hosting
**NEWSMAX2 LIVE on Twitter | SCOTUS Decisions, Pre-Debate Coverage** +4.3K

**Real America's Voice (RAV)** is hosting
**THE CHARLIE KIRK SHOW** +464

**Explore** Beta

**Pi2Day 2024: Pi Network Anticipates Mainnet Launch**
Trending now · Cryptocurrency

**Biden vs. Trump: Historic Presidential Showdown**
10 hours ago · Politics

# EXHIBIT 13

Public exchange price records — Pi Network trading chart, a public comment on a million-dollar buy order at launch, and a screenshot of Plaintiff's total Pi accumulated and its value after the token listings on December 29, 2022

crypto.com PRICE Coins NFT DeFi GameFi Resources Search

All Prices > Pi Price

# Pi PI

Share Download

## $0.604 USD -98.03% (ALL)

0.000005735 BTC -1.20% (24H)

Pi Price Chart (USD)

1H 24H 7D 1M 3M 6M 1Y ALL




| Market Cap (USD) | 24H VOLUME (USD) | Circulating Supply | Max Supply | Total Supply |
|---|---|---|---|---|
| N/A | $3.93 M | N/A | N/A | 68 M PI |


PI/USDT
Markets
Comments
News
Articles
Info
122.06
≈122.00 USD +70.09%
Hot
24h High
122.002586
24h Vol(PI)
4.00k
24h Low
53.79
24h Amt(USDT)
295k
15m
1h
4h
1d
1w
More
MA5:118.942701
MA10:97.633454
MA30:79.655055
122.002586
122.000000
107.352647
92.702709
78.052771
63.402833
63.402833
03:30
03-12 05:15
03-12 07:15
03-12 09:15
03-12 11:15
VOL:14.5891
MA5:163.54
MA10:100.76
375.77
MA
EMA
BOLL
VOL
MACD
KDJ
RSI
WR
24H
+70.09%
7D
+238.61%
14D
+255.63%
30D
+299.32%
60D
+321.48%
1Y
+216.31%
Open orders
Depth
Filled
Data Analysis

10:16 41

PI
Pi Network

Please note that the mainnet... **Show More** ×

**Price Chart** | Exchanges | Portfolio | Info | New

# $77.02 ▲42.6%

⇄ ₿0.00110295 ▲47.7%

| 1.00 | PI | 77.02 | USD |
|---|---|---|---|




1H **24H** 7D 1M 3M 1Y MAX Price

| 24H | 7D | 14D | 30D | 60D | 1Y |
|---|---|---|---|---|---|
| ▲42.6% | ▲126.1% | ▲122.6% | ▲5,797% | ▲146.5% | ▲94.1% |

| | |
|---|---|
| Market Cap Rank | - |
| Market Cap ⓘ | $0.00 |
| Fully Diluted Valuation ⓘ | N/A |


08:34
70
Pi Network (PI)
Please note that the mai... Show More
Price Chart
Exchanges
Portfolio
Info
$45.19
29.0%
Ƀ0.00271597
28.7%
1.00
PI
49.59
USD
$45.00
$40.00
$35.00
$30.00
06:00
24H
7D
1M
3M
1Y
MAX
Price
24H
7D
14D
30D
60D
1Y
41.5%
-
-
-
-
-
Crypto.com App
Join 50M+ users buying and selling
250+ tokens at true cost
crypto.com
Install
Sponsored


17:16
5G 38
My Portfolio
Watchlist Mode
Portfolio Mode
My Portfolio
$734,975
24H change
+$376,990 (105.31%)
Total Profit/Loss
+$734,934 (1774499.33%)
USD / BTC
24H
HOLDINGS
COIN
PRICE
24H
HOLDINGS
PI
$118.90
101.1%
$734,766
6,180 PI
BTC
$71,471.18
1.1%
$155.22
0.002172 BTC
AVAX
$55.11
13.4%
$39.21
0.711553 AVAX
WSM
$0.01353606
11.5%
$14.01
1,034.777 WSM
ETH
$3,984.31
2.5%
$0.00
0 ETH
XRP
$0.689298
4.9%
$0.00
0 XRP
ADA
$0.749066
3.1%
$0.00
0 ADA
Ad
SHOOT
Market
Portfolio
Search
Explore
More

08:59

pi-blockexplorer.com

English

1 Comment

1 Login ▼

Join the discussion…

LOG IN WITH

OR SIGN UP WITH DISQUS ?

Name

♡ 4 • Share

Newest Oldest

pi-blockexplorer
6 months ago

someone puted 1 million dollar buy order at on huobi, what is happening with pi guys,definetly something yes

Reply • Share ›

Subscribe Privacy DISQUS

Do Not Sell My Data

# EXHIBIT 14

A small sample of online posts from Pi users who had their tokens migrated to the wrong wallet — an illustrative sampling only, not an exhaustive collection

**Pi Network's Post**

View all 45 replies

**Syed Suleman Shah**
its a weird thought but I'll say it anyway, Ferrari is expensive because its limited in numbers and few people own it, if pi is with common people and everyone can mine it. I doubt that its value will increase anytime soon.

47w Like Reply 10

View all 4 replies

Top fan
**Austine Chelsy Ikpehai**
Please any help? They said they sent my pi to that wallet there but that is not my wallet address, the wallet there is different from my wallet address, please help


Migrate to Mainnet

Congratulations, you have been added to the automatic migration queue!

Your transferable balance will be migrated into your wallet on the Mainnet blockchain. After the transfer to the Mainnet, there will be a 14-day pending period. The unlocked portion will be free to use immediately after the 14-day pending period, while the locked portion will be transferable only after the expiration of your selected Lockup duration.

Status: Complete

Your initial Migration to Mainnet is complete. 2623.2657801π was sent to the wallet GDGWKRRI4NE AZTLEVHWC4Q[redacted]

47w Like Reply 15

View all 32 replies

**Kia Kia**
I hope for you CT to fix the market price on the stock exchange, it's a shame that we have been mining for 6 years but the price that appears is only under 1$

47w Like Reply 8

View all 7 replies

**Debashis Dohutia**
Let's say some one have 100/200 coins and at its current value of 0.6 if he/she is going to use the utilities all his coins will be used for just a transaction or two. To use the

Write a comment...

## Pi Network's Post

**Decorator Hamed**
Why should I mine Pi for years while others can easily buy it from exchanges or CEX? Why go through the hassle of KYC when others can just purchase Pi with money? Has the Pioneer lost their value in front of the PCT?

47w Like Reply 7

View all 8 replies

**BT Pika**
Congratulations to the entire Pi Network community. A significant historical milestone. We are very excited about the upcoming 100 dapps. The future of Pi is bright and the journey is long, with the pinnacle of Web3 ahead. Let's ignore the noise from the outside. Exchanges are just a form of gambling and serve to purify the true Pioneer community.

47w Like Reply 63

View all 4 replies

**Lucas Puzzle**
I have completed the KYC since 2022 and until now I haven't received my migrated Pi in my wallet. I only created one Pi wallet, saved the passphrase in my phone since 2022. But when I checked the mainnet checklist today, I noticed that it was sent to a different wallet address. How to solve this?

47w Like Reply

View all 3 replies

**Migmar Dorji**
I believe pi will pump soon which surprise whole world

47w Like Reply 14

View all 11 replies

Top fan
**Kon Georgas**
Sooo, now what. What exchanges and why is most of my coins locked as I have been mining for a very long time, like 5 years.

47w Like Reply

Write a comment...

## Pi Network's Post

We are facing KYC issues

47w Like Reply 3

View all 2 replies

**Bro Timothy Moses**
Concern: Reversal of KYC Status and Migration Issue

Dear Pi Core Team,

I'm writing to express my frustration regarding the reversal of my KYC (Know Your Customer) status and the subsequent migration issue. Despite initially passing the KYC process, my status was suddenly changed back to "Tentative Approval."

Furthermore, I was asked to provide my Pi username and URL to facilitate the migration of my Pi coins to my wallet. However, after submitting the required information, my coins were not migrated. Instead, my KYC status remains stuck at "Tentative Approval."

I've attempted to resolve this issue through the portal and via email, but unfortunately, the Pi Core Team has not responded to my complaints. Meanwhile, others are successfully migrating their coins and rejoicing, while I'm left in limbo.

My Pi username is @timothym2020. I urge you to look into this matter and provide a timely resolution to rectify the KYC status and migrate my Pi coins.

Thank you for your attention to this matter. **#PiNetwork #picoreteam**

47w Like Reply Edited 3

View all 2 replies

**Muhammed Nezir Yıldız**
I have been using the pi application for 5 years, I tried to access my wallet with the password and 24 words given to me. Another wallet appeared. I cannot access the wallet to which the pi's were transferred with the password and 24 words of my old wallet. There are 3 and 9 wallets on the mainnet.

46w Like Reply 2

View all 4 replies

**Drezz Dressler**
I suppose I'm not really understanding the point and the hype from the Pi inside

Write a comment...

**Pi Network's Post**

thing going to have any value going forward........Please someone enlighten me......

47w Like Reply Edited 4

View all 3 replies

Mohammad Sardari
When will I become rich? When can I sell my pi?

47w Like Reply

View all 3 replies

Top fan
HakanGamze Çapraz
This may be due to the inadequacy of the PI network administrators, I did not share the reminder series with anyone, I did not enter any links, one day I entered the wallet and my account was reset.

47w Like Reply 3

View all 4 replies

Ubaidullah Samejo
Dear pi team please help my wallet address showe different and check list showe different please help Wallet not open old wallet adress my pi in old wallet ?

47w Like Reply

Chinyere Ezeofor Raphaelpaul
Pls for over a month now if not more than, I've been finding it difficult to access my pi wallet either with my pass phrase or my fingerprint. This fingerprint opens other apps in my phone except for Pi. Pls I've explored all within my reach yet it has remained inaccessible. Note I've successfully completed my KYC verification. And I have been accessing the wallet before now. Pls I need help. Thanks in anticipation of your help.

44w Like Reply

Harri Subiantara
Special thanks for Nicolas Kokkalis n C. Fan with core team all moderator and all Pioneer Pi network...good job barakallah

47w Like Reply 2

Write a comment...

Pi Network's Post

47w Like Reply Edited 33

View all 19 replies

Mark Spitz
my original pi account was accidently replaced by a new reset one. please advise how to recover my account using phrase password or public key wallet address. thx

47w Like Reply

View all 2 replies

Funmilayo Rasaq
I lost my passphrase and decide to create new wallet before the migration of pi and KYC but I noticed the wallet on my KYC is different from the wallet I do see after unlocking my wallet with my fingerprint...how did pi programme their system in such a way

47w Like Reply

View 1 reply

Võ Hiền Phi
I have been temporarily kyc (orange) for 2 years for nearly 3 years and has been green and has been converted to a state that needs to be added how to supplement my kyc information.

47w Like Reply 10

View all 18 replies

Sampath H Dewage
Why cant we see Pi coin in Binance, yet?

47w Like Reply

View all 2 replies

Mwangi Muthinja
Congratulations to all Pioneers who never faded. We did it!

47w Like Reply 47

View all 14 replies

Write a comment...

**Pi Network's Post**

and securing my account. I have not received any updates or the option to resubmit.
Please help me resolve this issue so I can migrate to Mainnet. Thank you!

46w Like Reply

**Ramesh Giri**
Dear Pi Network Support Team,
I hope this message finds you well. I am reaching out regarding a recent transaction on my Pi Wallet that I am concerned about. Below are the details of the situation:
* My Pi Wallet address:
GAAZ4BMVKUCWG63GKVC4BJ65RW6R5RID7VCPIYIAMTPVHLBJTL3F357E
* The recipient wallet address:
GBIR2JQKOKFQXZIDECLZBLMCFJRKT6I7JYDY7T352SUAOEAQ2DHCD6JH
* Transaction Amount: 2245 Pi
* Transaction Timestamp: July 29, 2024, 22:37 (UTC)
I recently transferred my Pi balance to the Mainnet, and I had also applied a lockup period for some of my Pi. However, I noticed that the balance in my Pi Wallet seems to be lower than expected, and I am unable to find my 2245 Pi in my wallet. Upon further investigation, I discovered that the transaction details show that the 2245 Pi was sent to the above-mentioned recipient address.
I am uncertain if this transaction was intentional or if I mistakenly transferred my Pi to the wrong address. Unfortunately, I do not recognize the recipient address and have no prior transactions with this wallet.
I kindly request your assistance in verifying the following:
1. If there was any error or issue with the transaction or migration process that might have caused my Pi to be sent to the wrong address.
2. Guidance on what steps I can take to investigate further or potentially recover the transferred Pi.
I understand that blockchain transactions are irreversible, but I would appreciate any insights or assistance you can provide regarding this situation.
Thank you for your time and support. I look forward to hearing from you.
Best regards,�Ramesh Giri

46w Like Reply 2

**حمزه علي**
We have a problem with KYC. Please clarify the solutions to problems and errors so that days of effort are not wasted I have a problem with the name and I cannot change it. I want a solution to my problem

Write a comment...

Pi Network

Intro

An inclusive peer-to-

Page · Interest

minepi.com

98% recommend (10,242 Revi

Photos

## Pi Network's Post

If gcv is fake why not condem to them. But may be all public is fools now. We see every day with more strees. What will happen.

47w Like Reply

View 1 reply

**Hansoo Kim**
Korea's ecosystem is beginning to collapse But I think it's the first ordeal of pi I express my gratitude and respect to the pi team for paving the way for everyone to smile in the distant future.

47w Like Reply

Top fan
**Êban Livea**
there are so many accounts that haven't migrated yet. but have completed kyc.....why are we losing our pi when the people in our mining pool haven't migrated yet?

46w Like Reply

Top fan
**Jenya Malona**
Please tell me, the tokens were just unlocked and sent to some address from my wallet that I didn't specify.

47w Like Reply

**Lelit Cataquez Tautoan**
I can't access my pi account even I try recovery log in using my Facebook...my pi account is completed including kyc ...but I lost my phone and numbers and I try to retrieve right now but sad to say...I can't access it

46w Like Reply

**Muhammad Asif**
plz guide me about phone number verify issue

47w Like Reply

**Youssef Elsayed**
What will be the situation after the open network is completely confusing and there is no clear information yet!!

Write a comment...

omments 815 share

urned when people
future price to look

that Pi trading pairs
... See more

cy · Consumer Health Privacy · Terms

Network

An inclusive peer-to-

Interest

i.com

ecommend (10,242 Revi

**Pi Network's Post**

46w Like Reply

View all 2 replies

Top fan
**Hamed Moghaddaszadehardabili**
Pi is the token of the future. Pi should expand humanity. We support Pi. I thank those involved in Pi, especially Mr. Nicholas and Ms. Doctor. The Pi community is expanding and progressing, and smart people are buying Pi. Because Pi is the token of the future and a more ethical brother of Bitcoin.

44w Like Reply

Top fan
**Flora-J Diary**
The pi address on my mainnet checklist is different from the pi address on my pi wallet... Pls how do I correct it... Cos I haven't seen my migrated PI coin... Pls help out

45w Like Reply

Top fan
**Seb Nasser**
Wallet adress in step 3 is not the same in step 9

47w Like Reply 2

View 1 reply

Top fan
**David Hakhnazarian**
My referral team have passed KYC but I get a message from my circle that they have not registered with profile app, I've been asking about this for three four months now and no one has got back to me and no one can answer me why if kyc has been passed why are they getting a message that have not registered we profile app and also how do they do it if they've already completed kyc, I bet there's no one out there that can help me with this problem

45w Like Reply

Top fan
**Fidelis Anya**
I noticed anomaly in my wallet. I noticed a new wallet which I didn't create assigned to me with none of the pis I have mined which were already migrated to the old wallet I created when I completed the mainnet checklist in 2023. And it's difficult to raise a

Write a comment...

omments 815 share

urned when people
future price to look

that Pi trading pairs
... See more

ner Health Privacy · Terms

**Pi Network's Post**

45w Like Reply

Top fan
**Fidelis Anya**
I noticed anomaly in my wallet. I noticed a new wallet which I didn't create assigned to me with none of the pis I have mined which were already migrated to the old wallet I created when I completed the mainnet checklist in 2023. And it's difficult to raise a ticket to the third party taking care of the support services. Please, how can I resolve this problem.

47w Like Reply

View all 3 replies

Top fan
**Mohamad B Hafez**
There must be updates from the cortime and an announcement of the new. As for the security circle, the status of those who have been added must be determined. How can the leader ensure that the documentation has reached them?

47w Like Reply

**Dhanachandra Oinam**
I have submitted KYC but pi is not migrate to my wallet still yet what should i do? Someone help me🙏

47w Like Reply

View all 4 replies

Top fan
**Ahmed Hussain Khan**
My kyc and 8 steps complete but step 9 is still pending and tentative approval please advise me what can I do for kyc approval and migration my pi coins




Write a comment...

**Pi Network's Post**

**侯泰帆**
Better not trade is unfair for those who mining for long time ago i guess ... Pi is worthy because of us ...
47w Like Reply

**Waleed Yasin**
@waleed4057 lost pi from my wallet without any trace and there is no compliant desk. Fooling peoples
47w Like Reply

Top fan
**Minh Nguyễn**
Until now I did not understand because of my little understanding of cryptocurrency, but before Pi mainnet I understood the value of PI, along with a huge knowledge, I understood what Mr. Nicolas Kokkalis said and did.
47w Like Reply

**Lorne Greening**
The milestone of Pi on February 20th has been a complete letdown for pioneers! Unable to trade Pi because there wasn't a platform in Canada or the USA that traded Pi. However it seems the Core Team didn't have that issue! People would've had the opportunity to make a lot of money if we were informed properly about the launch of Open Network! Very disappointing!
47w Like Reply 2

**Lunette Agnes Carado Ceballos**
I don't know what happened my mined pi was lost in my pi wallet. It was in 900+ mined pi. 😭
47w Like Reply

**Makarantar Crypto**
Please transfer my pi to be in migration phase please
47w Like Reply

View all 3 replies

Write a comment...

## Pi Network's Post

I can't open my Pi app in Nepal. It is because of illegal crypto ?

47w Like Reply

**Carlyns Jean François**
**Pi Network** Hello, my User is Carlyns96. I have a serious problem. You transferred my pi to a wallet that is not mine. The address of my wallet is different from the one you made the transfer to, so I can't find my pi. If you compare the address of the wallet which is the 3rd step you will see that it is different from the one you indicate in the last step.

47w Like Reply 2

View all 2 replies

**Hidayat Ullah**
Plz add an option of password to transfer pi to other wallet
Or pin option
Because most of the people pi passphrase is stolen someone

46w Like Reply

**Jude Tsega-ab**
My pi coin is locked until 2027, What should i do? 🙏

47w Like Reply

View all 7 replies

Top fan
**Ahmad Saleem**
How any one can login my wallet from other phone number pi has any answer my all pi hacked towiced

46w Like Reply

Top fan
**Raja Masood Ahmad Khan**
I forgot my pi account password and I sent SMS from my pi network associated mobile number many times to update password from profile setting but no response from other side, how can i recover or update my password?

47w Like Reply

Write a comment...

Pi Network's Post

View all 3 replies

Sanjeev Bamniya
Thank you and congratulations pi core team
47w Like Reply

View 1 reply

Karl Be
Why is my wallet address different to my migrated in step 9 , my PI I stuck in mining and can not transfer over to my wallet
47w Like Reply 2

View all 3 replies

Top fan
Khillat Hareem
Very disappointed with the current price 👎👎👎👎👎👎
47w Like Reply 2

Waka Kan Bai
So much excited for this great news. We have been on this for years. Congratulations to all pioneer members 🎊🎊🎊🎊
47w Like Reply

View all 2 replies

Thomas Boniface
Done all the necessary verifications, and made all the updates yet. still no migrated, no notification on what to do. I felt total unfair
47w Like Reply

Solomon Solomon
Dear PiCoreTeam, congratulations for the new successful launch of pifest. Please kindly open my KYC for me to resubmit my national ID card 🪪. If you allow me, I am very confident my KYC will pass. Thank you so much pi.
From
Odav

Write a comment...

**Pi Network's Post**

Top fan
**Nabil Khan**
my pi wallet is hacked since two month and all my pi is transfered to another wallet

47w Like Reply 6

View all 11 replies

Top fan
**Suswanto Tjhia**
My KYC progress still wait,please help from all KYC validator ,thanks a lot for help my initial pi is srik081

45w Like Reply

**Rehana Khan**
My kyc is not complete please help me

47w Like Reply 2

View all 2 replies

Top fan
**Josmin Diza**
Omg no result. stucked in reviewing




45w Like Reply

**Lomesh Kumar Chauhan**
I have already done 30 mine More and new pinneor get kyc slot but I didn't get kyc slot how is possible please resolve the issue.

Write a comment...

Pi Network's Post

my coins were transferred to my wallet, but some are still pending. However, my KYC status is now marked as "tentative," and the deadline is February 28. In my checklist, all items from 1 to 9 are green.

What will happen to my remaining coins? Will I be able to access them, or will they be lost forever? Do you have any advice?

46w Like Reply

Zakaria Abdul Gafaru
Please how can you help me to recover my Pi it migrated to different wallet address I don't know.but pls the one I use to confirm it not migrate to that wallet address please please ho can I do

46w Like Reply

Eugene Asiamah
Over 60 million pioneers only 10 million were migrated to main network why most people mined for the past 6yrs

47w Like Reply

View 1 reply

Zakaria Abdul Gafaru
Please can I get my Pi migrate to different wallet how can I get back please please

46w Like Reply

Ahmad A Magami
You ashamed me, because I predicted that it would have been priced not less than 3141$ per 1pi

47w Like Reply

Darwin Joe Buca Jose
Don't complain about the price yet, 3 days ago pi has no real value unlike today. And pi isn't listed in the crypto number 1 platform which is BINANCE so don't be disappointed. BINANCE will make a difference when pi is listed there.

47w Like Reply

View all 2 replies

William Cuderes

Write a comment...

**Pi Network's Post**

46w Like Reply

**John Ituah**
It's funny how you guys just throw closed ears about people who got their pi coins wiped out of their account.

83+ pi coin was transferred from my wallet to another wallet which I nothing about.

I have complained several times but you guys just act like nothing happened.

This is Bad of you.

45w Like Reply

**Aman Golu Sharma**
Hi pi network team My KYC not completed 8no

45w Like Reply

**Fazal Pardesi**
Please my KYC is different Account name please help me

46w Like Reply

**Elmar Jakma**
a great coin

46w Like Reply

**Romaric Djossou**
How do I recover my account ? I tried to do everything but in vain. Please, help me

46w Like Reply

Top fan
**Awadhesh Singh Parmar**
My pi migrate to another wallets addres but I have another wallets address and my kyc is done so I have any option

47w Like Reply

View all 3 replies

Top fan
**Irapy Garba**
Need some help please



Write a comment...

**Pi Network's Post**

Ka Lanj
I'm still waiting for my KYC approval!
47w Like Reply

View 1 reply

Wazeer Arshi
Best wishes ma'am for you and your pi community 🙏
47w Like Reply

Ramzi Almaamari
Why didn't you make sure to verify my identity?Identity verification. Why all the delay?
47w Like Reply

Top fan
David Donatien
Y wallet addresare totally different.

I keep receiving emails that changed my wallet address.

No one can change wallet addresses except from the inside.
46w Like Reply

Sughter Aondo
Well-done guys. It's not easy. The crypto world is not for babies
47w Like Reply

Usama Abdullahi
This is my issue



Write a comment...


Pi Network's Post
View 1 reply
Top fan
Mihaela Măriuța
I have a question, how do you convert this PI into euros?
47w Like Reply
View all 10 replies
David Bregvadze
1236 PI was transferred to another wallet without my authorization. Can someone explain why this happened?
46w Like Reply
Andres Guzman
They need to fix login issues as well
47w Like Reply
View all 5 replies
Theodosiadis Petros
"Is there a possibility to recover the wallet passwords? Shouldn't a solution be provided?"
47w Like Reply
View all 5 replies
Adesola Lukman
Which means they never listened pi network
47w Like Reply 2
Top fan
MD Anisuzzaman
Pi Network Team, I have 86 transferable coin. How can I transfer these coin into my pi wallet ???
47w Like Reply
Write a comment...

**Pi Network's Post**

Saviour Dela
Why would you bring someone who migrate to a tentative approval
47w Like Reply 2
View 1 reply

Haley Handson
Wow- is it really all worth nothing now?! 😭
46w Like Reply 4
View all 2 replies

Top fan
Bruno El
I lost my wallet with pi and it was already migrated, but I created a new one but the old one never changed from the section 9
And I'm still waiting for migration to the new wallet. Can someone explain to me about this, because I expect to receive some pi from someone but appears the address of the wallet doesn't exist.
SOS . thanks 👍
46w Like Reply

Zee Shan
my kyc was done in 2023 but i cannot transfer of transferable balance how much time required plz guide us
46w Like Reply 2

Top fan
Ěban Livea
there are so many accounts that haven't migrated yet. but have completed kyc.....why are we losing our pi when the people in our mining pool haven't migrated yet?
46w Like Reply

Stan Triumph
All my pi haven't migrated to my wallet yet, please what should I do?
47w Like Reply

Write a comment...

**Pi Network's Post**

Top fan
**Awadhesh Singh Parmar**
My pi migrate to another wallets addres but I have another wallets address and my kyc is done so I have any option
47w Like Reply

View all 2 replies

**Marcia Estelloso**
Mine is locked😥
47w Like Reply 2

View all 9 replies

**Anas Rizwan**
Why does my PI migration in que since months even my KYC has done already
46w Like Reply

View all 3 replies

**Farrukh Shaikh** · Follow
**Pi Network** why PI is not showing in available Balance ???
46w Like Reply

**Elena Demou**
I have been "in queue" on step 9 Migrate to Mainnet since the launch on thursday the 20th... anyone else?
46w Like Reply

**Phạm Huy Hải**
I LOVE PI NETWORK. PCT THANK YOU SO SO MUCH



47w Like Reply 3

Write a comment...

## Pi Network's Post

47w Like Reply

**Riki Maru**
Thank you Sir Nikolas and **Pi Network**
47w Like Reply

Top fan
**Rebel Salman Saifi**
Congratulations
47w Like Reply

**Võ Thiện Hưng**
Happy happy
47w Like Reply

**Chris Orrell**
Hmm don't think so..
47w Like Reply

Top fan
**Eduard Georgescu**
Love Pi❤️ code @Georgescu2025🤝
47w Like Reply
View 1 reply

**Rashema Elboshy**
Unfortunately, the biggest scam is Pinetwork. They stole my coins, and I regret that I was one of the first miners.
45w Like Reply

**Ingrid Aquino's**
Gostaria de saber eventualmente, o pi ficando bem valorizado como transformar ele em uma moeda real?
Trocar por dinheiro vivo no caso
47w Like Reply See translation

**Anissa**
Six years 2$ 👏
47w Like Reply

**Curt McCullough**
World Wide Sham! Congrats Pi you did it!

Write a comment...


Ali Baba
December 17, 2025 ·
my 400 pi coin unlocked yesterday but when i open my wallet my pi coin already transfer to unknown wallet
3:57 PM
Wallet
Transaction Details
-398.7338416 Pi
2025-12-16 15:21:08
To
GCD3S...HBWXP
GCD3SZ3TFJAESWFZFROZZHN
RM5KWFO25TVNR6EMLWNYL4
7V5A72HBWXP
Fee
0.02 Pi
Memo
Add a Memo
3:58 PM
Wallet
Pi Mainnet
GCO5U...O4UQ4
Refresh
0.98 Pi
Available Balance: 0.00 Pi
New
Pay / Request
Lockups
Stakes
Buy
History
Migrations
-398.7338416 Pi
To: GCD3S...HBWXP
2025-12-16 15:21
Moved to Available Balance
From: GCO5U...O4UQ4
2025-12-16 15:21
+398.7338416 Pi
From: GABT7...4GC5G
2025-06-03 00:26

## Pi Network's Post

42w Like Reply

View all 2 replies

**Daniel Xl Johnson**
I haven't checked my wallet in a while only to check today to see that my coins as been transferred to another account... I don't have my passphrase written because it's right inside my big head... I have zero contacts with possible scammers, just me and my phone mining everyday and my phone is always 2cm far from me... so pi should tell me HOW my wallet was wiped clean... 🤦‍♂️🤦‍♂️🤦‍♂️

43w Like Reply 2

**Md Naimullah**
Binance listing __???

43w Like Reply

**John Qurzz**
Hoping for added security on pi wallet like turning on or off 2fa and otp in sending Pi to wallets thanks

43w Like Reply

Top fan
**Kemajou David**
we trust the process. **Pi Network** 😊🙂

43w Like Reply 2

**SeaCanoe A. Dulay**
Its a lot easier to buy Pi coin, it's free yet all the difficult strategy they use...

43w Like Reply

**SeaCanoe A. Dulay**
That's what I have in my Pi KYC superb strategy indeed.... They wanted to lock everything

43w Like Reply

Top fan
**Mohamed Karam**
Second migration please we cannot buy domains

43w Like Reply 3

Write a comment...

## Pi Network's Post

Top fan
**Umar Muhammed**
Congratulations to Pi network
47w Like Reply

**Kim Kim**
Who is having coins we do business
47w Like Reply 2
View all 3 replies

**Ayodeji Alake**
Major milestone achievement, further more light at the end of dark tunnel.👍
46w Like Reply

**John Ituah**
It's funny how you guys just throw closed ears about people who got their pi coins wiped out of their account.

83+ pi coin was transferred from my wallet to another wallet which I nothing about.

I have complained several times but you guys just act like nothing happened.

This is Bad of you.
45w Like Reply 2

**Rob McMullen**
When will our unverified Pi be available?
47w Like Reply 2

**Muntean Marius**
I need an Invitation Code for Pi network app, can anyone please provide one? Thank you!
47w Like Reply 3
View 1 reply

**Hoaigiatue Dang**



Write a comment...

**Pi Network's Post**

43w Like Reply

Selsi Julianus
Congratulation PI CT
43w Like Reply

Mohammad Alrjoub
Go ahead
43w Like Reply

Ashraf
To the Pi Network Team,

My Pi coins were transferred to an unknown wallet after unlocking. I know 7 others with the same issue. Hackers may have accessed my wallet! This could affect all users. Please investigate urgently. Add an option to change the passphrase to secure wallets!

Wallet: GBXH63PH6FPSAADF7LZQ5VSSHDBN2HETOE3YDDI67YRQOC6FIBMEDEF
43w Like Reply

Henry O Odezi
I have been tantactive for long please migrate me please 🙏
43w Like Reply

Yvonne Cotier Carney
Whining and begging. We are all waiting in line. Relax
43w Like Reply

Ahsan Ali
How to step 5 complete secure your account iam sending to sms but not complete this step please tell me
43w Like Reply

Katherine-Bette Honan
BINANCE
43w Like Reply

Jadson Chagas
Galera alguém sabe se ainda dá pra fazer KYC?
43w Like Reply See translation

Top fan
Nourreddine Aggoun

Write a comment...



Yama Zaki II
March 12, 2025 ·

Does anyone know how to revert the migration of my PI? I want to open my lock-up now

465.07967 π EN

Submit your KYC Application Completed

7 KYC (Identity Verification) is a prerequisite to transfer your Mobile Balance to the Mainnet blockchain.

Wait for KYC Results Completed

8 KYC results will depend on identity verification, your name matching with your Pi account, screening against government AML and anti-terrorism sanction list, and if the account has scripting or policy-violation history.

Migrate to Mainnet

Congratulations, you have been added to the automatic migration queue!

Your transferable balance will be migrated into your wallet on the Mainnet blockchain. After the transfer to the Mainnet, there will be a 14-day pending period. The unlocked portion will be free to use immediately after the 14-day pending period, while the locked portion will be transferable only after the expiration of your selected Lockup duration.

Status: Returned

There seems to have been an issue during the migration. Don't worry, your π has been returned to your account in the mining app but is not on the blockchain until the Migration is re-initiated and completes.

KYC

Welcome back!

Here you can track your KYC application status

YOUR APPLICATION STATUS

Tentative Approval - Upon additional checks before migration, your KYC status was changed to Tentatively KYC'ed pending additional examination.

Further instructions will inform your next step to resolve the tentative status.

1

8 comments



Im stuck on this for a month now. I did the 2FA long time ago...

3

**SelfDestructiveTAWAY** • 8mo ago

Still waiting after 2 months.Have you migrated yet?

1

1 more reply

**bontenkonker** • 10mo ago

Same bro

1

**Motor-Pollution-7182** • 10mo ago

I have finished all 9 steps for migration. All 9 steps were approved.

My coins were transferred on my wallet. After waiting for 14 days (lockup period) , on the day when lockup period expires, my coins were returned to the app, and 9th step is changed from green to yellow.

I have 2FA allowed, all data (email, phone number, facebook, wallet) are verified.

I have clicked on third step again, and verified my wallet again, but my coins are still on app, not on my wallet.

THE STRANGEST THING:

Me and 5 of my friends (6 of us) followed all steps, we were verifying everything the same day. 3 of my friends did not get coins returned to the app, and 3 of us got coins returned the app.

What should I do?

1

**RandomsDoom** OP • 10mo ago

You have done everything you can now you just have to wait for them to restart your migration. My coins should be unlocked on April 2nd last time they were returned on the 14th day so we will see if I get my coins or not.

2

**Broken_BiryaniBoy** • 10mo ago

hey did u get remigrated?

1

**RandomsDoom** OP • 10mo ago

r/PiNetwork • 2mo ago

**Pi is different**



56 upvotes · 40 comments

r/PiNetwork • 6mo ago

**Should I Invest in Pi Today?**



213 upvotes · 210 comments

r/PiNetwork • 2mo ago

**The future of Pi-as-Compute**

31 upvotes · 23 comments

r/PiNetwork • 2mo ago

**Accumulating pi**

46 upvotes · 41 comments

r/PiNetwork • 7mo ago

**Pi-staking important update**



82 upvotes · 37 comments

r/PiNetwork • 26d ago

**How do i move my pi to available balance omg**



18 upvotes · 52 comments

r/PiNetwork • 18d ago

**Pi network price**

26 upvotes · 13 comments

r/PiNetwork • 2mo ago

**Try it and make some extra pi**



## Pi Network's Post

process to kyc result .
🙏🙏🙏🙏

43w Like Reply 2

Top fan
**T'or Nattawut**
@TNattawut87's code, item 9, has not been approved
About 3 months ago
Please have the team
check it for me.

43w Like Reply 2

**Divyanshu Gupta**
Hello **Pi Network** please approve my mainnet request it is not happening...I already applied 1 month ago

43w Like Reply 2

**Ciprian Zaharia Morar**
my wife and 4 other members of my team returned their coins back to the application after they had gone through all the KYC steps.. the people at PI are a miserable team that does this. They should have assumed that there would be pressure to sell from the moment they gave the coins for free plus if they wanted to avoid this they should have released them gradually. In conclusion, what is happening is a shitty scam.

43w Like Reply 2

**Priyanka Kaushik** · Follow
I am not migrated since 2 years my user name is amitkaushik984, do something about it

43w Like Reply 3

View all 6 replies

Top fan
**Doan Tho**
only you say it is thriving, we do not see anywhere to spend Pi for goods and services. The apps are not in use, how to develop.

43w Like Reply 8

View all 5 replies

Write a comment...

Google

pi network reverse migrations

AI Overview




Pi Network reverse migrations refer to the temporary process where the Pi Core Team rolled back some mainnet transfers (sending Pi from the app to user wallets) in early 2025 due to security concerns, often linked to compromised passwords, returning coins to the mining app temporarily before a successful re-initiation was possible, causing confusion but aimed at protecting user funds. Users experiencing unexpected returns should update strong passwords and await further official communication for re-migrating.

**Why Reverse Migrations Happened**

- **Security & Compromised Accounts:** Hackers were exploiting weak or reused passwords from other data breaches to gain access to Pi accounts, leading to unauthorized migrations.
- **Protecting User Funds:** The core team halted migrations and initiated reversals to safeguard users' Pi from being stolen before they could be secured on the blockchain.

**What Users Experienced**

- **Coins Returned to App:** Users would see their migrated Pi disappear from their Pi Wallet and reappear in their mining app balance, often with a "Returned" status.
- **Confusion & Second Prompts:** Some users, particularly those stuck in KYC, saw new migration prompts, leading to frustration and accusations of poor communication.

**What to Do if Your Pi Was Returned**

1. **Change Your Password Immediately:** Use a strong, unique password not used anywhere else.
2. **Secure Your Account:** Avoid common passwords or those from past leaks.
3. **Await Official Updates:** The Pi Core Team handles these issues, and you'll receive guidance on how to re-initiate the migration once your account is secure.

**Key Takeaway**

Threads New Chat Stellar Close ×

CAN I REMOVE A CLAIMABLE BALANCE FROM SOMEONE'S WALLET

You can't directly remove a claimable balance from someone else's wallet—only the claimant themselves can claim it using the Claim Claimable Balance operation.

However, there are two ways a claimable balance can be removed from the ledger:

**1. The claimant claims it themselves**

The recipient must submit a Claim Claimable Balance operation to accept the funds into their account. Once claimed, the claimable balance entry is deleted from the ledger.

**2. You claim it back (if you're also a claimant)**

When creating a claimable balance, it's a best practice to set yourself as a claimant as well. This allows you to reclaim the balance if the recipient doesn't claim it before expiration. You can set up predicates (time-based conditions) so that:

- The recipient can claim it within a certain timeframe
- After that period expires, you can claim it back

**3. Clawback (for asset issuers only)**

If you're the issuer of the asset and have enabled clawback functionality, you can use the Clawback Claimable Balance operation to return the asset to your issuing account, burning it. This claws back the entire claimable balance.

Threads New Chat Stellar Close ×

SO ADDING MYSELF AS THE CLAIMANT, I CAN TAKE BACK THE CLAIMABLE BALANCE AT ANY TIME OR DO I NEED TO HAVE A TIME BASED MECHANISM IN PLACE BEFORE I DO THAT

When you add yourself as a claimant for a claimable balance, you **need to establish the claim conditions beforehand** using predicates. You can't just reclaim it at any time by default—the conditions you set when creating the claimable balance determine when and how you can claim it.

According to the Claimable balances documentation, each claimant has an associated `ClaimPredicate` that must evaluate to true before they can claim the balance. You have several options for setting up these predicates:

1. **Unconditional claim** - Allow immediate claiming at any time
2. **Time-based predicates** - Use `predicateBeforeAbsoluteTime` or `predicateBeforeRelativeTime` to set time windows
3. **Complex predicates** - Combine predicates using `predicateNot`, `predicateAnd`, or `predicateOr`

A common best practice is to add yourself as a claimant with a time-based predicate that acts as a "reclaim" mechanism. For example, you might set it up so the intended recipient can claim within 7 days, but after that period expires, you can reclaim it. This is actually recommended in the documentation: **"it is a good idea to put one of your own accounts as a claimant for a claimable balance"** so you can reclaim it if needed, freeing up space on the network.

As noted in How can I claim or refund expired claimable balance?, if you don't set yourself as a

Ask Stella anything about Stellar

Long

Threads New Chat Stellar Close ×

HOW DO I ENABLE MYSELF TO REMOVE A CLAIMABLE BALANCE FROM SOMEONE'S WALLET

You can't remove a claimable balance from someone else's wallet—claimable balances don't sit in anyone's wallet. When you create a claimable balance, the funds leave your account and exist as a separate ledger entry on the Stellar network until someone claims them.

However, you **can** set yourself as a claimant when creating the claimable balance. This is actually a best practice recommended in the documentation —it allows you to reclaim the balance if the intended recipient doesn't claim it, which helps free up space on the network and recover your funds.

Here's how it works:

When creating a claimable balance, you specify multiple claimants with predicates (conditions). For example:

```
let claimableBalanceEntry = Stellar.Operation.createClaimableBalance({
  claimants: [
    new Stellar.Claimant(recipientPublicKey, recipientPredicate),
    new Stellar.Claimant(yourPublicKey, yourReclaimPredicate),
  ],
  asset: Stellar.Asset.native(),
  amount: "100",
});
```

Copy

You'd typically set up predicates so that:

- The recipient can claim it immediately or within a certain timeframe

Ask Stella anything about Stellar

Long

ddit

r/PiNetwork × Search in r/PiNetwork

Get App Log In ...

Home
Popular
Explore

SOURCES

About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Communities
Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choices
Accessibility



Im stuck on this for a month now. I did the 2FA long time ago...

3

**SelfDestructiveTAWAY** • 8mo ago

Still waiting after 2 months.Have you migrated yet?

1

1 more reply

**bontenkonker** • 10mo ago

Same bro

1

**Motor-Pollution-7182** • 10mo ago

I have finished all 9 steps for migration. All 9 steps were approved.

My coins were transferred on my wallet. After waiting for 14 days (lockup period) , on the day when lockup period expires, my coins were returned to the app, and 9th step is changed from green to yellow.

I have 2FA allowed, all data (email, phone number, facebook, wallet) are verified.

I have clicked on third step again, and verified my wallet again, but my coins are still on app, not on my wallet.

THE STRANGEST THING:

Me and 5 of my friends (6 of us) followed all steps, we were verifying everything the same day. 3 of my friends did not get coins returned to the app, and 3 of us got coins returned the app.

What should I do?

1

**RandomsDoom** OP • 10mo ago

You have done everything you can now you just have to wait for them to restart your migration. My coins should be unlocked on April 2nd last time they were returned on the 14th day so we will see if I get my coins or not.

2

get out of the network and iam...

63 upvotes · 77 comments

r/PiNetwork • 15d ago

Pi Network going strong

61 upvotes · 77 comments

r/PiNetwork • 2mo ago

Pi Network this year 2025.



733 upvotes · 68 comments

r/PiNetwork • 6mo ago

What's Going On with Pi Network?



160 upvotes · 156 comments

r/PiNetwork • 2mo ago

Pi is different



56 upvotes · 40 comments

r/PiNetwork • 7mo ago

Very good time to buy Pi

80 upvotes · 55 comments

r/PiNetwork • 2mo ago

The future of Pi-as-Compute

31 upvotes · 23 comments

r/PiNetwork • 2mo ago

Accumulating pi

46 upvotes · 41 comments

r/PiNetwork • 7mo ago

reddit

r/PiNetwork Search in r/PiNetwork

Get App Log In

Home
Popular
Explore

RESOURCES

About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Communities
Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choices
Accessibility

**Mother-Ad-7536** • 10mo ago

How to remigrate them to the wallet? Or should we just wait?

1

1 more reply

**[deleted]** • 10mo ago

I am reading the comments and now five or six days later the same thing happen to me, any update guys on your pi migrated back??

1

**Honest_Shoe_6471** • 10mo ago

So this happened also to me, should i set lockup again after this happened ( btw i set it 25% and 2 weeks, does it make sense?)

1

**Motor-Pollution-7182** • 10mo ago

I have 100% same thing

The same thing happened. All 9 steps finished, coins migrated to the wallet, and a few hours before coins were unlocked i got the same message.

1

**BuyLongjumping5514** • 10mo ago

yup, we'll market is sh*t anyway so we will wait 😉.

1

**BuyLongjumping5514** • 10mo ago

this still happens :( today my girlfriends pi should have come free and 50% would be relocked. but it got returned and partially to unverified :(

i got mine transferred way before the deadline even came close, so it was available straight away when mainnet went live

1

**RandomsDoom** OP • 10mo ago

Looks like they put a block in for the rest of us

1

Show more

Public

TOP POSTS

Reddit

reReddit: Top posts of March 12, 2025

Reddit

reReddit: Top posts of March 2025

Reddit

reReddit: Top posts of 2025

Reddit Rules Privacy Policy User Agreement
Your Privacy Choices Accessibility

Reddit, Inc. © 2026. All rights reserved.

reddit

r/PiNetwork × Search in r/PiNetwork

Get App Log In ···

- Home
- Popular
- Explore

RESOURCES

- About Reddit
- Advertise
- Developer Platform
- Reddit Pro BETA
- Help
- Blog
- Careers
- Press

- Communities
- Best of Reddit

- Reddit Rules
- Privacy Policy
- User Agreement
- Your Privacy Choices
- Accessibility

Reddit, Inc. © 2026. All rights reserved.

Learn More

clickup.com



**Ok-Patience-3800** • 10mo ago

To transfer our balance from the wallet and put it in "Returned" status without any explanation or prior notice, on the very day it was supposed to be unlocked and free for trading, and without any indication whether it will ever be returned to our wallets, is the biggest scam and disgrace I have ever heard of. They should be sued...

26

1 more reply

**Greenfire904** • 10mo ago

Yup. My 3000 Pi would've been unlocked in about 8 hours and were returned 2 hours ago. And now 1000 of them are unverified.

40

38 more replies

**Arlolo06** • 10mo ago




14

r/PiNetwork • 3mo ago
Pi breakout
120 upvotes · 70 comments

r/PiNetwork • 2mo ago
Pi towards the future?
28 upvotes · 22 comments

r/PiNetwork • 5mo ago
What do you guys think about Pi where it is heading?

105 upvotes · 122 comments

r/PiNetwork • 6mo ago
Should I Invest in Pi Today?

213 upvotes · 210 comments

r/PiNetwork • 4mo ago
Every pioneer sells buys and even get out of the network and iam...

63 upvotes · 77 comments

r/PiNetwork • 15d ago
Pi Network going strong
61 upvotes · 77 comments

r/PiNetwork • 2mo ago
Pi Network this year 2025.

733 upvotes · 68 comments

r/PiNetwork • 6mo ago
What's Going On with Pi Network?


reddit

r/PiNetwork Search in r/PiNetwork

Get App Log In

Home
Popular
Explore

RESOURCES

About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Communities
Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choices
Accessibility

This morning I woke up to sell the pi and saw that I don't have any pi. This is really incomprehensible, meaning we have to wait another 14 days again, and it's not even clear when it'll come back to the wallet. It's shameful, Nicholas.

6

1 more reply

**Ok-Spirit-2917** • 10mo ago

I had the same problem ... today some was supposed to be unlocked and now it's all back in the app. . What a bunch of bs

5

1 more reply

**New_Studio5598** • 10mo ago

Same here. I had around 90% of my PI verified and now that it is back only 40% is verified.
This doesnt feel right...

5

3 more replies

**SimpleProfile7226** • 10mo ago

That's BS to be honest.

Ok, they did this to protect users but what they will change? Been 6 years and they haven't figured out.

Next migration won't be the same, different 24 words, some will be hacked again and? They will revert back all of us?

Btw, no official information on their X account or app. Shouldn't they inform us? Maybe give us an option to reverse if you want?

Seems that they make decisions for us however they want.

I bet many will lose faith and trust on them, I'm really sorry that this project will fail in no time

9

**SaltyyOnion** • 10mo ago

Yep, I lost my faith in this project days ago and was about to sell all my coins today when they get unlocked. And guess what, my coins got returned to the mining app so I can't even sell them. Insane

8

1 more reply

**Free-Ingenuity-2793** • 10mo ago

44 upvotes · 7 comments

r/PiNetwork • 3mo ago
**Pi Update News**
50 upvotes · 36 comments

r/PiNetwork • 19d ago
**My Year with PI**
24 upvotes · 7 comments

r/PiNetwork • 5mo ago
**Incoming .40+ Pi**
64 upvotes · 14 comments

VIEW POST IN
Français

**r/PiNetwork** Join
**PiNetwork**
This is the Reddit community-run sub for the Pi Network cryptocurrency project started by the team of Computer scientist Dr. Nicolas...
Show more
Public

TOP POSTS
Reddit
reReddit: Top posts of March 12, 2025
Reddit

reddit

r/PiNetwork × Search in r/PiNetwork

Get App Log In ···

Home
Popular
Explore

RESOURCES

About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Communities
Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choices
Accessibility

**Free-Ingenuity-2793** • 10mo ago

Making us wait for more time to make payments using pi. Is downright stupid. Why not resume it for people that had no problems. I was gonna buy some eggs here using pi but then I guess this sht is centralized and they can halt Any transaction. They are aiming for usecase but stupid to stop us getting our pi.

4

3 more replies

**Professional_Cut3200** • 10mo ago

mine were also supposed to unlock today and just got sent back saying migration not successful even though my coins were in my wallet 2 weeks ago wtf

4

9 more replies

**Technical_Doctor_786** • 10mo ago

I have exactly the same problem, my Pi were supposed to be unlocked today but guess what, they are returned to my App. I hope we didn't have to wait another 14 days and have a fix soon... Core team, please explain us what's going on

4

4 more replies

**Moist-Ad7846** • 10mo ago

...and not a single word from the core team? Very bad move from the team. Big red flag!

6

**JamesN_972** • 10mo ago

Nothing changed for me.

3

6 more replies

**OnlySvens** • 10mo ago

On top of returning to the app, 157 was deducted (807 Pi sent back to the app, only 650 arrived). Anybody knows why they reducted my amount?

3

2 more replies

Reddit

reReddit: Top posts of March 2025

Reddit

reReddit: Top posts of 2025

Reddit Rules Privacy Policy User Agreement
Your Privacy Choices Accessibility

Reddit, Inc. © 2026. All rights reserved.

reddit

r/PiNetwork Search in r/PiNetwork

Get App Log In

Home
Popular
Explore

RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Communities
Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choices
Accessibility

Reddit, Inc. © 2026. All rights reserved.

2 more replies

**silver4rrow** • 10mo ago
@OP i had the same issue.
2
3 more replies

**creecompte7** • 10mo ago
Me too
2

**Skyobliwind** • 10mo ago
For me they simply increased the unlock date without any notification. When I last looked it said unlocked mid may, now it's mid july...
2
3 more replies

**Intelligent-Till2422** • 10mo ago
Same thing happened to me 3 hours before unlock.

My question is this. Was anyone of the pioneers who mined pi actually able to sell his pi (meaning, did he wait 14 days after migration to mainnet for the unlock and then made the transfer on an exchange and sold. Seems to me they just prevented us from selling at the last moment to further manipulate the price.

BTW my wife's pi is still in her wallet but it will not unlock for a week. But they said that all who moved their pi to mainnet in the last 14 days were reverted back to pi app..

Fckn BS
2

**Emotional_One3147** • 10mo ago
Yes those who migrated early was able to sell but this is scandalous what they did now with returning already migrated pi.
5
2 more replies

1 more reply

**Glass-Regret-6159** • 10mo ago
Same issue..
2

reddit

r/PiNetwork Search in r/PiNetwork

Get App Log In

Home
Popular
Explore

RESOURCES
About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Communities
Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choices
Accessibility

Reddit, Inc. © 2026. All rights reserved.

1 more reply

**Glass-Regret-6159** • 10mo ago
Same issue..
2

1 more reply

**Any_Inevitable4349** • 10mo ago

**Chaosburnxxxxx** • 10mo ago
Is it also going to happen to me? My pi is about to get unlocked on march 14
2

5 more replies

**PocketShebee** • 10mo ago
Same issue. I'm really frustrated.
2

**FanHuge7928** • 10mo ago
Same here before 4h from unlocking they returned back to the wallet without any explanation!!!!
2

**cannabibun** • 10mo ago
This all feels like they are holding the balance on purpose to make it seem like it's worth more. That and the KYC shananigans make the real 'in circulation' numbers way lower than they are presented as. With every day I am more convinced that Pi is a scam and I hope I can dump it asap so at least I get something out of it.
2

**Green_Prior3401** • 10mo ago
They did the same to me, 1 hour ago i was supposed to have the pi, but it got sent back to the pi ap, and on top of that, they deducted 200 pi for no reason!?
2

**Rainbow-Baboy** • 10mo ago
My migrated pi also went back to unverified, it sucks, i was supposed to sell some of it today :(
2

Home
Popular
Explore

RESOURCES

About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Communities
Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choices
Accessibility




"Update on changed wallet reports:

On February 13, we introduced a security enhancement to notify users whenever their confirmed wallets change. This weekend (March 8-10), thanks to this feature, there were an increased number of reports by users receiving the email notifications while they did not change their wallets.

The core team immediately responded by temporarily halting migrations and reverting recent migrations within the standard 14-day protection window. Additionally, we've deployed an update to instantly further log out all sessions and clear cache upon a password change, addressing user confusion and ensuring account security.

Our investigation so far has found no evidence suggesting vulnerabilities or security issues within the Pi system code itself. While we continue investigating this issue further, we encourage everyone to avoid using common or overly simple passwords, or passwords previously used on other sites—especially those sites that experienced data leaks. Hackers may attempt to brute force different username and password combinations found from past breaches on other services. If successful, this could compromise your Pi account. If your Pi account uses such passwords, please update your password immediately. Also, avoid entering your Pi account passwords on sites or apps that appear the same or similar but have different URLs from the official Pi platform.

If you suspect your account was compromised, please fill out this form

Best strategies for mining Pi effectively
User experiences with Pi Network wallet
How to use Pi for everyday transactions
Impact of Pi Network on traditional banking

New to Reddit?
Create your account and connect with a world of communities.
Continue with Google
Continue with Email
Continue With Phone Number
By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

r/PiNetwork • 1y ago
Wallet address changed?
24 upvotes · 239 comments

r/PiNetwork • 5mo ago
A simple idea to drastically improve wallet integrity
38 upvotes · 46 comments

r/PiNetwork • 3mo ago
We kept blaming those who sell once they get unlocked, believe i...



r/PiNetwork × Search in r/PiNetwork

r/PiNetwork • 10mo ago
RandomsDoom

# Anyone else have their PI sent back?!

**Migrate to Mainnet**

Congratulations, you have been added to the automatic migration queue!

Your transferable balance will be migrated into your wallet on the Mainnet blockchain. After the transfer to the Mainnet, there will be a 14-day pending period. The unlocked portion will be free to use immediately after the 14-day pending period, while the locked portion will be transferable only after the expiration of your selected Lockup duration.

**Status:** Returned

There seems to have been an issue during the migration. Don't worry, your π has been returned to your account in the mining app but is not on the blockchain until the Migration is re-initiated and completes.

Ummmm... today was supposed to be the day my PI unlocked and this last step has been green for two weeks now. Has anyone run into this scenario before. Finally thought I had a win haha.

186 · 473

**Related Answers**

- Meaning of PI returned status
- Understanding PI returned scenarios
- Tips for 2FA in Pi wallets
- How to type the pi symbol
- Potential use cases for Pi cryptocurrency

**New to Reddit?**

Create your account and connect with a world of communities.

Continue with Google

Continue with Email

Continue With Phone Number

By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

r/PiNetwork • 3mo ago
I'm back on Pi after a long time... and I have an opinion to share
63 upvotes · 59 comments

r/PiNetwork • 5mo ago
Pi took my coins

**OPERATIONS (98)**

Next Page

| Account | Operation | Time | Json File |
|---|---|---|---|
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |

Export data as CSV

ockexplorer OPERATIONS PAYMENTS TRANSACTIONS BLOCKS NODES TESTNET TESTNET2 MAINNET

OPERATIONS (98)

Previous Page Next Page

| Account | Operation | Time | Json File |
|---|---|---|---|
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |

Export data as CSV

Pi blockexplorer OPERATIONS PAYMENTS TRANSACTIONS BLOCKS NODES TESTNET TESTNET2 MAINNET

OPERATIONS (98)

Previous Page Next Page

| Account | Operation | Time | Json File |
|---|---|---|---|
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |

Export data as CSV

Pi blockexplorer OPERATIONS PAYMENTS TRANSACTIONS BLOCKS NODES TESTNET TESTNET2 MAIN

OPERATIONS (98)

Previous Page Next Page

| Account | Operation | Time | Json File |
|---|---|---|---|
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |

Export data as CSV

OPERATIONS (98)

Previous Page  Next Page

| Account | Operation | Time | Json File |
|---|---|---|---|
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |

Export data as CSV

Pi blockexplorer OPERATIONS PAYMENTS TRANSACTIONS BLOCKS NODES TESTNET TESTNET2 MAINNET

OPERATIONS (98)

Previous Page Next Page

| Account | Operation | Time | Json File |
| --- | --- | --- | --- |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |

Export data as CSV

blockexplorer OPERATIONS PAYMENTS TRANSACTIONS BLOCKS NODES TESTNET TESTNET2

OPERATIONS (98)

Previous Page Next Page

| Account | Operation | Time | Json File |
|---|---|---|---|
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |

Export data as CSV

**OPERATIONS (98)**

Previous Page | Next Page

| Account | Operation | Time | Json File |
|---|---|---|---|
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |

Export data as CSV

**OPERATIONS (98)**

Previous Page

Next Page

| Account | Operation | Time | Json File |
|---|---|---|---|
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |

Export data as CSV

Memo(None)

**OPERATIONS (98)**

Previous Page

| Account | Operation | Time | Json File |
|---|---|---|---|
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |
| GC5R...3BNJ | Operation claim_claimable_balance | 10 months ago | JSON |

Export data as CSV

blockexplorer OPERATIONS PAYMENTS TRANSACTIONS BLOCKS NODES TESTNET TESTNET2 MA

**BLOCK** 19690212

JSON

| | |
|---|---|
| Time | 3/14/2025 00:28 |
| Hash | e6d49c49ab4f227a7... |
| Prev Hash | 391ba86a3e827c3bc... |
| Operations | 109 |
| Transactions Failed | 0 |
| Max Transactions | 1000 per Block |

| | |
|---|---|
| Base Fee | 100000 π |
| Base Reserve | 4900000 π |
| Fee Pool | 551207.7900100 π |
| Total Coins | 100000000000.0000000 π |
| Protocol Version | 19 |

# EXHIBIT 15

KYC acknowledgment (Dec. 22, 2022), authorized 'ZEAT' wallet

# PI NETWORK

## ACKNOWLEDGEMENT TO RECEIVE PI TOKENS

TO: Harro Moen (the "Recipient")

Receipt of PI tokens (the "Tokens") by the Recipient is subject to the accuracy of the following representations and warranties, as well as the release.

Recipient hereby represents and warrants as follows:

a. **Use of Tokens.** Recipient is acquiring the Tokens for the exclusive purpose of using the Tokens for Recipient's own account, not as a nominee or agent, and not with a view to resale, speculation, or investment, and Recipient has no present intention of selling, granting any participation in, or otherwise distributing the same and is not otherwise acting as an underwriter, dealer or other person participating in a distribution of Tokens. Recipient has no expectation of profits from acquiring the Tokens. Recipient understands that any liquidity for the Token or ability to resell the Token may be limited and that it should not be acquiring the Tokens with an expectation of reselling at a profit. Recipient understands that the Tokens are designed solely for its intended use on the Pi Network. The Tokens do not represent a right to any income stream, distribution, profit share, or other form of pecuniary reward or interest.

b. **Prohibited Participants.** Recipient is not (i) a citizen or resident of a geographic area in which use of cryptographic tokens is prohibited by applicable law, decree, regulation, treaty, or administrative act, (ii) a citizen or resident of, or located in, a geographic area that is subject to U.S. or other applicable sanctions or embargoes, (iii) an individual, or an individual employed by or associated with an entity, that is identified on the U.S. Department of Commerce's Denied Persons or Entity List, the U.S. Department of Treasury's Specially Designated Nationals or Blocked Persons Lists, the U.S. Department of State's Debarred Parties List or the sanctions lists adopted by the United Nations and the European Union to such extent such sanctions are extended by the UK Government to its Overseas Territories, as such lists may be amended from time to time. Pi Network may, in its sole discretion, reject or approve any Recipient and will, in its sole discretion, determine the jurisdictions where potential acquisitions may be made.

c. **Restrictions on Transfer.** The Tokens are not intended to be securities but there is substantial uncertainty as to the securities classification of digital assets at this time, and no offer, sale or distribution of the Tokens has been registered with the United States Securities and Exchange Commission ("SEC") or any other authority in any state or other country or jurisdiction. If the Tokens are deemed securities, they may be subject to restrictions on resale and other requirements. The Tokens may not be transferred other than in compliance with applicable law. The Recipient earned the Tokens solely through mining contributions and was not offered or sold the Tokens, directly or indirectly, by means of any form of general solicitation or general advertisement, including (i) any advertisement, article, notice or other communication published in any newspaper, magazine or similar medium or broadcast over television or radio or (ii) any seminar or other meeting whose attendees had been invited by general solicitation or general advertising.

d. **Recipient Sophistication and Access to Information.** Recipient has sufficient knowledge and understanding of cryptographic tokens, token storage mechanisms (such as token wallets), blockchain technology, and appropriate security protocols and financial and business matters to understand and appreciate the risks and implications of acquiring the Tokens. Recipient has obtained sufficient information about Pi Network and the Tokens to make an informed decision to acquire the Tokens.

e. **Compliance with Law.** Recipient's receipt and any prospective usage, sale or transfer of the Tokens complies with the applicable law in Recipient's jurisdiction, including, but not limited to, (i) legal capacity and any other threshold requirements in such jurisdiction for the receipt, usage, sale or transfer of the Tokens and entering into contracts with Company, (ii) any foreign exchange or regulatory restrictions applicable to such receipt, usage, sale or transfer and (iii) any governmental or other consents that may need to be obtained.

f. **Tax.** Recipient understands that Recipient bears sole responsibility for any taxes as a result of the matters and transactions pertaining to the Tokens, and any future acquisition, ownership, use, sale or other disposition of Tokens held by Recipient. Recipient will comply with any applicable tax obligations in its jurisdiction arising from Recipient's acquisition or use of the Tokens. Recipient understands that Recipient should consult Recipient's own tax advisor regarding implications of the treatment of the Tokens under applicable tax Law and is relying solely on Recipient's own tax advisor with respect to the tax implications of the acquisition, ownership and disposition of the Tokens.

**Release.** Recipient, on behalf of itself and its successors, assigns and other legal representatives, hereby absolutely, unconditionally and irrevocably, releases and forever discharges Pi Community Company, SocialChain Inc. and the Pi Network (together, the "Company") and each of its past, present and future affiliates, owners, members, directors, managers, officers, employees, consultants, representatives, and each of its and their successors, assigns and representatives (the "Releasees"), from any and all claims, demands, proceedings, actions, causes of action, suits, orders, obligations, contracts, agreements, executions, judgments, duties, debts and liabilities whatsoever, whether known or unknown, suspected or unsuspected, both at law and in equity, which Recipient now has, has ever had, or may hereafter have, against the Releasees arising from or related to the Tokens, including the Company's provision thereof to Recipient.

BY CLICKING ON THE "I ACCEPT" BUTTON BELOW YOU (A) ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTAND THIS ACKNOWLEDGEMENT; (B) REPRESENT AND WARRANT THAT YOU HAVE THE RIGHT, POWER, AND AUTHORITY TO ACCEPT THIS ACKNOWLEDGEMENT; AND (C) ACCEPT THIS ACKNOWLEDGEMENT AND AGREE THAT YOU ARE LEGALLY BOUND BY ITS TERMS.

IF YOU DO NOT AGREE TO THESE TERMS, PLEASE SELECT THE "I DECLINE" BUTTON BELOW. IF YOU DO NOT ACCEPT THESE TERMS, YOU MAY NOT RECEIVE PI ON PI MAINNET BLOCKCHAIN.

DATE: 2022-12-22 21:23 (UTC)

# EXHIBIT 16

Trademark filing receipts after the December 29, 2022 exchange listings

**Generated on:** This page was generated by TSDR on 2025-02-23 14:59:48 EST

**Mark:** PI

PI

**US Serial Number:** 97886955

**Application Filing Date:** Apr. 13, 2023

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Application has been published for opposition. The opposition period begins on the date of publication.

**Status Date:** Feb. 18, 2025

**Publication Date:** Feb. 18, 2025

## Mark Information

**Mark Literal Elements:** PI

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer software for managing cryptocurrency transactions using blockchain technology

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Dec. 12, 2018

**Use in Commerce:** Dec. 12, 2018

**For:** Cryptocurrency mining services; providing temporary use of non-downloadable computer software for managing cryptocurrency transactions using blockchain technology; providing temporary use of non-downloadable computer software for creating, management, encrypting, scaling, securing and modifying computer networks in the field of cryptocurrency

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** Oct. 31, 2018

**Use in Commerce:** Oct. 31, 2018

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Pi Community Company

**Owner Address:** Ugland House, 121 South Church Street
George Town CAYMAN ISLANDS

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** CAYMAN ISLANDS

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Sabrina A. Larson

**Docket Number:** 018347.0001

**Attorney Primary Email Address:** tmlarson@coblentzlaw.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Sabrina A. Larson
Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000
San Francisco, CALIFORNIA United States 94104

**Phone:** 415-391-4800

**Fax:** 415-989-1663

**Correspondent e-mail:** tmlarson@coblentzlaw.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 18, 2025 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 18, 2025 | PUBLISHED FOR OPPOSITION | |
| Feb. 12, 2025 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 31, 2025 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Jan. 31, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jan. 31, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jan. 31, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 24, 2025 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 14, 2025 | SUSPENSION CHECKED - TO ATTORNEY FOR ACTION | |
| Feb. 22, 2024 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | |
| Feb. 22, 2024 | LETTER OF SUSPENSION E-MAILED | |
| Feb. 22, 2024 | SUSPENSION LETTER WRITTEN | |
| Jan. 24, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jan. 23, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jan. 23, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 01, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Nov. 01, 2023 | NON-FINAL ACTION E-MAILED | |
| Nov. 01, 2023 | NON-FINAL ACTION WRITTEN | |
| Oct. 18, 2023 | ASSIGNED TO EXAMINER | |
| May 08, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Apr. 17, 2023 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information

**TM Attorney:** RYAN, KELLY

**Law Office Assigned:** Not Assigned

### File Location

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** Jan. 27, 2025

# Proceedings

**Summary**

**Number of Proceedings:** 1

### Type of Proceeding: Opposition

**Proceeding Number:** 91289545
**Filing Date:** Jan 31, 2024

**Status:** Terminated
**Status Date:** Mar 12, 2024

**Interlocutory Attorney:** MARY CATHERINE FAINT

**Defendant**

**Name:** Gene Simmons Company

**Correspondent Address:** PETER J. VRANUM
GORDON HERLANDS & RANDOLPH LLP
355 LEXINGTON AVENUE, 10TH FLOOR
NEW YORK NY UNITED STATES , 10017

**Correspondent e-mail:** pvranum@gordonherlands.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 97291825 | |

**Plaintiff(s)**

**Name:** Pi Community Company

**Correspondent Address:** KAREN S. FRANK
COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000
SAN FRANCISCO CA UNITED STATES , 94104

**Correspondent e-mail:** tm@cpdb.com , tmlarson@coblentzlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PI | | 97886955 | |
| | | 97762898 | |
| | | 97762884 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Mar 12, 2024 | |
| 5 | BD DECISION: OPP DISMISSED W/O PREJ | Mar 12, 2024 | |
| 4 | W/DRAW OF APPLICATION W/ CONSENT | Mar 11, 2024 | |
| 3 | INSTITUTED | Jan 31, 2024 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 31, 2024 | Mar 11, 2024 |
| 1 | FILED AND FEE | Jan 31, 2024 | |

**Generated on:** This page was generated by TSDR on 2025-02-23 15:00:50 EST

**Mark:**

**US Serial Number:** 97762884

**Application Filing Date:** Jan. 20, 2023

**US Registration Number:** 7395944

**Registration Date:** May 28, 2024

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** May 28, 2024

**Publication Date:** Mar. 12, 2024

# Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of a stylized yellow pi symbol with two yellow dots above it that resembles two yellow conjoined stick figures all within a yellow circular border. All on a purple background.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) purple and yellow is/are claimed as a feature of the mark.

**Design Search Code(s):** 24.17.11 - PI symbol
26.01.21 - Circles that are totally or partially shaded.

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer software for managing cryptocurrency transactions using blockchain technology

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Dec. 12, 2018

**Use in Commerce:** Dec. 12, 2018

**For:** Providing temporary use of non-downloadable computer software for managing cryptocurrency mining and transactions using blockchain technology; Providing temporary use of non-downloadable computer software for cryptocurrency transactions, and for management, encryption, scaling, securing and mining of cryptocurrency

**International** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class(es):**

**Class Status:** ACTIVE

**First Use:** Oct. 07, 2018 **Use in Commerce:** Oct. 07, 2018

# Basis Information (Case Level)

**Filed Use:** Yes **Currently Use:** Yes

**Filed ITU:** No **Currently ITU:** No

**Filed 44D:** No **Currently 44D:** No

**Filed 44E:** No **Currently 44E:** No

**Filed 66A:** No **Currently 66A:** No

**Filed No Basis:** No **Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Pi Community Company

**Owner Address:** Ugland House, 121 South Church Street
George Town CAYMAN ISLANDS

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** CAYMAN ISLANDS

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Sabrina A. Larson **Docket Number:** 018347.0001

**Attorney Primary Email Address:** tmlarson@coblentzlaw.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Sabrina A. Larson
Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000
San Francisco, CALIFORNIA United States 94104

**Phone:** 415-391-4800 **Fax:** 415-989-1663

**Correspondent e-mail:** tmlarson@coblentzlaw.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 31, 2025 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Jan. 31, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jan. 31, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jan. 31, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 28, 2024 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| May 28, 2024 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 12, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 12, 2024 | PUBLISHED FOR OPPOSITION | |
| Feb. 21, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 21, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 01, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 30, 2024 | EXAMINER'S AMENDMENT ENTERED | |
| Jan. 30, 2024 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Jan. 30, 2024 | EXAMINERS AMENDMENT E-MAILED | |
| Jan. 30, 2024 | EXAMINERS AMENDMENT -WRITTEN | |
| Jan. 26, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jan. 25, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |

| | |
|---|---|
| Jan. 25, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Jan. 18, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Jan. 18, 2024 | NON-FINAL ACTION E-MAILED |
| Jan. 18, 2024 | NON-FINAL ACTION WRITTEN |
| Dec. 14, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Dec. 13, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Dec. 13, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Oct. 31, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Oct. 31, 2023 | NON-FINAL ACTION E-MAILED |
| Oct. 31, 2023 | NON-FINAL ACTION WRITTEN |
| Oct. 18, 2023 | ASSIGNED TO EXAMINER |
| Feb. 16, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Feb. 15, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jan. 24, 2023 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** FILE REPOSITORY (FRANCONIA) **Date in Location:** May 28, 2024

# Proceedings

**Summary**

**Number of Proceedings:** 1

### Type of Proceeding: Opposition

**Proceeding Number:** 91289545 **Filing Date:** Jan 31, 2024

**Status:** Terminated **Status Date:** Mar 12, 2024

**Interlocutory Attorney:** MARY CATHERINE FAINT

**Defendant**

**Name:** Gene Simmons Company

**Correspondent Address:** PETER J. VRANUM
GORDON HERLANDS & RANDOLPH LLP
355 LEXINGTON AVENUE, 10TH FLOOR
NEW YORK NY UNITED STATES , 10017

**Correspondent e-mail:** pvranum@gordonherlands.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 97291825 | |

**Plaintiff(s)**

**Name:** Pi Community Company

**Correspondent Address:** KAREN S. FRANK
COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000
SAN FRANCISCO CA UNITED STATES , 94104

**Correspondent e-mail:** tm@cpdb.com , tmlarson@coblentzlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PI | | 97886955 | |
| | | 97762898 | |
| | | 97762884 | |

| Prosecution History | | | |
|---|---|---|---|
| Entry Number | History Text | Date | Due Date |
| 6 | TERMINATED | Mar 12, 2024 | |
| 5 | BD DECISION: OPP DISMISSED W/O PREJ | Mar 12, 2024 | |
| 4 | W/DRAW OF APPLICATION W/ CONSENT | Mar 11, 2024 | |
| 3 | INSTITUTED | Jan 31, 2024 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 31, 2024 | Mar 11, 2024 |
| 1 | FILED AND FEE | Jan 31, 2024 | |

**Generated on:** This page was generated by TSDR on 2025-02-23 15:01:36 EST

**Mark:**

**US Serial Number:** 97762898

**Application Filing Date:** Jan. 20, 2023

**US Registration Number:** 7395945

**Registration Date:** May 28, 2024

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** May 28, 2024

**Publication Date:** Mar. 12, 2024

# Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of a stylized pi symbol with two dots above it that resembles two conjoined stick figures all within a circular border.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 24.17.11 - PI symbol
26.01.13 - Circles, two (not concentric); Two circles
26.01.20 - Circles within a circle
26.01.21 - Circles that are totally or partially shaded.

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer software for managing cryptocurrency transactions using blockchain technology

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Dec. 12, 2018

**Use in Commerce:** Dec. 12, 2018

**For:** Providing temporary use of non-downloadable computer software for managing cryptocurrency mining and transactions using blockchain technology; Providing temporary use of non-downloadable computer software for cryptocurrency transactions, and for management, encryption, scaling, securing and mining of cryptocurrency

**International** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class(es):**

**Class Status:** ACTIVE

**First Use:** Oct. 07, 2018 **Use in Commerce:** Oct. 07, 2018

# Basis Information (Case Level)

**Filed Use:** Yes **Currently Use:** Yes

**Filed ITU:** No **Currently ITU:** No

**Filed 44D:** No **Currently 44D:** No

**Filed 44E:** No **Currently 44E:** No

**Filed 66A:** No **Currently 66A:** No

**Filed No Basis:** No **Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Pi Community Company

**Owner Address:** Ugland House, 121 South Church Street
George Town CAYMAN ISLANDS

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** CAYMAN ISLANDS

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Sabrina A. Larson **Docket Number:** 018347.0001

**Attorney Primary Email Address:** tmlarson@coblentzlaw.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Sabrina A. Larson
Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000
San Francisco, CALIFORNIA United States 94104

**Phone:** 415-391-4800 **Fax:** 415-989-1663

**Correspondent e-mail:** tmlarson@coblentzlaw.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 31, 2025 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Jan. 31, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jan. 31, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jan. 31, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 28, 2024 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| May 28, 2024 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 12, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 12, 2024 | PUBLISHED FOR OPPOSITION | |
| Feb. 21, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 21, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 06, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 02, 2024 | EXAMINER'S AMENDMENT ENTERED | |
| Feb. 02, 2024 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Feb. 02, 2024 | EXAMINERS AMENDMENT E-MAILED | |
| Feb. 02, 2024 | EXAMINERS AMENDMENT -WRITTEN | |
| Jan. 31, 2024 | EXAMINER'S AMENDMENT ENTERED | |
| Jan. 31, 2024 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |

| | |
|---|---|
| Jan. 31, 2024 | EXAMINERS AMENDMENT E-MAILED |
| Jan. 31, 2024 | EXAMINERS AMENDMENT -WRITTEN |
| Jan. 26, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Jan. 25, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jan. 25, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Jan. 18, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Jan. 18, 2024 | NON-FINAL ACTION E-MAILED |
| Jan. 18, 2024 | NON-FINAL ACTION WRITTEN |
| Dec. 14, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Dec. 13, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Dec. 13, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Oct. 31, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Oct. 31, 2023 | NON-FINAL ACTION E-MAILED |
| Oct. 31, 2023 | NON-FINAL ACTION WRITTEN |
| Oct. 18, 2023 | ASSIGNED TO EXAMINER |
| Feb. 16, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Feb. 15, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jan. 24, 2023 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** FILE REPOSITORY (FRANCONIA) **Date in Location:** May 28, 2024

# Proceedings

**Summary**

**Number of Proceedings:** 1

### Type of Proceeding: Opposition

**Proceeding Number:** 91289545 **Filing Date:** Jan 31, 2024

**Status:** Terminated **Status Date:** Mar 12, 2024

**Interlocutory Attorney:** MARY CATHERINE FAINT

**Defendant**

**Name:** Gene Simmons Company

**Correspondent Address:** PETER J. VRANUM
GORDON HERLANDS & RANDOLPH LLP
355 LEXINGTON AVENUE, 10TH FLOOR
NEW YORK NY UNITED STATES , 10017

**Correspondent e-mail:** pvranum@gordonherlands.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 97291825 | |

**Plaintiff(s)**

**Name:** Pi Community Company

**Correspondent Address:** KAREN S. FRANK
COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000
SAN FRANCISCO CA UNITED STATES , 94104

**Correspondent e-mail:** tm@cpdb.com , tmlarson@coblentzlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PI | | 97886955 | |
| | | 97762898 | |
| | | 97762884 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Mar 12, 2024 | |
| 5 | BD DECISION: OPP DISMISSED W/O PREJ | Mar 12, 2024 | |
| 4 | W/DRAW OF APPLICATION W/ CONSENT | Mar 11, 2024 | |
| 3 | INSTITUTED | Jan 31, 2024 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 31, 2024 | Mar 11, 2024 |
| 1 | FILED AND FEE | Jan 31, 2024 | |

# EXHIBIT 17

Pi Network Open Mainnet conditions and user-number representations (Dec. 2024)

# Open Network Conditions and Timeline Update!

50 Share

By Pi Network December 19, 2024 Announcement, Update



A special message from the Pi Network Founders:

> *Pioneers, we have reached the remarkable achievements of 18 million KYC'd people and 8 million people migrated to Mainnet. Pi Network will launch Open Network in Q1 of 2025! This timeframe will allow the network to have more Pioneers migrated to Mainnet and included in the Open Network, thus reducing the gap of the KYC'd and Migrated Pioneers. It will also support the network in reaching its 10 million migration goal under the Open Network condition. We have always prioritized accessibility and inclusivity, and therefore, we want to give more Pioneers the opportunity to use their Pi once Open Network launches. More Pi on Mainnet also means more engagement and stability in the ecosystem. For more detailed information on the Open Network launch, read on for the full announcement.*

– Chengdiao Fan and Nicolas Kokkalis, the Founders of Pi Network



recent upgrades have also **increased the speed of Tentative KYC resolutions and Mainnet migrations, e.g. nearly 200,000 Pioneers migrated to Mainnet in the last day**. At this rate, we'll be able to include millions more Pioneers in the Open Network and surpass the Open Network condition of 10 million Mainnet migrated Pioneers soon, so Open Network can launch **as soon as possible in Q1 of 2025**!

This timeline supports the network's ambitions to not only surpass our Open Network KYC and Mainnet migration goals on the scale of **millions** but also ensures the **inclusivity** of more Pioneers, especially KYC'd and tentatively KYC'd Pioneers, in the Open Network event, thus providing the strongest possible foundation for a successful transition.

Specifically, we need to reduce the gap between the number of KYC'd and Mainnet migrated Pioneers, relying on both Pioneers' actions to complete KYC and migration requirements and the system's speed of processing which has been upgraded to scalably support **millions of Pioneers'** KYC and Mainnet migrations. We want to include as many of them as possible in the Open Network!

There are three main reasons why this matters:

1. Pi Network has always prioritized **accessibility and inclusivity**. We want as many Pioneers as possible who have been on this journey together to have the **opportunity to use their Pi once Open Network launches**.
2. More Pi migrated to Mainnet before Open Network means **more engagement and stability in the ecosystem**.
3. The millions of Pioneers who need to migrate to Mainnet may be in your **Referral Teams and Security Circles**. Their migrations mean you will **receive more Pi based on the bonus Pi you mined attributed to them**.

After over six years of building, it is essential that Pi gets its Open Network right, even if it requires a bit more time—where the work we've put in leads to the goals we aimed for.

period of Mainnet and reducing the gap between KYC'd and Mainnet migrated Pioneers. Read on to dive deeper into the updated timeline. We will announce the specific date of Open Network launch in advance of the date to the community.

## Open Network Conditions: Reaching and Surpassing Goals!

The Open Network Conditions released in December 2023 were created to ensure that Pi Network has the foundations necessary to succeed in the long-term. We're excited to share that the progress in completing these conditions has been exceptional due to the collective work of all Pioneers.

Read the full announcement to understand the requirements and context of the Conditions.

### KYC and Mainnet Migration Updates

Starting with **Condition 2**, Pi Network has reached over **18 million KYC'd Pioneers**, far surpassing the 15 million goal (including fully and tentatively KYC'd)! The Core Team continues to improve the KYC process, such as with the recent updates that addressed tentative cases, resubmissions, ability to apply, and bug fixes. As we continue to make similar improvements and allow Pioneers with tentative KYC status to reach finality including fully passing KYC, we expect millions more to complete KYC within the next few months.

However, by contrast, over **8 million Pioneers have migrated to Mainnet**, which shows a large gap of **many millions** of Pioneers who have completed a major step (KYC) in the Mainnet Checklist but have not yet migrated their balances. While 2024 was always the goal for Open Network, **we cannot leave this many Pioneers out of the launch.** This is also especially true because we have not yet reached the **10 million migration goal**, and the long-term stability of the network after Open Network will be affected if the gap is too big.

To address this, the Core Team has made breakthroughs in improving Mainnet migration capabilities and has **already implemented solutions** that have migrated **over 500,000 Pioneers in the past week alone** and can **migrate about 200,000 Pioneers per day onwards once Pioneers complete all Mainnet checklist requirements.** So, as the solution continues to process more Pioneers over the next few weeks, the main factor here is time. This also depends on Pioneers taking necessary actions to unblock themselves, such as people in tentatively

Pi Network
Start mining. Easy as Pi!
Download

In addition to this work, a new feature of allowing a Pioneer to have **second and subsequent migrations of their transferable balance will also be released soon**, allowing Pioneers already on Mainnet to transfer more of their balances, and more Pi of the network migrated on Mainnet!

**Grace Period Update:** In light of the overall timeline change, we are extending both Grace Period deadlines to January 31, 2025 for the same reason of including more Pioneers and their Pi. This extension is the first extension beyond the initial 6-month period, as the Grace Period was enacted on July 1, 2024 and originally would end on December 31, 2024. Due to the high sensitivity and severe consequences of the Grace Period deadlines, we want to be as allowing as possible for more Pioneers to have the opportunity to secure their Pi by extending the Grace Period deadlines either within the initial 6-month period or in light of the overall Open Network timeline change.

## Mainnet and Mainnet-Ready Pi Apps

**Over 80 Mainnet or Mainnet-ready apps have been developed** by Pi developers! We recently released the interface that makes Mainnet Pi apps accessible through the Pi Browser, and we will make a dedicated announcement on this later. This is the perfect time for apps to improve further and qualify for accessibility via the Mainnet ecosystem interface, so Pioneers can experience an even better ecosystem once Open Network begins.

## Updates on Conditions 1 and 3

For Open Network **Condition 1,** solutions in scaling KYC and Mainnet migrations have been provided as discussed above. Further improvements to these processes to unblock more corner cases is ongoing but should not block Open Network launch.

We're also pleased to confirm that there are no further delays to the Open Network launch based on the current external environment factors for **Condition 3.** We will monitor and assess them closely.

## Get Excited and Get Ready!

**Pi Network**
Start mining. Easy as Pi!
Download

ecosystem with long-term stability, sustainability, and utility.

So, in the mean time:

- **Pioneers** should complete any migration requirements in addition to passing KYC to migrate to Mainnet, and should not only complete KYC and Mainnet migration themselves but also encourage their networks to migrate their balances and engage with Pi utilities.
- **Merchants** should integrate Pi and explore various ways of selling their products in local and online commerce via the Pi ecosystem.
- **Developers** should put finishing touches on their apps and apply to migrate their apps onto Mainnet when ready.

Pioneers, we hope you're as excited as we are with Open Network on the horizon in Q1 2025!

Previous Post
KYC Process Updates and Next Steps for Pioneers

Next Post
Pioneers: Complete Your KYC and Mainnet Migration Now to Avoid Losing your Pi

Terms of Service

Pi App Studio Terms and Conditions

Pi App Studio Community Guidelines

© 2024 SocialChain Inc. | All rights reserved.