


Harro Moen
22603 N. Gibson Dr.
Maricopa, AZ 85139
Telephone: (520) 213-7503
Email: harromoen@gmail.com
Plaintiff in Pro Per

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **HARRO MOEN,** on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SOCIALCHAIN INC., PI COMMUNITY COMPANY, NICOLAS KOKKALIS, and CHENGDIAO FAN,**<br><br>Defendants. | Case No. 5:25-cv-09145-NC<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY TO CORRECT THE RECORD**<br><br>Assigned to: Magistrate Judge Nathanael M. Cousins |

Pursuant to Civil Local Rule 7-11, Plaintiff Harro Moen, appearing pro se, respectfully requests leave to file the accompanying short Sur-Reply for the limited purpose of correcting the record. Because a reply is ordinarily the last word under Civil Local Rule 7-3(d), Plaintiff seeks the Court's leave rather than filing as of right.

Defendants' Reply states, as a central ground, that "**neither Opposition includes any evidence, by way of declaration or otherwise**," and asks the Court to "**disregard all [of Plaintiff's] factual assertions**." (ECF 65 at 3.) That statement is contradicted by the docket. Plaintiff's sworn Declaration, with Exhibits 1 through 17, was filed as **Attachment 1 to his Response on**

**August 6, 2026, and appears at ECF 64-1**; a true and correct screenshot of that docket entry is attached as **Exhibit A**. Defendants were served the Notice of Electronic Filing reflecting that attachment a full week before their Reply.

Leave is appropriate. The proposed Sur-Reply is attached, is limited to this single record point, does not reargue the merits, and will not delay the Court's resolution of the Order to Show Cause. Pursuant to Civil Local Rule 7-11(a), Plaintiff states that he has not obtained Defendants' stipulation to this request.

For these reasons, Plaintiff respectfully requests leave to file the attached Sur-Reply.

Dated: August 15, 2026

Respectfully submitted,



**Harro Moen**, Plaintiff, Pro Se