UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARRO MOEN,

Plaintiff,

v.

SOCIALCHAIN INC., and others,

Defendants.

Case No. 25-cv-09145-NC

**ORDER FOR ADDITIONAL INFORMATION REGARDING SANCTIONS**

Re: ECF 63, 64

Defendants moved for sanctions against Harro Moen and his attorney, Mario Tafur. Moen and Tafur opposed. ECF 63, 64. Neither opposition addresses (1) Moen or Tafur's role in investigating the facts underlying the complaints, or (2) Moen's review or approval of the complaints.

Accordingly, the Court ORDERS Moen and Tafur to, by November 10, 2026, file a response no longer than three pages responding to the above. Each response must include a declaration in accordance with Civil Local Rule 7-5. Defendants may file a response by November 17, 2026, which should include a proposal for how the Court should apportion sanctions between Moen and Tafur if it awards them.

**IT IS SO ORDERED.**

Dated: October 28, 2026

NATHANAEL M. COUSINS
Chief United States Magistrate Judge

United States District Court
Northern District of California